IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| D.H., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | |
| | : | 1:22-cv-03419-JPB |
| | : | |
| TUCKER INN INCORPORATED | : | |
| d/b/a SUPER 8 BY WYNDHAM | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF DEFENDANT'S REBUTTAL EXPERT DAVID S. PRESCOTT AND PORTIONS OF DEFENDANT'S REBUTTAL EXPERT KIMBERLY MEHLMAN-OROZCO**

COMES NOW, Plaintiff and hereby moves to exclude, in whole or in part, the opinions of Defendant's rebuttal experts David S. Prescott and Kimberly Mehlman-Orozco. Plaintiff asks the Court to exclude the experts in total, or, in the alternative, as to the topics discussed in Plaintiff's brief.

Along with this Motion, Plaintiff submits her brief in support for the Court's review.

Respectfully submitted this 17th day of November, 2023.

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Jonathan S. Tonge*
Patrick J. McDonough
Georgia Bar No. 489855
Jonathan S. Tonge

1

>Georgia Bar No. 303999
>*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1D, Counsel certifies that the foregoing document complies with the font and point selections approved by the Court in L.R. 5.1.C. This document was prepared using Times New Roman 14-point font.

Respectfully submitted this 17th day of November, 2023.

                                          **ANDERSEN, TATE & CARR, P.C.**

                                          **_/s/ Jonathan S. Tonge_**
                                          Patrick J. McDonough
                                          Georgia Bar No. 489855
                                          Jonathan S. Tonge
                                          Georgia Bar No. 303999
                                          *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| D.H., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | |
| | : | 1:22-cv-03419-JPB |
| | : | |
| TUCKER INN INCORPORATED d/b/a SUPER 8 BY WYNDHAM | : : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that Plaintiff by and through her attorneys delivered a true and correct copy of the foregoing, filed with the Court in the above-styled case, by electronic service through filing in the Court's electronic case files ("ECF") system which will automatically send notification of such filing to the attorneys of record.

Respectfully submitted this 17th day of November, 2023.

**ANDERSEN, TATE & CARR, P.C.**

**/s/ Jonathan S. Tonge**
Patrick J. McDonough
Georgia Bar No. 489855
Jonathan S. Tonge
Georgia Bar No. 303999
*Attorneys for Plaintiff*

One Sugarloaf Centre

1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com