

# ATLAS SAFETY & SECURITY DESIGN, INC.

# Security Expert Opinion

## July 28, 2023

### D.H. v. Tucker Inn Inc. dba Super 8/ America's Best Hotel
### Civil Action File No. 1:22-cv-03419-JPB

Prepared For

Pat McDonough, Esq.
Andersen, Tate, & Carr, P.C.
1960 Satellite Boulevard Suite 4000
Duluth, GA 30097

By
Randy Atlas Ph.D., CPP, FAIA, CPTED
Atlas Safety & Security Design Inc.
333 Las Olas Way Suite 1605
Fort Lauderdale, FL 33301

Plaintiff D.H. 002719



ATLAS SAFETY & SECURITY DESIGN, INC.

July 28, 2023

Mr. Pat McDonough, Esq.
Andersen, Tate, & Carr, P.C.
1960 Satellite Boulevard Suite 4000
Duluth, GA 30097

**Re:   Security Expert Opinion on D.H. v. Tucker Inn, Incorporated**

# Expert Report

I have been retained as a security expert in the case of D.H. versus Tucker Inn, Incorporated ("the "defendant" or "Tucker Inn"), with regards to the sex trafficking of Plaintiff D.H., which occurred at the Super 8 Hotel, located at 1600 Crescent Centre Blvd., Tucker, GA (the "Super 8" or "Hotel"). I have been retained by attorneys for the Plaintiff to review the records in this matter, and to opine on the general issue raised by the allegations made – whether Tucker Inn breached its duties in the manner in which it provided or performed security in the hotel, and around the parking lot and surrounding property, whether Tucker Inn constituted a nuisance, whether Tucker Inn should have known of sex trafficking, including of the Plaintiff at the hotel, and whether such breaches led to the sexual trafficking of minors, causing severe and permanent injury to these women, by predators and traffickers, who felt comfortable and safe operating their commercial sex business enterprise from the hotel property.

To answer these questions, I have reviewed numerous transcripts of testimony taken in the case, as well as voluminous documents and information obtained by the Plaintiff's attorneys during discovery in this case, from third parties, as well as documentation provided by the defendant. I have also examined generally available public information, and have referenced sources relevant to the issues, such as information available on the internet that experts in my field routinely and reasonably rely upon.

I did conduct a site visit of the hotel property on May 17, 2023 with Plaintiff's and Defense Counsel present. I did not see any substantial changes in the property from when the Plaintiff was exploited and trafficked there in 2015, to the time of my site visit in 2023.  Throughout this report, due to the volume of information provided and reviewed, I reference some facts and circumstances as I reasonably understand them, based on the materials and information reviewed, and describe them in summary or general fashion and, therefore, without citation to specific parts of the record. Where I believe beneficial to the explanation or demonstration of the issue, opinion, or comment I am expressing or discussing, there are a few areas where I reference specific testimony, or documents, or information, found in the materials reviewed, or on which I otherwise rely.

Plaintiff D.H. 002720



Source: GoogleMaps. America's Best location as shown relative to the Interstate and local roads.

I have been engaged to provide an opinion as to whether the actions, or lack thereof, of the defendant was considered reasonable, or whether such actions, or lack thereof, were considered careless, reckless, indifferent and/or palpably unreasonable, and fell far below the standard of care applicable to generally accepted professional security practices, operations, and equipment when dealing with lodging care and hospitality expectations, in observing, identifying, reporting and deterring criminal activity, prostitution, and sex trafficking on the property and whether that conduct and conditions constituted a nuisance. I was asked to determine whether the defendant's operational practices, procedures, policies, protocols, and conduct contributed to or proximately caused the injuries sustained by the Plaintiff and whether the defendant knew or should have known and in the exercise of reasonable and ordinary care would have known of the apparent and obvious criminal activities happening at their premises, including the Plaintiff's sex trafficking.   I will be prepared to testify on these findings relative to the lawsuit brought on behalf of the Plaintiff. All of my opinions provided in this report are given to a reasonable degree of criminological certainty as applicable, in the field of premises security.

## Background of the Expert

In my capacity as a security and safety expert/consultant, I have worked on premises negligence cases in numerous forums and venues throughout the United States, and including many cases in which the premises were public places in which additional legal protections and immunities have applied to the defendant public entities. I am a member of the ASIS International, and participated

333 LAS OLAS WAY SUITE 1605, FT. LAUDERDALE, FL. 33301•PHONE 305.756.5027 •EMAIL RATLAS@IX.NETCOM.COM• www.cpted-security.com    3

Plaintiff D.H. 002721

as a subject matter expert in the development of the Facilities Physical Security Measures Guidelines for ASIS International in 2009. I was part of the ASIS Facility Physical Security Standards Update Task Group 2020. I am a member of the International CPTED Association, the International Association of Professional Security Consultants, the American Society of Safety Engineers, the Human Factors and Ergonomics Society, National Fire Protection Society – Premises Security Committee 730/731, and a Fellow with the American Institute of Architects (AIA). I am a Certified Protection Professional (CPP) with ASIS International, and past chairman of the ASIS Security Architecture and Engineering Council. I have a Ph.D. in Criminology from Florida State University, a Bachelor's of Science degree in Criminal Justice from the University of South Florida, and a Masters of Architecture degree from the University of Illinois, specializing in the field of Crime Prevention Through Environmental Design (CPTED). CPTED is the designing of security features into the built environment, thereby deterring opportunistic crime, and improving the quality of life or the experience in the particular building type.  I am a registered architect in the State of Florida and am NCARB (National Council Architectural Registration Board) certified.  I taught criminal justice, CPTED, and architecture courses for Florida Atlantic University in Fort Lauderdale, Florida, for 15 years. I have been an instructor for the National Crime Prevention Institute – University of Louisville, where I taught and trained police officers and security directors in the field of security and CPTED. I am an advanced certified CPTED practitioner and trainer with the International CPTED Association (ICA), and serve as their United States representative. I was appointed to the National Fire Protection Association (NFPA) 730/731 Premises Security Task Group in 2003, which developed national security standards and guidelines.

I have written hundreds of articles and made numerous presentations on CPTED and security, premises security negligence, and have published two books on security and crime prevention titled: "21st Century Security and CPTED," for which there are 2008 and 2013 Editions. I have made numerous national presentations on security guidelines and practices, and those presentations are documented in my resume. I have never been recused or disqualified as an expert in state or federal court. Atlas Safety & Security Design Inc., serves as an independent non-vested architectural security design consulting practice to architects, property managers, and government entities. The remaining work involves risk assessments, architectural security consulting, and teaching security classes. I have been retained in several hundred cases, for both the plaintiff and defense, in premises liability cases involving negligent security/safety issues. Approximately 1/3 of my work involves expert witness testimony.

I have a strong background and understanding of the lodging and hospitality industry, because my family was in the hotel business in Miami Beach, and New York City. My Grandfather and Father owned and managed hotels most of my life, and often I would work in them, as needed, in different roles and chores as I grew up. I was a member of the Greater Miami Hotel and Hotel Association for a decade when I lived in Miami. I have also taken sex trafficking trainings, and studied resources from the Polaris Foundation, and the Blue Campaign that is sponsored by the Department of Homeland Security.

My current CV outlining my experience and education, is attached as **Exhibit A**.  I have education, training and experience, as well as knowledge of, and experience with, the industry standards, rules and safety considerations for design and security at hotels/hotels, and parking lots, taking into account advances in the security industry, and the security practices and technologies available at the time. In this report, I will also discuss the duties and obligations, as they pertain to security, of

Plaintiff D.H. 002722

the Tucker Inn.  I will also opine on appropriate standards for hotel security, room management, parking lot security and security management, and the establishment and monitoring of adequate security and safety protocols, policies and procedures, as well as safety rules, as they pertain to the security and safety of hotel guests, and the deterrence of prostitution and sex trafficking.

## **Methodology**

My analysis is consistent with the Best Practices and Forensic Methodology of the International Association of Professional Security Consultants (IAPSC), and by ASIS International, Protection of Assets Manual (POA), the ASIS International Facilities Physical Security Measures Guideline, and ASIS International, which is the preeminent worldwide Professional Security organization, consisting of vetted qualified members in every discipline of security. The Protection of Assets Manual is recognized in the security industry as the "Bible" of security. Its contents are comprised of accepted industry standards and accepted best practices. It also contains sections of published books and other literature for the education and advancement of all principles and disciplines of security. ASIS International also has many Councils or Communities that are comprised of only qualified and accepted leaders in their respective field of expertise. Membership is limited for each Council. Councils are charged with the responsibility of continuous monitoring of their respective objectives and developing recommendations for the Standards and Best Practices Commission for the advancement of those standards. I am a member in good standing with the International Association of Professional Security Consultants (IAPSC), which is the preeminent organization restricted to recognized independent qualified professionals, in their respective security disciplines. In addition, I am an appointed member of the NFPA 730/731 Premises Security Committee, which has been promulgating security standards and guidelines since 2004. Within the NFPA 730 Premises Security Guidelines is a section devoted to hotel and lodging security.

Furthermore, the forensic methodology used to arrive at my opinions include the review of the aforementioned materials, my knowledge, education, and experience obtained through studies of theories and applications of those theories, as well as research and review of qualified written materials, describing the accepted practices and standards of security principles and benchmarking practices.

I use CPTED (Crime Prevention Through Environmental Design) as a proven methodology in analyzing the risk and threats that led up to the sex trafficking of the Plaintiffs, D.H. and EM, at the Super 8 and America's Best Value Inn Hotel, (otherwise known as the Tucker Inn or Hotel), which is the subject of this litigation. CPTED is a multi-disciplinary approach to deterring criminal behavior through environmental design. CPTED strategies rely upon the ability to influence offender decisions that precede criminal acts. CPTED principles, performance standards, and strategies have been used to conduct this assessment.  The effectiveness of CPTED is based on the fact that criminals make rational choices about their targets.

In general:
- The greater the risk of being seen, challenged, or caught, the less likely criminals are to commit a crime.
- The greater the effort required, the less likely criminals are to commit a crime.
- The lesser the actual or perceived rewards, the less likely criminals are to commit a crime.

Plaintiff D.H. 002723

Through the use of CPTED principles, the built environment can be designed and managed to ensure:

- There is a greater chance of being seen, challenged, or caught.
- Greater effort is required
- The actual or perceived rewards are less
- Opportunities for criminal activity are minimized.

CPTED design strategies are functionally grouped into three categories:

- <u>Natural Surveillance</u>.  This category focuses on strategies to design the built environment in a manner that promotes visibility of public spaces and areas.
- <u>Access Control</u>.  This category focuses on the techniques that prevent and/or deter unauthorized and/or inappropriate access.
- <u>Territoriality/ Boundary definition</u> – Sense of Ownership.  This category focuses on strategies to define the boundaries of the property, and reduce the perception of areas as ownerless, and therefore available for undesirable uses.

For each CPTED strategy, there are three basic classifications to CPTED Measures:

- <u>Mechanical Measures</u>: Target hardening measures using hardware and technology such as locks, fencing, gating, access control systems, video surveillance systems, and physical barriers.
- <u>Organizational or Human Measures</u>:  Include policies & procedures, security patrols, concierge stations, designated or capable guardians, and other strategies.
- <u>Natural Measures</u>:  Designing space using good space planning and architecture to ensure the overall environment works more effectively for the intended users, while at the same time deterring crime.

## **Documents Reviewed**

In connection with forming my opinions in this case, I have reviewed the following documents:

1. Plaintiff's Complaint,
2. Vera Williams Deposition dtd.7/16/19
3. Vera Williams Deposition dtd.2/13/23
4. Dekalb County PD Reports Bates 00426-00850
5. Dekalb County Police Incident Reports Bates 00857-01926
6. D.H. Complaint and photos
7. EM Complaint for Damages
8. Amended Notice for video & Certification re: Super 8 & ABVI
9. Objections and responses to Def. Tucker Inn
10. 1st Set of Interrog's to Plaintiff
11. Plaintiff's Supplemental Objections
12. Responses to Def. Tucker Inn
13. Articles/ customer reviews
14. 2013 Calendar Entries, and Calendar Sheets of High Traffic
15. Vinay Patel Depo dtd. 10/25/18 re: Felder Case
16. Review and annotation of Vinay S. Patel 30(b) (6) dtd. 1/17/19 re: Felder Case

Plaintiff D.H. 002724

17. Umesh Patel Deposition dtd. 10/25/18 re: Felder Case
18. Sex Trafficking articles
19. D.H. depo dtd. 3/29/23 & Exhibits
20. Detra Saffo depo dtd. 3/7/23 and Exhibits
21. Tonya Sherron Harris depo dtd. 3/3/23 & Exhibits
22. Declarations of Chelsea Lively, Erin Gibbs, Jessica Jasper
23. Demand Letter re: D.H. dtd. 12/08/22
24. Research on Sex Trafficking in the Hospitality Industry
25. Polaris and D.H.S Blue Campaign Trainings and Resources
26. EM deposition and Exhibits 3/27/23
27. EM Demand Letter dtd. 1/13/23
28. Erin Gibbs Deposition dtd. 5/8/23
29. 4 Real Life Problems Security Risk Assessments Look to Solve – AT&I Systems
30. 2008 Polaris Project Available Trainings, Human Trafficking and Hotel and Hotels
31. 2011 D.H.S Anti-Trafficking Resources for Businesses
32. 2011 D.H.S Blue Campaign Letter and Links
33. 2011 D.H.S Human Trafficking Indicators
34. 2011 D.H.S Trafficking Training Videos
35. May 12, 2023 email and attachments from Plaintiff's Attorney
36. 2012 Shared Hope Training
37. AHLA and OSAC Hotel Security and Safety Assessment Form
38. A Six-Year Analysis of Sex Traffickers of Minors - McCain Institute
39. Are Prostitution and Sex Trafficking the Same Thing Article
40. ASIS Facilities Security Guidelines 2009
41. ASIS Risk Assessment 2015
42. Combat Human Trafficking – Critical Issuer in Policing Series 2020
43. Determining The Security Systems Used To Reduce Crime Rates | Security News
44. Disorder at Budget Hotels | ASU Center for Problem-Oriented Policing | ASU
45. Thesis on Combatting Sex Trafficking in Hotel Industry
46. How security training can reduce human trafficking in hotels | Security Magazine
47. Human Trafficking and the Hotel Industry/ How to Prevent It
48. Human Trafficking in the United States – Wikipedia
49. Human Trafficking Report for 2021
50. Human Trafficking Task Force https://www.ovcttac.gov/taskforceguide/eguide/
51. Law enforcement response to sex trafficking
52. National Human Trafficking Hotline
53. National Report for Human Trafficking Hotline 2021
54. NFPA 730-14 Premises Security Guidelines
55. Polaris-Typology-of-Modern-Slavery
56. Prostitution and Trafficking in Women/ An Intimate Relationship | Office of Justice Programs
57. Relationship between prostitution and human sex trafficking thesis

Plaintiff D.H. 002725

58. Resources & Research | Human Trafficking | Office for Victims of Crime https://ovc.ojp.gov/program/human-trafficking/resources-research
59. Risk management and the prevention of human trafficking | Hotel Management
60. Risk Management/ The Key to Mitigating Human Trafficking at Hotels
61. Security and Crime Prevention | Office of Justice Programs
62. Self-Assessment Questions - Course #96313/ Human Trafficking and Exploitation – NetC
63. Sex Trafficking |Violence Prevention|Injury Center|CDC
64. Sex Trafficking Hospitality Industry Role – Cornell University
65. Florida Sex Trafficking Law signed Sun Sentinel May 17, 2023
66. Size, scale, budget determine hotel security plan | Hotel Management
67. The Connection Between Prostitution and Sex Trafficking - Collective Shout
68. The Link Between Prostitution and Sex Trafficking. Bureau of Public Affairs. US Dept. of State
69. Thesis on Combatting Sex Trafficking in Hotel Industry – Naval Post Graduate School
70. Rich Keating, "Human Trafficking. What is it and How it Impacts the Hospitality Industry", AHAI Sprint Conference 2013.
71. Tourism Child Protection Code of Conduct, ECPAT-USA
72. https://www.D.H.s.gov/blue-campaign/hospitalityindustry
73. Georgia State Law, O.C.G.A.  SS 16-5-47, Sept. 15, 2013 re: Sex Trafficking Notices Postings
74. Trafficking Victims Protection Reauthorization Act of 2005 (TVPRA 2005), Pub. L. No. 109-164
75. D.H. demand letter dtd. 7/12/23

To the extent that I am provided with additional documents and information, I reserve the right to modify the facts and opinions set forth herein.


## Description of the Incident

This case involves the sex trafficking of Plaintiff D.H. She was 15 years old in September 2015 when she was trafficked for sex at the Super 8 located at 1600 Crescent Center Boulevard, Tucker, Georgia. Tucker Inn, which had the franchise of the Super 8 at that time, was well known as an end destination for prostitution, sex trafficking, drug activity, and other frequent and ongoing criminal activity, as established by extensive Dekalb County Police activity and records and the testimony of witnesses in this case.

D.H. was forced to engage in unwanted sex over the course of several days at the Super 8 by her trafficker, her older sister Santresia Woods. D.H. was rescued by the police, who later arrested Woods and charged her with trafficking for sexual servitude. Two buyers of sex with D.H. were also arrested and convicted of statutorily raping D.H. at the Super 8.

D.H.'s trafficker took her to the Super 8, where her trafficker kept two rooms rented, 215 and 217—one of which was used exclusively for the trafficking of D.H. Room 215 is the same room where Plaintiff E.M. was later trafficked, where Eric Felder was staying when he was shot at

Plaintiff D.H. 002726

the Hotel, and where Alexis Johnson was staying when she was arrested for prostitution. During my site visit on May 17, 2023, I observed that Rooms 215 and 217 were located on the back corner of the Hotel building, best suited for lack of observation by the outside public, and solicitation by johns looking for prostitutes and drugs. Six different witnesses have testified that the commercial sex activity at the hotel that they engaged in and/or witnessed primarily occurred on the back side of the property.[1]

D.H. testified that she witnessed other women and children being sold for sex at the Hotel, including some that looked to be about her age of 15 years old. The women and children wore lingerie and skimpy clothing throughout the hotel and parking lot. She testified (as did Detra Saffo) that she witnessed more than five people having sex in the outdoor stairwell at the Super 8 in the week or so she was there. She (and other witnesses) testified that there was a constant stream of traffic of male buyers of sex at the Hotel. D.H. was made to have sex with as many as 20 older men each day at the Hotel.

The 15-year-old Plaintiff testified that she would wander around the hotel, and often visited the hotel lobby and interact with front desk employees and other staff. The Plaintiff testified that when a front desk person asked her if she was ok, and she responded that she was not, the employee did not take any subsequent action and call into a Hotline or call social services, or law enforcement. D.H. exhibited several signs of a sex trafficking victim, including her young age and appearance, inappropriate dress, failure to make eye contact, requesting large numbers of towels, control by her trafficker limiting her freedom of movement. The housekeeping staff of the hotel did not report that the room where the minor D.H. was being trafficked did not have any personal items but contained lube, condoms, negligees, and excessive towels, as pictured by the police.

## Evidence in This Case

The following summary of evidence was stated in D.H.'s first and second demand letters. I have verified the content of the summary of evidence and find that the below is an accurate accounting of the evidence in the case thus far.

## Police Reports and Incidents:

The following sex crimes were reported by police at the Hotel prior to D.H.'s trafficking.

- On March 16, 2011, police conducted an undercover prostitution operation. A woman was arrested for **prostitution** at the Super 8.
- On October 14, 2011, police conducted a prostitution sting at the Super 8. A woman was arrested for **prostitution**.
- On July 11, 2013, police conduct a prostitution reversal operation at the Super 8. A man was arrested for **loitering for sex**.
- On October 23, 2013, police conducted an undercover prostitution operation. A woman was arrested for **prostitution** at the Super 8.
- On December 12, 2013, a man was arrested for **keeping a place of prostitution** and **prostitution** at the Super 8.
- On December 29, 2013, a man was cited for **loitering for sex** at the Super 8.

---

[1] Detra Saffo, D.H., E.M., Jessica Jasper, Chelsea Lively, Vera Williams.

Plaintiff D.H. 002727

- On April 16, 2014, police conducted a police operation targeting females that engage in acts of prostitution. As a result of this operation, a woman was arrested for **keeping a place of prostitution** and **prostitution** at the Super 8.
- On October 1, 2014, police conducted a pandering operation at the Super 8. A man was arrested for **loitering for sex**.
    a. On the same day, police conducted an undercover operation in reference to citizen complaints of prostitution taking place in the area. As a result of this operation, a woman was arrested for **prostitution** at the Super 8.
- On January 2, 2015, police located a minivan with unattended minors in it at the Super 8. A woman, later identified as their mother, was cited for **prostitution** at Super 8.
- On May 7, 2015:
    a. Police conducted a **pandering** operation at the Super 8, and a man was arrested after having requested sex from two undercover female officers.
    b. A second man was arrested after having **solicited** two undercover female officers for sex at the hotel.
- On May 8, 2015:
    a. Police conducted a pandering operation at the Super 8 and arrested a man who **solicited** an undercover female officer for sex.
    b. Another man was arrested after having **solicited** sex from two undercover female officers.
    c. A third man was arrested after having **solicited** sex from an undercover female officer.
    d. A fourth man was at the Super 8 who **solicited** two undercover female officers.
- On May 13, 2015, a woman solicited a plain clothes officer for sex at the Super 8 and was arrested for **pandering**.  The woman was ordered to stay away from the Super 8.
- On June 2, 2015, a man was arrested at the Super 8 for impersonating a police officer after he entered the room of known **prostitute**.
- On June 10, 2015, a man was arrested for possession of narcotics at the Super 8 after he was observed transporting several women between the Super 8 and another hotel for the purposes of **prostitution**.
- On June 2015, a man reported being **solicited** for sex by three men and a woman at the Super 8.  During this interaction, the man alleged his cell phone was stolen from his hotel room.

**Tucker Inn testimony:**

The Tucker Inn and its corporate representative and manager, Umesh Patel, have testified that, prior to D.H.'s trafficking:

- The hotel had no safety or security policy to observe guest activities. [2]
- Despite being the hotel's manager for over a decade, Umesh Patel testified that he received no training from Tucker Inn and had never received any training regarding safety and security.[3]

---

[2] Testimony of Umesh Patel, p. 136.
[3] Umesh Patel depo – 20:10–21.

Plaintiff D.H. 002728

- Though there were security cameras, and Umesh agreed that staff should monitor the cameras, no one at the hotel was tasked with monitoring the cameras at all and the hotel never told its staff to watch the monitors.[4]
- That the hotel knew that prostitution could attract violent crime and agreed that if there were drug dealers and prostitutes at the hotel, then the hotel should have security.[5]
- Umesh knew Dekalb County Police conducted prostitution and drug stings at the hotel prior to October 2016.[6]
- Dekalb County Police called a meeting of the owners of the Super 8 and the surrounding hotels specifically to address the rampant prostitution and crime.[7]
- Umesh read the online reviews of the hotel at all the major web sites every day and was aware of reviews about prostitution, drug dealing, and safety at the hotel.[8] He would have seen these reviews alerting him to prostitution and crime at the hotel:
  - September 20, 2010, from booking.com:

    **Horrible Hotel**
    "This hotel is horrible. [. . .] Shady characters were hanging around.  Was in the area for business, but will never stay here again.  Filthy!"

  - July 7, 2010, from booking.com:

    **No place for families**
    "Rooms were smelly and the carpets looked dirty.  Then we witnessed what appeared to be illegal activities and seedy characters loitering about the place.  It got to the point that I was afraid for my children to be outside the room and my children felt the need to barricade the door before they would even attempt to go to sleep.  We cut our stay short by one day because none of us wanted to stay another night in this establishment."

  - June 22, 2011, from booking.com:

    **Not a place that I would 11ecommend.**
    "The first night I felt like I needed to carry some sort of weapon so I wouldn't get jumped.  We seem three prostitutes before we even parked on the first night.  Second night a man staying there asked if we wanted some marijuana.  Not a place for kids at all.  Wouldn't recommend unless you are tight on cash and don't care where you stay."

  - April 2013 from TripAdvisor:

    **Hotel was not as appeared online.  Safety and Security was a…**
    "Hotel was not as appeared online.  Safety and security was a concern outside."

---

[4] Umesh Patel depo – 59:6–18.
[5] Umesh Patel depo – 63:7–14.
[6] Umesh Patel depo – 98:13–24.
[7] Umesh Patel depo – 101:2–25.
[8] Umesh Patel depo – 84:14–19.

Plaintiff D.H. 002729

- July 29, 2014, from booking.com:

    **Watch your back.**
    "The hotel was muggy and the neighborhood was sketchy.  Bring your sidearm or pay an extra 20 bucks to get a better hotel.  Never again."

- May 13, 2014, from booking.com:

    **We listened to a prostitute next door all night lo**
    "We spent the night lying awake listening to the men coming and going out of the prostitutes room (213) next door.  During their stay we covered our ears to protect our minds and imaginations from the discussing and frightening noises that we were hearing.  It was utterly repulsive and excruciating.  We left at 5:30 am after having slept less than 2 hours to drive the 12 hour trip home.  It was the most horrible hotel experience of my life."

- July 2014 from TripAdvisor:

    **Wish I could rate lower… ReThink this Dump!!!**
    "We booked 2 rooms for a night stay on our way to Florida.  Worst mistake ever!!!  The place and area is so run down and scary.  Thinking we would just get our money back and move on we find a big sign in the lobby that says NO REFUNDS.  Wony why??? Let me tell ya…local drug dealer in on the property 24/7.  Lady of the night hangs out right in front.  Owner/manager is very rude.  I walked down to a vending machine only to find out they don't work…but…I did get propositioned.  We travel A Lot…and I can honestly say this was the dirtiest, most run down scary place we have ever stayed!!!  Do not say here if avoidable!!!"

- July 2015 from TripAdvisor:

    **Dirty room**
    "I would not recommend this facility unless you are ok with a dirty room and unsavory characters running around."

- January 25, 2015, from booking.com:

    **Iffy**
    "It was close to the road so it was noisy (to be expected).  On Saturday night, there were many shady characters hanging around in the parking lot.  Not for families or single females traveling alone on the weekend."

- Tucker Inn testified—twice—that not only did it not have security training before this incident, but that as of March 2023, the hotel still had no security training or any written training policies.[9]

---

[9] Tucker Inn depo – 65:9–24.

Plaintiff D.H. 002730

- The hotel has never once called the police because someone was engaging in prostitution.[10]
- The hotel has no idea how to identify prostitution, pimps, or sex trafficking.[11]
- The hotel had no idea what sex trafficking was prior to being served this lawsuit in 2022.[12]
- The hotel does not know how to tell if someone is voluntarily engaging in prostitution or being sex trafficked and knows nothing it could do to find out.[13]
- Despite acknowledging that sex trafficking is a risk at any hotel, the hotel could identify no signs, no preventative measures, and generally had no idea what to do to address this known risk.[14]
- The hotel admitted that a hotel should have a written human trafficking policy, but also admitted that Tucker Inn does not.[15]
- After DH and EM were rescued at the hotel, Tucker Inn did not follow either case because the hotel was not interested in learning what happened in either case.[16]
- During his Felder deposition, Umesh Patel was shown a news report of sex trafficking at the Super 8 and of a "serial rapist" named Terique Hall who contacted prostitutes and sex trafficking victims off of Backpage and raped and murdered them. Hall attempted to rape a prostitute at the Super 8 (by then the Americas Best). The woman's pimp, who was also present at the hotel, overheard the rape victim screaming and shot at Hall's car as he fled the hotel. In another incident discussed in the article, Hall raped and killed a 20-year-old pregnant woman. He hog-tied the woman with zip ties and then tried to videotape himself suffocating her.[17] Umesh Patel testified that he still would not hire security in light of those incidents, and explained, "Incidents like this happens all the time. It's a hotel and this is part of the routine."[18]

## Witness Tonya Harris

- Tonya Harris stayed at the Super 8 in the latter half of 2014, with two children.[19]
- She witnessed obvious commercial sex, women getting in and out of cars, men pulling up and visiting rooms, girls scantily dressed, "it was forever rocking. It was always activity, 24 hours a day."[20]

---

[10] Tucker Inn depo – 73:6–8.
[11] Tucker Inn depo – 73:14–76:4.
[12] Tucker Inn depo – 75:11–76:4.
[13] Tucker Inn depo – 77:7–13.
[14] Tucker Inn depo – 92–96.
[15] Tucker Inn depo – 96:8–15.
[16] Tucker Inn depo – 114:5–16.
[17] This incident is described in the following news report: https://www.ajc.com/news/local/serial-rapist-tried-film-murder-dekalb-woman-official-says/T5dXGOMOk2AbJ3ZE7eo5JJ/.
[18] Umesh Patel depo – 181:1–4.
[19] Tonya Harris depo – 16:5–8.
[20] Tonya Harris depo – 18–19.

Plaintiff D.H. 002731

- Men would drive up to the hotel and go into rooms with girls who looked tired and worn out and other men would pick up girls in the parking lot and drive off with them, and then return the girls to the hotel.[21]
- Tonya Harris saw men she believed were pimps with girls at the hotel, calling their girls "bitches" and loitering around the hotel.[22]
- All of this activity was visible from the parking lot and should have been seen by an employee from there.[23]
- Ms. Harris witnessed the employees and managers walking the property, saying, "there's no way that you could not have seen what was going on. You may not say anything about it, but it was still obvious."[24]
- In fact, Ms. Harris reported this obvious activity to multiple staff members, but the hotel did nothing.[25]

**<u>Witness Detra Saffo</u>**

- Detra Saffo was engaged in prostitution at the Super 8 from 2012 through December 2022. She stayed at the Hotel engaging in prostitution over 500 times.[26]
- She saw about 20 girls a day engaged in commercial sex at the hotel as well as, "drug dealers, pimps, the people who would come and look for girls or drugs."[27]
- As was the case with D.H.'s trafficking, Ms. Saffo said that the back side of the hotel was where the illegal activity was concentrated. "There will be sexual activity back here in this corner on this side of the building where steps are. You would come out, you would see condom wrappers and crack pipes and everything like that… I've heard myself sexual activities on the steps back there."[28]
- Approximately 25 of the hotel's 50 rooms were occupied with commercial sex activity.[29]
- Ms. Saffo saw pimps interacting with victims, including an incident where Ms. Saffo overheard a pimp beating a victim to keep her from leaving the hotel. Ms. Saffo reported the incident to the hotel.[30]
- Ms. Saffo was present when a man believed to be an off-duty police officer raped another girl engaged in commercial sex at the hotel and called the police to report the crime.[31]
- When Ms. Saffo first came to the hotel, drug dealers and prostitutes told her not to call the police at the hotel, but instead to inform the owner, Mr. Patel, of any problems, saying, "Mr. Patel, he doesn't like for you to call the police."[32]

---

[21] Tonya Harris depo – 21–23.
[22] Tonya Harris depo – 22–24.
[23] Tonya Harris depo – 28.
[24] Tonya Harris depo – 29.
[25] Tonya Harris depo – 36–37.
[26] Detra Saffo depo – 18–19.
[27] Detra Saffo depo – 19–20.
[28] Detra Saffo depo – 24–27.
[29] Detra Saffo depo – 28.
[30] Detra Saffo depo – 33–34.
[31] Detra Saffo depo – 38–43.
[32] Detra Saffo depo – 43–44.

Plaintiff D.H. 002732

- Ms. Saffo saw girls standing around the hotel, wrapped in towels in front of their door, leaning over the balcony, or otherwise openly advertising themselves for sex to men who drove through the parking lot of the hotel.[33]
- Ms. Saffo heard Mr. Patel arranging for guests to pay for their rooms late, until they made money from illegal activity like selling drugs or selling sex. This was common in Ms. Saffo's experience and corroborated by other witnesses. Mr. Patel allowed women being sold for sex to pay less rent than men selling drugs at the hotel. Ms. Saffo saw and heard conversations between Mr. Patel and other guests telling him that they would have his rent money soon because, "I've got a play on the way."  This was frequently-used lingo that Mr. Patel understood well. Mr. Patel would respond, "Okay. Okay, man. I got you. I know, man. Just come back, man."[34]

**Plaintiff D.H.**

- D.H. saw older women and girls that looked like they were around her age of 15 years old being sold for sex, walking around the hotel in skimpy clothes, men coming to the hotel for short times "all day, all night." It was a "whore hotel."[35]
- D.H. witnessed people having sex in the outdoor stairwell at the Super 8 more than five times in the week she was there.[36] (This corroborates the same testimony by Ms. Saffo.)
- D.H. was sold on the back side of the hotel.[37]
- D.H. met another victim of sex trafficking at the hotel named Alycia who was being trafficked by a man there. D.H. heard Alycia screaming for help through the walls of the hotel when she was being pistol whipped.[38]
- A woman who worked for the hotel encountered D.H. and Santresia in the lobby and told D.H. she looked very young and also depressed. She noticed that D.H. walked around the hotel with her head down, looking sad all the time and wearing lingerie outside around the hotel. D.H. confirmed she was young and sad.[39]
- D.H. was made to have sex with approximately 20 men a day while she was trafficked at the Super 8.[40]

**Erin Gibbs**

- Gibbs, a former Dekalb County investigator with the Internet Crimes Against Children Unit, patrolled and investigated the Super 8 and the surrounding area for years, from 2011–2017. The area was known for prostitution, drugs, and gang activity.[41]
- Officer Gibbs investigated and determined that D.H. was a victim of minor sex trafficking at the Super 8, saying, "she looked young. I remember her demeanor, that she

---

[33] Detra Saffo depo – 50–51.
[34] Detra Saffo depo – 84–90.
[35] D.H. depo – 166, 173, 174.
[36] D.H. depo – 170, 190–191.
[37] D.H. depo – 174–175.
[38] D.H. depo – 175–177; 189.
[39] D.H. depo – 178.
[40] D.H. depo – 268.
[41] Gibbs depo at 17–18, 20–21, 38.

Plaintiff D.H. 002733

was, like, new to it . . . that this was her, like, first experience in this type of activity . . . I remember thinking she had a baby face."[42]

- Gibbs investigated and determined that E.M. was also a minor victim of sex trafficking at the Super 8 in 2017.[43]

- Gibbs testified, "the property managers, the staff who are there are going to be aware of what's going on, and even if they don't know that there is sex happening in the room, they know that this woman is here by herself, you know, where there's a number of people going in and out, or that this woman is here with a male subject who is – who is in and then out when the visitors come, because they're hiding somewhere else while the – while the acts happen. But the people who are on the property are going to know. They're going to know it's happening. It's that obvious. They're going to see the number of visitors that are – that are coming in and out."[44]

- "I know, based on the victims and the frequency of dates that they're having at these locations, you know, like the one girl [D.H.] had 15 to 20 in a day. That is going to stand out. That's going to stand out and be obvious."[45]

- "[I]f you can see what's going on, you have a responsibility to act, and that's what I'm saying. If you allow the commercial sex to happen and think, okay, well, it's just adults doing what they want to do, then that's fine, you are creating a space for juveniles to then be victimized if it's a known area that you can do this[.]"[46]

## Witness Jessica Jasper

- Jessica Jasper was trafficked by a violent sex trafficker at the hotel for several months in 2016. She was beaten daily at the hotel by her trafficker, who also trafficked another victim at the hotel.[47]

- Ms. Jasper witnessed girls and women being sold for sex all over the property, saying, "Some of the girls truly looked like little girls or early teens made up to look like whores."[48]

- Ms. Jasper agreed that the hotel continued to put girls and women being sold for sex on the back side of the hotel.[49]

- Employees of the hotel, including the manager, knew the traffickers operating at the hotel well.[50]

- The manager knew Ms. Jasper's trafficker so well that when the sex trafficker told the manager to hire Ms. Jasper as a housekeeper, the manager did that until the trafficker told her to stop. This also happened with the other victim Ms. Jasper was trafficked with.[51]

---

[42] Gibbs depo at 64-65.
[43] Gibbs depo at 51-61.
[44] Gibbs depo at 91-92.
[45] Gibbs depo at 94.
[46] Gibbs depo at 106.
[47] Jasper Declaration.
[48] Jasper Declaration.
[49] Jasper Declaration.
[50] Jasper Declaration.
[51] Jasper Declaration.

Plaintiff D.H. 002734

- When they were short on money, the hotel would let them pay for their rooms later after making money from being sold for sex.[52] This is consistent with Ms. Saffo's testimony regarding late payment arrangements for those engaged in commercial sex, whether prostitution or sex trafficking.
- Ms. Jasper and the other victim were eventually rescued by police at the hotel and the trafficker was arrested.[53]

## Witness Chelsea Lively

- Chelsea Lively was at the hotel for a little over a week in April 2016 and witnessed rampant prostitution and trafficking.[54]
- She was next door to a pimp who sold a girl named Victoria at the hotel. While Victoria saw more than 10 dates per day, the pimp would leave the room, a man would stay for a short period, then leave and the pimp would return and get the money. Ms. Lively saw the pimp fight and threaten Victoria at the hotel. [55]
- Ms. Lively saw 8 or more other girls being sold for sex—also on the back side of the hotel. About 4 of those girls appeared to be under the age of 18, and all the girls were dressed in skimpy clothes or walking around in their bras. All of the girls Ms. Lively saw selling sex appeared to be seeing even more men per day than Victoria.[56]
- All of the girls Ms. Lively saw being sold for sex at the hotel had pimps. The girls acted subservient around the pimps, who all carried guns and acted flashy and flamboyant at the hotel. In fact, nearly all the men Ms. Lively saw at the hotel were armed, including most of the men coming to the hotel to buy sex. She often saw the pimps flashing their guns and waving them over their heads to make sure everyone knew they were armed.[57]
- Ms. Lively saw girls hanging over the balcony upstairs advertising themselves to men who drove through the hotel parking lot.[58]
- Ms. Lively never saw the staff at the hotel do anything to address the drugs, prostitution, and guns that were everywhere at the hotel.[59]

## Witness and Plaintiff E.M.

E.M., another minor victim who is suing the hotel for her sex trafficking, also testified about her experience being trafficked at the hotel as a minor.

- E.M was at the hotel for 2 days in 2017 and saw about 5 dates per day.[60]

---

[52] Jasper Declaration.
[53] Jasper Declaration.
[54] Chelsea Lively declaration.
[55] Chelsea Lively declaration.
[56] Chelsea Lively declaration.
[57] Chelsea Lively declaration.
[58] Chelsea Lively declaration.
[59] Chelsea Lively declaration.
[60] E.M. Depo p. 220 at 14; E.M. Depo p. 147 at 24.

333 LAS OLAS WAY SUITE 1605, FT. LAUDERDALE, FL. 33301•PHONE 305.756.5027 •EMAIL RATLAS@IX.NETCOM.COM• www.cpted-security.com      17

Plaintiff D.H. 002735

- E.M. saw a lot of traffic coming in and out of the hotel.  She was recruited to come to ABVI because the sex business was busy there. [61]
- E.M., a minor at the time, was able to check into the hotel using a fake I.D.[62]  It was clear from the fake I.D. that the 26-year-old pictured was not the minor E.M.[63]
- E.M. was assigned a room at backside of the hotel. [64] This is the same area of the hotel DH was trafficked and other witnesses testified about rampant commercial sex activity.
- E.M. saw many girls loitering, walking around in tight clothes and makeup waiting for dates to arrive.  This behavior occurred in plain view – no one was hiding.[65]
- E.M. and other girls would openly walk past the front office. [66]
- E.M. and other young girls were dressed in short clothing, tops and butt cheeks hanging out, and wearing wigs and makeup to look older.[67]
- E.M. witnessed cars riding by, going up to girls, and beeping at girls, including herself.[68]
- During her time at ABVI, E.M. was threatened by her trafficker with a gun.[69]
- E.M. stated that all the activity could be seen on the surveillance cameras in the lobby, that the activity was open and obvious, but the hotel chose to do nothing about it.[70]

**Witness Vera Williams**

- Ms. Williams worked as a prostitute at the Super 8 prior to July 2016 when Ms. Williams and another woman working as a prostitute at the hotel got into an argument about a buyer at the hotel and Ms. Williams was attacked and cut from her eye to her leg in the parking lot of the hotel. Ms. Williams fought the attacker in the parking lot—*naked,* because her dress had been cut off—"all the way around the hotel," leaving a trail of blood until she encountered a hotel clerk, who did nothing to help her before she was taken by another guest of the hotel to the hospital.[71]
- Ms. Williams had worked at the hotel "a lot" prior to her stabbing—between 20 and 100 times—because of the lack of security, referring to the hotel as part of "the strip" and the "the track like where Joes or Johns are at through, you know, looking for – a girl."[72]
- The hotel was part of a track, where prostitutes commonly worked at the four hotels around the intersection, and the Super 8 was busy for prostitution. "It's a known track. It's – it's jumping. Yeah, it's a lot of in and out. The tricks would ride through."[73]
- Ms. Williams also sold herself for sex primarily on the back side of the hotel.[74]

---

[61] E.M. Depo, p. 135 at 15-19.
[62] E.M. Depo, p.142, at 8-10.
[63] E.M. Depo, p. 218 at 3-15.
[64] E.M. Depo, p. 147 at 10-12.
[65] E.M. Depo p. 148 at 4-15.
[66] E.M. Depo p. 149 at 23-25.
[67] E.M. Depo p.150 at 14-24.
[68] E.M. Depo p.151 at 15-21.
[69] E.M. Depo p.156 at 8-13.
[70] E.M. Depo p.219 at 1-25.
[71] Vera Williams depo at 7–15.
[72] Vera Williams depo at 17.
[73] Vera Williams' D.H. depo at 11, 15.
[74] Vera Williams' D.H. depo at 16.

Plaintiff D.H. 002736

- Buyers frequently circled the parking lot of the hotel, which had a single entrance and exit, selecting women standing outside to purchase for sex.[75]
- On the weekend, it was common for Ms. Williams to see as many as 20 other girls engaging in commercial sex at the hotel.[76]
- Again, at the back of the hotel, Ms. Williams witnessed "a pimp dragging a – his ho to the car and telling her to come on, so . . . pulling her from the room to the car . . . He was just like, "Bitch, come on," and all of that."[77]
- Ms. Williams witnessed many of the girls at the hotel interacting with their pimps. "The pimps pull up to the parking lot, drop the ho off and like, I'll be back in X amount of time, you know."[78]
- Ms. Williams saw between 3–8 "dates" per day at the hotel, depending on how busy it was. On average, she estimated that she saw 20 cars an hour pull through the hotel looking to buy sex. "They would ride through looking like, "Hey," you know, picking whoever they wanted."[79]
- Hotel employees did nothing to prevent or deter the commercial sex at the hotel.[80]
- "The main reason why this hotel was so popular to the prostitution ring is because there was no security."[81]
- Men purchased hour and half hour rooms with Ms. Williams at all times of day, requesting rooms at the back of the hotel, and at times Ms. Williams had sex with men in the cars in the parking lot of the hotel, in the back.[82]
- Of the girls and women who were engaged in commercial sex at the hotel, Ms. Williams observed that they were anxious, depressed, submissive, paranoid, had bruises, dressed inappropriately, had poor hygiene, looked tired, and loitered in the halls and stairwells.[83]
- Ms. Williams saw girls or women at the hotel turn their money over to men and saw men in the parking lot monitoring the girls and women day and night at the hotel.[84]

---

[75] Vera Williams' D.H. depo at 16–17.
[76] Vera Williams' D.H. depo at 17–18.
[77] Vera Williams' D.H. depo at 22.
[78] Vera Williams' D.H. depo at 23–24.
[79] Vera Williams' D.H. depo at 26.
[80] Vera Williams' D.H. depo at 27.
[81] Vera Williams' D.H. depo at 28.
[82] Vera Williams' D.H. depo at 29–30, 41.
[83] Vera Williams' D.H. depo at 42–46.
[84] Vera Williams' D.H. depo at 44–45.

Plaintiff D.H. 002737



Google Maps overhead image of the Hotel



Google Maps October 2015 of the Super 8 version of the Hotel

Plaintiff D.H. 002738

Google Earth and Map photos reveal the physical conditions of the property, which includes a single entrance/exit in view of the front office. The property is directly adjacent to Interstate 285 and the exit, pictured on the left in the image above. The rooms and parking lot are shielded on two sides by fencing, and plantings, making this an ideal location for poor natural surveillance. Notice the blocked view from the street by patrol observation.

At the time of D.H.'s trafficking, this property was branded as a Super 8 Hotel franchise. In 2016 it was re-branded as the America's Best Value Inn. The testimony and police reports in this case show that sex trafficking and prostitution were common occurrences at the hotel, and the Tucker Inn chose to ignore, facilitate, enable, allow, support, and permit such egregious activity on their property. The Tucker Inn created, promoted and allowed these illegal activities to occur on their property. The Hotel created the opportunities by being an attractive magnet for illegal enterprises to occur with direct proximity to the Interstate (I-285), that had cheap hotel rooms, that didn't ask questions of who the guests were or what they were doing on the property, even when it was apparent that what guests were doing was illegal. The Hotel promoted the property as a well-known destination for those persons engaged in illegal activity that would not be challenged, or chased away, allowed and tolerated open criminal activity of drugs and sex on their property. The Plaintiff and other young sex trafficking victims frequently appeared throughout the Hotel premises wearing provocative and enticing garments and attire, consistent and congruent with open prostitution solicitation.

The Hotel is responsible and liable to D.H. for their actions and inactions by violating the Trafficking Victims Protection Reauthorization Act of 2005, that provides a cause of action to victims of sex trafficking against anyone whoever knowingly benefits, financially or by receiving anything of value from participation in a venture which they knew, or should have known engaged in an act in violation of the Statute. Defendant is clearly in violation of the TVPRA because it rented the rooms at the Hotel to Plaintiff's trafficker, Plaintiff was trafficked in those rooms as a 15-year-old, collected monies for the rental of those rooms, and made no attempt to dissuade, discourage, or deter the obvious illicit activity on the property, including that of Plaintiff's trafficker and Plaintiff being sold for sex. The Plaintiff, and other young sex trafficking victims, frequently appeared throughout the hotel wearing very little clothing and she attests in her deposition that she witnessed sex traffickers and prostitution operating openly, without any challenge or discouragement by the hotel owners, management, or staff. Six other witnesses testified about witnessing a staggering amount of sex trafficking and commercial sex at the Hotel, including numerous corroborating statements that showed Tucker Inn's knowledge of the activity and the frequency of it. As a result, the Hotel was known as a safe harbor and location to solicit prostitutes and drugs, including underage girls engaged in sex trafficking. The result was large numbers of persons who frequented the hotel each day, who were not hotel guests, but rather customers for the illegal activities. The amount of foot traffic into and out of the hotel rooms, where there was only supposed to be one or two persons in the room, was open and obvious evidence of the potential illegal activities happening in the room. The video surveillance of vehicular and pedestrian traffic in the parking lot and the hotel rooms is indisputable evidence of the indicators of undesirable and illegal activities taking place on the property.

A person under the age of 18 cannot consent to having sex in exchange for money, and the sale of sex in exchange for financial benefit is a criminal sex trafficking act under Georgia and

Plaintiff D.H. 002739

Federal Law.[85] Sex trafficking of a minor, does not require evidence that the victim was subject to fraud, coercion, or duress. Every person who engages in commercial sex with a minor is trafficking that minor under the law. The Hotel constituted being an attractive nuisance under Georgia Law because the hotel negligently, and intentionally, turned a blind eye to the illegal activities that occurred on their property, as evidenced by the police reports, witness testimony, activity, and prostitution stings. The criminal activities on the Hotel property included rampant and open prostitution, harboring wanted felons, sex crimes and sex trafficking, pandering, illegal drug activity, assaults and violence of guests and visitors, stolen vehicles, robbery, murder, assaults, shootings, and recovery of stolen vehicles.

The Tucker Inn Hotel was a nuisance under Georgia Law. A nuisance is "anything that causes hurt, inconvenience, or damage to another[.]" O.C.G.A. § 41-1-1. Operating what amounts to an illegal brothel is a nuisance in Georgia. O.C.G.A. § 41-3-1.[86] Additionally, the code violations discussed below make the Hotel a nuisance in Dekalb County, Georgia.[87] Tucker Inn does not have a security plan, does not maintain security, does not report crimes, rents at an hourly rate, allows loitering, etc. Also, in Dekalb County, "Any dwelling, building, or structure used for prostitution, illegal gambling, or in connection with the commission of drug crimes is hereby declared to be a public nuisance."[88] Tucker Inn meets all of these requirements and has allowed all of this illegal conduct for over a decade based on the evidence in this case.

At all times relevant to the sex trafficking of the Plaintiff, the Defendant Super 8, was owned, managed, supervised, operated, and controlled by Tucker Inn, the owner of the Hotel, which benefitted financially from the rental of rooms, often in cash, to the persons engaged in these criminal enterprises and activity.

**Site Visit**

The site visit on May 17, 2023 revealed findings consistent with my opinions in this report.

There was evidence of considerable illegal dumping on the site, especially on the fence line with I-285, a code violation.[89] It is a code violation to charge an hourly rate a Hotel, which there is evidence the Hotel did.[90] There were two cars in inoperable condition in the parking lot, which violates two Dekalb ordinances, one for hotels that vehicles must be in good working order, and another for all commercial buildings that bans inoperable vehicles.[91] Further, there were numerous women and men loitering on the property, another violation.[92] Upon our arrival and inspection, some of these individuals left the site quickly, and others watched us from their

---

[85] 18 U.S.C. § 1591; O.C.G.A. § 16-5-46.
[86] "Whosoever shall knowingly erect, establish, continue, maintain, use, own, or lease any building, structure, or place for the purposes of sexually related charges shall be guilty of maintaining a nuisance."
[87] Dekalb Ordinance 18-154(c).
[88] Dekalb Ordinance 18-3(a).
[89] Dekalb Ordinance 18-29(a).
[90] Dekalb Ordinance 18-133.
[91] Dekalb Ordinance 18-137; 18-8.
[92] Dekalb Ordinance 18-142.

Plaintiff D.H. 002740

room doors. Smoking in the breezeways and stairways appeared common, another violation.[93] The electrical system also must be in good repair and up to code, which it was not, as the pictures below show.[94] Instead, there were dangerous exposed wires around electrical outlets. There was also drug paraphernalia (blunt wraps) on the grounds and a dumpster area not secured.

The Hotel did not comply with Georgia Law in 2013, 2 years before the rescue of D.H., that required hotels to post sex trafficking notices in each public restroom for the business, or in a conspicuous location in clear view of the public and employees where similar notices are customarily posted. The notices must provide information giving individuals a method to contact the National Human Trafficking Hotline and the Statewide Georgia Hotline for Domestic Minor Trafficking. The Hotel did not comply with this required statute. There were no flyers or posters for sex trafficking warnings in the lobby or by the vending machines, the parking lot was littered, cars were parked back in rather than front in, all despite the hotel being on notice that they were going to be inspected!

The back of the property exhibited signs of commercial sex sexual activity, with used condoms and a large strap-on dildo found on the grounds. The dildo was found about 20 feet from the back corner of the building. Two women at the hotel were observed exhibiting signs of commercial sex on the back of the hotel, in the same rooms where D.H. was trafficked. These women demonstrated signs that should have warranted concern about trafficking, prostitution, or soliciting for sex at the Hotel. The women appeared disheveled, walking around the Hotel with poor hygiene, and improperly dressed for the time of day. The women were with a male and appeared to follow him around. The rooms were in disarray (as were several rooms with the doors open). There was garbage outside the room doors and the rooms were close to one of the used condoms found at the property. During the inspection, one of the women went to the front office and returned with an armful of towels, another well-known sign of commercial sex.

I have inspected numerous hotel properties over the years and I have never seen a strap-on dildo on the grounds of any Hotel. That this item was here during a noticed inspection means that obscene sex paraphernalia is common enough on the property to escape attention, or the property is never monitored or cleaned at all, a significant security hazard. Either way, such an item is not normal on the grounds of any hotel in the middle of the day. The item is a sad indictment of who the Hotel exists to serve, particularly when one considers that Tonya Harris lived at the Hotel with two children.

---

[93] Dekalb Ordinance 18-140.
[94] Dekalb Ordinance 18-31, 32.

Plaintiff D.H. 002741

**Site Visit Photographs**



The America's Best Hotel on May 17, 2023 during the Site Inspection.



The front driveway of the Hotel. May 2023

Plaintiff D.H. 002742

 

The warning signage on the fence and light poles.

 

The perimeter fence that aligns with the Interstate is littered with illegal dumping, including condoms and drug paraphernalia.

Plaintiff D.H. 002743



The perimeter fence that aligns with the Interstate is littered with illegal dumping, including condoms and drug paraphernalia.



Amng the litter on the fence line was sex paraphernalia.

Plaintiff D.H. 002744

 

A used condom in the bushes and another on the back wall of the property, where there is little to no supervision or surveillance. And, these condoms and the large strap-on dildo were on the grounds, even with our pre-announced site visit!



Dumpster gates must be closed and secured.

Plaintiff D.H. 002745

 

Cars in the parking lot had litter and were on blocks. Code Violations.

 

The end of the Hotel has no windows or natural surveillance. This area of the hotel is notorious for criminal activity and commercial sex, according to testimony and police reports.

Plaintiff D.H. 002746




The walk-up registration window had a camera and warning signage.



The walk-up window view showing the alleged groundrules that were not enforced.

Plaintiff D.H. 002747




A disheveled room that was left for housekeeping. The only warning signage on the hotel room doors was the required fire safety posting. No Anti-trafficking signage is posted anywhere.




There are several stairwells, and according to the testimony there was sexual activity occurring on them, and they were used to stay out of vision from the police.

Plaintiff D.H. 002748



An electrical outlet that is broken and bent backward with the wires exposed. This is a fire safety code violation.





Bullet holes in the door and wall by room 103. Not even an attempt to patch and fill.

Plaintiff D.H. 002749

 

The video surveillance cameras monitor is located at the lobby front desk. It is always in view of the desk clerk, allegedly.



In the lobby there is a desk counter with brochures for restaurants, but none for the sex-trafficking hotlines that are required by law,

Plaintiff D.H. 002750




Behind the front desk are a rouge's gallery of persons that are not to have rooms rented to them because of damage or problems. None of the photo ID's of banned persons are listed as pimps or sex traffickers, just persons who caused damage to hotel property. There are only 14 individuals in these pictures, compared to the hundreds of police incidents at the property, including the shooting of Eric Felder, and the trafficking of Plaintiffs D.H. and H.M., among other heinous crimes.

There are 12 video surveillance cameras on the property. The following pictures show where they are located.




Lighting pole 1 has a camera and is pointed to look in the parking lot. Pole 2 did not have a camera, but one was placed close by on the Hotel Street Sign.

Plaintiff D.H. 002751




The Hotel sign had a camera looking at the front entrance.




Lightpoles 3 and 4 had cameras on them looking at the parking lot and room fronts.

Plaintiff D.H. 002752




The second-floor stairway, has a camera that is looking at hallway floor.




There are two additional 2nd Floor cameras that are facing the elevator.




There is a camera on the third floor by room 301.

Plaintiff D.H. 002753



There is a camera on the third-floor corner watching the parking lot.

 

The lobby drive through has a camera watching the entranceway.



The view of the lobby driveway camera.

Plaintiff D.H. 002754

 

There is a front desk camera in the corner.



The monitor is highlighting the pole cameras and their views. Foot traffic into the rooms is readily apparent. There can be no excuse of not knowing who is going into the rooms, and how many people are going into the rooms.

Plaintiff D.H. 002755

 

The only surveillance sign is a small sticker on the front door.

## **Duties and Obligations of Defendants**

The Hotel has a duty to provide a safe environment for their legitimate guests, not trespassers, or those perpetrating criminal activity. Despite knowledge of the hotel being located in a high crime area where criminal activity is a regular occurrence, very little was done to ensure the safety of the guests, especially vulnerable children that are exploited by traffickers. Moreover, the budget hotels off the main highways, including the Super 8, were specifically known to the owners to be an ideal location for criminal activity (including drug activity, prostitution, robberies, attempted rapes, assaults, thefts, murder, etc.), based on police reports reviewed and testimony given in the case.

Among other things, the testimony and documents provided thus far in the case show that:

1.  There was no security officer or patrol used at any time in the parking lot during the trafficking of D.H.

2.  There was no security presence in the hotel parking lot by way of law enforcement, private security, or hotel staff and management.

3.  There was no security training of the hotel owners or staff on any topic, including crime and sex trafficking and how to report persons in distress.

4.  There were no sex trafficking posters posted as required by law, and industry standards.

5.  There were security cameras in the parking lot, but the cameras were not being used for effective active monitoring for security purposes to deter prostitution or sex trafficking and unwanted foot traffic into the guest's rooms.

Plaintiff D.H. 002756

6. The training of the staff and owners for sex trafficking and crime deterrence was non-existent according to deposition testimony.

7. Even though there were numerous arrests, police stings, and calls for police service, the hotel owners made no changes in their hotel operations to deter and dissuade criminal activity on their property, including prostitution which is often a cover or front for sex trafficking of minors.

8. Deposition testimony made it clear that the owners of the hotel were unaware of any policies or procedures that spell out security measures to be taken for crime taking place on their property, that facilitated and enabled sex trafficking to occur.

9. At no time did the Hotel owners and management reach out to the Dekalb County Police and request a security assessment, or ask a private sector security consultant to conduct a risk assessment to address the on-going and continual presence of criminal enterprise on the Hotel property.

**<u>Foreseeability of crime and sex trafficking on the hotel property</u>**

Hotels and hotels are the number one risk area where the crime of sex trafficking occurs (D.H.S Blue Campaign, Polaris Project). The Atlanta Metro area, has one of the highest rates of crime in cities in the United States, according to the Uniform Crime Reports annual studies.

A review of the crime on and around the property in just the last six months yielded the following tables and graphs.



Plaintiff D.H. 002757





Plaintiff D.H. 002758





333 LAS OLAS WAY SUITE 1605, FT. LAUDERDALE, FL. 33301•PHONE 305.756.5027 •EMAIL RATLAS@IX.NETCOM.COM• www.cpted-security.com   41

Plaintiff D.H. 002759

A CAP Risk Analysis was performed at the location of the attack that is backdated to 2015, when D.H.'s sex trafficking occurred. The CAP Index is 427, which translates that the risk and actuality of crime is 4 1/4 times greater at the Tucker Inn area the national average, as shown in the table above. The rape index of 292, demonstrate the rate in the area is 3 times greater than the average of the rest of the United States. Crimes against persons crime has a CAP Index of 304, or three times greater than other parts of the United States, and a homicide index of 299, or 3 times greater than the average of other areas of the United States.

## Opinions

My criminological and security analysis of this case is consistent with the Best Practices and Forensic Methodology of the International Association of Professional Security Consultants (IAPSC), and by ASIS International, Protection of Assets Manual (POA), the ASIS International Facilities Physical Security Measures Guideline 2009. Furthermore, the forensic methodology used to arrive at my opinions include the review of the aforementioned materials, my knowledge, education, and experience obtained through studies of theories and applications of those theories, as well as research and review of qualified written materials describing the accepted practices and standards of security principles and benchmarking practices. My expert opinions are based on my background, education, training, and experience, as well as my review of deposition testimony, and other materials generated during the course of this litigation. This expert report addresses issues with regard to security considerations for hotels and hotels criminal activity.

My review of the case confirms the complete and inexplicable failure of Tucker Inn Incorporated (Super 8) to provide any level of effective security and security management, which ultimately manifested itself into the sex trafficking of D.H., on whom it has had severe and permanent consequences. It appears that little, if anything, was done by the Defendant to assure the safety of their guests, who paid for a hotel room, with an expectation of safety for their person and property. The Defendant and their representatives were blatantly and recklessly indifferent to known criminal activity in the area and on the property, and the dangers posed, as related to the health and safety of the Defendant's guests and other authorized users of the hotel and parking lot.

It is my opinion that Tucker Inn Incorporated had a duty and an obligation to continuously monitor the movement of people and guest on their property, given the prior history of crime in and around their hotel, as evidenced by the numerous arrests and police stings for prostitution taking place on their property. The Hotel had a duty to improve security and safety before the September 5, 2015 sex trafficking of D.H., given the dangerous neighborhood known for criminal activity that included prostitution, sex trafficking, and other crimes. In review of the file, it is clear that better training and communications, minor facility enhancements, and better management of resources available to the Defendant would have prevented the foreseeable harm that befell D.H. There were options available to the Defendant, such as proper use of law enforcement and security personnel, to be situationally aware of prostitution and sex trafficking and other criminal activity in the hotel parking lot and grounds, if they had been watching their  security video monitors, and if they observed too much foot traffic into a guest's room, expel that person from the hotel, requiring guest check-in to produce a valid identification, and logging the person's information for record keeping and to assist in any investigations should crimes or damages occur in their rooms, and there could have been banning of repetitive violators of hotel policy.  There could and should have been continuous, or at a minimum, more frequent and random security patrol rounds performed by

Plaintiff D.H. 002760

local law enforcement and/or security staff, with a proper system and supervision in place in order to be able to confirm when the lot had been checked. Apparently, based on the information on the current record, that was not done.

Additionally, more controlled access was needed from the outside of the parking lot of the Hotel to:

- Prevent trespass by persons not belonging on hotel property;
- Provide more controlled access needed for parking lot supervision;
- Provide more patrol of the hotel parking lots;
- Provide video coverage that was being more actively monitored by hotel staff of the parking lots, and illicit foot traffic into the rooms.

The Hotel presumably held themselves out as a safe hotel property, and a safe workplace. The reality was that there was little to no patrol service provided to the parking lots, a video surveillance system that was not monitored or deliberately overlooked or oblivious to open and obvious criminal activity occurring on the property, no training of owners or staff on crime prevention or basic security procedures to dissuade the active marketing of prostitution, sex trafficking, and drug activity, and other ongoing criminal behavior occurring on the Hotel's property, and a total lack of crime awareness, and sex trafficking awareness, and the potential impact of being in a dangerous area in the Atlanta Metroplex, Georgia.

In my review of the case file for the years preceding D.H.'s trafficking, the defendants knew that criminals and buyers of drugs, prostitutes, and those being trafficked, accessed the premises, and that the building access point facilitated ongoing problems including loitering, vandalism, prostitution and sex trafficking, drug use and dealing, car theft and recovery of stolen cars on the property, and trespass activity. It is not unusual for a crime of opportunity to escalate into a crime against persons when the criminal is confronted by the victim or their pimp. It is my opinion that the Hotel could have, and should have, taken far greater measures to reduce and prevent criminal opportunities on their property, in the interest of protecting their guests, employees, and other authorized individuals on the property. But they failed to take even the simplest of measures, which were well within their control. Had the Defendant taken the proper and necessary precautions to reduce trespass, and improve controlled and monitored access to and from the parking lot, it would have provided needed protection to the hotel and the legitimate guests, and not attracted the criminal elements that were shielded by this hotel's blind eye of enforcement to normal standard hotel practices.

Security measures and personnel clearly should have been supplemented at the entrance/exit to the parking lot to the Hotel, when it was realized that the security video cameras were not enough to deter the criminal enterprises occurring on the hotel grounds, and that the one way in and out access control was insufficient to reduce the opportunity for drug and illegal sex activity, and for unauthorized persons to easily trespass onto the property, with criminal intent, given the history of crime in the surrounding area, and at the hotel itself, based on testimony and the police incident reports records.

There were no security assessments conducted by the Defendant of the Hotel property, despite numerous criminal arrests and police stings on the property, and despite a security plan required by law. A security assessment is the best practice and industry standard for high-risk areas, and

Plaintiff D.H. 002761

would have alerted the defendants of day-to-day activity and functions in the hotel, included regular review of incident reports, and would have alerted staff to the continuing crime threats in their industry, in the immediate area, and on their property.

Defendant chose to assume the role and responsibility of security management, despite being completely uneducated and ineffective in providing a safe environment for hotel guests for over twenty years. Specifically, Defendant oversaw systems equipment and hardware, maintenance of the hotel's security systems, and the training and practices of its employees, as it relates to security functions (such as writing incident reports logs, reporting of criminal incidents that are observed, site entry control to the parking lots, access control to the rooms, using roving patrols, security lighting and maintenance, video surveillance, and lobby security). The Defendant's failure to effectively assess their on-going risks, security equipment, personnel, security training, and policy and procedures was willful and deliberate. It is evident that problems in each of these areas existed for the entirety of Defendant's ownership of the hotel, given the lack of education regarding sex trafficking and prostitution issues, and the lack of awareness of any of the Defendant's employees who testified in this case, and the Felder case. A professional audit, whether internal or external, would have noted these issues, and made simple recommendations for Defendant to follow in order to ensure the safety of its Patrons. At minimum, a simple protocol for parking lot patrols; a property security walk by Defendant's employees, and employee training for recognizing and responding to suspicious persons and activity would have been strong deterrents to combat the rampant crime occurring on Defendant's property. Further, Defendant could have benefitted from implementing a more effective and thorough policy with regard to monitoring the property's cameras, properly training employees on what to look for while monitoring the cameras, and placing their surveillance cameras in high traffic areas. A professional assessment would have addressed the ongoing problems, and closed up the obvious security gaps.

It is my opinion, as a criminologist, that the Hotel attracted and permitted ill-intentioned persons who wanted to enter the Hotel with the sole objective of purchasing prostitutes and victims for sex. It is important to note that buyers of sex were familiar enough with the area to know that they would be unchallenged, and have the greatest likelihood of the opportunity for success, without detection or interruption. Defendant's Hotel was blocked visually on three sides, making it resistant to outside intrusion, and natural surveillance. The rear of the Hotel was especially conducive to attracting criminal enterprise, as it did not deter, detect, observe, or interfere with any unauthorized presence and trespass.

Defendant did not appear to provide any direction to its employees regarding their awareness and reporting of vulnerable children that were being sex trafficked, or other illegal or criminal practices on the property. Defendant did not implement any roving patrols practice, or improve the monitoring of the guest's traffic to and from their rooms, either of which would have made a significant impact in the opportunity and availability of children being used in sex trafficking. By challenging unauthorized persons on the property, their entry would be denied or eliminated from the Hotel's premises.

It is clear to me that there was a complete failure of the Defendant to properly manage and utilize their available resources which resulted in lost opportunities at security improvement through comprehensive communication and coordination between the DeKalb County Police, and employees and legitimate hotel guests. An effective deterrent to criminal activity within the facility would have been to train the staff to be extra eyes and ears within the property and the

Plaintiff D.H. 002762

parking lot. If Defendant hired security staff and instructed them to perform basic patrol functions (as identified as a high-risk area, parking lots at night in a dangerous neighborhood), they would have likely observed trespassers and the ongoing illicit activity on Defendant's property.

Defendant and its employees have a duty to protect its premises and patrons, which includes crime prevention and controlling public access to the property, and deterrence. In the field of Crime Prevention Through Environmental Design, (CPTED), the basic strategies are (1) Access control; (2) Surveillance; (3) Territoriality and boundary definition; (4) Management practices; (5) Maintenance; and (6) Legitimate activity support. These are common, well-known terms in the hospitality industry.

Defendant's negligence is obvious.  Defendant failed to provide proper training in hotel safety to its employees and the little training that was provided is subpar at best. In fact, Defendant's willful passivity is unacceptable and palpably unreasonable given the totality of the circumstances.  It is my opinion that it was directly foreseeable that someone would or could engage in the illegal enterprise of sex trafficking and prostitution, and as a result EM and D.H. were severely and heinously injured, as a direct result of Defendant's inaction.

Defendant's negligence is so willful and reckless, that Defendant invited the problem and created a nuisance property that allowed a variety of criminal enterprises to thrive for years, including the sex trafficking of D.H. Tucker Inn did not even know what sex trafficking was in 2022, after multiple minors had been rescued as sex trafficking victims at its small hotel. The complete inaction regarding security is an open invitation to criminals and buyers of sex to visit the Hotel to engage in illicit activity, including D.H.'s sex trafficking.

The Hotel should have known it was benefiting from D.H.'s sex trafficking and should have stopped participating by renting her trafficker rooms.

At a basic level, adults of general intelligence do not require any specific training to know something is wrong with a very young looking 15-year-old is staying in a motel room, and as many as 20 different men come in and out of that room in a given day. In any scenario where that activity is observed and a minor is involved, there is cause of grave concern and action should be taken to protect the child. No training is required for an adult to follow the "if you see something, say something" approach. Any basic, free security training available online would have also reinforced this point and could have been provided to hotel employees at any time.

But training was readily available for years as well. The Polaris Project offered sex trafficking specific training in 2008, free information was available from the Department of Homeland Security in 2011, Businesses Ending Slavery and Trafficking offered specific hotel training in 2014, and the American Hospitality & Lodging Educational Institute sold a short training video on human trafficking in the hospitality industry for $152 in 2014. Any of these resources could have been found and utilized with a simple search of the web by Tucker Inn. Further, Investigator Erin Gibbs confirmed that hotels could have requested sex trafficking training from the Dekalb County Police Department or other law enforcement agencies in 2014 and that training would have been provided for free.

The Hotel's video surveillance footage, and presence of the Hotel's housekeeping, maintenance and management staff should have seen the inappropriate foot traffic on the grounds of the older

Plaintiff D.H. 002763

men, coming and going from Plaintiff's hotel room, over a short period of time. The Hotel's housekeeping, maintenance, and management staff should have observed the obvious and well known signs of child sex trafficking, that included D.H.'s young appearance as being a minor, her inappropriate appearance and attire, the signs of her sex trafficking noted above, including her fearful behavior around her sister in front of Hotel employees.  Housekeeping should have observed the leftovers of sex trafficking by emptying the trash of used condoms and the contents of D.H.'s room that evidenced sex trafficking of the 15 year-old.

The Hotel failed to employ security guards to patrol and monitor the premises and protect the patrons, guests, and prevent unauthorized entry onto the property, and deter illegal and excessive foot traffic into the guest rooms. While there was video surveillance around the Hotel property, the employees and management willfully ignored the foot traffic and loitering and trespass onto their property, even though it would have been readily apparent from the video surveillance that this activity was ongoing. The criminal activity on the property would have been deterred if either the hotel staff demanded guests leave if they violated room occupancy requirements (heavy excessive foot traffic that exceed the number of guests registered for the room), or hired a security guard in order to deter or report the suspicious or illegal activity that was rampant on the Defendant's property.

Prior to the Plaintiff's sex trafficking rescue at the Super 8, prostitution and sex trafficking were a regular occurrence at the Super 8, giving notice to the Hotel owners and management that their property was an attractive magnet for this type of criminal activity. In 2011 and 2013 other minors were trafficked for sex at the Super 8 hotel. The Hotel provided a venue, an illegal market for sex traffickers to sell children to buyers of commercial sex. The patrons frequently saw women loitering outside the hotel and openly soliciting men for sex, and the unusual heavy foot traffic surrounding the rooms where sex and drugs were being sold at the Hotel. The Defendant cannot plead ignorance to the perpetual and continual criminal activity happening on the Hotel's grounds and parking lot. Besides the open and blatant vehicle and foot traffic onto the property and into the rooms, by non-paying guests, the numerous police arrests and reports from 2011-present, is evidence of the volume of the criminal activity on the property that is indisputable and could not be overlooked by Hotel owners, management, and staff, or other legitimate hotel guests.

Further, it is my opinion that, within a reasonable degree of criminological certainty, that:

1. The Tucker Inn is located in an area well known for prostitution, sex trafficking, and other criminal activity, which is evidenced by an extensive history of crime in the Atlanta Metropolitan area.  Defendant, owned, operated, and managed the premises during the relevant time period, and is solely responsible for the safety of its patrons. The Defendant clearly failed to meet even the bare minimum of standards of security commonly found in the hotel industry.
2. The parking lot's "security system" is flawed. Of note, there are unauthorized users loitering undetected by hotel staff because there is no roving patrol or monitored video surveillance system. The entry point of the hotel is not monitored by hotel or security staff, despite a well-documented history of crime on the property nor is warning signage posted throughout the property which clearly states the hotel's policy against trespassing and criminal activity.

Plaintiff D.H. 002764

3. The minor sex trafficking of D.H. is within the reasonably foreseeable risk of harm as a result of Defendant's gross negligence in benefitting from D.H.'s trafficking by renting her trafficker rooms.  Simply put, had reasonable security measures been implemented and executed by the Defendant, it would have prevented the type of crime that resulted in the sex trafficking of D.H. Defendant's conduct (or lack thereof), given the circumstances, is reckless and unconscionable.

4. The overwhelming evidence of this case certainly warrants a conclusion that the failure of the Defendant to take reasonable precautions to protect its guests created a risk that an interested buyer, focused on an opportunistic crime of prostitution and sex trafficking, would be able to gain undeterred and undetected access to the parking lot and hotel rooms. The uncontrolled access from trespassers created the risk that any guest would encounter such persons who came to buy sex or drugs, and to achieve their criminal objective.

5. Any time there is a property crime of prostitution, it can quickly and most assuredly escalate to the trafficking of underage persons, as evidenced by the numerous police reports and sting operations.

6. It is my opinion that the Defendant was well aware of the need for security for their hotel, as evidenced by numerous police reports of crime on their property and witness testimony. The Defendant, due to carelessness, reckless indifference, and gross incompetence, failed to take any responsibility for following through on necessary and timely changes in their management and operation regarding the renting of rooms to ill-intentioned persons highly suspect in their likelihood of engaging in criminal enterprises, including sex trafficking, or conducting a professional security risk assessment, or asking the local Police for an assessment and some overtime security patrols.

7. Furthermore, there was an extreme lack of responsibility for the Tucker Inn owners and management to inspect and patrol the entire property daily, without any clear documentation of reporting criminal activity, or verification of guests in a room, or follow-up to inconsistencies or deterring or discouraging open solicitations that were documented to occur.

8. It is my opinion that the Defendant and their representatives had actual and constructive knowledge of crime and security concerns, including sex trafficking, as evidenced by the history of prior criminal events at the Hotel and the immediate surrounding area and witness testimony, and did not take reasonable measures to protect the legitimate paying guests of the Hotel from opportunistic criminals and sex traffickers.

9. It is my opinion that the pimps and traffickers were confident that they could enter the hotel property and engage in unlawful activity without fear of consequence. The potential buyers or johns, knew how easy it was to get in and around the hotel from the adjacent public streets.

10. The lack of natural surveillance by outside persons, such as patrolling police, creates the perfect environment to engage in illegal and potential criminal sex trafficking activity. The Hotel and parking lot were an "Attractive Magnet" for loitering and trespassing activities, and provided an anonymous and safe environment to solicit drugs and sex, while the Hotel owners and staff looked away.

11. The combination of careless, reckless, and indifferent actions by the Tucker Inn created the opportunity and venue for its illegal behavior.  The lack of any reasonable measures taken in response to so many criminal incidents in the hotel and the parking

Plaintiff D.H. 002765

lot is reflective of the Defendant's blatant disregard for the health, safety, and welfare of the employees, hotel guests, and any authorized member of the general public who entered the property in question. Rather than serving as a safe haven for hotel guests in a high-risk crime neighborhood, the Tucker Inn was an attractive magnet, and a haven for persons to commit criminal acts with impunity, and without consequences. The lack of reasonable security practices by the Tucker Inn is unconscionable.

12. The Tucker Inn knew or should have known about the criminal activity existing on their property prior to the Plaintiff's sex trafficking there.

13. The Tucker Inn had actual and constructive notice of the criminal activity on their property, that included prostitution, sex trafficking, drug activity, assaults and batteries, homicides, car thefts, recovery of stolen vehicles, harboring persons with active warrants, etc.

14. Tucker Inn knew or should have known of these and other violent crimes at their hotel property and took no action to mitigate or dissuade it. The Hotel did not have increased staff patrols, or demand guests leave that violate their room occupancy, nor hire a private security guard, nor hire an off duty police officer for selected patrols, nor ask the Police Department to conduct a security survey and make recommendations, nor post the required anti-sex trafficking posters, nor conduct any training for staff to be aware of the signs and symptoms of sex trafficking, nor maintain an active list of "do not rent to" persons who were suspected of illegal activities on the property, etc.

15. Tucker Inn had actual and constructive knowledge of the publicly available reviews of persons who had stayed at the hotel and reported the prostitution and crime on the property. Tucker Inn knew of these reviews, since they often replied to these horrible reviews, and implored people for a second chance, and to come back!

16. Tucker Inn knew or should have known that the budget economy hotels along an interstate exit in the Atlanta Metro area are a particularly attractive site and location for opportunistic criminal activity ranging from drug dealing, prostitution, and sex trafficking. The Tucker Inn offered privacy and anonymity to persons wanting to engage in criminal enterprise activity, cheaply and easily accessible. The Tucker Inn was an attractive magnet for illegal criminal enterprises and activity, that included prostitution, sex trafficking, and other opportunistic crime that has been mentioned in the Dekalb Police reports.

17. It is well established in the literature that a majority of the sex and human trafficking that occurs, and has been reported, was at hotels and motels, according to the Polaris Project, Human Trafficking Hotline, and other studies. The Tucker Inn knew or should have known that the hotel industry estimates that 80% of trafficking arrests occur in or around hotels, according to Rich Keating's presentation at the Hospitality Industry Conference in 2013. Without a place to go the sex trafficking business cannot occur or thrive. The Tucker Inn provided a safe harbor for sex trafficking that is conveniently located by a major highway exit, provides anonymity for the buyers and pimps, takes cash without any questions, and allows the business of the commercial sex business to occur unimpeded, and undeterred, in order to conduct these illegal enterprises. There is evidence Tucker Inn even rented rooms by the half hour!

18. Tucker Inn knew or should have known that there are published best practices to identify and deter sex trafficking by EPCAT-USA (End Child Prostitution and

Trafficking) launched by the Tourism Child Protection Code of Conduct in 2004, and that the Department of Homeland Security published guidelines to instruct housekeeping, maintenance, and front desk staff to be vigilant in looking for signs of human trafficking at hotels and hotels. In addition, the Georgia Legislature passed SS 16-5-47 in September 2013 a bill requiring hotels to post sex trafficking notices in public restrooms for the business near the public entrance or in a conspicuous clear view of the public and employees where similar notices are customarily posted. All of these postings are to provide information giving individuals a method of contacting a Hotline for assistance. Tucker Inn did not comply with any of these statutes, best practices, or industry standards.

There were many points in time, and opportunities available to the Tucker Inn that easily could have averted this problem of opportunistic crimes like sex trafficking on their property, but at every step they failed, and consciously avoided taking those simple steps needed to correct the gaping holes in the security of their hotel property, and the protection of their guests.

There are well known established best practices for the hospitality industry to identify, address, and deter sex trafficking in hotels and motels that include, according to the ECPAT-USA Tourism Child Protection Code of Conduct:
1) Establish a corporate policy and procedures against sexual exploitation of children;
2) Train employees in children's rights, and the prevention of sexual exploitation and how to report suspected cases;
3) Include a clause in partner contracts stating a common repudiation and zero tolerance policy of sexual exploitation of children;
4) Provide information to travelers on children's rights, the prevention of sexual exploitation of children, and how to report suspected cases;
5) Support, collaborate, and engage stakeholders in the prevention of sexual exploitation of children;
6) Report annually on the company's implementation of Code related activities.

It is my opinion that the Tucker Inn seriously violated reasonable standards of care for hotel security by not having a logical and clear line of communication between the Hotel and those serving in security and law enforcement capacity. There was no security at the Hotel, and the Hotel has admitted it never called the police about prostitution. There was a lack of communication between the Defendant and their representatives in having the ability to view naturally, or with mechanical surveillance, that observed criminal activity and solicitation was occurring in the parking lot in real time, and Defendant took no action to stop or deter it. There was a lack of communication as to whose responsibility it was to actually inspect the video cameras in the parking lot and to check the perimeter fencing and entrance of the property. There was a lack of communication and designation of responsibility for the hotel staff to inspect the parking lots and building perimeters for adequate lighting and maintenance upkeep.

It is my opinion that the Tucker Inn knowingly benefited financially from allowing persons engaged in sex trafficking and prostitution to rent rooms, mostly with cash, and knew and benefited from the criminal activity by increased revenue for rooms that were available by the half hour, hour, or partial day. Most legitimate hotels do not rent for time periods less than one night. In the same way, Tucker Inn benefited financially from D.H.'s trafficking, and should have known it was doing so.

Plaintiff D.H. 002767

Had the property taken even the most minimal measures to improve security, and enforce industry standards and best practices, they would have dissuaded and deterred criminal enterprises and activities on their property, including D.H.'s trafficker, and would have subsequently greatly reduced the opportunity for sex trafficking on their property. If the persons engaged in prostitution, drugs, and sex trafficking do not feel welcome, anonymous, and safe, they will not come. But if you build it, they will come. Like the movie tag line about the baseball field, if you build a hotel next to the Interstate Highway exit, make it very convenient, economically affordable, allow persons to pay for a room with cash and no verifiable identification, and don't have reasonable security measures to deter illegal enterprises, then the people will come. The criminal people that is, as well as the child victims who are being exploited. The Hotel had a duty not to turn a blind eye, and permitted the illegal criminal activities to occur in and around the hotel property. If the hotel had taken reasonable measures regarding security and patrol of the property, the hotel would not have been an attractive nuisance and an attractive magnet for criminal enterprise and behaviors. The manner in which the hotel was operated invited and allowed the illegal activity to occur at the hotel, thus creating the attractive nuisance or magnet of criminal activity. As a direct result of this hotel being an attractive nuisance, D.H. was sold for sex at the Tucker Inn, and was harmed immeasurably.

The combination of careless, reckless, and indifferent actions taken by the Tucker Inn created the opportunity and venue for the victimization of children at their property, including D.H. The lack of any measures in response to local crime threats and prior incidents on the hotel lot failed to protect persons being sold for sex, children and adults. Rather than a safe haven for legitimate hotel guests, the Hotel was a safe haven for individuals to commit criminal acts, and sex trafficking with impunity. The lack of communication and disregard of responsibilities by the Tucker Inn is outrageous and simply unconscionable.

It is my opinion that the Tucker Inn had actual and constructive knowledge of the potential for sex trafficking as evidenced by the fear and concerns expressed by Plaintiff and witnesses in their depositions, and extensive and repetitive prior criminal and activity in the Hotel's parking lots, stairwells, and rooms, yet the defendants did not take reasonable measures to protect the guests of the Tucker Inn.

In summary, the Tucker Inn enabled and allowed potential victimization of minors in their unprotected and unsecured property. The traffickers and buyers targeted this hotel because it was convenient, affordable, anonymous, and known as an attractive magnet for illegal criminal enterprises that included prostitution and sex trafficking. Tucker Inn participated in these ventures by renting the rooms and doing nothing to enact reasonable security measures, in effect, allowing the sex trafficking. The traffickers had the knowledge and the means to target the hotel and its illegitimate users. It is my opinion, that within a reasonable degree of criminological certainty, that this victimization of D.H. was foreseeable and preventable, and it most certainly would have been prevented, but for the actions and inactions of the defendants.

The Expert reserves the right to supplement and/or amend this expert disclosure at any time before or during the trial of this matter.

Plaintiff D.H. 002768

Signed under the penalties of perjury this July 28, 2023.

Respectfully yours,

Randall Atlas Ph.D., FAIA, CPP, CPTED
Atlas Safety & Security Design Inc.


APPENDIX A - Atlas Resume

APPENDIX B – Crime Summary Table

APPENDIX C – Atlas Expert Caselist

Plaintiff D.H. 002769



# ATLAS SAFETY & SECURITY DESIGN INC.
## RANDY I. ATLAS Ph.D., FAIA, CPP, CPTED — VITA
### PRESIDENT Revised 7/5/23

**SERVICES PROVIDED:**
Crime Prevention Through Environmental Design (CPTED)/Security Design and Analysis
Americans with Disability Act Accessibility Audits, Compliance
Anti-Terrorism Security Assessment and Design
Architectural Programming and Design of Criminal Justice facilities
Expert Witness Testimony in Security Negligence Premises Liability Cases
Expert Testimony on slips, trips, falls, architectural defects, building code compliance
Risk Threat Vulnerability Assessments, Anti-Terrorism Security Master Plans
Training in CPTED, security design, accessibility, jail and prison violence/suicide

**PROFESSIONAL REGISTRATION:**
CERTIFIED PROTECTION PROFESSIONAL (CPP) from ASIS, #5061
REGISTERED ARCHITECT, State of Florida, #15954; State of Louisiana #5287
NCARB REGISTERED, National Council Architectural Registration Board #31121
CERTIFIED in Sandia Labs Risk Assessment Methodology RAM-W (Dams), T (Power) 2002
CERTIFIED in Critical Infrastructure and Asset Protection – ACAM and PCII, April 2010
CERTIFIED Anti-Terrorism Specialist, Anti-Terrorism Accreditation Board. #100342
CERTIFIED Master Anti-Terrorism Specialist, Anti-Terrorism Accreditation Board. 2010
CERTIFIED in Quality Matters On-Line E Learning Certification for FAU Course on CPTED 2013
CERTIFIED ICCP- Certified CPTED Professional, International CPTED Association, 2016
CERTIFIED ASM925 Operator Level 1- Coefficient of Friction Testing, Substratum Group 2020
CERTIFIED Johnson Forensics GS-1 Operator Course COF Testing, Substratum Group 2018
CEERTIFIED Safety Assessment Program Evaluator AIA Feb.16, 2022

**PROFESSIONAL AFFILIATIONS:**
AMERICAN INSTITUTE OF ARCHITECTS (AIA), Fellowship status in 2015, AIA Architecture for Justice Committee member; AMERICAN CORRECTIONAL ASSOCIATION (ACA), Design and Technology Committee member; AMERICAN SOCIETY OF INDUSTRIAL SECURITY (ASIS), Past Chairman of the Security Architecture and Engineering Council; AMERICAN SOCIETY OF SAFETY PROFESSIONALS (ASSP); ENVIRONMENTAL DESIGN RESEARCH ASSOCIATION (EDRA) Appointed on Editorial Review Board for Environment and Behavior Magazine; NATIONAL SAFETY COUNCIL, Falls Prevention Committee, NATIONAL FIRE PROTECTION ASSOCIATION (NFPA) Premises Security Committee 730-731; AMERICAN SOCIETY OF TESTING MATERIALS (ASTM) Technical committees F33 on Corrections and Detention Facilities, ASTM E54 Homeland Security Committee, F13 Pedestrian/Walkway Safety and Footwear, F12 Committee on Security Systems and Equipment; HUMAN FACTORS & ERGONOMICS SOCIETY; National Institute of Justice Advisory Board on AMERICANS WITH DISABILITIES ACT and CPTED., Board member representative of the FLORIDA DESIGN OUT CRIME (FDOCA); United States Regional Board member of the INTERNATIONAL CPTED ASSOCIATION (ICA), U.S. HOUSING URBAN DEVELOPMENT Technical Assistance Consultant on Security and Crime Prevention; U.S. Department of Justice NATIONAL INSTITUTE OF CORRECTIONS Technical Assistance Consultant. Dr. Atlas has been appointed to the Oklahoma City National Memorial Institute of the Prevention of Terrorism Peer Review Panel 2001; Member of the ASIS Physical Security Measures (PSM) Guideline Committee; member of INTERNATIONAL SOCIETY OF CRIME PREVENTION PRACTITIONERS; member of INTERNATIONAL ASSOCIATION OF COUNTERTERRORISM AND SECURITY PROFESSIONALS; Greater Miami & the Beaches Hotel Association; member FLORIDA CRIME PREVENTION ASSOCIATION; NATIONAL FLOOR SAFETY INSTITUTE Standards Committee B101- Safety Requirements for Slip, Trip and Fall Prevention 2010-2012; Member of Infra-Gard

Plaintiff D.H. 002770

South Florida; Member of INTERNATIONAL ASSOCIATION OF PROFESSIONAL SECURITY CONSULTANTS; Appointed to the Guidelines Task Force for Security Design Guidelines for Healthcare Facilities with the INTERNATIONAL ASSOCIATION OF HEALTHCARE SECURITY AND SAFETY (IAHSS) 2019. ASIS Facility Physical Security Standards Update Task Group 2020.

**EDUCATION:**  Doctorate of Criminology, Florida State University, 1982;
Masters of Architecture, University of Illinois, 1976;
Bachelor of Criminal Justice, University of South Florida, 1976;
Bachelor of Architecture, University of Florida,1974.

**TEACHING:**  VISITING INSTRUCTOR **Texas A & M Engineering Extension Service** (TEEX). Bryan, Tx. Crime Prevention Through Environmental Design (CPTED) Practitioner Certified Classes, March 2021 to present.

ADJUNCT PROFESSOR **Florida Atlantic University**, College of Social Inquiry (Architecture, Criminal Justice and Urban Planning). Designing Safe Communities with CPTED (Crime Prevention Through Environmental Design), Fort Lauderdale and Boca Campuses, E-Learning, and Continuing Education. E-Learning Course on CPTED with the FAU Institute of Design and Technology (IDAC) 1998, 2005 - 2020

INSTRUCTOR **Southern New Hampshire University** – Anti-terrorism On Line E-learning Degree. CJ-682 Threat Assessment. October 2020 – September 2021.

PROFESSOR **Keiser College**, Criminal Justice Department. Pembroke Pines, FL. Criminal Justice Classes: Deviant Behavior; Victimology; Organized Crime; White Collar Crime; Drugs in Society; Alternative Punishment; Comparative Criminal Justice Organizations; Intro to Corrections, Capstone-Independent Studies. 2006 - 2013.

ADJUNCT PROFESSOR **University of Miami**, Criminal Justice Program Dept. 1989-1991. **University of Miami**, School of Architecture, courses in Crime Prevention Through Environmental Design (CPTED) 1991, 1994,1995.

VISITING INSTRUCTOR **National Crime Prevention Institute** (NCPI), **University of Louisville**. Crime Prevention Through Environmental Design (CPTED) Classes, Design for Infrastructure Protection, Design Safe Schools 1993 through 2008.

ADJUNCT PROFESSOR **Florida International University**, Criminal Justice Program - Corrections, Criminology, Criminal Justice and Crime Prevention Through Environmental Design Classes, Miami, Florida 1984 to1991, 1997.

**PROJECT EXPERIENCE:**

- CPTED CONSULTANT to Atlantic Pacific Companies – CPTED Assessments for Heritage Village South, Quail Roost Phase II, and Perrine Villas II. Affordable Work Force RAD housing developments, Miami, FL. July 2023

- CPTED CONSULTANT to SunTech Development, for 2710 East Atlantic Boulevard Apartments, CPTED Public Safety Plan for Pompano Beach, FL.  June 2023

- CPTED CONSULTANT to MSA Architects for the Oaks at Palm Air Apartments, CPTED Public Safety Plan for Pompano Beach, FL.  June 2023

- CPTED CONSULTANT to the BEC Construction for 301 N. Federal Hwy. Apartments, CPTED Public Safety Plan for Pompano Beach, FL. June 2023

- CPTED CONSULTANT to the Sunexus Group for Sunexus Apartments, CPTED Public Safety Plan for Pompano Beach, FL.  April 2023

- CPTED CONSULTANT to Asante Design Group LLC for Pauline's restaurant, Boynton Beach, FL. February 2023

Plaintiff D.H. 002771

- CPTED CONSULTANT to Urban Design Studio on the L' Eglise De Dieu Les Elus Pour Christ Church, CPTED Public Safety Plan for Pompano Beach, FL.  January 2023

- CPTED CONSULTANT to Pfluger Architects on the Cotulla, TX High School. 2022-2023.

- CPTED CONSULTANT to Wilfredo Agurto of Imagination Design PA on the Gigi Apartments CPTED Public Safety Plan for Pompano Beach, FL. December 2022

- CPTED CONSULTANT to Valle Valle & Partners on the 900 Biscayne Blvd., Miami Ground Floor and Lobby Improvements. Miami, FL November 2022

- CPTED CONSULTANT to Stiles Residential Group on the Plantations Crossroads Housing Development. Plantation. FL. November 2022

- CPTED CONSULTANT to Dyer Technologies for creating a CPTED Masterplan for San Jose, CA. Oct.17, 2022.

- CPTED CONSULTANT Pompano Beach Highland Oaks Multi-Family Housing Development. D.R. Horton. Pompano Beach, FL July 2022

- CPTED CONSULTANT Pompano Beach Propane Bulk Facility. The Blossman Companies. Pompano Beach, FL April 2022

- CPTED CONSULTANT Pompano Beach Ford Lincoln Dealer Parking Expansion. Winningham & Fradley. Pompano Beach, FL July, 2022

- CPTED CONSULTANT to Valle Valle & Partners. Consultant on the Overtown Metro Station Improvements for Miami Dade Transit Authority. March 2022

- CPTED and SECURITY CONSULTANT to ADG architecture – Sanibel Island Police Department Facility. April 2022

- CPTED CONSULTANT Pompano Beach Propane Bulk Facility. The Blossman Companies. Pompano Beach, FL April 2022

- CPTED CONSULTANT to SKLArchitecture. 499 Ocean Blvd. Public Safety Plan.  Pompano Beach, FL. Feb. 2022

- CPTED CONSULTANT to Atlantic Pacific Communities, and Corwil Architects on the Quail Roost Apartments. Miami Dade County. Oct. 2021

- CPTED CONSULTANT to Atlantic Pacific Communities, and Corwil Architects on the Moody Gardens/Villages Apartments. Miami Dade County. Oct. 2021

- CPTED CONSULTANT to Atlantic Pacific Communities, and Corwil Architects on the Heritage Villages Apartments. Miami Dade County. Oct. 2021

- CPTED CONSULTANT to MSA Architects on Citi-Center Apartments, Pompano Beach FL. Oct. 2021

- CPTED CONSULTANT to Cymbal Development on the Gateway Apartments, Miami Gardens, FL. Oct. 2021

- CPTED CONSULTANT to Housing Trust Group (HTG United) on the Rainbow Village Housing Development for Miami Dade County, FL. July 2021

- CPTED CONSULTANT to Whitehall Condominiums of the Villages of Palm Beach Lakes. Security Assessment and evaluation of video systems by American Integrated Security Group. July 2021

- CPTED CONSULTANT to Upland Design Group on the Engineering Building at Tenn. Technical University. Nashville, TN March 2021

Plaintiff D.H. 002772

- CPTED CONSULTANT to MSA Architects on Pompano Beach Apartments, Pompano Beach FL March 2021

- CPTED CONSULTANT to Atlantic Pacific Communities, and Corwil Architects on the Culmer Place Housing, Miami, FL January 2021

- CPTED CONSULTANT to 524 N. Riverside Drive Apartments, Pompano Beach. BEC Group. March, 2021

- CPTED CONSULTANT to ASIS International on the update to the Facility Physical Asset Protection standards publication. 2020/2021

- CPTED CONSULTANT to Coral Rock Pompano LLC on the Highland Oaks Apartment Development. Pompano Beach FL. Public Safety Plan and Risk Assessment. November 2020

- CPTED CONSULTANT to Gulf Building LLC on the New Cloverleaf Park CPTED Public Safety Plan, Miami Gardens, FL. September, 2020.

- CPTED CONSULTANT to SH Brandt Architects for the Pompano Pointe Apartments, Pompano Beach, FL. Public Safety Plan and Risk Assessment. May 2020

- CPTED CONSULTANT to Bellon Architects for the Oak Enclave Apartments, Miami Gardens, FL. Public Safety Plan and Risk Assessment. May 2020

- CPTED CONSULTANT to MSA Architects on Pompano Station Apartments. Pompano Beach Public Safety Plan and Risk Assessment. Pompano Beach, FL. April, 2020

- CPTED CONSULTANT for the Newport/Costa Mesa School District, re: Ensign Middle School Security CPTED review. Newport- Mesa CA. March 2020

- CPTED CONSULTANT to RDC Design Build on Pompano Beach Amphitheater Roofing Project. Pompano Beach Public Safety Plan and Risk Assessment. Pompano Beach, FL. March, 2020

- CPTED CONSULTANT to MSA Architects on Hidden Harbour at Harbourside. Pompano Beach Public Safety Plan and Risk Assessment. Pompano Beach, FL. February, 2020

- CPTED CONSULTANT for MC Harry Associates, Miami International Airport Facade Improvement Vulnerability Threat Assessment. Miami, FL January, 2020

- CPTED CONSULTANT for ADG Architecture, to City of Sanibel Island Government Center Security Risk Assessment. Sanibel, FL. January, 2020

- CPTED CONSULTANT for Zyscovich Architects, for Collier County High School. Naples, FL. January 2020

- CPTED CONSULTANT for MHKAP Architecture, to City of Naples Government Center Security Risk Assessment. Naples, FL. November 2019

- CPTED CONSULTANT for ADG Architecture, to City of Fort Myers Government Center Security Risk Assessment. Fort Myers, FL. August 2019

- 

- CPTED CONSULTANT for ADG Architecture, to S.TA.R.S. Community Center Complex Expansion. Fort Myers, FL. July 2019

- CPTED CONSULTANT for Ed Lewis Architects, to develop a security perimeter master plan for Miami Dade County Government Center. July 2019.

- CPTED CONSULTANT for URBN Design on the Festival Flea Market Expansion, North and South, Pompano Beach, FL. June 2019

Plaintiff D.H. 002773

- CPTED CONSULTANT to Corwil Team and AP Management for the Culmer Apartments Project. Miami Dade Housing Authority.  May 2019.

- CPTED CONSULTANT Appointed to the Guidelines Task Force for Security Design Guidelines for Healthcare Facilities with the INTERNATIONAL ASSOCIATION OF HEALTHCARE SECURITY AND SAFETY. Feb. 2019

- TRAINER/CONSULTANT to the City of Pompano Beach. 40-hour certified CPTED Practitioner Course. Jan. 27-April 6, 2019

- CONSULTANT to 700 Briny Ave. Apartment Building – CPTED Public Safety Plan for Pompano Beach, FL. Oct. 2018

- CONSULTANT for RJ. Heisenbottle Associates on the Miami Marine Stadium Renovation for CPTED and security perimeter and vehicle barrier assessment and design. Miami, Fl. October, 2018 to present.

- CONSULTANT to 499 N. Ocean Dr. Apartment Building – CPTED Public Safety Plan for Pompano Beach, FL Sept. 2018

- CONSULTANT to Oldcastle Bonsal Sakreete Concrete Plant – CPTED Public Safety Plan for Pompano Beach, FL. July, 2018

- CONSULTANT to Broward County School District, in association with Safe Havens International. Conduct a security risk assessment of the entire school district, 234 schools post Stoneman Douglas Shooting. Broward County, FL. June/July 2018

- CONSULTANT to Williamson Shriver Architects, Herbert Hoover High School, Charleston, WV. May 10, 2018

- CONSULTANT to the Sands of Key Biscayne Condominium, FL. Security assessment and design. March 14, 2018

- CONSULTANT and TRAINER to a Tech Company, CPTED Training to their security staff. Seattle, WA. Feb. 27-28 2018

- CONSULTANT to Kaiser Permanente Group – Conduct a CPTED certified training and conduct a risk assessment on the Largo Medical Center. Largo, MD. May 1-6, 2017

- CONSULTANT to RDC (Recreation Design Group) for CPTED Analysis for Buccaneer Park, Miami Gardens, FL. April 2017.

- CONSULTANT to RDC (Recreation Design Group) for CPTED Analysis for Bunche Park, Miami Gardens, FL. October, 2016.

- CONSULTANT to Eureka Garden Apartments, CPTED / Security Analysis. HUD Property. Jacksonville, Oct. 2016

- CONSULTANT to Oldcastle Coastal for Pompano Beach CPTED Analysis. May 2016.

- CONSULTANT to Security Dynamics LLC Port Everglades Security Strategic Risk Management Plan. Sept. 2015

- CONSULTANT to International Paper Global Headquarters, CPTED /Security Analysis, Memphis TN. July 2015

- CONSULTANT to Florida Attorney General's Office representing the Florida Department of Corrections in Title II Americans With Disabilities Lawsuits, 2012- 2017.

- CONSULTANT to Steelbridge Real Estate Services. Security /CPTED Risk Assessment of the Wells Fargo Office Building in downtown Orlando Florida. January 2015.

- CONSULTANT to PB1 Hotels LLC and George White Architect. Hampton Inn Hotel – Develop CPTED Public Safety Plan for Pompano Building and Zoning review. Oct. 2014.

Plaintiff D.H. 002774

- CONSULTANT to Richmond VA School District with Safe Havens International – CPTED/Security Audit. Sept. 29/30, 2014

- CONSULTANT to Perteet Inc. for the Seattle Department of Transportation. 3rd Avenue Corridor Project. CPTED Analysis. May 27-31, 2014

- CONSULTANT to ALSCO Laundry – Security CPTED assessment of Pompano Beach Facility, expansion and renovation. Develop CPTED plan for Pompano Building and Zoning review. April. 2014.

- CONSULTANT to Security Dynamics LLC or the Port Miami Security Assessment Master Plan. Jan. 2014

- CONSULTANT to Duke University – East and Central Campus Security and CPTED Evaluation. Durham, NC. August, 2013

- CONSULTANT to Pinnacle Housing Group – CPTED and Security Review of King's Terrace Apts. Miami. FL August 2013

- CONSULTANT to 1000 Museum (Biscayne Tower) – CPTED and Security Consultant on a luxury high-rise residential building. Miami, FL. 2013 -2014

- CONSULTANT to O'Gara Group. ACAMS Vulnerability Assessment for the Martin County South Memorial Hospital. Jan. 8-10, 2013

- CONSULTANT on Baylofts Apartments. CPTED security survey and risk assessment. Jan. 14, 2013

- CONSULTANT to DPZ on the Downtown Mobile, AL. Form Based Code Urban Revitalization Master Plan Design Charrette. November 2012.

- CONSULTANT to Safe Haven International on a CPTED and Lighting Analysis of Chicago School District School System, 19 schools. Oct. 4-9. 2012

- CONSULTANT to Amazon.com Corporation. CPTED analysis of their storage warehouse facilities. Louisville, KY. Sept.27-20, 2012

- CONSULTANT to Risk Solutions International of the Quaker Valley School District Middle School, Sewickley, PA. Sept. 1, 2012

- CONSULTANT to Hyatt Hotel Corporation – Develop industry standards for AED placement and policy and procedures for the range of hotel properties. Site visit to Chicago Hyatt Properties. June 2012.

- CONSULTANT to Hyatt Hotel Corporation – Develop industry standards for AED placement and policy and procedures for the range of hotel properties. Site visit to Orlando Grand Cypress Hyatt. January 2011.

- CONSULTANT to Safe Haven International on a CPTED and Lighting Analysis of Bibb County GA School District School System, 6 schools. May 8-11, 2012

- CONSULTANT to SmartPrice Exporters in Association with Forbes Architects –. Develop a security CPTED Master Plan, Miami, Florida. January 2011.

- CONSULTANT to Pinnacle Housing Group – CPTED and Security Review of King's Terrace Apts. Miami. FL January, 2011.

- CONSULTANT to Butte County Jail. Security Systems Analysis. Oroville, CA. August 2010

- CONSULTANT to Georgetown University. Security and CPTED Analysis of Campus Perimeter. Aug. 2010

Plaintiff D.H. 002775

- REVIEWER for FEMA Manuals Update. DHS - Science and Technology Directorate's Infrastructure and Geophysical Division (IGD) for FEMA 426 – Reference Manual to Mitigate Potential Terrorist Attacks, FEMA 428 Primer to Design Safe School Projects in Case of Terrorist Attack, FEMA 452 Risk Assessment, A Guide to Mitigate Potential Terrorist Attacks Against Buildings.

- CONSULTANT to O'Gara Group, Vulnerability and CPTED Assessment of Barry University, Miami, Florida. July 2010.

- CONSULTANT to O'Gara Group, Develop a Vulnerability and CPTED Assessment Survey for Healthcare Environments, For the Florida Department of Health. April 2010.

- CONSULTANT to O'Gara Group, Vulnerability and CPTED Assessment of Florida Memorial College, Miami, Florida. April 2010.

- CONSULTANT to Volunteers of America for Security and CPTED Assessment of Southpoint Crossings Apartment Building, Florida City, Fl. April, 2010.

- CONSULTANT to the O'Gara Group, Vulnerability and CPTED Assessment of St. Thomas University, Miami, Fl. March 2010.

- CONSULTANT to the Sailboat Bend Homeowners Association in a CPTED review of Dr. Kennedy Homes Project, Broward Housing Authority, Fort Lauderdale, Fl. 2009/2010

- CONSULTANT to Ocean Palms Condo for a Security Risk Assessment and CPTED survey for the 40-story, 240-unit ocean front property. Hollywood, FL. July, 2009

- CONSULTANT to Tennessee Board Regents to conduct a security assessment of the University of Memphis Main Campus and Law School, and evaluate a campus wide access control system. Memphis, TN. June 2009

- CONSULTANT to Pinnacle Housing Group to conduct CPTED surveys on Pinnacle Place and Pinnacle Plaza. Miami, FL. May, 2009

- CONSULTANT to Techmark Security Integration. CPTED consulting on the masterplan of 2 new cites and a large mixed-use development in Abu Dhabi, United Arab Emirates. Development of CPTED and Building Security Codes. June 2008 – ongoing.

- CONSULTANT to Riviera Country Club, Coral Gables Florida. CPTED Analysis and Security Risk Assessment. June 2008.

- CONSULTANT to Broadmoor Design Group on New Orleans Holy Cross School. CPTED and security evaluation. April 2008.

- CONSULTANT on security and CPTED to Dagliesh, Gilpin, & Paxton Architects on the Madison County, VA. Courthouse Phase II expansion and renovations. November 2007- June 2010.

- CONSULTANT to Green Briar West Apartments, Miami, Fl. Conduct a Risk Assessment, CPTED analysis, and Security Survey. October 2007.

- CONSULTANT on Miami Dade Corrections Master Plan and Krome Detention Center Project with Spillis Candela DMJM. October 2007

- CONSULTANT on CPTED and security to Arquitectonica on the Fort-Brescia/Spears Home in Coconut Grove, Florida. August 2007.

- CONSULTANT to SONY Corporation on the New Headquarters Building in San Diego, CA. Perform CPTED and Security Design Review. July 2007.

- CONSULTANT to the Mandarin Oriental Resorts Hotel in Miami. ASSD conducted a security risk assessment of the hotel and parking facilities. July 2007.

333 LAS OLAS WAY SUITE 1605, FT. LAUDERDALE, FL. 33301•PHONE 305.332-6588 •EMAIL RATLAS@IX.NETCOM.COM WWW.CPTED-SECURITY.COM          7

Plaintiff D.H. 002776

- CONSULTANT to Clark County School District (Las Vegas). Conduct a 40 Hr. CPTED class to District staff architects and engineers, as well as the architects and school police working for the District designing new prototype elementary, middle, and high schools. Conducted a review of existing and proposed prototypes and assisting in the development of school security design guidelines for 120 new schools ($10 Billion budget).  May 2007.

- CONSULANT on the Tropical Greenways Project. The project will use Miami-Dade County's Park system to connect Biscayne National Park and Everglades National Park.  The project seeks to physically connect our two national parks. March 2007

- CONSULTANT to Tennessee Board of Regents on the Murfreesboro Tennessee State University Research and Science Building, Security Design Review. Murfreesboro, TN. April 2007.

- CONSULTANT with Techmark Security on the Harvard University Science Building Project. Security Design, Risk Assessment and CPTED Design.  March 2007

- CONSULTANT for Greenville Tech College, Security Analysis for New University Housing. Greenville, SC. Nov. 11, 2006.

- CONSULTANT for the South Carolina Electric, Gas Water Company, SCANA to do a CPTED analysis of the new SCANA Campus in Columbia, SC. Nov. 10, 2006

- CONSULTANT to Tennessee State University to conduct a security review of the Research and Sponsored Programs Building. Nashville, TN. October 2006

- CONSULTANT to Tennessee State University to conduct a Security master plan for main campus and Avon Williams Downtown Campus. Nashville, TN. September 2006

- CONSULTANT for The Russell Partnership to conduct Threat Risk Vulnerability Assessment for the North Miami City Hall. March 2006

- CONSULTANT for ATC to conduct Threat Risk Vulnerability Assessment for American Transmission Company (ATC) at DePere, Piwaukee, and Cottage Grove Power facilities in Wisconsin. July – Nov. 2005, July 2006

- CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the Turner Guiliford Knight Detention Center, Miami, Fl. August 2005

- CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the Metrowest Detention Center, Miami, Fl. August 2005

- CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the Pre-Trial Detention Center, Miami, Fl. August 2005

- CONSULTANT for security / vulnerability assessment for Essex County Courthouse, Newark, NJ. Aug., 2005.

- CONSULTANT for ACAI Architects to perform a Security Risk Vulnerability Assessment of the Ft. Lauderdale Executive Airport Rescue Firefighting and Emergency Operations Center. Ft. Lauderdale, Fl. July 2005

- CONSULTANT for RJ. Heisenbottle Associates on the Courthouse Square Parking Garage and Apartment Complex for CPTED and security assessment. Miami, Fl. June, 2005

- CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the Miami Dade County Inspections and Permit Building, Miami, Fl. June 2005

- CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the Ryder Trauma Center, Miami, Fl. July 2005

Plaintiff D.H. 002777

• CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the Miami Dade County Fleet Maintenance Building, Homestead, Fl. June 2005

• CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the South Dade Government Center, Homestead, Fl. June 2005

• CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the Caleb Center Government Building, Miami, Fl. June 2005

• CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the Central Facility Support Building, Miami, Fl. June 2005

• CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the Hickman Building, Miami, Fl. June 2005

• CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the South Miami Hospital, June 2005

• CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the Republic Metals Corporation, June 2005.

• CONSULTANT for Medical College of Wisconsin Bio-Medical Laboratory, Milwaukee, WI. in Association with Applied Research Associates. Security and CPTED analysis. April 2005.

• CONSULTANT for the Hogan Group, Coefficient of Friction test for exterior walkway of 6161 Blue Lagoon Dr. Miami August 2004

• CONSULTANT on CPTED for Ball Construction group for the Houses of Indian Beach. January 2004

• CONSULTANT for Zsycovich Architects for Broward County School Board Homewood High School Addition. Dec. 2003

• CONSULTANT for U.S. Dept. Of Justice, National Institute of Corrections, for the Idaho Department of Corrections. ADA Accessibility Compliance Audit. Boise, Idaho. May 18-25, 2003

• CONSULTANT for Los Angeles Housing Authority on CPTED for 15 housing authority properties. January - March 2003 in association with SPARTA.

• CONSULTANT for security and CPTED review on the Homewood Middle School, Birmingham Al. for Giattina Fisher Aycock Architects. 2003

• CONSULTANT for U.S. HUD Drug Elimination Grant Program Technical Assistance consultant on CPTED for Covington Housing Authority, Covington, KY. Oct. -Dec. 2002

• CONSULTANT for Lee County Electric Cooperative. Threat and Vulnerability Assessment for Power facilities and office building. Ft. Myers, Fl. November 2002.

• CONSULTANT to SPARTA for the New Haven Housing Authority. CPTED assessment of 22 properties. July 2002.

• CONSULTANT for SPARTA to the Los Angeles Housing Authority for a 1-day CPTED training for project managers. June 5, 2002.

• CONSULTANT for the Boys and Girls Club of America, Atlanta, GA.  Assessment of three centers and development of security training curriculum. March 20,2002.

• CONSULTANT for Miami Dade Community College, Security Need Assessment and Threat Analysis. Miami, Fl. March, 2002

• CONSULTANT for Brand Protection Inc., threat assessment and security survey for MASCO Inc., Detroit, Mi. October, 2001

Plaintiff D.H. 002778

- CORRECTIONS PLANNER for Marion County Jail Expansion Master Plan and Program with Jacobs Group, Ocala, Fl. Oct. 2001

- PEER REVIEW PANEL for Oklahoma City National Memorial Institute for Prevention of Terrorism, Oct. 2001.

- CONSULTANT on security for the Palm Springs Hospital in Hialeah, Florida.  Security masterplan, policy and procedures and physical security review for the hospital. March 2001.

- CONSULTANT for the University of Colorado Health Sciences Center new campus. Developed a security masterplan for $2 Billion of new construction on former Army base. Denver, Co.  Feb. 2001

- CONSULTANT on Security and CPTED on Seminole County, Florida Courthouse with HKS Architects.  December, 2000.

* CONSULTANT Security survey on the Graham Rogall Elderly Apartments for the St. Pete Housing Authority, Nov. 17 2000.

* CONSULTANT on CPTED for New Bern Housing Authority, New Bern North Carolina.  CPTED evaluation of two medium sized properties. June 2000.

* CONSULTANT for Courvoisier Courts Luxury Apartments, Brickell Key, Miami Florida. Security Survey and Vulnerability Analysis. May 2000.

* CONSULTANT for SONY Corporation. Security Survey of 3 million square foot manufacturing plant in Mt. Pleasant, PA. May, 2000.

* CONSULTANT on CPTED and Security Design for the Discovery Channel Headquarters in Bethesda, MD.  A proposed $110 mil building. March 2000.

* CONSULTANT on CPTED and Security for the Florida International University, New School of Architecture, University Park Campus, Miami. $11 Million building with BEA Associates. March 2000

- SECURITY SURVEY for the University of Louisville, downtown campus. A CPTED and security survey of 110 buildings on campus as part of a Prevention of Violence Against Women Grant. Feb. 2000.

* CONSULTANT Fernandino Beach Police Station Programming for Allen Morris Construction. Jan. 2000.

* TECHNICAL ASSISTANCE CONSULTANT for U.S. HUD for Marietta, GA Housing Authority, June,1999.

* CPTED Consultant on the Streetscape Improvements on Sunrise Boulevard Project, Broward County. With EDSA. March 2000.

* CPTED Consultant for the City of Miami Police Department, Grand Avenue Redevelopment and Safe Neighborhood Project, Coconut Grove, Miami. October, 1998.

* TECHNICAL ASSISTANCE CONSULTANT for U.S. HUD for the Cincinnati Metropolitan Housing Authority for a CPTED Training Video. August 18-20, 1998.

* CPTED SECURITY ANALYSIS for Cincinnati Metropolitan Housing Authority. A study of security signage, graphics and groundrules for the different multi-family properties for almost 5000 residents. January 1998

* CPTED SECURITY ANALYSIS for Housing Authority of Maysville, Ky. August 1997. A security masterplan and security site analysis for establishing defensible space for the residents.

* SUICIDE PREVENTION and SECURITY ANALYSIS for Kane County Juvenile Detention Center, Geneva, Illinois in March 1997.

Plaintiff D.H. 002779

\*     CPTED SECURITY ANALYSIS for New Bedford Housing Authority, MA. for U.S. HUD. A security masterplan for eight large housing properties that allowed the different user groups legitimate access when desired. Extensive CPTED site plan analysis. 1996

\*     CPTED Environmental Security Analysis of Housing Authority of Albuquerque, 4 multi-departmental CPTED Training, and 10 neighborhood CPTED design charettes for the City of Albuquerque, NM. 1996 and 1997.

\*     CPTED SECURITY ANALYSIS for Paris Ky. Housing Authority for U.S. HUD, 1995. An extensive security masterplan and capital improvement study for housing authority, along with budgeting and phasing of security into long term modernization and renovation program.

\*     CPTED SECURITY ANALYSIS for Cincinnati Housing Authority with SPARTA, for U.S. HUD, A CPTED analysis of four large housing properties for capital and operational improvements. 1995.

\*     SECURITY ANALYSIS, CPTED STUDY of Metro Dade HUD Elderly Housing Project in Opa-Locka, Florida. Conduct crime analysis and develop comprehensive security crime prevention program to protect elderly residents. 1994.

\*     CPTED ANALYSIS for West Palm Beach, Fl. Housing Authority for U.S. HUD A CPTED masterplan and site analysis of four housing properties to improve territorial boundaries, and reduce outside infiltration of drug and gang activity.1995

\*     CPTED & SECURITY ANALYSIS, Marin County, CA Housing Authority, for U.S. HUD. A comprehensive CPTED analysis of the Marin City Housing property to reduce drug and gang activity. Study included lighting analysis, fencing plan, operational recommendations, and team building activities with residents. 1996.

\*     CPTED & SECURITY ANALYSIS for Albuquerque, NM. Housing Authority for U.S. HUD Drug and Crime Elimination Technical Assistance Grant Program, 1996.

\*     CPTED and Security Analysis/ Audit of Barry University, Miami, Florida. March, 1995. An extensive security masterplan of the 80-acre campus to reduce opportunity for crime on campus. The security masterplan was implemented with a $1.2 budget and has dramatically improved operations and security at the University.

\*     CPTED and CRIME ANALYSIS for City of Coral Gables Police Department. Evaluation of impact of road closures and barricades on crime in eight test sites. 1995.

\*     DESIGN CHARRETTE for the Dade County Performing Arts Center with Arcitectonica. Feb.1995. Atlas Safety & Security Design served as the security design and CPTED consultant.

\*     WYNWOOD INDUSTRIAL PARK CPTED STUDY for the City of Miami. January 1995. Evaluation of crime statistics, development of street closure plan and neighborhood security improvement.

\*     SECURITY ANALYSIS of University of Miami Residential Colleges. A CPTED study of crime and security measures of campus housing. December 1994.

\*     SECURITY ANALYSIS of the Florida East Coast Railways shipping yards. A CPTED study to reduce the vulnerabilities of the stock yards to theft, burglary, and pilferage. December, 1994.

\*     SECURITY ANALYSIS, CPTED STUDY for the Graham Properties in Miami Lakes, including Don Shula's Hotel and resort, the Golf Club, Main Street, Apartments and offices in the Main Street areas, Athletic Center, and parking areas. Scope of work included crime analysis, develop recommendations to reduce threat of car thefts, assaults, and robberies. 1994

\*     SECURITY ANALYSIS, CPTED STUDY - CLIPPER CLUB CONDOMINIUM, Miami, Fl. Develop security strategy to improve security in resident parking lot to protect against thefts and attacks.

\*     SECURITY ANALYSIS, CPTED and ADA PLAN REVIEW of North Miami Beach Police Station serving as a consultant to Spillis and Candela. Coral Gables, Fl., 1994.

Plaintiff D.H. 002780

\*     SECURITY ANALYSIS, CPTED and ADA PLAN REVIEW of Concourse A, Miami International Airport serving as a consultant to Bermillo Ajamal & Partners, 1994.

\*     SECURITY ANALYSIS CPTED STUDY - WESTLAND PROMENADE, a shopping center in Hialeah. Conducted analysis of security services, lighting, and develop plan to respond to repeated attacks against retail stores. 1994.

\*     SECURITY ANALYSIS, CPTED STUDY of Emergency Care Center Jackson Memorial Hospital, Miami, Fl. The scope was to evaluate hospital security staff, policy and procedures, the function of Metro Dade Police patrol at the Emergency Room, and develop architectural, technological, and operational changes to improve security in the Emergency Care Center. The threat of workplace violence in hospitals has been increasing and this study was to deal with improving access control, redesign of the screening area, and reducing cross traffic. 1993

\*     CPTED goes PBS - Dr. Atlas was interviewed at the University of Wisconsin, Madison by a Public Broadcasting Services TV crew on Crime Prevention Through Environmental Design for a viewer member series on crime prevention. July 25, 1993.

\*     DESIGN DISTRICT DESIGN CHARETTE - University of Miami, School of Architecture. Security and crime prevention analysis. May 1994.

\*     SOUTH POINT DESIGN CHARETTE - Portifino Group, Miami Beach. 12 internationally recognized architectural firms competed to redesign South Pointe Miami Beach for Thomas Kramer. Atlas Safety & Security Design Inc. served as the security consultant to the teams and made a presentation on CPTED.

\*     ARCHITECTURAL PROGRAMMING - Metro Dade Justice Building Courthouse programming analysis and design of new court facilities, including security design and accessibility analysis with Dan Wiley & Associates and The Russell Partnership. 1995

\*     CRIME AND SECURITY SYSTEM ANALYSIS: Metrorail and Metromover Rapid Rail System. Metro Dade Transit Agency, Miami, Florida. 1991

\*     SECURITY DESIGN AND ENGINEERING. Federal GSA Law Enforcement & Courthouse Building. Miami, Florida, with Rodriguez Quiroga Architects. 1990

\*     POST OCCUPANCY EVALUATION AND ARCHITECTURAL PROGRAM, Metro Dade County Public Defender Building; (with HCDA).

\*     SECURITY DESIGN & DETENTION EQUIPMENT for Metrowest Phase III Detention Center Expansion, 2250 bed pretrial facility, Miami, Florida with 9001 Venture LTD.

\*     BUILDING SECURITY & STAFFING ANALYSIS; Palm Beach County Courthouse, Palm Beach, Fl.

\*     SECURITY DESIGN, CRIMINAL JUSTICE PROGRAMMING, Metro-Dade County State Attorney's Building, Miami, Florida (with Ron Frazier Associates).

\*     TECHNICAL ASSISTANCE CONSULTANT, National Institute of Corrections (NIC) Department of Justice, Boulder, Colorado. Ongoing Assignment.

\*     SECURITY DESIGN EVALUATION, Ft. Lauderdale Main Post Office, (with Urban Arch.)

\*     SECURITY AND FIRE SAFETY SYSTEM EVALUATION; C & S Bank Building, Ft. Lauderdale, Florida, for Equitable Life Assurance Real Estate Management.

\*     SECURITY AND SAFETY EVALUATION; Airliner Hotel, Miami for GSG Hotel Inc.

\*     MASTER PLAN, Poinciana Industrial Center Crime Prevention Through Environmental Design, for New Century Development Corporation.

\*     ARCHITECTURAL PROGRAM, City of Ft. Lauderdale Police Department Gun Range (with Smith Korack Hayet Hayne Partnership, Architects/Engineers).

Plaintiff D.H. 002781

\* ARCHITECTURAL PROGRAM AND DESIGN ANALYSIS, City of Miami Police Substation (with Rodriguez, Khuly, Quiroga, Architects).

\* EXPANSION STUDY, Metro Dade Police District Station, (with HCDA).

\* CRIME PREVENTION THROUGH ENVIRONMENTAL DESIGN - Crime Security Analyst, Opa Locka Safe Neighborhood Grant.

\* SUICIDE RESISTANT DESIGN ANALYSIS - Kane County Jail Expansion, Illinois. with Prisco and Duffy Architects, 1995.

\* SECURITY LIGHTING/ FENCING STUDY - Camillus House, Miami, Florida.

\* VALUE ENGINEERING STUDY - Queen's Criminal Courthouse Addition. New York

**SEMINARS AND CONFERENCES:**

- PRESENTER at for the National Floor Safety Institute Symposium on Slips, Trips, and Falls: Architectural Defects or Just Being Clumsy? Dallas, TX Sept. 26, 2023

- PRESENTER at the GSX Global Security Exchange for ASIS International Conference on Can you Building Resist an Active Shooter/Assailant using CPTED? Dallas, TX, Sept. 11, 2023

- PRESENTER for the Florida American Institute of Architects Conference on Slips, Trips, and Falls: Architectural Defects or Just Being Clumsy? Orlando, FL. July 29, 2023

- PRESENTER for the Florida Apartment Association Seminar on Tort Reform regarding the HB 837 on CPTED Surveys for Apartment Buildings in Florida. May 26, 2023

- PRESENTER for the National Facility Managers & Technology (NMFT) conference on Designing against today's threats with CPTED, Baltimore, MD, March 21, 2023

- PRESENTER for Miami AIA License Renewal Course: Designing Security for Healthcare Environments; The Role of the Architect on Slips Trips and Falls. On line Dec. 12, 2022

- PRESENTER for FAAIA – Designing Security for Healthcare Environments. On Line Dec. 7, 2022

- PRESENTER for FAAIA Advanced Florida Building Code Course: The Role of the Architect on Slips Trips and Falls. On line – Dec. 9, 2022

- TRAINER for CPTED Course – TEEX Class – Texas A&M University, TX Oct. 17-21, 2022

- PRESENTER at the International Federation of Healthcare Engineers, and Canadian Healthcare Engineering Society Conference on, Designing Security for Healthcare Environments in Dangerous Times: the new IAHSS Security Guidelines". Toronto, CA. Sept. 19, 2022

- TRAINER for Texas Crime Prevention Association Conference. San Antonio, TX. July 11-15, 2022

- TRAINER for CPTED Course – TEEX Class – Plano, TX June 6-10, 2022

- PRESENTER at International Association of Venue Managers conference. CPTED's role in Emergency Action Procedures for Venues. Fayetteville, AK. May 18, 2022.

- PRESENTER at American Fuel & Petrochemical Manufacturers Conference. Protecting critical infrastructure with CPTED. Houston, TX. April 28, 2022.

- PRESENTER for AXIS Architecture and Engineering Workshop – CPTED in a challenging and changing world. Austin, TX. April 22, 2022

Plaintiff D.H. 002782

- TRAINER for CPTED workshop – Sound Transit. Seattle, WA. April 11-14, 2022

- TRAINER for CPTED Course – TEEX Class – Oak Forrest, IL April 4-8, 2022

- PRESENTER AT ISC WEST – Successful CPTED Applications of Touchless and Frictionless Access Control. Las Vegas. NV. March 23, 2022

- SPEAKER at International CPTED Association sponsored webcast. Extremism and CPTED – from the 3D's to the 3C's. March 17, 2022

- TRAINER for CPTED Course – TEEX Class – Houston, Feb. 14-18, 2022

- TRAINER for CPTED Course – TEEX Class – San Antonio, Feb 7-11, 2022

- PRESENTER at the International CPTED Association Conference – CPTED in Healthcare Environments. On-line. Nov. 2-4, 2021

- TRAINER for CPTED Course – TEEX Class – Hershey, NJ.  OCT. 11-15, 2021

- PRESENTER at American Fuel and Petrochemical Manufacturers Security Conference on Protecting Critical Infrastructure with CPTED, Virtual. Oct. 6, 2021

- TRAINER for CPTED Course – TEEX Class – Plano, TX August 9-13, 2021

- PRESENTER AT ISC WEST – Designing Security for Healthcare Environments in Dangerous Times. Las Vegas. NV. July 21, 2021

- TRAINER for Illinois Security Professional Association Educational Forum Educational Series Webinar on CPTED, June 10, 2021

- TRAINER for CPTED Course – TEEX Class – San Antonio TX June 21-25, 2021

- PRESENTER at RHI (Resort Hospitality Industry) Virtual Conference, CPTED in a COVID World: Chaos in South Beach. April 27, 2021

- TRAINER for CPTED Course – TEEX Class – Dallas, TX March, 2021

- PRESENTER at the Florida Crime Prevention Association Conference on CPTED in Health Care Environments, CPTED Plan Review, and CPTED in a Covid/BLM World. Hutchinson Island, FL. October 21/22, 2020

- PRESENTER at the Florida AIA Fall Hot Topics Webinar speaking on Designing for Safe Healthcare Environments, and Slips, Trips, and Falls: Architectural Defects or Clumsy Behavior. September 16, 2020.

- PRESENTER at ASIS International Global Security Exchange (GSX) Convention, New IAHSS Security Standards for Healthcare and Hospitals – The role of CPTED in Designing Safe Facilities. Atlanta, GA. Sept. 23, 2020. (moved to a webinar)

- PRESENTER at the International Association of Healthcare Safety & Security Conference, Phoenix, AZ. Aug 18, 2020. (moved to a webinar)

- CPTED Webinar for Tennessee Higher Education Council. CPTED in a Covid World to Chiefs of Police of Tennessee's Universities. Nashville, TN. July 8, 2020.

- CPTED Seminar for SOUND TRANSIT, Transportation CPTED and Washington State. Seattle, WA. Mar. 2020 (Postponed due to Covid)

Plaintiff D.H. 002783

- CPTED Class for TEEX Law Enforcement Training Academy. Train the trainers CPTED class. College Station, TX. Feb. 2020

- WEB TRAINING for ASIS Council on School Safety. Webinar for Council Members. Presentation on "CPTED Lessons Learned from Stoneman Douglas Shooting, A two-year anniversary." February 14, 2020

- PRESENTER at Ottawa ASIS Chapter Annual Gala, Preventing Vehicle Ramming Attacks with CPTED. Ottawa, CA. Nov. 21, 2019

- TRAINER at the ASIS Facility Design Workshop, in CPTED and Sustainability and Security Design. Seattle, WA. Nov.4-6, 2019

- PRESENTER at the Human Factors Ergonomics Society Annual Conference: What is the role of design and architecture in slip, trip, and fall accidents. Seattle, WA. October 30, 2019.

- PRESENTER at Global Security Exchange (GSX) ASIS Annual Convention: CPTED Lessons Learned from recent School Massacres. Chicago, IL September 10, 2019

- PRESENTER at International CPTED Association: Protecting Public Buildings and Pedestrians from Vehicle Ramming Attacks with CPTED; Lesson Learned from School Massacres with CPTED. Cancun, Mexico. August 28-31, 2019

- PRESENTER for Florida AIA Convention on Protecting Plazas and Pedestrians against Vehicle Ramming Attacks. Orlando, FL. July 25, 2019

- TRAINER for Maryland National Capital Park and Planning Commission. Workshop on CPTED. Greenbelt, MD June 12, 2019

- PRESENTER at Palm Beach Chapter AIA on Legal Issues for Architects – Premises Liability. Suprema Headquarters, Pompano Beach. May 23, 2019

- PRESENTER at the South Florida School Safety & Security Summit (SFS4), presentation on Conducting CPTED Risk Assessments in Schools: Lessons Learned from MSD. Fort Lauderdale, April 5, 2019

- PRESENTER at the K-12 Safety & Security Symposium, presentation on Designing Safe Schools with CPTED. Charlotte, NC. March 27, 2019.

- PRESENTER at the Broward County Chapter of American Planners Association on: Walking Tour and Presentation of New Development with CPTED perspective in Fort Lauderdale FL. March 21, 2019

- PRESENTER at 2019 Symposium for School Safety & Security sponsored by Association 4 Learning Environments (A4LE). Presentation on Designing Safe Schools with CPTED; and Reducing Premises Security Negligence in Schools. Dallas, TX. March 1-2, 2019

- TRAINER/INSTRUCTOR to the City of Pompano Beach. 40-hour CPTED Certified Practitioner Course. Jan. 27-April 6, 2019

- PRESENTER at the West Palm Beach ASIS Chapter. Protecting Against Vehicle Ramming Attacks. January 15, 2019

- PRESENTER at the Florida AIA Workshop Series: The Future of School Security. Orlando, Miami.  Dec. 14,15 2018

- PRESENTER at the Advancing Women in Transportation, Florida Department of Transportation, Broward District, Luncheon on: Protecting against Vehicle Ramming Attacks with CPTED. Fort Lauderdale FL. Nov. 26, 2018

- PRESENTER at the G4S Security Summit on: CPTED and protecting soft targets. Hard Rock Stadium. FL. Nov. 8, 2018

Plaintiff D.H. 002784

- PRESENTER at the Broward County Chapter of American Planners Association on: Protecting Public Spaces against Vehicle Ramming Attacks with CPTED. Fort Lauderdale FL. Oct. 29, 2018

- PRESENTER at the AIA Miami Design and Technology Expo. Design Safe School Entrances with CPTED. Miami. FL. Sept. 28, 2018

- PRESENTER at Global Security Exchange – ASIS – Annual Seminar and Exhibit. Defending Against Vehicle Ramming Attacks with CPTED. Las Vegas, NV. Sept 25, 2018

- TRAINER at Indiana School Safety Training, Indiana Dept. Of Education. Top 10 Design Components for a Secure School Front Entrance; Sept.11, 2018. Indianapolis, IN.

- PRESENTER at AIA National Conference on Architecture 2018 – Designing for Today's Threats into the Built Environment with CPTED- Addressing Vehicle Ramming Attacks. June 21, 2018. New York, NY.

- TRAINER at Indiana School Safety Conference, Indiana Dept. Of Education. Top 10 Design Components for a Secure School Front Entrance; Designing Against Security Negligence Lawsuits. May 14, 2018. Indianapolis, IN.

- PRESENTER at IAPSC (International Assoc. of Professional Security Consultants) Annual Conference: Advanced CPTED Review in conducting Security Risk Assessments and Premises Negligence Cases, So you Want to be a Security Consultant. San Diego, CA. April 30, May 1, 2018

- TRAINER to Florida Association AIA, 2018 Spring Hot Topics Seminar: Designing Safe Streets in A Dangerous World – Mitigating Vehicle Ramming Attacks. Miami, West Palm, Tampa, Tallahassee, Orlando. April 2018.

- TRAINER for ASIS International. Facility Security Design Workshop. Denver, CO. July 9-12, 2017

- PRESENTER at Slips, Trips, and Falls International Conference, Architectural Design Defects and Premises Liability. Toronto, CA. June 15-16, 2017

- PRESENTER at Campus Safety Conference. Aligning Security Goals with Fire and Life Safety Goals in Schools and Universities. Dallas, TX. June 12, 2017

- PRESENTER at the International Parking Institute annual conference. Reducing Premises Security Negligence Liability in Parking Facilities with CPTED. New Orleans, LA. May 23, 2017.

- TRAINER for Kaiser Permanente Security Department. 40-hour certified CPTED basic course. Largo, MD. May 1-6, 2017.

- PRESENTER to AIA National Convention. Top 10 design components for a secure school front entrance. Orlando, FL. April 27, 2017

- PRESENTER to ASIS International Convention. Negotiating security and life safety conflicts in schools. Designing buildings to resist active shooters and workplace violence. Designing in Security Part III. Orlando, FL Sept. 10-12, 2016

- PRESENTER to Florida Justice Association 2016 Annual Convention, Young Lawyers Program on Premises Liability and Security. June 22, 2016. The Breakers, Palm Beach, FL.

- PRESENTER at NEOCON 2016, Negotiating Security with Life Safety Goals in Schools and Universities. Chicago, June 14, 2016.

- KEYNOTE SPEAKER to the Korean CPTED Association Conference. Seoul, Korea. April 29, 2016. Speaker at the Korean National Police Academy, Seoul, Korea. May 2, 2016

- PRESENTER to the Broward Chapter of the American Society of Safety Engineers (ASSE) Luncheon on Role of Building in Active Shooter Situations and Workplace Violence. Miramar, FL Feb. 9, 2016

Plaintiff D.H. 002785

- ATTENDEE at the AIA Academy of Architecture for Justice Seminar, Miami, FL. Nov. 18-19, 2015.

- PRESENTER at the Secured Cities Conference on CPTED and Secure Transportation Corridors, Houston, TX.  Nov. 10, 11, 2015.

- PRESENTER at the AIA ArchExchange Conference, on CPTED, Richmond VA. Nov. 6, 2015.

- PRESENTER at the Piedmont Crime Prevention Officers annual convention. 2-day workshop on CPTED, Culpepper, VA. Oct. 26, 27 2015.

- Participant at the safe Growth Summit, Oct. Oct. 21-22, 2015. Banff, Canada.

- PRESENTER at International CPTED Association Pompano Beach Case Study, CPTED and the Homeless Problem. Calgary, Canada October 18, 2015

- PRESENTER at NEOCON 2015 on Stop Crime with Street Furniture. June 17, 2015 Chicago

- PRESENTER at AIA National Convention on CPTED and the Design Professional. May 14, 2015, Atlanta

- PRESENTER at Ft. Lauderdale AIA Chapter. Presentation on Slips, Trips, and Falls. May 20, 2015

- PRESENTER at University of Alabama, and Auburn University on CPTED in Higher Education Environments – Developing Security Master Plans. Birmingham, AL. April 14, 2015.

- PRESENTER at Ft. Lauderdale ASIS Chapter on CPTED for the Security Professional – Pompano Beach CPTED Case Study. April 15, 2015

- Attendee at Slips, Trips, and Falls Virtual Symposium – Standards Systems and Solutions. American Society of Safety Engineers. March 26, 27, 2015

- PRESENTER at Pompano Beach Turner Construction School of Construction Management on the Pompano Beach CPTED Ordinance. March 9, 2015

- PRESENTER at Pompano Beach CRA on Intro into CPTED Compliance with Local Ordinance March 16, 2015

- TRAINER at Florida AIA Continuing Ed Seminars on Designing with CPTED, Jacksonville, Orlando, Pensacola, Tampa, Fort Lauderdale, Miami. Nov./Dec. 2014

- PRESENTER at Secured Cities Conference on CPTED and Safe Cities. Baltimore. Nov. 4-6, 2014

- TRAINER at Edmonton Police Department, Advanced CPTED Training. Edmonton, CA. Oct. 20-24, 2014

- PRESENTER at the International Society of Crime Prevention Practitioners on Conducting CPTED Surveys. Detroit, Oct. 9-11, 2014

- PRESENTER at Florida AIA Convention. Design with CPTED in Modern Buildings. Miami, July 19, 2014

- PRESENTER at NEOCON 2014 on CPTED in Office Buildings. Chicago. June 9-11, 2014

- PRESENTER at the AIA MIAMI Design Technology Expo on Emerging Security Technology and CPTED Review. Miami, FL. Feb. 15, 2014

- SPEAKER at ACSA (Association of Collegiate Schools of Architecture) on LEED GREEN and MEAN. 10/18/13 FAU Fort Lauderdale October 18, 2013

Plaintiff D.H. 002786

- SPEAKER/TRAINER at ASIS International Convention – Pre-Seminar Workshop on Implementing a Functional Security System; Designing Safe Schools, and Public Paths to Security. Chicago. Sept. 23-26, 2103

- SPEAKER/TRAINER ASIS Mexico City Chapter. Security and CPTED. Sept. 11/2 2013 Mexico City.

- TRAINER/INSTRUCTOR to Savannah River Project, U.S. Department of Energy – Facility Design Security Workshop sponsored by ASIS International. Aiken, SC. Aug. 2013

- PRESENTER at the International CPTED Association (ICA) conference Engaging Taxis and Garbage Services as CPTED Capable Guardians. Calgary, CAN. July 5, 2013

- PRESENTER at Sociable City Workshop, Delray Beach, FL May 16/17, 2013

- FACILITATOR and TRAINER –ASIS Webinar – CPTED for the Security Professional. 1 hour CEU for over 1200 attendees. May 15, 2013

- TRAINER for Goodwyn Mills Caywood with Safe Havens International on Designing Safe Schools at the Safety and Security Summit. Atlanta, GA April 10, 2013

- TRAINER for CREC Connecticut Department of Education with Safe Havens International on Designing Safe Schools at the Safety and Security Summit. New Haven, CT April 9, 2013

- SPEAKER at CSI/AIA Miami Design and Technology Expo on Slips, Trips and Falls; and Designing Safe Schools. Miami, FL. Feb. 16, 2013.

- SPEAKER at AXIS Communications A & E Technology Summit. Scottsdale, AZ. Feb 8, 2013.

- SPEAKER at ASIS 2012 Annual Convention – A CPTED Case Study for Quick Service Restaurants. Philadelphia. Sept. 10, 2012

- SPEAKER at ASIS 2012 Annual Convention – The revolution on security lighting. Philadelphia. Sept. 10, 2012

- FACILITATOR and TRAINER – at ASIS 2012 Conference – Security Architecture and Engineering Systems Design. 8-hour workshop. Philadelphia, PA. Sept. 9, 2012

- FACILITATOR AND TRAINER at ASIS Facility Design Workshop, Las Vegas, NV. June 4-6, 2012

- SPEAKER at Florida Design Out Crime Association Spring Seminar. Fast Food or Fast Money: A CPTED Case Study of QSR (Quick Service Restaurant). April 27, 2012

- SPEAKER for CSI/AIA Miami Workshop. Topic presented: LEED GREEN & MEAN. Miami. Feb. 10, 2012.

- SPEAKER at ASIS International Convention on Pre-Convention Intensive 1 Day workshop on The Basis of Design; The Quantum Leap in Security Lighting; Controlled Chaos: security versus Sustainability; and CPTED for Hotel Security. Orlando, FL Sept. .19-21, 2011.

- SPEAKER at InfraGard Workshop on Critical Infrastructure Security with Public and Private Sectors. G4S Headquarters, Jupiter FL. Aug. 30, 2011

- FACILITATOR and PRESENTER of ASIS Facility Design Workshop for the Federal Bureau of Engraving and Printing. Washington DC. August 23-25, 2011

- SPEAKER at the NEOCON Design Conference on LEED GREEN and MEAN, June 15, 2011. Chicago, Ill.

- FACILITATOR AND TRAINER at ASIS Facility Design Workshop, June 6-9, 2011 Minneapolis, MN.

Plaintiff D.H. 002787

- SPEAKER for AIA Miami Workshop. Topic presented: LEED GREEN & MEAN. Miami. Feb. 12, 2011

- SPEAKER for ASIS Physical Security Workshop. Topic presented "CPTED". Orlando, FL Feb. 9, 2011

- SPEAKER Florida Justice Association Premises Liability Seminar, Oct. 29,2010, Miami, FL.

- SPEAKER at International CPTED Association Conference (ICA) on "Using Public Art to Reduce Crime and Terrorism", Calgary, Canada. Oct. 20,2010.

- SPEAKER at ASIS International Convention on CPTED in the 21st Century, and CPTED for Hotel Security. Dallas, TX. Oct. 10-13, 2010.

- SPEAKER for Smarter Building Webinars for Buildings Magazine on "Access Controls for Your Building". July 28, 2010.

- SPEAKER at IAAM (International Association of Assembly Managers –Large Venues) on "Designing Retrofit Security for Older Historic Buildings". July 26, 2010. Houston, TX.

- SPEAKER at the NEOCON Design Conference on LEED GREEN and MEAN, June 13, 2010. Chicago, Ill.

- Tour Guide for architectural tours of the Miami Design District, AIA American Institute of Architects National Convention, Miami, Fl. June 10-12, 2010.

- TRAINER for a one-day CPTED workshop on security in the Healthcare environment. Massachusetts General Hospital, Boston, Mass. June 4, 2010.

- TRAINER to the ASIS Facility Design Workshop. 3-day Training. Boston, MA.  June 7-10, 2010.

- SPEAKER at 2010 International Conference on Fall Prevention and Protection, on "Slips. Trips, and Falls: Bad Design or Careless Behavior?"  NIOSH Headquarters, Morgantown, West Virginia. May 19, 2010

- SPEAKER at Gold Coast Chapter of Door Hardware Institute Chapter Meeting. - The Inevitable Crime Wave from Our Economic and Societal Downturn. Fort Lauderdale, Fl.  May 4, 2010.

- SPEAKER at International School Safety and Security Convention, Denver, Co. April 22, 2010.

- SPEAKER at West Palm Beach ASIS Chapter - The Inevitable Crime Wave from Our Economic and Societal Downturn. West Palm Beach, Fl.  March 9, 2010.

- SPEAKER at Miami AIA Design and Technology Expo – The impact of the Economy our Security in the Built Environment. Miami, Fl. Feb. 26, 2010.

- SPEAKER to International CPTED Conference – The Inevitable Crime Wave from Our Economic and Societal Downturn. Orlando, Fl. January 28, 2010.

- ATTENDEE to the Slips, Trips, and Falls: Best Practices and Standards Virtual Symposium. American Society of Safety Engineers. Oct. 20-22, 2009

- SPEAKER to Federal Aviation Authority – Designing Safe Buildings With CPTED- Anaheim, CA. Sept. 24, 2009

- SPEAKER at the ASIS 2009 Annual Convention. Presented CPTED and Tourism; Designing Safe Parking Facilities. Anaheim, CA. Sept. 21, 2009

- TRAINER for NCPI at Northern Illinois University, Dekalb, IL. Designing Safe Infrastructure – Advanced CPTED; Design Safe Schools. June 23- July 1st, 2009

Plaintiff D.H. 002788

- TRAINER and PRESENTER at ASIS Facility Design Workshop. Denver, CO. June 15-17, 2009.

- PRESENTER at the International Parking Conference. Designing Safe Parking Garages and Lots.  LEED GREEN and MEAN. May 17-20, 2009. Denver, CO.

- TRAINER at American Institute of Architects (AIA) Annual Convention. ½ Day Workshop CPTED for the 21st Century: Emerging Trends for Building Security and Infrastructure Protection with CPTED. San Francisco, CA. April 29, 2009.

- SPEAKER at ISC West. 21st Century CPTED: Homeland Security and Infrastructure Protection. April 2-3, 2009. Las Vegas. NV.

- TRAINER at National Crime Prevention Institute (NCPI).  Advanced CPTED: Protecting Critical Infrastructure. March 25-27, 2009. Louisville, KY.

- SPEAKER at Miami AIA Educational Seminar: LEED GREEN and MEAN: New rules for Security Lighting. Feb. 21, 2009. Miami. Fl.

- ATTENDEE at ASTM Committee F-12 Security Systems & Equipment Workshop on "Satisfying Anti-terrorism Requirements Through Emerging Standards". October 1, 2008, Miami, FL.

- PRESENTER at ASIS International Convention in Atlanta, Sept. 14-17, 2009 a session on Protecting Critical Infrastructure with CPTED and CPTED in Schools: Evacuation and Shelter in Place.

- SPEAKER at Dark Sky Conference on "Security Lighting: LEED Green and Secure", and "Preventing Light Pollution with Security Lighting". Tucson, Arizona June 9, 2008.

- TRAINER for ASIS Facility Design Workshop, Redondo Beach, CA. June 2-4, 2008

- SPEAKER at Anti-Defamation League Security Seminar at the greater Miami Jewish Federation. May 28, 2008.

- SPEAKER at ASIS Emerging Trends Convention on "Emerging Trends for Schools and Universities Security; Protecting Critical Infrastructure with CPTED; Resolving Conflicts on Changes to High Rise Security resulting from 9-11 NIST Report".  Las Vegas, NV. May 19, 20, 2008

- TRAINER for the Sacramento (CA) Municipal Utility Department (SMUD). 3-day Advanced CPTED Training April 22-24, 2008

- PRESENTER for ISC West on "Protecting our Critical Infrastructure". April 3, 2008. Las Vegas, NV.

- PRESENTER for Parking Industry Exposition on "Proper Use of CPTED with Parking lots and Garages". April 2, 2008. Chicago. Ill.

- PRESENTER for School Design Expo on "Designing Safe Schools and Universities with CPTED". April 1, 2008. Chicago. Ill.

- TRAINER for National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, March 10-14, 2008.

- PRESENTER for Miami Chapter AIA Design Technology Expo on "CPTED and Today's Building Security". March 1, 2008.

- TRAINER for the Sacramento Municipal Utility Department (SMUD). 3-day Basic CPTED Training January 21-31, 2008

- PRESENTER at the Architectural Exchange East for the Virginia AIA. Conducted two workshops: Designing

333 LAS OLAS WAY SUITE 1605, FT. LAUDERDALE, FL. 33301•PHONE 305.332-6588 •EMAIL RATLAS@IX.NETCOM.COM  WWW.CPTED-SECURITY.COM

20

Plaintiff D.H. 002789

to Protect Critical Infrastructure, and Designing Safe Schools. Richmond, VA. Nov. 5-8,2007

- PRESENTER at The Florida Crime Prevention Association Conference, 8-hour course on High Rise Security and CPTED, Lessons learned from 9-11 that impact CPTED, and Protecting our Critical Infrastructure with CPTED. Ft. Lauderdale, Fl. Oct. 16-19, 2007.

- PRESENTER at ASIS 53rd Annual Seminar and Show.  Lessons Learned from 9-11 for CPTED; and Emerging Trends in Parking Security. September 22-24, 2007. Las Vegas, NV.

- Attended the U.S. CPTED Conference in Las Vegas, NV. Aug. 2007

- TRAINER for ASIS Facility Design Workshop, Atlanta, GA. June 11-13, 2007

- TRAINER for Clark County School District, CPTED and Designing Safe School Class. Las Vegas, May 2007

- SPEAKER at ASIS Emerging Trends Convention on Designing Safe Parking Garages and Lots with CPTED. San Antonio, TX. May 2007

- TRAINER for National Crime Prevention Institute on Designing Safe School workshop. University of Louisville, April 2007.

- PRESENTOR at the Miami Greenways Project on designing CPTED into the parks, trails and roadway system. Miami, March 2007.

- SPEAKER at the FOOD Safety Summit on Infrastructure Protection for Safe Food Supply. Washington DC. March 2007.

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, Louisville, KY. October. 2006. March 2007.

- TRAINER for the National Crime Prevention Institute, Designing Safe Infrastructure Course, and a CPTED basic Training in Louisville, KY. March 7-13, 2007.

- TRAINER for National Crime Prevention Institute for SAIC in McLean, VA. February 2007.

- SPEAKER at the Florida CPTED Network Annual Meeting and Conference. Lesson Learned from 9-11 for CPTED Practitioners. Orlando, Dec. 8, 2006.

- TRAINER for Florida Association of American Institute of Architects. Designing for Security. Continuing Ed Program, Jacksonville, West Palm Beach, Tampa, Florida. December 2006 – February 2007.

- SPEAKER at the House of Sweden, Swedish Embassy, Building Security Symposium. Washington DC. Nov. 14, 2006.

- TRAINER for the South Carolina Electric and Gas Company, SCANA, 3 days Security Design and CPTED training. Nov. 8-10, 2006

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, Louisville, KY. October. 2006

- SPEAKER at the Florida American Institute of Architects Convention of "The ABC's of Security for Architects". Boca Raton, FL July 26, 2006.

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, Dekalb, IL. For Northern Illinois University. June 26-29. 2006

- TRAINER for the American Society of Industrial Security, Facility Security Design Workshop. Memphis Tennessee. June 19-21, 2006

Plaintiff D.H. 002790

- SPEAKER at NEOCON on Infrastructure Protection with CPTED. Chicago, IL. June 13, 2006

- TRAINER for Palm Beach County (FL) School Police. 1-day CPTED training. June 7-8, 2006.

- TRAINER for the Tennessee Board of Regents Facility Managers on CPTED and infrastructure Protection. Nashville, TN. March, 2006

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, Louisville, KY. April 10-15. 2006

- TRAINER for Security Solutions Inc. on CPTED and Terrorism. Washington DC, March 2, 2006.

- WORKSHOP TRAINER for Collier County Florida on 1 day security training on CPTED and Homeland Security. Naples, Fl. Nov. 18,2005

- WORKSHOP TRAINER for Carnegie Mellon University course for Security Executives in Washington DC. October 17, 2005. 4-day training seminar on Security for Security Executives.

- SPEAKER at the American Society of Landscape Architects national convention in Ft. Lauderdale, Fl. October 9, 2005. Presentation on Emerging Standards of Care for Security in Landscape Design".

- SPEAKER at the American Society of Industrial Security ASIS National Convention in Orlando, Fl. Sept.13, 2005. "Good Designs Gone bad: What were you thinking?".

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, Louisville, KY. June 27-30. 2005

- SPEAKER at AIA National Convention on Designing Safe and Livable Communities. Las Vegas, NV. May 19, 2005.

- SPEAKER at Florida Dept. Of Transportation Seminar on Designing Safe Streets with CPTED. Ft. Lauderdale. FL. May 11, 2005

- SPEAKER at Miami Chapter AIA on CPTED and Infrastructure Protection. April 28, 2005/

- SPEAKER at Construction Specifications Institute CSI Annual Convention presenting " Designing Against Terror and Crime with CPTED". Chicago, Ill April 22, 2005.

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, Louisville, KY. Feb. 14 -19. 2005

- WORKSHOP TRAINER for AIA Austin. Homeland Security and CPTED. 8 hr. CEU course. Austin TX. Nov. 9,2004.

- SPEAKER at American Society of Testing Materials ASTM Symposium on Building Security in an Age of Terrorism. Washington DC. Oct. 3, 2004

- SPEAKER at the American Society of Industrial Security ASIS National Convention. Using Public Art and CPTED to reduce crime in Public Places. Dallas, TX. Sept. 29, 2004

- PRESENTOR at the American Society of Landscape Architects Workshop: Safe Spaces Designing for Security, Chicago. July 25-26, 2004

- TRAINER for the American Society of Industrial Security ASIS Facility Design Workshop Miami, Fl. July 27- 30, 2004

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, KY. June 28-30. 2004

Plaintiff D.H. 002791

- SPEAKER at the NEOCON World's Fair in Chicago on office building Security and Design, June 15, 2004

- WORKSHOP presenter at American Institute of Architects Convention on CPTED, Chicago, June 9, 2004

- Presenter at Campus Security Conference on Designing Safe Schools with CPTED. Chicago, April 19,2004

- SPEAKER on CPTED and Multifamily housing at the National Housing and Rehabilitation Association Historic Preservation Development Council Annual meeting March 5, 2004, Ritz Carlton Miami, Fl.

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, KY. Feb. 16-20,2004

- WORKSHOP presenter at Harvard Design School on Crime Prevention Through Environmental Design, 2-day course, Cambridge, Mass. Jan. 23 -24, 2004

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, Louisville, KY. Oct. 13-17, 2003

- WORKSHOP coordinator and presenter for FAAIA's 2day workshop on Homeland Security called "Designing Against today's threats of crime, workplace violence and terrorism". Miami, FL. Oct 2-3, 2003

- SPEAKER at ASIS Convention on the next generation of design: New Realities in anti-terrorism design. New Orleans, LA. Sept,15,2003

- WORKSHOP presenter at ASSE (American Society of Safety Engineers) on Homeland Security and Design, Denver, Co. June 25,2003

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, Louisville, KY. June 23-27. 2003

- WORKSHOP presenter at Harvard Design School on Designing Safe Schools, a two-day course, Cambridge Mass. June 18-19,2003

- SPEAKER at the NeoCon World's Fair in Chicago on Homeland Security and Design, June 17, 2003

- WORKSHOP TRAINER for International Society for Pharmaceutical Engineering (ISPE) National Conference on Plant Security and Threat Assessment.  Washington DC. June 4 - 5. 2003

- SPEAKER on Security Design at the NASA Facilities Engineering and Real Estate Conference, San Diego, May 27-30,2003

- SPEAKER at American Institute of Architects Convention on Designing Safe Schools and Universities, San Diego. May 8-11,2003

- SPEAKER on Security Premises Liability at The Facility Managers (TFM) show in Chicago. April 10.2003.

- WORKSHOP presenter at Harvard Design School on Crime Prevention Through Environmental Design, 2-day course, Cambridge, Mass. March 24, 25, 2003

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, KY. Feb. 18 -22. 2003

- PRESENTER at the Cultural Property Security Protection Convention for the Smithsonian Institute in Washington DC. Feb. 4, 2003.

- PRESENTER at the Florida Association American Institute of Architects full day workshop on CPTED and Homeland Security in Architecture in St Pete, FL. Feb. 3, 2003.

Plaintiff D.H. 002792

- SPEAKER at the Infrastructure Security Partnership Conference on Architectural Vulnerability, Washington DC, Nov. 5,2002.

- PRESENTER at the ASIS Facility Security Design Workshop on CPTED. Atlanta, GA. Oct.30, 2002

- SPEAKER at the Campus Security & Safety Conference. Workshop on Designing Safe Schools with CPTED. Chicago. Oct.21, 2002

- SPEAKER at The National American Institute of Architects Convention in Charlotte on Crime Prevention Through Environmental Design, Design Against Premise Liability and Designing Safe Schools, May 7 -10, 2002.

- TRAINER at the National Crime Prevention Institute in CPTED, 40-hour basic class. Louisville, KY. Oct. 2002

- SPEAKER at the American Society of Landscape Architects, Security Design Coalition Conference on Design for A Secure Future. New York City Sept. 28,2002.

- SPEAKER at the American Society of Industrial Security seminar in Philadelphia on Crime Prevention Through Environmental Design and Preventing Terrorism, September 10-13, 2002

- SPEAKER at the Florida Association of the American Institute of Architects in Coral Gables, Fl. about Crime Prevention Through Environmental Design Workshop, August 7-11,2002

- SPEAKER on Designing Safe Schools, at the Florida Education Facility Planners conference in Naples, Fl. July 10,2002

- TRAINER for CPTED class for the National Crime Prevention Institute, University of Louisville. June 24, 2002

- TRAINER for University of Michigan, Ann Arbor. CPTED training course to campus police and facility managers. June 17-21,2002

- SPEAKER at the NeoCon World's Fair in Chicago on Designing Against Workplace Violence, June 12, 2002

- SPEAKER at The Facility Forum 2002: Design Against Premise Liability in San Diego, April 22,2002

- SPEAKER at The University of Wisconsin-Madison seminar on Planning Against Today Threats of Crime, Workplace Violence, and Terrorism, April 17-19, 2002

- SPEAKER at NEOCON World Trade Fair on Designing Against the Threats of Workplace Violence and Crime, Atlanta Ga. April 11, 2002.

- SPEAKER on Designing Safe Schools with CPTED at CAMPUS SECURITY Journal's Conference on School Safety in Charlotte, NC. Feb 26.2002.

- TRAINER for a basic CPTED course for NCPI in Louisville, KY on February 25-27, 2002.

- KEYNOTE SPEAKER at The American Institute of Architects conference. "Building Security Through Design. Albuquerque, New Mexico. January 10-13, 2002.

- TRAINER on CPTED for Phoenix and Tempe Police Departments for a 40-hour National Crime Prevention Institute basic CPTED Course in Tempe, Az.  February 2001

- TRAINER for American Institute of Architects Louisiana Association Seminar on Personal and Property security: A new imperative for architects, institutions and building owners. New Orleans, La. Dec.13.2001

- TRAINER for a basic CPTED course at NCPI in Louisville, KY on October 8 -12, 2001

Plaintiff D.H. 002793

- KEYNOTE SPEAKER on CPTED at International CPTED Association Conference in Brisbane, Australia on September 26,2001

- TRAINER for a 40-hour basic CPTED course at Topeka, Kansas on Sept. 10-14, 2001

- SPEAKER on CPTED, Designing Safe Communities at Florida Association American Institute of Architects Conference in St. Pete, Florida on August 1, 2001

- SPEAKER on CPTED, Designing Safe Schools at National Association of School Resource Officers Spring Conference in Miami, Florida on July 17, 2001

- SPEAKER on CPTED, Designing Safe Campuses at International Association of College Law Enforcement Spring Conference in Williamsburg, Virginia on June 25, 2001

- SPEAKER on CPTED, Designing Safe Buildings at NEOCON Conference in Chicago on June 18, 2001

- TRAINER for a basic CPTED course at NCPI in Louisville, KY on June 4-8, 2001

- SPEAKER on CPTED at International Facility Managers Association Spring Conference in Chicago on June 1, 2001

- SPEAKER at FACILITY FORUM on Premises Liability and Building Security. Dallas, Tx. April 24, 2001.

- TRAINER on CAMPUS CRIME PREVENTION for the Tennessee Board of Regents, Facility Managers Training, April 17, 2001 in Nashville, Tenn.

- PRESENTER at the International CPTED Association Convention on CPTED /Security Audits for Schools. Dec. 7, 2000.

- TRAINER in CPTED for National Crime Prevention Institute, 40-hour class at Farmington Hills, Michigan Police Department. Nov. 13-17, 2000.

- TRAINER at Designing Safe Campus's Workshop, University of Wisconsin, Madison Nov. 9,2000.

- PRESENTER at the NEOCON New York 2000 Conference by Merchandise Mart Properties, speaking on "Designing Against Terrorism and Violence", Nov. 2, 2000.

- PRESENTER at the Association of Security Professionals Conference on CPTED and Hotel Security. Oct. 27, 2000 in Miami Beach, Fl.

- TRAINER in CPTED on Safe School Design for Florida Association American Institute of Architects State Convention, Boca Raton, Fl. August 12, 2000.

- TRAINER in CPTED for University of Illinois, Chicago Medical Campus. 3 -day course. April. 2000.

- TRAINER in CPTED on Safe School Design for American Institute of Architects, Miami Chapter. April 15, 2000.

- TRAINER in CPTED for National Crime Prevention Institute, 40hour class at University of Louisville and a class for the Miami Beach Police Department. February 2000.

- SPEAKER on CPTED, security and safety features at EDAW sponsored design charette for the Indian Creek Riverwalk Green Space Plan for the City of Miami Beach.  June 19, 1999.

- SPEAKER at National Crime Prevention Institute, University of Louisville on CPTED. June 20-23, 1999.

- SPEAKER at U.S HUD Workshop ON CPTED in Public Housing, sponsored by SPARTA. New York, New York. June 18, 1999.

Plaintiff D.H. 002794

- TRAINER for Ohio State University, Columbus Ohio. 2-day intensive class and design charette on CPTED for the architectural, security, and law enforcement staff for development of CPTED Campus Masterplan. May 24-26,1999

- SPEAKER at U.S HUD Workshop ON CPTED in Public Housing, sponsored by SPARTA. Bethesda, MD. May 12-15, 1999.

- SPEAKER at Design Efficient Court Facilities Workshop, University of Wisconsin, Madison. April 22-23, 1999. Presenter on Security Design Standards and CPTED.

- SPEAKER at American Planning Association Convention in Seattle, Washington, April 28, 1999.  Presenter on Designing Safe Neighborhoods and impact of traffic calming techniques on crime reduction.

- SPEAKER at Design Efficient Court Facilities Workshop, University of Wisconsin, Madison. April 22-23, 1999. Presenter on Security Design Standards and CPTED.

- SPEAKER at INTERNATIONAL CPTED CONFERENCE on The Fortressing of America: Gatehouses and Barricades. Washington DC. Dec. 15, 1998.

- SPEAKER at International Mass Retail Association on Safe and Secure Shopping Centers: using CPTED. Orlando, Fl. Nov. 17, 1998.

- SPEAKER at Door Hardware Institute Foundation Education Program on the role of security hardware in 21st century architecture. Orlando, Fl. Oct. 30, 1998

- SPEAKER at U.S. HUD Workshop on CPTED in Public Housing, Newark, NJ Sponsored by SPARTA Inc. Nov. 18-20, 1998

- SPEAKER at U.S. HUD Workshop on CPTED in Public Housing, Dallas, Tx. Sponsored by SPARTA Inc. Sept.16-18, 1998

- SPEAKER at the American Society of Industrial Security (ASIS) Convention on CPTED in Public Sector. Dallas, Tx. Sept. 16, 1998.

- TRAINER in CPTED for the Reno, Nevada Police Department, 1-week course. Aug. 1998. Basic Curse and Trainers Course.

- SPEAKER at Texas Jail Association Training Conference on Jail Suicide Prevention, in South Padre Island, Texas. June 8-10, 1998.

- SPEAKER at U.S. HUD Workshop on CPTED in Public Housing, Bethesda, MD. Sponsored by SPARTA Inc. June 17-19, 1998

- SPEAKER at Greater Miami Chamber of Commerce's Crime and Drug Prevention Conference, May 6, 1998 on Crime Prevention Through Environmental Design (CPTED).

- SPEAKER in CEU seminar at Duany Plater Zyberk (DPZ) in Miami on New Urbanism and CPTED, April 1, 1998.

- SPEAKER at American Institute of Architects CEU course on New Urbanism and Defensible Space Planning, Miami, April 23, 1998.

- SPEAKER in Risky Business Security Workshop, ALFA International, American law Firm Association. Dallas Texas, January 29, 1998.

- PARTICIPANT in Mayor's Economic Conference, Crime Prevention and Reduction Workshop. January 26, 1998, Miami, Florida.

- SPEAKER at International CPTED Conference, Dec. 15, 1998. Wash. DC.

Plaintiff D.H. 002795

- ATTENDEE at OJJDP National Conference on Juvenile Justice, Dec. 12. 1998. Wash. D.C.

- ATTENDEE at U.S. Department of Justice, Crime Mapping Research Center, Mapping Out Crime, Crime Mapping Research Conference. Dec. 12, 1998. Wash. DC.

- CPTED TRAINER: Plymouth, Minn., and Louisville, Ky. for the National Crime Prevention Institute, Sept. 1997. Detroit, Mi. CPTED class in November 1997.

- PRESENTER: Courts Technology Conference 5, Detroit, Mi. Sept. 1997. Anti-terrorism Design and CPTED within Courthouse Environments

- TRAINER: CPTED Technical Assistance Conferences. Reduce Crime in Public Housing. In Bethesda, MD. And Chicago.  Sept. 1997 Sponsored by SPARTA & HUD.

- TRAINER: CPTED in Public Housing. Reduce Crime in Public Housing. In Bethesda, MD. And Chicago. 1997. Sponsored by SPARTA & HUD.

- CPTED TRAINING and FACILITATOR for City of Phoenix Planning Department, June 1997. Multi-departmental training for Greater Phoenix municipalities on CPTED and neighborhood organization and code development.

- SPEAKER at the Florida CPTED Network and International CPTED Conference in Orlando Florida Dec. 2-5,1997. Presented papers on Terrorism and CPTED and the Future of CPTED.

- SPEAKER at the 5th Court Technology Conference in Detroit, MI in September, 1997 giving a workshop on Designing for Security in Courthouses of the Future.

- TRAINER on CPTED for HUD Public Housing Workshop for SPARTA in Bethesda, MD. July 1997 and Chicago, September 1997.

- SPEAKER at ASIS sponsored workshop on Security Design Process and CPTED and the Role of the Architect in Albuquerque, NM. On June 5-6,1997.

- TRAINER in CPTED for Phoenix Planning Department. June 1-4, 1997

- SPEAKER at ASIS Security Design Workshop in Albuquerque, NM. June 1997.

- SPEAKER at the 6th Annual Tourism Safety and Security Seminar speaking on Reducing Premises Liability. Miami Beach, FL. April 9, 1997

- TRAINER: CPTED Sponsored by SPARTA & HUD Technical Assistance Conferences. Reduce Crime in Housing. In Charlotte, NC.; Boston, Ma.; and Dallas, TX. 1996

- TRAINER: Premises Liability; Security by Design; Design Against Terrorism; ADA's Impact of Building Security. Continuing Education Courses for the Florida Association of the American Institute of Architects for architects in the State of Florida. Twelve workshops in 1995/1996.

- PRESENTER at "SOLUTIONS 96: SECURITY BY DESIGN" for Central Florida Hotel Motel Association in Orlando, Florida, December 1995.

- CPTED TRAINING Workshop for Metro Dade County Housing Authority, 1995. A multi-departmental training on CPTED and impact on proposed capital improvements.

- SPEAKER at the BOMA convention in Denver, Colorado, on June 27, 1995 on Premises Liability and CPTED and security planning.

- SPEAKER at the U.S. Mayors Conference in Miami, June 14, 1995 on CPTED applications in urban planning and road barricades in Miami Shores.

Plaintiff D.H. 002796

- SPEAKER at Property Management Association continuing education workshop on Anti-terrorism and security design on Office and Apartment Buildings. Bethesda, Maryland. June 3, 1995.

- TRAINER at ASIS Facility Security Design Workshop, San Diego, June 1995.

- SPEAKER at International Mass Retail Association Conference in Boston on May 15, 1995 on Anti-terrorism and environmental security in the retail market.

- TRAINER on CPTED for HUD Public Housing Workshop for SPARTA in Atlanta 1995.

- SPEAKER at Access Control Conference in Chicago, March 14, 1995 on topic of ADA and building security and design.

- TRAINER for Crime Prevention Through Environmental Design Course for the Coral Gables Police Department, April 24 -28, 1995.

- SPEAKER at City of Miami Commission, Barricades in Shorecrest Area - Upper Eastside. 3/21/95.

- SPEAKER at Library Administration and Management Association in Miami Beach on June 24, 1994 on topic of Violence in the Library: Protecting Staff and Patrons.

- SPEAKER at American Society of Industrial Security in Las Vegas on Sept. 19, 1994 on Premises Liability.

- SPEAKER at Miami Society of Commercial Realtors - Crime and Real Property Seminar on Sept. 28, 1994 in Miami Lakes. Presentation on Industry Standards for Security and How to Reduce Premises Liability.

- INSTRUCTOR of " Crime Prevention Through Environmental Design " Dept. of Continuing Ed, University of Miami. January 1991, Spring Semester 1994.

- University of Miami CPTED Study. A security Risk and CPTED Study ordered by the Office of the Vice President. Coral Gables, Fl. December 1994.

- Homestead Habitat for Humanity, South Dade Model Community Project. Homestead, FL. July 16/17 1993.

- INSTRUCTOR at National Crime Prevention Institute in Advanced Crime Prevention Through Environmental Design, Louisville Ky. October 1993.

- PRESENTER at National Symposium on Crime Prevention Through Environmental Design, Washington D.C. December 9 - 11, 1993.  Paper on the Impact of Barricades on Crime in The City of Miami Shores.

- APPOINTED ADVISORY BOARD, Security by Design: CPTED Research Agenda. National Institute of Justice. Washington D.C.  October 9, 1992.

- SPEAKER at the American Society of Industrial Security Conference, Designing Crime Free Environments. San Antonio, 1992.

- SPEAKER at the Indian Institute of Security and Safety Management Loss Prevention Conference, New Delhi, India. 1992. Presentation on CPTED and Anti-terrorism Design

- SPEAKER at the Transit Police Chief's Meeting - Present findings of Metro Dade Transit Study on Miami's use of Private Security to patrol transit system. 1992.

- SPEAKER and Moderator of the Internal Employee Theft Prevention Workshop presented by the Greater Miami Chamber of Commerce. March 12,1992.

- SPEAKER at Access Control Conference - Impact of Americans with Disabilities Act 1990 on Security. Cincinnati, Ohio. March 10, 1992.

Plaintiff D.H. 002797

- FACILITATOR of CRIME PREVENTION THROUGH ENVIRONMENTAL DESIGN (CPTED) TRAINING WORKSHOPS - Hollywood Safe Neighborhood Grant. 1992

- SPEAKER at Building Office Managers Association BOMA Luncheon - Premises Liability and the Building Manager. June 1991.

- PARTICIPANT at Crime Prevention Through Environmental Design Course, August 1988, and CPTED in Housing and Transportation Environments April 1991. Ft. Lauderdale, Florida, sponsored by the Florida Department of Community Affairs.

- INSTRUCTOR for FACILITY SECURITY DESIGN WORKSHOP American Society of Industrial Security, Architect Engineering Committee. Minneapolis, 1990; Reno, 1991.

- PRESENTER of "Offensible Space - Law Obstruction through Environmental Design." Environmental Design Research Association Conference, Champaign, Ill., April 10,1990.

- SPEAKER at Dade County Defense Attorney's Luncheon - Premises Liability and Architecture in Security Liability Cases. July 19, 1990.

- PRESENTER of "Architectural Renovations to Reduce Suicide," at American Jail Association Conference, Reno, Nevada, May 22, 1990.

- SPEAKER at Miami Shores Chamber of Commerce - Crime Analysis of the Miami Shores Barricades. Dec.14, 1990, Barry College.

- PRESENTER of "Preventing Slips, Trips, and Falls," at Conference on Industrial Loss Prevention and Control-Institute for Life Safety Technology, Orlando, January 17,1990.

- PRESENTER of "The Role of the Architect in Security," at Access Control Conference, Atlanta, Georgia, March 12,1990.

- PRESENTER of "Obstruction of Law Enforcement Through Environmental Design" Human Factors Conference, Orlando, October 10,1990.

- PRESENTER of "Designing Security for Colleges" - Florida Campus and Security Administrators Seminar, Hollywood, Florida, July 28,1990.

- SPEAKER at National Youth Crime Prevention Conference, Preventing Juvenile Suicide, Miami, Florida. 1990

- PRESENTER/FACILITATOR at Designing Security for People, Information and Places Seminar, Greater Miami Chamber of Commerce. 1990

- INSTRUCTOR at Suicide Prevention in Jails, Lockups and Holding Centers SEMINAR. Michigan State University, Lansing, MI. 1990

- WORKSHOP CHAIRMAN AND PRESENTER at Suicide Prevention Workshop.  Workshop Chairman and Presenter.  American Jail Association, May 1989.

- PRESENTER of "Preventing the Spotting Slip and Fall Accidents in Public Use Environments," at National Safety Council Conference, Chicago, November 1,1989.

- PARTICIPANT at Fall Prevention Workshop; Recent Developments. The National Safety Council Congress, Orlando Convention Center. October, 1988.

- PRESENTER AND MODERATOR of "Are You Confused About Employee Screening & Drug Testing?" Sponsored by Greater Miami Chamber of Commerce. Oct. 14, 1988.

- SPEAKER at 1988 IEEE International Carnahan Conference on Security Technology, The Future of Anti-Crime Technology. Lexington, Kentucky.

Plaintiff D.H. 002798

- SPEAKER for CNN News: "Crime Prevention for the Future". November 12, 1988.

- PRESENTER on "Environmental Design to Prevent Falling Accidents", Gerontological Society of American Conference, November 22, 1987.  Washington, DC.

- American Institute of Architects National Convention, Security Issues in the Built Environment, Orlando, FL. 1987

- FBI Crime Resistance Seminar, Lively Police Training Institute, Tallahassee, FL. 1987

- Post Occupancy Evaluation Training Seminar. Georgia Tech University. 1987

**CORRECTIONAL JAIL AND PRISON PROJECTS:**

- CONSULTANT to Clinton County, Iowa on Construction Defects of the Clinton County Jail. June 2020

- CONSULTANT to Florida Attorney General's Office representing the Florida Department of Corrections in Title II Americans with Disabilities Lawsuits, 2012- 2018.

- CONSULTANT to Butte County Jail. Security Systems Analysis. Oroville, CA. August 2010 - 2014

* CONSULTANT on security and CPTED to Dagliesh, Gilpin, & Paxton Architects on the Madison County, VA. Courthouse Phase II expansion and renovations. November 2007- October 2008.

* CONSULTANT on Miami Dade County Corrections Master Plan and Krome Avenue Detention Center Expansion Project. Miami Dade County. Physical Security and existing conditions Evaluation of all 7 Miami Dade County Jails. September 2007 – current.

- CONSULTANT AND EXPERT TESTIMONY For the Federal Defender Program Inc., on Lumpkin County Jail, Georgia, jail escapes and negligent security design.  January 2004

- CONSULTANT for U.S. Dept. Of Justice, National Institute of Corrections for the Idaho Department of Corrections. ADA Accessibility Compliance Audit. Boise, Idaho. May 18-25, 2003

* Marion County Jail Expansion Master Plan and Program with Jacobs Group, Ocala, Fl. Oct. 2001

* Site Analysis Study Central Intake Facility Metro Dade County with Fraga and Feito Architects. 1993.

* Lake County, Illinois Jail Overcrowding Study. Technical Assistance for the National Institute of Corrections. July 1998.

* Kane County Juvenile Detention Center, Kane County Illinois.  1998

- Palm Beach Stockade: Construction verification analysis. West Palm Beach, Fla. 1996

- Monroe County Jail Expansion Study: Jackson Square vs. Stock Island. Key West, Fla. 1991 with PBSJ.

- Chillicothe Correctional Institution, Ohio; 1000-man Podular Prison and master plan. $50 million (with HDR)

- Folsom State Prison Expansion, California; 1000-man prison, site adaptation & corrections master plan (with HDR)

- Yolo County Jail, California; 350-man podular/direct supervision facility & master plan.  $35 million (with HDR)

- Hillsborough County Detention Facility, Florida; 1,325 man podular/direct supervision facility. $45 million. Consulting for Ranon Bentler & Partners.

- Polk County Correctional Facility, Florida; 600-man facility. $17 million. Consulting for Architects Design Group.

Plaintiff D.H. 002799

- Miami Metropolitan Correctional Center (Federal Bureau of Prisons), Florida; New Housing Addition. $5 million. Consulting with Spillis Candela Partners.

- St. Thomas Juvenile Justice Center; St. Thomas, Virgin Islands; $7 million. Consulting with Spillis Candela Partners.

- Duval County Jail; Florida.  Programming for New Direct Supervision 624-bed facility. $26.5 million. Consulting with Voinovich & Associates.

- Suffolk County Jail, Boston, Massachusetts; 435 bed podular; programming and schematic design for a remote facility; $43 million.  Consulting for Cruz-Stark Associates and Sert Jackson Architects.

- Krome Avenue Detention Service Center Expansion and Renovation, (Immigration Naturalization Services), Florida; $5 million. Consulting for Spillis Candela Partners.

- Congress Building Study as Downtown Miami Jail site, Miami, Florida; Consulting for HCDA.

- Lynwood Regional Justice Center Evaluation, Los Angeles, California; with Corrections Services Group.

- Broward County Florida Corrections Master Plan, Consulting with Corrections Services Group.

- Montgomery County, Maryland Corrections Master plan, Program Evaluation with Corrections Services Group.
- Metrowest Jail Expansion Phase II & III C, Design, Security Systems & Detention Equipment for two 1000 bed jails. 9001 Venture Ltd. Miami, 1990 - 1993.

- TGK Detention Center, Miami, Florida; 1000-man podular/direct supervision facility. (with Harper & Carreno) $40 million. 1984

- Portage County Criminal Justice Master Plan, Jail Evaluation and Staff Analysis. Development of RFP, Architect Selection Process, Schematic Design. Portage County, Ohio. 1988

- Miami Metropolitan Detention Center, Construction Management Review for CRSS and CSG. Miami,1991.

- Expansion Analysis for Cecil County Community Adult Detention Center for the National Institute of Corrections. March 1987.

- Jail Evaluation and Retrofit Analysis for Harrelson County Georgia for the National Institute of Corrections. February 1986.

- Jail Renovation and feasibility Study for the Ft. Lauderdale Police Department for the National Institute of Corrections. September 1984.

- Architectural Program Analysis for Multnomah County Sentenced Offender Facility for the National Institute of Corrections. June 1987.

- Expansion Analysis of the Orange County Jail, Hillsboro North Carolina for the National Institute of Corrections. May 1987.

- Jail Evaluation and Retrofit Analysis for Ashland County, Ohio for the National Institute of Corrections. January 1987.

- Feasibility Study for the Conversion of the Washoe County Detention Annex to a Direct Supervision facility for the National Institute of Corrections. April 1987.

- Conduct a Local Corrections Systems Assessment for the Cecil County Sheriff's Department in Elkton, Maryland for the National Institute of Corrections. March 1991.

- Expansion Analysis for the Corrections Alternative Center for Essex County Massachusetts for the National Institute of Corrections. January 1987.

Plaintiff D.H. 002800

- Cost Analysis and Plan Review for Hillsborough County, New Hampshire. National Institute of Corrections. March 1986.

- Manatee County, Florida Corrections Master Plan Review for the National Institute of Corrections. June 1985.

- Jail Evaluation and feasibility Analysis for Burke County GA for the National Institute of Corrections. July 1985.

- Technical assistance and staffing analysis of the Pueblo County Colorado Sheriff's Department Detention facility for the National Institute of Corrections. October 1988.

- Jail Evaluation and Overcrowding Analysis for Westmoreland County Pennsylvania for the National Institute of Corrections. May 1986.

- Expansion feasibility study for the INS facility in Florence Arizona for the National Institute of Corrections. August 1984.

- Jail and Courthouse Site Analysis for Martin County Florida for the National Institute of Corrections. May 1985.

- Security and Overcrowding Analysis of the San Miguel County Las Vegas, New Mexico Jail for the National Institute of Corrections. June 1987.

- Jail Evaluation and Retrofit Analysis for Montgomery County Ohio for the National Institute of Corrections. Jan.1987.

- Americans With Disabilities Training to the Louisiana Department of Corrections for the National Institute of Corrections. July 1994.

- Jail Evaluation and Suicide Prevention Program for the Salt River Reservation Detention Center Phoenix Arizona for the National Institute of Corrections. April 1987.

- American with Disabilities Act Training to the Florida Department of Corrections for the National Institute of Corrections. April 1994.

- Internship with the Florida Department of Corrections, Facilities Services (Architect's Section). Tallahassee, FL 1976-1982.

- Internship with the National Clearinghouse for Criminal Justice Planning and Architecture, 1974-1975, Champaign, IL. University of Illinois

**POLICE PROJECTS:**

- Sanibel Island Police Facility. ADG Architecture. 2022

- GSA Federal Justice Building, Miami. Design/ Build. Consulting with Rodriguez and Quiroga. $26 million. 1992.

- City of Ft. Lauderdale Police Gun & Training Range. Florida.  Consulting with SKHHP. 1986

- City of Miami Police Substation, Miami, Florida. Consulting with Rodriguez Khuly and Quiroga. 1986.

- Police Violence Reduction for Metro Police Department, Consulting with the Police Foundation. 1986.

- District Station Expansion Feasibility Study for Metro-Dade Police, Consulting with HCDA. 1987

**PUBLISHED ARTICLES AND PAPERS**

Plaintiff D.H. 002801

- Designing crime-free healthcare environments. Journal of Healthcare Protection Management. Vol. 38. #1. Feb. 2022 Pp. 16-34

- Defending the Perimeter from Vehicle Ramming Attacks, FM Encore, Fall 2019, Pp. 14-16

- Protecting Public Venues from Vehicle Ramming Attacks with CPTED, FM Encore Spring, 2019. Pp. 16-18

- Top Security Threats and Management Issues Facing Corporate America. Securitas. "Designing Safe Schools in Dangerous Times". April 2019. Pp. 28-29

- Architectural Security: Integrating Security with Design. League Line – Architects League of New Jersey. Jan. 2019. Pp. 3-6

- 8 Ways to Improve School Entrance Security. Campus Safety Magazine. March 23, 2017

- How Security is Influencing Campus Design and Construction. Building Design + Construction Magazine. February 2015. Pp. 33-39.

- The Role of Buildings in Mass Shootings – Contributor, Buildings Magazine. March 2014 Pp.28-32.

- 21st Century Security and CPTED. 2nd Edition. CRC and Taylor Francis Publisher. June 2013. Pp. 916

- 15 Ways to Secure Quick Service Retail Environments. Security Technology Executive. Oct. 2012 Vol. 22 No. 8. Pp. 30-32.

- Crime Prevention Through Environmental Design Transect Module for the Center for Applied Transect Studies to supplement the base SmartCode. January 16, 2012. http://transect.org/modules.html

- "Prevent Crime – Design In Your Security". Parking Today Magazine.  Vol. 16 Number 3 March 2011. Pp. 16-19

- "Security in 2020". Lawrence Fennelly, Editor. CPTED in the 21st Century, Chapter 12 by Randy Atlas. ASIS International. 2010.

- "CPTED lights the Way".  Parking Today Magazine. July 2010. Pp. 41-42.

- "Parking Security in the 21st Century". Parking Today Magazine. March 2010. Pp. 18-19.

- "Safe Parking: what you should do to protect employees and guests." International Parking Institute Magazine. March 2010. Pp. 14-18.

- "Preventing Jail Suicide with Better Design". The Construction Specifier. March 2009. Pp.66-71.

- "Using Design to Defeat Crime and Terrorism". Homeland Security Today Magazine. October 2008. P. 7.

- 21st Century Security and CPTED: Protecting Critical Infrastructure. Taylor Francis Publisher. June 2008. Pp. 535

- "Fear of Parking". Parking Today Magazine. March 2008. Pp.20-22.

- "Designing Safer Schools".  The Construction Specifier. February 2008. Pp. 71-85.

- "Fear of Parking". Security Management Magazine. February 2008.  Pp. 52-59.

- "Schools Behind Bars: Designing safe and secure Schools and Colleges". Security Technology and Design Magazine. August 2007. Pp. 32-38.

- "Is there a difference designing for Crime or Terrorism" Interagency Cooperation. Law Enforcement Executive Forum. Vol. 6, No. 6. November, 2006

Plaintiff D.H. 002802

- "Premises Liability: Design Against Security Lawsuits". Gangs Drugs and Violence Prevention. Law Enforcement Executive Forum. Vol. 6, No. 2. March, 2006

- "Architect as Nexus: Cost effective security begins with design".  ArchiTech May June 2006. Pp. 30-34.

- "Designing for Security". The Construction Specifier. April 2006. Pp. 83-92.

- "Security Site Design and Landscaping". Planning and Urban Design Standards. Graphic Standards, Wiley Publisher.  March 2006

- "The Security Audit and Premises Liability". Spotlight on Security for Real Estate Managers 2nd Edition. IREM, 2005.

- "Security Design Concepts". Security Planning and Design: A Guide for Architecture and Building Design Professionals. American Institute of Architects, Wiley Publishers. Washington DC. 2004

- "Designing Safe Communities". Strategies for Safe and Sustainable Communities. Landscape Architectural Registrations Boards Foundation, Vienna, Virginia, 2004

- "Defensible Space: An Architectural Retrospective."  Master Builder. Sept./Oct. 2004 Vol. 1 Number 1

- "How are criminals using CPTED - Offensible Space", Security Management Magazine.  May 2003

* "Loss Prevention Returns to its Roots with CPTED" Plant Safety & Maintenance Magazine. April 2003

- "Designing Safe Campuses", Campus Security and Safety Journal. Dec. 2002

- "Creating Safety", Landscape Architect Magazine. Sept. 2002

- "The ABC's of CPTED" A Florida case study of Barry University. Campus Safety Journal. Aug.2002.

- "Planting and Shaping Security Success" Security Management Magazine. August 2002.

- "The Sustainability of CPTED: Less Magic More Science!" The CPTED Journal Vol 1. Issue 1. July 2002.

- "Barry University a CPTED Case Study" Campus Law Enforcement Journal June 2002

- "Building Security Through Design" The American Institute of Architects. Wash. D.C. 2001

- "Design Considerations: setting standards in security architecture" Door and Hardware Magazine. June 2000.

- "ADA: Proposed Final Regulations for Courthouses, Jails and Prisons." Corrections Today, April 2000.

- "Security Design: Access Control Technology". Door and Hardware Magazine, April 1999. P. 49

- "Secure Facility Design, Environmental Design that prevents crime!", The Construction Specifier. April 1999.

- "Stairwell Security". Door and Hardware Magazine. May, 1999. P. 55.

- "Designing Against Crime: The Case for CPTED Training for Architects". Florida Architect, Summer 1998.

- "Designing for Crime and Terrorism: CPTED Training is Essential: Security Design and Technology magazine, June, 1998.

- "Designing Security in School Environments" Library Administration and Management Spring, Vol. 11, #2., 1997

- "Designing for security in Courthouses of the future." Court Review Vol. 34 No. 2, Summer 1997. American Judges Association.

Plaintiff D.H. 002803

- Special Report: <u>Defensible Space</u>.  <u>Engineering New Record</u>. May 1, 1995.

- "Justice for All" Security Management Magazine. September 1995. PP. 65-67.

- "The Impact on Crime of Street Closures and Barricades: A Florida Case Study". <u>Security Journal</u>.,. Vol. 5, No. 3, July.1994

- "Environmental Barriers to Crime". <u>Ergonomics in Design</u>, October 1994.

- "Programming Architectural Security in Facilities". Chapter 20, <u>Professional Practice in Facility Programming</u>. Editor Wolfgang Preiser. Van Nostrand Press, NY. 1993.

- "Impact of ADA on Security". <u>Protection of Assets Bulletin.</u> Merritt Company. 1992.

- "Handicap accessibility affects security." <u>Access Control Magazine.</u> Feb., 1992.

- "Successful Security". <u>Buildings: Facilities Construction & Management Magazine.</u>1992

- "Will ADA Handicap Security?". <u>Security Management.</u> March, 1992.

- "Need for involving security in building planning!" <u>Campus Security Report</u>, June 1992.

- "Architect input among first steps in design." <u>Access Control Magazine.</u> June 1991

- "Need for Security Director and Architect Teamwork". <u>Hospital Security and Safety Management Newsletter.</u> Vol. 12, #6, October 1991.

- "Security as Afterthought ensures long-term costs." <u>South Florida Business Journal.</u> Focus on Maintenance and Security. March 18, 1991.

- "Offensible Space: Obstruction of Law Enforcement through Environmental Design". <u>Security Management Magazine</u>, March 1991.

- "Code Changes Affect Stair Design: Watch Your Step".  <u>Florida Architects</u>, January/Feb.1990.

- "Security Design," <u>Protection of Assets Manual</u>- Monthly Featured Article on Crime Prevention Through Environmental Design and Architecture, March 1990-1995.

- "Pay Me Now or Pay Me Later". <u>Security Management Magazine</u>, April 1990.

- "Reducing The Opportunity for Inmate Suicide:  Design Recommendations". <u>Psychiatric Quarterly</u>, Vol.60, I. Summer,1989.

- "Just When You Thought it was Safe".  <u>Professional Safety Magazine</u>, American Society of Safety Engineers. September, 1989.

- "Building Design can Provide Defensible Space". <u>Access Control Magazine</u>. Sept. 1989.

- "Designing for Safety: Building Code Update". <u>Florida Architects Journal</u>. Nov, 1989.

- "Secure Homes:  The Future of Anti-Crime Technology".  <u>The Futurist</u>. March 1988.

- "Guidelines for Preventing Liability from Slip and Fall Accidents". <u>Florida Real Estate Journal</u>, 3/22/88.

- "To Die By Design". <u>New Times Weekly</u>, Vol.3, No.22. Miami, September 21-27, 1988.

- "Designing Security for People, Information, and Property". <u>Fla Real Estate Journal</u>. June 14, 1988.

- "How to protect Your Home". <u>Florida Home & Garden Resource Manual</u>. July, P.66. 1988

333 LAS OLAS WAY SUITE 1605, FT. LAUDERDALE, FL. 33301•PHONE 305.332-6588 •EMAIL RATLAS@IX.NETCOM.COM  WWW.CPTED-SECURITY.COM

35

Plaintiff D.H. 002804

- "The Impact of Jail Design on Inmate Management and Suicide Prevention".  <u>Training Manual on Suicide Detection and Prevention in Jails and Lockups</u>.  Editors: L.M. Hayes, J.R. Rowan.  National Institute of Corrections, U.S. Department of Justice. 1988

- "Just when you thought it was safe to go back in the...building!" <u>Security Management</u> Magazine, Aug. 1988.

- <u>Prevent Liability from Slip and Fall Accidents: An Architectural Primer</u>. Atlas & Assoc. Publisher, 1987.

- <u>Reducing Liability and Opportunity for Inmate Suicide: A Design Guide</u>. Atlas & Assoc. Publishing, 1987.

- SPEAKER at Criminal Justice Statistics Association Conference, <u>Implementation and Evaluation of Building Security Codes</u>. Orlando, Florida.

- "The Slip and Fall Primer", <u>Florida Architect Journal</u>, July, 1987.

- "Steps, Stairs, & Slipping", <u>Florida Architects Journal</u>, Sept.1987.

- "Ramps, Railings, & Rounded Edges", <u>Florida Architect Journal</u>, November, 1987.

- "Crime Site Selections for Assaults in Four Florida Prisons". <u>The Prison Journal</u>. Volume 9 Number 2. Dec.1986

- "Renovating Security", <u>Professional Protection Magazine</u>, April, 1983.

- "Old Capital Security Evaluation", <u>Florida Architect Journal</u>, August, 1982.

- "Crime Prevention Through Building Codes", <u>Building Security</u>, Editor John Stroik. ASTM, Philadelphia, PA 1981. Pp. 88-97.

- "Crime Prevention Through Building Codes". <u>Journal of Security Administration</u>. Volume 9(2),1986.

- "The Physical Environment of Suicides".  <u>The Fatal Chain of Events:  Suicide Prevention</u>. Editors:  D.B. Kalinich, P.S. Embert. KER & Associates. November. 1986

- Editorial Review Board, <u>Environment and Behavior</u>, Environmental Design Research Association 1985 - present.

**AMERICANS WITH DISABILITY ACT SEMINARS AND PROJECTS**

- CONSULTANT – ADA Survey and Remediation Plan. Pal Campo Restaurant, Orlando, FL. May 2019

- CONSULTANT – ADA Survey for Miami Yacht Divers Inc. 2200 and 2212 South Andrews Avenue, Fort Lauderdale, FL. August 2015

- CONSULTANT for Florida Attorney General's Office and the Florida Department of Corrections, evaluation of State Prison System for ADA Title II Compliance. January 2012–June 2017

- CONSULTANT for Georgia Attorney General's Office and the Georgia Department of Corrections, evaluation of Augusta Medical State Prison and Georgia State Prison for ADA Title II Compliance. November 2008

- CONSULTANT for Lauderdale Marketplace for ADA compliance. August 2005.

- CONSULTANT for U of Miami, Due Diligence Study for ADA Compliance of Gables One Tower. Aug. 2004

- CONSULTANT for the Hogan Group, Coefficient of Friction test for exterior walkway of 6161 Blue Lagoon Dr. Miami August 2004

- CONSULTANT for U.S. Dept. Of Justice, National Institute of Corrections, for the Idaho Department of Corrections. ADA Accessibility Compliance Audit. Boise, Idaho. May 18-25,2003

Plaintiff D.H. 002805

- "ADA: Proposed Final Regulations for Courthouses, Jails and Prisons." <u>Corrections Today</u>, April 2000.

- American Corrections Association Design Guide for Juvenile and Adult Facilities, Section of ADA compliance. ACA, January 2000

- SPEAKER to Access Control Conference, March 13, 1996, Washington DC on "Impact of ADA on Business Security".

- SPEAKER to the American Society of Industrial Security conference on "CPTED and Premises Liability", and "Designing Safe Parking Garages". Sept. 10,1996. Atlanta, Ga.

- "The Impact of ADA Interim Regulations on Correctional Design & Construction". <u>The Keepers Voice</u>. Vol.14,No.4. January, 1995.

- "Impact of Title II Final Interim Regulations". <u>Corrections Today Magazine</u>, April 1995.

- SPEAKER at American Institute of Architects Architecture for Justice Committee Workshop in Austin, Texas on Effects on ADA Final Interim Regulations, 1994.

- SPEAKER to the American Correctional Association Convention, January 13, 1995 on "Impact of ADA Final Interim Regulations", Dallas, Texas.

- SPEAKER to Access Control Conference, March 14, 1995, Chicago, Illinois on "Impact of ADA on Business Security".

- SPEAKER to "How to design efficient court facilities" workshop, University of Wisconsin, Dept. of Professional Engineering. April 3-4, 1995. Topic: Impact of ADA on Courthouse Design.

- SPEAKER to ADA and Historic Preservation Workshop on Impact of ADA on Hotel Security. Miami Beach Hotel and Motel Association. June 15, 1994.

- SPEAKER American Correctional Association Conference on ADA and Violence: Impact on Suicide and Assault in Prisons.  August 11, 1994. St. Louis, Missouri.

- SPEAKER to Association For Security Administration Professionals sponsored South Florida Conference for Tourism and Safety and Security in Miami, on Sept, 14, 1994 regarding impact of ADA on Hotel Security.

- SPEAKER to American Society of Industrial Security convention in Las Vegas, Sept. 19, 1994 on the topic of premises liability, building security, and conducting security audits.

- SPEAKER to Miami Society of Commercial REALTORS at Crime and the Real Property Professional talking on "Premises Liability: A Concern for the Many". Sept. 28, 1994.

- SPEAKER to American Society of Safety Engineers Gold Coast Chapter at Safety Seminar on "Designing Security in Buildings with Premises Liability Considerations". Oct. 21, 1994.

- SPEAKER to Risk and Insurance Management Society, Broward Chapter on "The ADA's effect on Business and Security". Oct. 24, 1994.

- "Impact of Title II Final Interim Regulations". <u>Detention Reporter</u>, October 1994.

- "Impact of Title II Final Interim Regulations". <u>Corrections Compendium</u>, November 1994.

- "Impact of Title II Final Interim Regulations". <u>American Jails Magazine</u>, Dec./ Feb. 1994.

- TRAINER to Florida Department of Corrections on ADA for personnel managers and correctional trainers. September 16 and Sept. 30,1993, March 2,3,24,25, April 21,22 1994 as a technical assistance consultant from the National Institute of Corrections, Dept. of Justice.

Plaintiff D.H. 002806

- TRAINER to Louisiana Department of Corrections on ADA July 1994 as a technical assistance consultant from the National Institute of Corrections, Dept. of Justice.

- SPEAKER American Correctional Association Conference on ADA and policy and procedure development  for program accessibility. January 18, 1994. Orlando.

- CONSULTANT to The Russell Partnership to review the Dade Justice Courthouse Renovations for ADA compliance. 1993.

- CONSULTANT to Correctional Services Group and DMJM for review of the Riverside Regional Jail, Prince George's County, Virginia for ADA compliance. December 1993.

- SPEAKER Access Control Conference on ADA and impact on building security. Atlanta, Ga. March, 1994.

- SPEAKER. Impact of ADA on Corrections. National Institute of Justice Workshop on ADA. American Corrections Association Conference, Miami. 1993.

- PRESENTER American Jail Association Conference, Technical workshop "Impact of ADA on Jails and Prisons", Portland, Oregon May 1993.

- PRESENTER National Institute of Justice Workshops on ADA's IMPACT ON JUSTICE FACILITIES in Austin, Texas; Seattle, Washington; and Washington D.C. Summer 1993.

- SPEAKER National Institute of Corrections Academy workshop "Elderly Inmates and the ADA".  Longmont, Colorado. June 16, 1993.

- SPEAKER American Corrections Association Conference, Technical Workshop on "Elderly Inmates and the ADA". Nashville, Tenn. Aug. 1993.

- REVIEWER AND PARTICIPANT American Corrections Association Training Video on the Impact of ADA on Corrections. June 1993.

- CONSULTANT to Florida Department of Corrections on ADA, reviewing their self-evaluation plan, transition plan, conducting a two-day training workshop July 24-26, 1993, and develop training with ADA Task Force on Jail and County Detention for the Inspector General's Office regarding program accessibility and structural accessibility.

-  "The Impact of ADA on Correctional Design & Construction". The Keepers Voice. Vol.14, No.4. Fall 1993.

- ADA Title II Training and Audit of Hawaii's Department of Public Safety, Prison System. 1993

- "The Impact of ADA on Corrections." Security Technology Magazine. Sept.1993.

- "American's with Disabilities Act - Impact on Corrections", Detention Reporter Oct. 1992

- "Impact of ADA on Jails." American Jails Magazine. November, 1992.

- Opening All Doors: The ADA Video conference - Accessible Design. Sponsored by the American Institute of Architects. March 18, 1992. 4 hrs.

- Understanding How to Comply with ADA Title III - Public Accommodations and Commercial Facilities. Sponsored by BOMA and IREM. March 31, 1992. 8 hours.

- ADA Audit of Metrowest Detention Center. Metropolitan Dade County, Fl. April 6, 1992.

- ADA Audit of Women's Detention Center, North Dade Detention Center, Treatment and Rehab Center at the Stockade. Metropolitan Dade County, Fl. July, 1992.

- ADA Compliance Accessibility Survey, Sutton Plaza, 249 Royal Palm Way, Palm Beach. 1992

Plaintiff D.H. 002807

- HUD Accessibility Seminar, June 23 & 24, 1992, Miami, Florida. 16 hrs.

- SPEAKER. Facility Access and the ADA. Large Jail Network Meeting, National Institute of Corrections Jail Center, Denver, Co. July 26-28, 1992.

- APPOINTED Advisory Board Member on Americans With Disabilities Act, National Institute of Justice, Washington D.C. 1992

- ADA: Regulations to Reality. Florida International University. October 10, 1991. 8 hours

333 LAS OLAS WAY SUITE 1605, FT. LAUDERDALE, FL. 33301•PHONE 305.332-6588 •EMAIL RATLAS@IX.NETCOM.COM  WWW.CPTED-SECURITY.COM                    39

Plaintiff D.H. 002808



## EXPERT WITNESS AND CONSULTING SERVICES
updated 10/6/22

Thank you for your interest in the consulting services in our firm. Enclosed you will find a copy of my vitae and our current fee schedule.

### GROUNDRULES:

Please do not ask for free opinions or advice. Initial conversations may cover a description of services, expertise, availability, fees, and references.

Please retain me before listing me as your expert.

An initial non-refundable retainer of $2,400 retainer (representing 8 hours of work) is to be paid before any work will be initiated. Upon receipt of the retainer, a case file will be opened in our office. We do not consider ourselves retained, and no work on the case will be done until the retainer check is received. This non-refundable retainer is charged for the Expert's skill and experience, her availability to the client to consult, and for the Expert's possible need to decline other cases or work in order to be available to the client, and is therefore earned upon receipt.

Experience has shown that a typical case takes approximately twenty hours, excluding travel and testimony time. If out of town travel is required, airfare will be business class and prepaid. Lodging expenses must be directly chargeable to you. Travel time and incidental expenses will be invoiced.

It is our policy that the attorney, not the client, nor the insurance company retains us; thus, the retaining attorney is responsible for payment. Invoices are due upon receipt. Balances not paid within 30 days will accrue interest at the rate of charge of 1.5% per month, or 18% per annum.

Payments for all services rendered, unless otherwise agreed, must be received in the offices of Atlas Safety & Security Design Inc. before any verbal or written reports; opinions, affidavits, or any work product of any nature is provided to the client, or prior to giving testimony for deposition or trial. Failure to pay for services as agreed in this document will permit ASSD, after notice to you, to terminate its services.

### FEES:

Research, investigation, travel and consulting time is billed at $300.00 per hour, and billed in half hour increments.
Deposition time is billed at $600.00 per hour, with a 2-hour minimum.
PAYMENT IS DUE AT TIME OF, OR BEFORE DEPOSITION. NO EXCEPTIONS, NO EXCUSES!
Trial Court Time is billed at $600.00 per hour, with 4-hour minimum.
PAYMENT IS DUE IN FULL, PRIOR TO THE DATE OF TESTIMONY, OR TRAVEL.

Plaintiff D.H. 002809



# ATLAS SECURITY & SAFETY DESIGN INC.
## Scope of Operations

### American with Disabilities Act Audits

ADA compliance Audits for Title II and III buildings
Architectural barrier removal evaluation
Programs and activities compliance
Evaluation for compliance with Americans with Disabilities Act 1990, 2010
Evaluation for compliance with State of Florida Accessibility Code SS 553, 2012

### Security Design Services

Anti-Terrorism Assessment and Mitigation Design
Vehicle Ramming Attack Preventative Design
Crime Prevention Through Environmental Design (CPTED) Planning and Training and Workshops
CPTED Plan Reviews, Public Safety Plans for Pompano Beach DRC
Security Need Assessments
Threat and Vulnerability Risk Assessment Studies
Security Operational Analysis
Security Systems Requirements Analysis
Security Planning and Conceptual Design
Human factors Engineering and Interface Analysis
Access Control and Barrier Design
Design of Mantraps, Vehicle Sallyports, Fence Systems, Explosion Impact
Security Lighting Layout and Design, lighting surveys
Security Design Criteria, Schematic Design, Bid Planning documents
Intrusion Detection, Access Control, CCTV, Intercom Systems, & Perimeter Protection Systems
Equipment Specifications
Acceptance and Operating Manuals and Test Plans
Vendor and Contractor Qualification
Security Hardware Evaluation and Selection
System Verification and Acceptance
Post Occupancy Evaluation

### Litigation Support

Evaluation of Negligent Security Premises Liability Issues
Security and Accessibility Review of Multi-Family Residential, Mixed-Use Commercial, Institutional Facilities, Parking garages and lots, Retail shopping centers, Hotels, Schools and Universities
Review of Accident and Police Reports, Crime Grids, Incident reports
Police Grid Maps and Surrounding Crime Data Analysis
Code Compliance Review for New Construction and Existing Facilities
Research of Compliance with Applicable Construction Codes and Standards
Conformance evaluation to Nationally Recognized Standards, Building Codes, & Industry Best Practices
Integration of Security Needs with Fire/Life Safety Requirements
Evaluation of Slip, Trip and Fall Accidents
Static and Dynamic Coefficient of Friction Testing, Slip Resistance Testing in the field
Evaluation of Stairway, Ramp, Escalator, Railings, Handicap Curb-cuts, Sidewalk designs
Evaluation of Inmate Suicide Incidents and Prevention Designs
Evaluation of Prison and Jail Violence and Security Issues
Expert Testimony in Depositions, Mediations, Arbitrations, and Trials
Case Review including Evaluation and Summation of Complaints, Interrogatories, and Depositions

Plaintiff D.H. 002810

**APPENDIX B**

| | |
|---|---|
| 1 | 2011-03-16-Dekalb Co. PD Incident Report No. 11-028952 re. Prostitution |
| 2 | 2011-10-14-Dekalb Co. PD Incident Report No. 11-115960 re. Prostitution and Giving a False Name, Address, or Date of Birth |
| 3 | 2012-01-08-Dekalb Co. PD Incident Report No. 12-002905 re. Willful Killing, Wanted Person Located, and Theft by Taking |
| 4 | 2013-01-08-Dekalb Co. PD Incident Report No. 13-0002935 re. Rape |
| 5 | 2013-07-11-Dekalb Co. PD Incident Report No. 13-075315 re. Prostitution |
| 6 | 2013-10-23-Dekalb Co. PD Incident Report No. 13-108563 re. Prostitution |
| 7 | 2013-12-12-Dekalb Co. PD Incident Report No. 13-133881 re. Keeping a Place of Prostitution and Prostitution |
| 8 | 2013-12-29-Dekalb Co. PD Incident Report No. 13-139471 re. Loitering for Sex |
| 9 | 2014-01-21-Dekalb Co. PD Incident Report No. 14-005739 re. Sale of Methamphetamine and Conspiracy to Sell Methamphetamine |
| 10 | 2014-04-16-Dekalb Co. PD Incident Report No. 14-036577 re. Prostitution and Keeping a Place of Prostitution |
| 11 | 2014-06-20-Dekalb Co. PD Incident Report No. 14-061213 re. Possession of Marijuana and Hallucinogen |

| 12 | 2014-10-02-Dekalb Co. PD Incident Report No. 14-099473 re. Loitering for Sex |
|---|---|
| 13 | 2014-10-01-Dekalb Co. PD Incident Report No. 14-099572 re. Prostitution |
| 14 | 2015-01-02-Dekalb Co. PD Incident Report No. 15-000503 re. Loitering for Sex |
| 15 | 2015-05-07-Dekalb Co. PD Incident Report No. 15-043597 re. Pandering |
| 16 | 2015-05-07-Dekalb Co. PD Incident Report No. 15-043700 re. Pandering |
| 17 | 2015-05-07-Dekalb Co. PD Incident Report No. 15-043626 re. Pandering |
| 18 | 2015-05-07-Dekalb Co. PD Incident Report No. 15-043681 re. Pandering |
| 19 | 2015-05-07-Dekalb Co. PD Incident Report No. 15-043585 re. Pandering |
| 20 | 2015-05-07-Dekalb Co. PD Incident Report No. 15-043577 re. Pandering |
| 21 | 2015-05-13-Dekalb Co. PD Incident Report No. 15-045778 re. Forgery, Pandering, and Possession of Marijuana |
| 22 | 2015-06-03-Dekalb Co. PD Incident Report No. 15-053141 re. Impersonating a Police Officer, Obstruction, and Loitering or Prowling |
| 23 | 2015-06-10-Dekalb Co. PD Incident Report No. 15-055855 re. Possession of Marijuana and a Schedule II Substance |
| 24 | 2015-08-10-Dekalb Co. PD Incident Report No.15-078319 re. Theft by Taking |

Plaintiff D.H. 002812

| 25 | 2016-03-03-Dekalb Co. PD Incident Report No. 16-021232 re. Theft by Taking Automobile, Robbery-Strongarm, and Stolen Vehicle Recovery |
| 26 | 2016-09-21-Dekalb Co. PD Incident Report No. 16-092378 re. Prostitution, Possession of Marijuana, and Obstruction |
| 27 | 2016-09-22-Dekalb Co. PD Incident Report No. 16-092775 re. Prostitution |
| 28 | 2016-10-27-Dekalb Co. PD Incident Report No. 16-105255 re. Aggravated Assault and Stolen Weapon Located |
| 29 | 2016-11-09-Dekalb Co. PD Incident Report No. 16-110190 re. False Imprisonment and Pandering |
| 30 | 2016-11-14-Dekalb Co. PD Incident Report No. 16-111754 re. Battery |
| 31 | 2017-01-16-Dekalb Co. PD Incident Report No. 17-004254 re. Prostitution and Keeping a Place of Prostitution |
| 32 | 2017-06-18-Dekalb Co. PD Incident Report No. 17-060110 re. Assault and Battery |
| 33 | 2017-11-03-Dekalb Co. PD Incident Report No. 17-110392 re. Theft by Taking, Automobile and Simple Battery |
| 34 | 2018-06-04-Dekalb Co. PD Incident Report No. 18-118645 re. Armed Robbery |

| 35 | 2019-05-08-Dekalb Co. PD Incident Report No. 19-042721 re. Theft by Taking, Automobile |
| 36 | 2019-10-25-Dekalb Co. PD Incident Report No. 19-099846 re. Theft by Taking, Automobile |
| 37 | 2020-01-17-Dekalb Co. PD Incident Report No. 20-005412 re. Criminal Trespass |
| 38 | 2020-06-28-Dekalb Co. PD Incident Report No. 20-049388 re. Dead Person |
| 39 | 2020-08-13-Dekalb Co. PD Incident Report No. 20-062557 re. Simple Assault |
| 40 | 2021-03-14-Dekalb Co. PD Incident Report No. 21-020036 re. Armed Robbery |
| 41 | 2021-03-31-Dekalb Co. PD Incident Report No.21-024693 re. Arson 2nd Degree, Vehicle |

Plaintiff D.H. 002814



ATLAS SAFETY & SECURITY DESIGN, INC.
RANDY ATLAS Ph.D., FAIA, CPP, CPTED updated 7/1/23

**CASE LIST**

| Defense/ Plaintiff | Nature of Case | Inv Dep Trial | Attorney | Phone | Case Name | Status Won Lost Settle Open Closed |
|---|---|---|---|---|---|---|
| P | Security Assault | I | Howard Feinberg | 305.754.4000 | Holloway / MDCC | W |
| P | Safety Glass Door | IDT | Michael Lechtman | 305.652.9500 | Cesno / U of M | S |
| D | Slip Stair | I | Martin Mickler | 904.355.5166 | Diethorn | S |
| D | Step | DT | Martin Mickler | 904.355.5166 | Harris | S |
| D | Stair | ID | Martin Mickler | 904.355.5166 | Gladden | S |
| P | Security Bank Parking Lot | ID | Frank Shooster | 305.739.8400 | Fastershank | S |
| D | Slip Step | I | Joy Lordahl | 904.354.1440 | Meiten | S |
| P | Slip Floor | ID | Arnie Gellmen | 305.858.1400 | Denmarko / JC Penney | S |
| P | Slip Fall/ Chatahootchee | IDT | Tim Beavers | 305.944.4586 | Powers / Days Inn | S |
| D | Escalator Fall | IDT | Bill Douberly | 305.458.6614 | Petriz / Omni | S |
| P | Slip Fall | ID | Lane Abraham | 305.285.9799 | Fernandez / Monty's | S |

Plaintiff D.H. 002815

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Slip & Fall Parking Lot | ID | Ivan Benjamin Cohen & Cohen | 305.532.1771 | Holtzman | S |
| P | Jail Suicide | I | Elizabeth Klein | 313.964.5010 | Gant | S |
| P | Slip Stair | ID | Howard Feinberg | 305.754.4000 | Neff | S |
| P | Parking Lot Security | IDT | Mark Feldman | 305.285.2500 | Marcantonio / Airliner Hotel | W |
| P | Parking Lot Security | I | Bernard Butts | 305.821.4581 | Zeverly / Airliner Hotel | S |
| P | Jail Suicide | ID | Jeff Tomberg | 305.732.3221 | Salazar / Palm Beach Jail | L |
| P | Slip Driveway | IDT | Michael Brumer | 305.374.2000 | Lederer / Forte Towers | W |
| D | Slip Stairway | ID | Steven Shorr | n/a | Cajun Restaurant | S |
| P | Trip Hazard | ID | David Glatthorn | 561.659-1999 | Martin / Florida DOT | W |
| D | Slip / Floor | IDT | Jack Lucks | 305.379.1681 | Stephen / Debartalo Corp. | W |
| P | Jail Suicide | I | Mark Linowitz | 305.858.9813 | Lewis / HRS | S |
| P | Slip Hallway | I | Martin Schwartz | 954.920.6555 | Shrewbury / Warrenton | S |
| P | Slip Driveway | I | Howard Feinberg | 305.754.4000 | Kofer / Hampton Beach Club | S |
| P | Jail Suicide | ID | Cannon / Dunphy | 414.276.0111 | Golz / Lake Geneva Police | W |
| P | Slip Step | I | Marc Kaufman | 305.374.2000 | Enwright / Italian Fish | S |
| P | Slip Stairway | ID | Norman Rose | 305.379.9801 | Vichot / Kingston | S |
| P | Slip Stair | I | Barnett / Hammer | 305.624.8541 | Frost / Rolands | S |
| P | Slip Stair | I | Cohen & Cohen | 305.523.1771 | Russo | S |

Plaintiff D.H. 002816

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Slip Stairs | IDT | Martin Schwartz | 954.920.6555 | Gechele | W |
| P | Slip Stairs | I | Stu Logan | 305.374.2000 | Freidman / Schraub | S |
| P | Slip Stairs | IDT | B. Greenspan | n/a | Whipple/Clay Co. Jail | L |
| P | Jail Suicide | ID | David Baker | 319.365.9200 | Brady / Lynn County Jail | S |
| P | Slip / Floor | IDT | Curtis Levine | 407.391.3322 | Yahn | S |
| P | Glass Door Accident | I | David White | 305.442.1700 | Gutierrez / Roark | S |
| P | Prison Escape | ID | Stan Jackson | 407.724.2661 | Reeves / SC DOC | S |
| P | Slip Stairs | I | Eliot Lucas | 305.246.3544 | Hardy / Lumar | S |
| P | Speed Bump Fall | I | Bernard Butts | 305.821.4581 | Aguayo / Sears | S |
| P | Premise Liability | ID | Andrew Knight | 904.356.1306 | Banks / Cumberland Apts. | S |
| P | Premise Liability | ID | Larry Smith | 504.524.6165 | Hale / U.S. Fidelity | S |
| D | Parking Lot Assault | ID | Shea & Gould | 305.372.2000 | Shooster / MDDC | S |
| D | Parking Lot Assault | ID | Hugh Behan Blackwell Walker | 305.728.9000 | Zelly / Cinnamon | W |
| D | Slip and Fall | ID | Kim Cook | 305.358.6550 | Nunez / JMH | S |
| D | ATM Assault | I | Jackie Abraham | 305.225.4548 | Jablonski / Amerifirst | S |
| P | ATM Robbery | I | Bernard Butts | 305.821.4581 | Ferrer / Community Bank | S |
| P | Slip Stairs | I | Goldfarb & Gold | 305.371.3111 | Krakover / Monogram | S |
| P | Speed Bump Slip | I | Jeff Barnett | 305.748.4800 | Ephraim / Tamarac Mall | S |

3

Plaintiff D.H. 002817

| P | Jail Suicide | I | Leonard Miller | 313.352.1552 | Cummins / Michigan | S |
| P | Stair Slip | I | Mike Brummer | 305.374.2000 | Czonka / TR Restaurant | S |
| P | Stage Slip / Fall | ID | Anthony Dieguez | 305.556.4106 | Alonso / Midamerica | S |
| P | Mat Slip / Fall | IDT | Mel Alldredge | 305.377.0783 | Limmer / American Loan | L |
| P | Mat Slip / Fall | ID | Mel Alldredge | 305.377.0783 | Bonner / Winn Dixie | W |
| D | Driveway Accident | ID | Ron Solomon | 305.944.1825 | Williams / Grove Profess. Bldg | S |
| P | Falling Object | ID | Gary Sack | 305.374.5083 | Abraham / Winn Dixie | S |
| D | Lot Assault | ID | Mark Hektner | 561.624.2188 | Guthrie / Marketplace | S |
| P | Premise Liability | ID | Mel Alldredge | 305.377.0783 | Faigenblatt / Fina | S |
| P | Slip and Fall | I | Goldfarb & Gold | 305.371.3111 | Wirtz / Garden Lane | S |
| P | Slip and Fall | I | Goldfarb & Gold | 305.371.3111 | Perez / BBB Electric | S |
| P | Slip Stairs | I | Anthony Dieguez | 305.556.4106 | Nunez / St. Cloud | L |
| P | Slip Curb | I | Howard Feinberg | 305.754.4000 | TTZ / 163 Street Mall | S |
| D | Premise Liability | I | Lane Middleton | 305.374.0033 | Calise / Potamkin | S |
| D | Slip and Fall | I | Mark Johnson Pyszka Kessler | 305.858.6614 | Green / Flagler Museum | S |
| P | Premise Liability | IDT | Kent Robbins | 305.532.0500 | Bell / Edison Mall | L |
| P | Slip and Fall | I | Douglas Stratton | 305.672.7772 | Balboa / Westland Mall | S |
| D | Slip Stairs | ID | George Pomeroy | 305.563.6427 | Woffrin / Leisure Garden Apts. | S |

Plaintiff D.H. 002818

| D | Premise Liability | I | Dwain Dent | 817.332.2889 | Alley / Eagle Crest Apts. | S |
| D | Slip and Fall | I | Robert Addison | 601.969.7607 | Jones / JESCO | S |
| P | Premise Liability | ID | Rose Spano | 305.920.7932 | Mulligan / Take V | S |
| P | Slip and Fall | I | Edward Genz | 908.842.6660 | Ryan / Riozzi | S |
| P | Slip and Fall | I | Gonzalo Dorta | 305.529.6606 | Serna / Winn Dixie | S |
| P | Speed Bump Fall | ID | Safford & Lanphear | 502.782.2211 | Murray / Paterson | S |
| P | Assault | I | Sarah Weissbard | 305.940.7599 | Taback / Trafalgar Tower | S |
| P | Assault | I | Riley Bennet & Egloff | 317.636.8000 | CAY / Bayhead Village Apts. | L |
| P | Parking Lot Assault | I | McCormick  Damiani Lowe | 914.623.7711 | Babcock / New Rochelle | S |
| P | Slip and Fall | I | Beneke Batistelli Bremer | 305.232.4980 | Travis / Motel 6 | S |
| P | Jail Suicide | I | David Wenc | 203.623.1195 | Keller / Engield Police | S |
| D | Faulty Design | I | John Brewer Tew & Truitt | 813.332.2655 | Wood / Coral Lanes | S |
| P | Sliding Door Accident | I | Gonzolo Dorta | 305.529.0140 | Henrandez / Bermejo | L |
| P | Slip and Fall | I | Joe Rosenbaum  Grossman Roth | 305.442.8666 | Siefker / Trilogy Condo | S |
| P | Premise Security | ID | Robert Romagna | 305.541.4444 | Claro / Alamo Car Rental | S |
| P | Slip and Fall | I | Mark Penzer | 305.825.7696 | Henandez / Jas | S |
| D | Slip and Fall Spiral Stairway | I | Dennis Schutt  Coker Myers | 904.356.6071 | Barton / American Heritage Life | S |

5

Plaintiff D.H. 002819

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Slip and Fall | ID | Larrence Smith | 504.524.6165 | Martin / N.O. Rail | S |
| P | Jail Fire | I | Richard Thomas Turner Reid | 417.883.2102 | Coleman / Taney Co. | S |
| D | Improper Gun / Security Shooting | I | Jim Hinchy Haynsworth, et al | 803.722.7606 | Curry / Braswell | S |
| P | Robbery / Murder | I | Neil Chonin | 305.443.5125 | Abdelquader | S |
| P | Slip and Fall | I | Ron Lowy | 305.673.5699 | Weinberger | S |
| P | Apartment Rape | I | James Fisher | 317/236-2317 | Mankin / Deer Cross Apts. | S |
| P | Slip and Fall | I | Curt Levine | 407.998.0000 | Kasper/ Pompano Race Track | S |
| P | Slip and Fall | I | Gonzolo Dorta | 305.381.8866 | Rabassa / Publix | S |
| P | Jail Suicide | I | Armando Payas Parker, Johnson | 407.423.1333 | Turner / Lake Co. | S |
| P | Slip and Fall | I | Marty Levine | 305.823.6867 | Muza | S |
| D | Hospital Suicide | ID | Alan Hoffman, Michigan AG | 517.373.3577 | Meyers / Lafayette Clinic | W |
| D | Construction Defect | ID | Bruce Alexander  Boose Casey | 561.832.5900 | Shannon Ginn/Palm Beach County. | S |
| P | Slip and Fall | I | Jerry Katzen | 305.596.2000 | Novack / Ocean Reef | S |
| P | Premise Liability | I | Marilyn Sher | 305.443.5125 | Ebehart / Fambro | S |
| P | Slip and Fall | I | Chuck Pardue | 706.722.0227 | Flannagan / Timberwoods Apts. | S |
| D | Rape | I | Jon Aronson | 305.670.2829 | Hills / Scottish Inn | S |
| P | Premise Liability | I | Irv Lamel | 305.443.5212 | Lipton / Home Savings Bank | S |
| P | Slip and Fall | IDT | Jorge Silva | 305.381.8866 | Tabares / Apollo | S |
| P | Premise Liability | I | Stradley Barnett & Stein | 713.224.4488 | Joan Latch | S |

Plaintiff D.H. 002820

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Premise Liability | I | David Eason | 407.689.5050 | Martinez / KFC | S |
| P | Parking Lot Fall | I | Feinman & Feinman | 305.741.2000 | Abelsky | S |
| P | Slip and Fall | I | Sheldon Schlesenger | 305.467.8800 | Rosenweig / Rustic Inn | S |
| D | Pool Drowning | I | Steven Lengauer | 407.425.4251 | White / COF | S |
| P | Premise Liability / Apt. Assault | ID | James Fisher | 317.236.2317 | Mankin / Oxford | S |
| P | Premise Liability / Apt. Assault | I | Michael Baskin | 404.880.8646 | Thomas / Gateway Mgmt. | S |
| P | Slip and Fall | I | Linda McAteer  Iulo & Rowek | 201.773.4900 | Padula / South Beach Hotel | S |
| P | Premise Liability | I | Edison Jenson | 408.458.0502 | Brown / Brockers | S |
| P | Assault | ID | Eric Ansel | 305.922.9100 | VanWart / Pantry Pride | W |
| P | Slip and Fall | I | Daniel Lambert | 305.537.4771 | Christakos | S |
| D | Premise Liability Apt. Murder | I | Maureen Fatcheric | 315.422.1152 | Watanabe / Winn Mgmt. | S |
| P | Premise Liability Hotel Assault | ID | Don Hardeman | 305.670.2013 | Hernandez / Crossway Hotel | S |
| P | Premise Liability Robbery / Murder | I | Stephen Rossman | 305.373.0708 | Bauer / Kislak | S |
| P | Purse Snatching Parking Lot | I | Deb DeNike | 305.944.1349 | Cartaya / DeBartalo | S |
| P | Gas Station Robbery | I | Steve Belfara Wicker Smith | 305.448.3939 | Marlar / Mobil | S |

Plaintiff D.H. 002821

| D | Restaurant Robbery | I | William Ricker Wicker Smith | 305.945.2686 | Gordon / Poets | S |
|---|---|---|---|---|---|---|
| D | Slip and Fall | ID | Herman & Roof | 305.377.2200 | Harvey / Phar-Mor | S |
| P | Slip and Fall | I | Gonzalo Dorta | 305.381.8866 | Delafa / El Camino | S |
| D | Slip and Fall | I | Domingo Rodriguez | 305.670.2227 | DeFilippo / Discovery Cruise | S |
| D | Premise Liability | I | Barbara Wiegal | 317.236.2291 | Brown / Arlace Associates | S |
| P | Slip and Fall | I | Robert Elton | 904.253.3676 | Perkinson / Miami Herald | S |
| P | Balcony Failure | I | Ron Lowy | 305.673.5699 | Brown / Cloverleaf | S |
| P | Slip and Fall | I | Tony Korvick Colson Hicks | 305.373.5400 | Gordon / Pops Fish Market | S |
| D | Assault | ID | James Fuller Ligman Martin | 305.351.9344 | Montgomery / Habitat | W |
| P | Assault | I | Mark Stone Andy Haggard | 305.446.5700 | Crowley / Sheraton of Boca | S |
| D | Assault / Rape | I | Jon Aronson Rodriguez & Horr | 305.670.2227 | Hills / Scottish Inn | S |
| D | Assault / Rape | IDT | Paul Pobereyko Tressler | 312.627.4000 | Moreno / Wicklund | S |
| D | Assault / Rape | I | Ellen Abbott David Cleary | 802.775.8800 | Shostak / Bast Corp. | S |
| D | Assault / Shooting | I | Debra Lerner Long Racicot | 617.439.4777 | Boyd/Algonquin Heights Assn. | S |
| D | Parking Lot Curb Acc. | I | Wade Shelton | 210.822.9050 | Carrillo / HEB Grocery | S |
| D | Parking Lot Assault | I | Wade Shelton | 210.822.9050 | Estrada / HEB Grocery | S |
| D | Store Injury | I | Frank Currie Bernard Walsh | 813.355.8672 | White / Sam's Club | S |
| P | Stair Fall Accident | I | Steve North | 615.244.1983 | Kennedy / Tennessee | W |

Plaintiff D.H. 002822

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Driveway Design | ID | Lawrence Smith | 504.524.6165 | Campenile / Cumberland | S |
| D | Apt. Bombing | ID | Michael Obringer | 904.354.0624 | CNA / Finlay | S |
| D | Slip and Fall | I | Jeffrey Herman | 305.377.2200 | Goldman / Florida DOT | W |
| P | Apartment Assault | I | Stradley, Barnett & Stein | 713.224.4488 | Lisa Jordy | S |
| D | Slip and Fall | I | Neil Carver | 305.444.7997 | Piscitelli | S |
| P | Slip and Fall | I | George Silva | 305.577.4950 | Cocoplum / Fuentes | S |
| P | Slip and Fall | I | Eric Ansel | 305.940.9433 | Kollins | S |
| P | Inmate  Suicide | I | Paul Bieber Gomez May | 319.359.3591 | Helmich / Scott County Jail | S |
| D | Premise Liability | I | Mike Fink Fowler White | 813.334.7892 | Spitzer / Malaga Motel | S |
| P | Premise Liability | I | Gonzolo Dorta | 305.381.8866 | Acosta | S |
| P | Inmate Suicide | I | Kim Thorne | 214.264.1614 | Ramirez / Kaufman Co Jail | S |
| D | Parking Lot Robbery | I | Jim Fuller Ligman Martin & Evans | 800.481.9344 | Dalbo / Barton Prot. Services | S |
| P | Robbery | I | Ansel & Custer | 305.940.9433 | Jacobs / Steak & Eggs | S |
| P | Trip and Fall | I | Andrews & Shull | 803.881.8866 | Tritschler / T Bones | L |
| D | Premise Liability Convenience Store | I | JH Perry Rodriguez & Aronson | 305.670.2829 | Lowe / Ivory Store | W |
| P | Premise Liability Parking Lot | I | Bradley TrushinWolpe Liebowitz | 305.372.0060 | Wead / Walmart | L |

Plaintiff D.H. 002823

| | | | | | | |
|---|---|---|---|---|---|---|
| D | Theft - Jewelry Store | I | Elizabeth McHugh Johnson Anselmo | 305.945.2000 | Daouds / Naviga Belgamar | S |
| D | Premise Liability | I | Brian Joslyn Boose Casey | 561.832.5900 | Arvida / Pete's Café & Rest. | S |
| D | Premise Liability | I | Rodriguez & Aronson | 305.670.2829 | Kleingunther / Cooney | W |
| P | Premise Liability | I | John Brown | 706.724.1533 | Gardner / Best Western Hotel | S |
| D | Premise Liability | I | Teresa Jones Syprett Meshad | 813.365.7171 | Dill / Lou's Too | S |
| D | Slip and Fall – Railing | I | Ed Taylor Daniel Coker Horton | 601.969.7607 | McClure / Mandum | S |
| P | Trip and Fall | IDT | Ken Mastrelli | 813.874.8455 | Silverling / Fortune | L |
| P | Jail Suicide | I | Roy Allen | 912.233.4914 | Chatham Jail | S |
| P | Trip and Fall | I | Gonzalo Dorta | 305.381.8866 | Armor / Int. Metal | S |
| P | Jail Suicide | I | Charles Willette | 210.541.1846 | Escalante/Hidalgo County Jail | S |
| P | Premise Liability | I | Howard Feinberg | 305.754.4000 | Guillaume / Zubi Market | S |
| P | Jail Suicide | I | Fred McGaha | 318.323.8888 | Newman / Monroe County Jail | S |
| P | Slip and Fall | ID | Gonzolo Dorta | 305.381.8866 | Rodriguez / Dade Co Sch Brd | W |
| P | Wrongful Termination | IT | John Menechino | 404.521.3800 | Cogefar / Bureau of Prisons | S |
| P | Slip and Fall | I | Jack Paris Matlin & McClosky | 305.567.1200 | Halikias / Show Mgmt | S |
| P | Slip and Fall | I | Jack Paris Matlin McClosky | 305.567.1200 | Hecker / Wynfield | S |
| P | Premise Liability | I | Thomas Mulcahy | 810.353.5595 | Clovern / Real Tek | S |
| P | Slip and Fall | I | Carlos Silva | 305.858.1212 | Castellanos / K-Mart | S |

10

Plaintiff D.H. 002824

| | | | | | | |
|---|---|---|---|---|---|---|
| D | Assault | I | Robert Potter Pittman Hooks | 205.322.8880 | Sheikh | S |
| D | Slip and Fall | I | Larry Moffitt<br>Daniel Coker | 601.232.8979 | Barrish / Fitzgerald | S |
| P | Slip and Fall | I | Carlos Silva | 305.858.1212 | Garro / Raida | S |
| P | Slip and Fall | I | Ken Ronan Laall Brown Ronan | 561.394.9280 | Maslow / Newport Apts. | S |
| P | Parking Lot Assault | ID | Scott Kirshbaum  Patino Associates | 305.443.6163 | Someillan / Winn Dixie | S |
| P | Assault | I | Ronald C. Willis | 904.672.0420 | Cisson / Daytona Beach | S |
| P | Slip and Fall | I | John K. Green | 402.341.9900 | Nichols / Douglas Co Jail, NE | L |
| P | Accessibility – Door | I | Steve Weissman | 305.374.0544 | Weintraub / Nationwide | S |
| D | Premise Liability | I | Russ Smith | 561.684.2000 | DeShazior  / North Shore Nursing Home | S |
| D | Faulty Security Equip | I | Barbara Gregory<br>TIG Insurance | 800.448.8417 | Kauff / Phoenix Worldwide | S |
| P | Premises Liability | I | James Carney | 210.403.0203 | Spruill / Newark Housing Auth | S |
| D | Jail Suicide | I | Sean Breen Lee Chamberlain | 512.474.9124 | Valdez / Maverick Co Jail | S |
| D | Premise Liab – Assault | I | Barbara Weigel | 317.236.2291 | Brown / Arlace | S |
| P | Slip and Fall | ID | Neil Chonin | 305.443.5125 | Vega / Walgreens | S |
| D | Glass Door Injury | I | Michael Fink | 941.337.1303 | Malaga Motel | S |
| P | Premise Liability | I | Patrick Gent | 561.624.2188 | Darling / Spitzer Investments | S |
| P | Assault | I | Eric Quetgas-Jordan | 809.722.0635 | Quiroz / Maxxam | W |

Plaintiff D.H. 002825

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Trip and Fall | ID | Brian Wright Turner & Boisseau | 316.792.2441 | Lewis / Century Plaza | S |
| P | Bar Assault | I | Jeff Waxman<br>H. Feinberg | 305.754.4000 | Molina / Raspberry | S |
| D | Trip and Fall<br>Parking Lot | I | Tim Conner<br>Gabel & Hair | 904.353.7329 | Kelly / Service Merchandise | S |
| P | Slip and Fall | ID | Greg Moore | 305.857.3161 | Anastasio / Waikiki Hotel | S |
| D | Prison Assault | I | James Reed Ziff & Hayden | 607.733.8866 | Southport Correctional Facility | S |
| P | Slip and Fall | ID | Robert Glueck | 305.895.9990 | Garcia / Kendallwood Apts. | S |
| P | Prison Suicide | I | Mike Huddleston<br>James Zimmerman | 904.734.1200 | Williamson / Florida DOC | S |
| P | Parking Lot Assault | I | Dan Bolton Wilson Shryock | 415.288.6700 | Cynthia / Belaustegui | S |
| P | Trip and Fall | ID | Brian Wright Turner & Boisseau | 316.792.2441 | Lewis Century Plaza | S |
| P | Slip and Fall | I | Herbert Storch | 954.473.2889 | Stegman / SDK | S |
| P | Premises Liability<br>Employee Murder | I | Bernie Butts | 305.821.4581 | Yahia / United Brothers | S |
| P | Slip and Fall | ID | Randy Briggs<br>Ayres Cluster Curry Briggs | 352.351.2222 | Novotny /TopQuality Produce<br>Market | S |
| P | Slip and Fall | ID | Patino & Assoc | 305.443.6163 | Parkside Condo | S |
| D | Sidewalk Injury | I | Richard Ramsey Wicker Smith | 561.843.3939 | Hammond / Hardees Rest. | S |
| P | Premises Liability<br>Assault Murder | I | David Lister | 305.362.6222 | Gort / Caribe Rental | S |

Plaintiff D.H. 002826

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Fall Thru Railing | I | Gary Garbus | 305.859.2888 | Bass / Lifter | S |
| P | Slip and Fall | I | Jeffrey P. Gale | 305.576.0083 | Rodriguez / Trujillo | S |
| P | Slip and Fall | I | Jack Paris Matlin & McClosky | 305.567.1200 | Shakelton / Lynn University | S |
| P | Parking Lot Assault Murder | I | Craig Downs Tim Martin | 305.825.8223 | Lozano / Grove Gate Center | S |
| D | Fall From Railing | I | Ilene Gottlieb | 561.684.2000 | Aguirre / Somar | S |
| P | Trip and Fall ADA Ramp | I | Jim Padgett | 904.689.1011 | Long / Red Lobster | S |
| D | Work Comp/Fall | I | Neil Ganon | 305.940.4821 | Vanderberg / JRC | S |
| P | Premises Liability Assault on Boat | I | Don Crispen Jacques Admiralty | 313.961.1080 | Kukurugya / Cohen | S |
| P | Premises Liability Inadequate Supervision. | I | John Fuller | 305.864.3311 | Byrd / Towers Retirement Home | S |
| P | ADA Case – Parking Lot Accident | I | Eli Kaplan | 305.445.2727 | Bienvenue / Dade Co. Schools | S |
| P | Slip and Fall | I | Libby Navarrete | 305.444.9524 | Mondello / Nomar | S |
| P | Inmate Suicide | I | Michael Henthorne McNair | 864.546.6102 | Parks / SC DOC | S |
| P | Inmate Suicide | I | Ramsey Bahrawy | 508.682.1141 | Lombari / Haverhill | S |
| P | Slip and Fall | ID | Stephen Turnstall | 305.567.9192 | Roca / Winn Dixie | S |
| D | Construction Delay | I | James Walker Westfield Co. | 330.887.0101 | Seneca Co. / Like Enterprise | S |

13

Plaintiff D.H. 002827

| P | Apartment Shooting | ID | Luis Stabinski Friedman & Rodman | 305.643.3100 | Vazquez / Lago Grande Centurian Protective | W |
|---|---|---|---|---|---|---|
| P | Slip and Fall | ID | Gary Issacs | 561.655.9300 | Seitter / Janashapa Ent. (McDonald's) | S |
| P | Assault | ID | Dean Mitchell | 305.935.2500 | Naccari / Amerada Hess | S |
| P | Trip and Fall | I | Alan Neufeld | 305.931.6666 | Wishner / Loehman Plaza | S |
| P | Slip and Fall | I | Ron Rodman | 305.448.8585 | Marello / Gandon | S |
| P | Assault | IDT | Ron Rodman | 305.448.8585 | Falcon / County Bank | L |
| D | Slip and Fall | I | George Green | 305.381.9922 | Valladeder / Mobil Home | S |
| D | Assault | I | Thomas Watrous | 510.228.1400 | DeRusso / Contra Costa | S |
| D | Jail ADA | I | Thomas Watrous | 510.228.1400 | McDaniels / Contra Costa | S |
| P | Construction Defect | I | Octavia Martinez | 305.854.9710 | McKeever | S |
| P | Slip and Fall | I | Robert Stanziale | 954.724.5530 | Giro / Mirage Apartments | S |
| D | Slip and Fall | IDT | Dwight Chamberlain | 904.253.2288 | Smith / K-Mart | W |
| P | Slip and Fall – Mat | I | Walter Postula | 561.820.8736 | Voight / Baptist Hospital | S |
| D | Street Closures | I | James Harris | 205.871.5777 | Wildwood Ltd. / City of Birmingham | L |
| P | Prison Assault | ID | David Evans | 509.326.8200 | Paulson / Montana | S |
| P | Wheelstop Trip | I | Don Wich | 954.776.1600 | Rose / Bingo Majic | S |
| P | Wheelstop Trip | I | James Wich | 954.776.1600 | Ramsey / 5th Avenue Grill | S |

Plaintiff D.H. 002828

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Bathroom Assault | ID | Marc Feinstein | 305.944.4777 | Cohan / Publix | S |
| P | Slip and Fall – Mat | I | James Collins | 352.351.2222 | Bowers / Lockeed Martin | S |
| P | Slip and Fall – Mat | ID | Ron Rodman | 305.448.8585 | Suazo / Country Club Towers | S |
| P | Slip and Fall – Ramp | I | Robert Stanziale | 954.724.5530 | First Union | S |
| D | Improper Door Closer Causing Fall | I | Gary Rome | 212.709.0300 | King / MacKensie Door | S |
| P | Parking Lot Assault | I | Bruce Silver | 561.488.3344 | Bivins / B Bar | S |
| P | Hotel Burglary | I | Leslie Shimulunas | 305.372.1111 | Bradshaw / Ramada Inn | S |
| D | Jail Suicide | I | Ross Anderson | 414.274.3903 | Cheatham / Milwaukee | S |
| P | Slip and Fall Revolving Door | I | William Franz Weiss & Handler | 561.997.9995 | Wells / Naples Marriot Hotel | S |
| D | Parking Lot Assault | I | Brent Owens | 954.473.8433 | Perugini / Alfonvar | S |
| P | Jail Suicide | ID | Dan Rector Norton Frickey | 719.635.7131 | Candelaria / Denver | L |
| P | Slip and Fall | I | Arthur D'Almeida | 561.368.4674 | Berger / Delray Beach Golf Course | S |
| P | Premise Liab – Rape | I | Kevin Durkin | 312.899.9090 | SC / Chicago Housing Authority | S |
| P | Slip and Fall – Stairs | ID | Clyde Murphree | 904.399.2900 | Sutton / Thompson | S |
| D | Premise Liability Apartment Assault | I | Jerry White Frank L. Branson | 214.522.0200 | Ross / Carlton Cedar Ridge | S |
| D | Apartment Pool | I | Dan Schwartz | 305.374.4400 | Fredmond / Sabern Construction | S |

15

|   |   |   | Drowning | | Wilson Elser | |   |
|---|---|---|---|---|---|---|---|
| D | Police Lockup Suicide | ID | Warren Koshofer<br>William Hunt Assoc | 201.457.9200 | Martin / Bergan County Police Department | S |
| D | Trip and Fall - Prkg Lot | I | Dwight Chamberlain | 904.253.2288 | Strange / Circuit City | S |
| P | Trip and Fall | ID | Brent Probinsky | 305.247.7200 | Fleishman/Home Depot | S |
| P | Electrocution | ID | Larry Smith | 504.524.6165 | Reynolds / Motorola | S |
| P | Ramp Fall | I | Alan Reed | 305.949.5880 | Weisbrod/Miami Beach  Marian Towers | S |
| P | Prison Assault | I | Kevin Stolworthy<br>Jones Vargas | 703.734.2220 | Oden / Hatcher | S |
| D | Purse Snatching Parking Lot | I | Jeff Gill | 850.432.6484 | DiDonato / Walmart | S |
| P | Slip and Fall | I | Musa Framand<br>Gonzalez & Framand | 904.272.6464 | Roberts / Food Lion | S |
| P | Slip and Fall | I | Podhurst Orseck | 305.358.2800 | Yarber  / Woodgate | S |
| P | Slip and Fall | I | Steve Marks<br>Podhurst Orseck | 305.358.2800 | Lewis / Harbor Beach        Marriot Hotel | S |
| P | ADA Title IV | ID | John Getz<br>Philip Feldman | 305.770.0003 | Lemar / Dade County Metrorail | S |
| P | Trip and Fall | I | Robert Carroll | 813.796.8282 | Schulman/Holiday Inn | S |
| P | Negligent Security Murder | ID | Thomas Lutz Kent Luccianni | 630.319.8179 | Starnes/ Southpoint Tower | W |

16

Plaintiff D.H. 002830

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P | Trip and Fall – Ramp | I | Boone & Davis | 954.566.9919 | Brooks / Sears | S |
| D | Slip and Fall | IDT | Lane Reese & Aulick | 305.444.4418 | Mabardy / Toys R Us | L |
| P | Inmate Suicide | I | James King | 205.221.3500 | Banks / Town of Sipsey | S |
| P | Inmate Suicide | I | King & Warren | 205.221.5297 | Bush / Town of Carbon Hill | S |
| P | Fall Accident | I | Scott Grant | 941.649.4848 | Killelea / Church | S |
| D | Assault | I | Kevin Whitehead | 305.444.8226 | Garcia / Lennar / Arbor Lakes Apts. / Centurion | S |
| D | Slip and Fall Speed Bump | I | David Hagen | 305.443.6163 | Skaggs / Farm Stores | W |
| D | Negligent Security | I | Steve Orlansky | 601.948.6470 | Tillman / Wendy's | W |
| P | Store Robbery Negligent Security | ID | Sarah Weissbard | 305.940.7599 | Macks / PM Finance | S |
| P | Jail Assault | I | Jerry D'Aquila | 225.638.9083 | Morris / West Baton Rouge Parrish Jail | S |
| P | Grocery Store Assault Negligent Security | IDT | Leonard Fenn | 305.448.7200 | Belajia / Wooley's | L |
| P | Premise Liability | I | George Hollowell | 662.378.3103 | Lindsey / Dalcor Mgmt | S |
| D | Suicide | I | Shuman, Annand Bailey Wyant & Earles | 304.345.1400 | Kirk / Abraxias Foundation | S |
| P | Slip and Fall | I | Tom Lavender | 404.525.0095 | Dixon / Walmart | L |
| D | Jail Assault | IDT | Eric Gressman, Dade County | 305.375.1309 | Bell / Miami Dade County Jail | W |
| P | Slip and Fall | I | Ron Pathman | 305.271.1370 | Farinas / South Shore Hospital | S |

17

| | | | | | | |
|---|---|---|---|---|---|---|
| D | Shooting | I | Lorenzo Jackson Lane<br>Reese Aulick | 305.444.4418 | Douge / Storob | S |
| P | Slip and Fall | I | Sam Dennis | 912-242-4470 | Schultz / Badcock | S |
| P | Trip and Fall | l | Melanie Kalbac McManus | 321-253-4321 | Donovan / Ft. Myers | C |
| P | Slip and Fall | l | Dan Arnold | 954-764-4849 | Parsons / Denny's | C |
| P | Slip and Fall | l | Howard Altman | 561-265-2177 | Rosenquist / Walmart | L |
| D | Jail Assault | l,D | John Market | 201-825-0357 | Cooper / Bergan County Jail | S |
| P | Assault | I | Wolfgang Mueller | 248-865-2400 | Mohr / Jacobson | S |
| P | Fall on Bridge | l,D | Jerome Wolfson | 305-285-1115 | Santiago / GE | S |
| P | Jail Suicide | l | Alan Cantor, Swartz & Swartz | 617-742-1900 | Deveau / Southern Steel | S |
| P | Slip and Fall | l,D | Joe Masterson, McCallister Law Firm | 816-931-2229 | Rotolo / Expansion Port | S |
| D | Robbery Homicide | I | Scott Markowitz<br>Heinrich Gordon Hargrove et. Al. | 954-524-9481 | Kellly / Bellsouth Tel. | C |
| D | ADA Compliance | l,D | Richard Geller,<br>Rumberger, Kirk, et. Al. | 407-872-7300 | Smith / Sanford | S |
| P | Slip and Fall | l,D | Daryl Merl | 305-372-8535 | Pumarejo / CG Properties | S |
| P | Jail Suicide | I | Wallace Prugh,<br>Gerash, Prugh, LLC. | 305-825-5400 | Hansen / Denver Police | C |
| P | Slip and Fall | I | Billy Jean Zipman,<br>Gandinm, Schotsky | 631-293-2300 | Gragul / JC Penny | S |

18

| | | | | | | |
|---|---|---|---|---|---|---|
| D | Slip and Fall | I | Patino & Assoc. | 304-443-6163 | Koplin / Farm Stores | S |
| P | Trip and Fall | I | Art D Almeida | 561-368-4674 | Baechel / Miami Parking | S |
| D | School Assault | I | Guy Perenich | 727-796-8282 | Howard / Dunedin School Board | C |
| D | Slip and Fall | I | Raymond Reiser | 305-379-5316 | Davila / Palmetto General Hospital | S |
| P | ADA – Bldg. Access | l | Thomas & Lawrence | 904-632-0077 | Meyers / City of  Jacksonville | S |
| P | Assault in Parking Lot | I,D,T | Bill Pincus ,Hicks, Bram, Scher, | 561-683-2300 | Brown / Koslows | L |
| P | Trip and Fall | I | Patino & Associates | 305-443-6163 | Hernandez / Sunset Plaza | S |
| D | ADA Accessibility | I,D | Harry Turk, Ruden McClosky Smith et. Al. | 305-789-2727 | Access Now / Banco de Venezuela | S |
| P | Parking lot Assault | I,D | Charles Franken | 954-476-7200 | Melamed & Krems / Pine  Trail Center | S |
| P | Escalator, HumanFactors | I | Patino & Associates | 305-443-6163 | Alonso / Schindler | S |
| D | Assault in Parking Lot | I | Nicklaus, Hyatt, and Pena | 305-460-9888 | Munne / Winn Dixie and Canmont Int. | S |
| D | Trip and Fall in Parking lot Grill | I,D,T | Lorenzo Jackson, Lane Reese Aulick | 305-444-4418 | Nepa / Toys R Us | S |
| P | Slip and Fall | I | Art D Almeida | 561-368-4674 | Berhard / Forum Plaza | S |
| D | Apartment Building Assault | I,D | Michael Gordon, Nicklaus Hyatt & Pena | 305-460-9888 | Ruiz Fraga vs / Forte Towers | S |
| P | Trip and Fall – Ramp | I,D | Darol Carr, Farr, Farr, Emerich et, Al. | 941-625-6171 | Quick / VFW Hall | S |
| P | Glass Door | I,D | Mark Tanner, Abrams | 305-940-8440 | Panderson / South Fla. | S |

Plaintiff D.H. 002833

|  | Accident |  | Anton |  | Stadium Corporation |  |
|---|---|---|---|---|---|---|
| P | Robbery – hotel | I,D | Gregg Grossman | 305-285-1075 | Hernandez / Crossway Inn | S |
| D | Alarm Company Response | I | Figueroa, Gonzalez, and Hoeker | 561-659-4417 | Kornblum / Maximum Security | S |
| P | Pedestrian Walkway Accident | I | Weiss & Handler | 561-997-9995 | Kushner / Century Village | S |
| P | Gate Accident | I,D | Dawns & Associates, Kevin Whitehead | 305-444-8226 | Scott / Broward Partnership for the Homeless | W |
| P | Apartment Building Assault | I,D | George Hollowell | 662-378-3103 | Kingdom / Dalcor Mgmt. | S |
| P | Prison Escape | I | Mark Lumpkin, Minor & Associates | 228-378-3103 | Summers / Int. Systems of Mobile | S |
| P | ADA Trip and Fall Ramp | I | Alan Mortensen, Dewsnup, King Olsen | 801-533-0400 | Sedmack / Days Inn | S |
| P | Fall from Balcony | I | David Greene, Hunt Cook Riggs Mehr PA | 561-997-9223 | Smith / Daewoo Motor | C |
| D | ADA Prison Accommodation | I,D | Susan Harman, Bailey & Wyatt | 304-233-3100 | McKinney / West Virginia Dept. of Ed | W |
| D | Premises Liability - Security Analysis | I,D,T | James Holland, Burge & Wattermark | 904-353=1555 | Barlow / Fl. East Coast Railway Company | L |
| P | Trip and Fall - mat | I,D | Jon Johnson, Johnson & Baughn | 321-636-9600 | Green / Fortenberry Bldg. | S |
| P | Kidnapping Negligent Security | I,D,T | Tom Julin, Hunton & Williams | 305-810-2500 | Aragoa / Oceania Tower | L |

Plaintiff D.H. 002834

| | | | | | | |
|---|---|---|---|---|---|---|
| D | ADA Accessibility | I | Matt Weinstein | 305-670-5200 | Advocates of Disabled/ Mariposa Resources | W |
| D | Premises Liability | I | William Hutchinsen | 954-764-0588 | Major / Jacobs | S |
| P | Premises Liability | I | Jon Phillips | 904-396-5321 | Kuhlmann / Rouse | S |
| P | Premises Liability Negligent Security | I | William Ruggerio | 954-462-2300 | Honore / Control security | S |
| D | Jail Conditions | I,D | Meghan Cassidy, Fletcher, Galica, Clark | 248-305-5260 | Cox / Livingston County | S |
| P | Premises Liability | I | Mark Buell, Schropp Buell Elligent | 813-874-2600 | Miller / Carlton Arms Apts. | S |
| D | Premises Liability | I | Scott Lischbaum, Mintzer, Sarowitz, Zeris | 305-774-9966 | Alcius / Economy Inn | S |
| P | Murder at Hotel | I,D | David Goldberg, Geraghty, Dougherty | 941-334-9500 | Duncan/ Glass | S |
| P | Trip and Fall, Wheelstop | I,D | Roger Dodd | 229-242-4470 | Adams / Racetrac | L |
| P | Assault, Robbery | I | Don Blackwell, Anania, Bandklayder, Blackwell | 305-373-4900 | John Doe / Barry Univ. | S |
| P | Trip and Fall | I | Tom Feola | 786-497-2837 | Groh / Costco | S |
| P | Trip and Fall | I,D,T | Hector Rivera, Duane Morris LTD. | 305-960-2200 | McCay / Posner | S |
| P | Premises Liability | I | Robert Chitty, Deutsch & Blumberg | 306-358-6329 | Arriaza / Westland Mall | S |

Plaintiff D.H. 002835

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Stair Fall | I | Mitch Katler | 954-252-6666 | Beckman / City Furniture | S |
| P | Bathroom Assault | I | Marie Estime Thompson | 305-756-0100 | Austin / Andy Frain | C |
| P | Trip and Fall | I | Lane Middleton, McLusky & McDonald | 305-670-2020 | Staples / U of Miami | C |
| P | Trip and Fall | I | Robert Torricella, Anania, Bandklayder, Blackwell | 305,373,4900 | Hernandez / Mercy Hospital | S |
| P | Assault in Hospital | I | Joel Shugarman | 410-783-4200 | Barkedale / Detox Center | S |
| P | Fall on Pier | I | John Sedgewick, Barman & Simmons | 207-784-3576 | Hatch / Old Orchard Beach Pier | S |
| P | Trip and Fall | I | David Weider | 305-989-4422 | Apfel / U of Miami | S |
| D | Negligent Security | I | Robert Torricella, Anania Bandklayder, Blackwell | 305-373-4900 | Evans / Pelican Airways | S |
| D | Alarm System Negligence | I | Gabe Zambrano, Johnson, Letter, Belsky | 964-462-3116 | Blaksley / Navarro | S |
| P | Negligent Security | I | Robert Graff, Goldfarb, Gold, Gonzales, Wald | 305-371-3111 | Molinares / Bargin Properties | S |
| P | Business Burglary Negligent Security | I | Steven Warm, Warm & Hixon | 561-995-7877 | Lauren / Mandel | S |
| P | Trip and Fall over Wheelstop | I | Jeff Gordon, Borad & Cassel | 561-832-3300 | Rutan / Don Carter Lanes | C |
| D | Assaults | I,D | Robert Torricella, Anania Bandklayder, Blackwell | 305-373-4900 | Hernandez / Mercy Hospital | S |

Plaintiff D.H. 002836

| | | | | | | |
|---|---|---|---|---|---|---|
| D | School Assaults | I | Robert Torricella, Anania, Bandklayder, Blackwell | 305-373-4900 | Reckert / Duval School Board | S |
| D | Trip & Fall on Ramp | I | Barbara Diamond, Mintzner, Sarowitz, et. Al. | 305-774-9966 | Itkin / Crabby Jacks | S |
| P | Premises Liability Bank Assault | I | Nat Green | 954-946-2752 | Joseph / Bank of America | S |
| P | Assault – Premises Liability | I,D | Jorge Duarte | 305-358-2400 | Velandia / Alanis Security, Wackenhut Corp., Miami Dade County | S |
| P | Assault  - Parking Lot | I | Joel Yanchuck, Berman, Wadley & Zervos | 727-822-6313 | Brown / Lamar Development Seminole Mall | S |
| P | Jail Escape | I | King & Spalding | 404-572-4600 | Heidler/ Head | C |
| P | Assault – Parking Lot Bank | I,D | James Freeman, Wilkes and McHugh, Goudie & Kohn | 813-873-0026 | Montgomery / Bank of America | L |
| D | Jail Assault | I,D | Eric Gressman, Miami Dade County | 305-375-5151 | Collazo / Dade County | S |
| D | Jail Death | I,D | Eric Gressman, Miami Dade County | 305-375-5151 | Myrna Smith / Dade Co. | S |
| P | Parking Lot Assault Premise Liability | I,D | Glenn Webber, Seidule & Webber | 772-287-1220 | Grizanti / Save a Lot | S |
| D | Parking Lot Assault Premise Liability | I,D | Stewart Williams, Angones Hunter, et. Al. | 305-371-5000 | Hernandez / Sedanos | S |
| D | Slip and Fall | I | Barbara Diamond, | 305-774-9966 | Boynton / Mt. Zion | S |

Plaintiff D.H. 002837

|   |   |   | Mintzner, Sarowitz, et. Al. |   | Church |   |
|---|---|---|---|---|---|---|
| P | Jail Assault | I | Thomas Bulger, Silvern Law Office | 303-393-0044 | Marlin / Brewer (Aurora County Jail) | S |
| P | Campus Murder | I,D | Thadius Hamilton, Hutchensen & Hamilton | 954-764-0588 | Major / Bethune Cookman College | S |
| D | Bar Assault - Premises Security | I,D,T | Evelyn Merchant, Adono  & Yoss | 305-660-7222 | Anderson / Tobacco Rd. | W |
| D | Assault at Metrorail Station | I,D | Eric Gressman, Miami Dade County | 305-375-5151 | Miller / Dade County | S |
| D | Drive by Shooting Annie Coleman HUD | I,D | Eric Gressman, Miami Dade County | 305-375-5151 | Reddick / Dade County | S |
| P | Prison Suicide | I | Jon Shapiro, Stern Shapiro Weissbery & Garin | 617-741-5800 | Santos / Mass. DOC / CM | S |
| P | Prison Suicide | I | Jon Shapiro, Stern Shapiro Weissbery & Garin | 617-741-5800 | Ardiuni / Mass. DOC / CMS | S |
| P | Prison Suicide | I | Jon Shapiro, Stern Shapiro Weissbery & Garin | 617-741-5800 | Day / Mass. DOC / CMS | S |
| P | Jail Escape | I | Brian Mendelsohn, Federal Defender Program | 404-688-7503 | US / Le Croy | L |
| P | Rail Death | I,D | Randy Jones III | 305-740-5440 | Shockley / FEC | S |
| D | Office Shooting / Security | I | Douberly & Cicero | 561-752-8253 | Trube / Jones | C |

24

Plaintiff D.H. 002838

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Door Accident | I | Scott Smith, Lytal Reiter | 561-655-1990 | Jacobs / Harbor House | C |
| P | Trip and Fall | I | Gonzalo Dorta | 305-441-2299 | Rodriguez / Miami Heart Center | S |
| P | Trip and Fall | I | David Standeffer | 864-964-0333 | Overcash / Anderson | S |
| P | Parking lot Accident | I | Robert Polsky, Nuell & Polsky | 305-441-1122 | Londono & Phillipe / Musequez | S |
| D | Slip & Fall | I | Allen Sang, Carman Beauchamp & Sang | 407-622-7888 | Jones / T J X Co . Marshal Fields | W |
| D | Parking lot Assault | I | Steven Igou, Igou & Smith | 407-841-7200 | Scocozza / The Resorts in Daytona Beach | S |
| P | Slip and Fall | I | Robert Graff, Goldfarb, Gold,   Gonzales, Wald | 305-371-3111 | Molinares / Bargin Properties | S |
| P | Trip and Fall | I | David Gaspari, Lytal Reiter | 561-820-2207 | Stevens / Ibis Isle Condo | S |
| D | Workplace Violence Shooting Murder | I | Orlando Valle, Mintzner Sarowitz Zeris Ledva | 305-774-9966 | Graffam/ Coach USA | S |
| P | Assault.  Juvenile Detention | I | Joel Shugarman Shugarman & Mehring | 410-783-4200 | Emerson / Adventist Care | S |
| D | Assault in parking lot | I | Bradley Dillard, Mitchell McNutt & Sams | 662-842-3871 | Foradori/ Captain D's | C |
| P | Jail Suicide | I | Jack Bremer PA. | 304-233-1911 | Bennett/ Prime Care | S |
| P | Trip and fall | I,D | Irv Lamel | 305-443-5212 | Gonzalez/Basketball Prop. American Airlines Arena | S |
| P | Prison murder | I,T | David Gaspari, Lytal Reiter Clark, Fountain Williams | 561-820-2207 | Hoyer/ Collier County Sheriff | W $2.6 mil |

Plaintiff D.H. 002839

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Fall accident | I | Scott Smith, Lytal Reiter Clark, Fountain Williams | 561-820-2207 | Friedrich / Anderson | S |
| D | Assault in bathroom | I | Richard Fulmer, George,Hartz, Johnstone, King & Stevens | 954-565-6020 | Surface/ Quarterdeck Lounge | S |
| D | Assault at Shopping Plaza | I,D | Steven Hyatt, Dittmar & Hauser | 305-442-4333 | Gonzalez/ Kasolta Club Inc. | S |
| D | Hotel Robbery | I | Francis Carroll, Hassell Moorhead & Carroll | 386-238-1357 | Gonzalez/ Lodging Hospitality Management | S |
| D | Gas Station Kidnapping | I | Pam Diedrich, Mason Cawood & Hobbs | 410-269-6620 | Edna Jones/ BP Amoco | S |
| P | Wheel Stop Trip & fall | I | Steve Warm | 561-995-7877 | Bogert/ Simon Property Group | S |
| D | ADA Compliance | I | Jack Merritt, Merritt & Merritt | 941-953-4140 | Access for America/ Venice Villages Shoppes | S |
| D | Alarm Services Failure | I | Robert Mayer, Conroy Simberg Ganon Krevans & Abel | 561-697-8088 | Astel/Simplex Riverview | S |
| P | Assault in parking lot | I | John Phillips | 954-765-1350 | Osburn/Publix Hollywood Mall | C |
| P | Trip and Fall | I | Brian Vigness, Morgan Colling & Gilbert | 239-433-6880 | La Forme/ Shell Creek park | S |
| D | Chair Accident | I,D | Anthony Franqui, Paul Totten | 305-539-0909 | Albritton/ RJ Gators | W |
| P | Trip and Fall | I,D | Ted Doran, Doran Wolfe | 386-253-1111 | Robinson/ North Florida Lubes | S |
| D | Stair Fall | I | Terrell Anderson, Mitzner | 305-774-9966 | Abraham / 747 Ponce LLC | S |
| D | Stair Fall | I | Lisa Harris, Mintzer Sarowitz | 305-774-9966 | Youmans / Longshoreman | S |

Plaintiff D.H. 002840

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Slip and Fall | I | Gonzalo Dorta | 305-441-2299 | Meyers / Leon | S |
| P | Trip and Fall | I | Patrick Massa | 561-694-1800 | Crandall/ Noble | S |
| P | Trip and Fall | I | David Gaspari, Lytal Rietter | 561-655-1990 | Birdsall/ Sunoco | S |
| D | Premises Security Apartment Rape | I,D | Robert Mayer, Conroy Simberg | 561-697-8088 | Celestin/ Cross Creek Condo | S |
| D | Slip and Fall | I | Mark Humphrey, Romaguera, Baker, Dawson, Bringardner & Dias | 407-418-1180 | Sharples/Gambro Health Care | S |
| P | Trip and Fall | I,D | Greg Huber, Lytal Reiter Clark | 561-655-1990 | Olberman/ Vero Beach Inn | S |
| P | Murder shooting | I | Frank Labrador | 305-443-4850 | Perdomo/ Miami River Club | S |
| P | Prison Murder | I | James Bradshaw, Brown Bradshaw, Moffat | 801-532-5297 | Gardner/ Utah Dept. of Corr. | S |
| P | Bar Assault | I | Manuel Vega Jr. | 305-442-1070 | Bengochea/Holiday-Isle Resort | C |
| P | Premises Security | I | Gonzalez & Henley | 561-820-8100 | Schefer/ Rubio | S |
| D | Trip and Fall | I | Saam Zangeneh, Clarke Silvergate, Campbell Et Al. | 305-377-0700 | Forde/ Aventura Mall Venture | S |
| D | Assault on guest | I | Lauren Griffo, Kaye Rose & Maltzman | 619-232-6555 | Carroll/ Princess Cruise Lines | S |
| P | Slip and Fall | I | Tyler Batteese | 813-228-7755 | Dillard/ Tampa Sports Auth. | S |
| P | Apt. Shooting | I | Seth Lehrman | 954-472-9990 | Ford/ Glen Cove Apartments | S |
| P | Speed Bump trip | I | David Standeffer | 864-964-0333 | Ohrn / West Oak High School | S |

Plaintiff D.H. 002841

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Slip and Fall | I,D | Linton C. Kilpatrick | 662-334-9426 | Dare / Cinemark | S |
| P | Slip and fall | I | Roberto Ureta | 305-774-1133 | Guerrero/ Sunset Shops Ltd. | S |
| P | Negligent Security Shooting in Apt. | I | Richard Ryles | 561-804-9361 | Jenkins / Venetian Isles Apts. Housing Trust Management | S |
| P | Jail Suicide | I | Sandy Ewing, GG &E | 610-692-9116 | Weiss / Bob Barker Co. Chester County Jail PA | S |
| P | Parking lot Assault | I,D | Austin Carr | 305-446-2517 | S.F. / Hodica Security parking | S |
| D | Stair Trip and Fall | I | Glenn Siegel | 941-255-1235 | Holmes/ Brigands Restaurant | S |
| D | Convenience Store Murders | I | Robert Yates | 972-580-1249 | Woldekidan/ Red Coleman's | S |
| P | Sexual Assault | I | James Kowalski | 904-396-5321 | Jane Doe / Duval School Board | S |
| P | Hotel Robbery | I | Greg Miles. Davis & Miles | 407-647-4010 | Seymour/ Comfort Inn | S |
| P | Murder at Store | I,D | Gregory Mangrum | 901-763-1060 | Kazempour/ Domino's Pizza | S |
| P | Trip and Fall | I | Glenn Siegel | 941-255-1235 | Thiebes/ City of Arcadia | S |
| P | Assault | I,D | William Franz, Toral & Assoc. | 954-455-4220 | Lambert / Inverrary Apts. | $1.75 M S |
| P | Murder, lighting | I,D,T | Victor Rones, | 305-945-6522 | Thibaut/ Miami Dade Co. | L |
| P | Trip and Fall | I | Robert Tilghman | 305-381-8806 | Schiffer/ Sub Tropic Dive | S |
| P | Suicide | I,D | Stephan LeClainche | 561-684-2500 | Phillips/ David Lawrence Ctr. | S |
| D | Negligent Security Shooting | I | Conroy, Simberg, Ganon Brent Jones | 561-697-8088 | Pugh/ Alfa Investments | S |

Plaintiff D.H. 002842

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Negligent Security Shooting | I | Mitchell Law Firm Joe Mitchell | 954-486-2482 | Serpellini / Willow Lakes Apts. | C |
| D | Negligent Security Alarm Failure, theft | I,D | Powers, McNalis, Torres Tana Sachs | 561-588-3000 | Nexel/ Lexington | S |
| D | Murder, Negligent Hiring, Supervision | I | Rick Kenyon, Pretzel & Stoufer | 312-346-1973 | Synadinos / Town Mgmt. | S |
| D | Assault, Negligent Security | I | Joe Cartolana, Cartolano & Alvero | 305-577-3302 | Aponte / Nova Washington & Lincoln Corp (McDonalds) | S |
| D | Trip and Fall | I | Nancy Reynolds, Firth Anderson & Peake | 540-772-4600 | Griesenback / GMRI dba Olive Garden | S |
| P | Murder, Robbery Negligent Security | I | Elizabeth Hawkins, Hall Law Firm | 713-942-9600 | Jones / Ace Cash Express | S |
| D | Slip & fall, Stairway | I | Lisa Harris, Mitzner Sarowitz | 305-774-9966 | Villaran / Ocean King Apts. | S |
| P | Trip & Fall | I | Joe Mitchell Mitchell Law Firm | 954-486-2482 | Costa / Ocean Properties dba Holiday Inn Hotel | S |
| P | Faulty Sidewalk Design - Death | I | Ralph Patino | 866-443-7853 | Moreno / Archer Western | S |
| P | Slip and Fall | I | Zane Cagle, Anderson Assoc. | 314-621-5534 | Campbell/ Bluebeards Castle | S |
| P | Slip and Fall | I | Gonzalo Dorta | 305-441-2299 | Saenz / Petsmart | S |
| P | Assault | I | Willie Jones | 561-272-0272 | Logan / Citiplace | C |
| D | Assault, Kidnapping | I | Howard Stone, Marlow Connell Valerius Abrams | 305-446-0500 | Bloodgood / Center Corp. Bluff's Plaza | S |
| P | Slip and Fall | I | Gonzalo Dorta | 305-441-2299 | Beasley / Bermuda Market | S |

29

Plaintiff D.H. 002843

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Slip and Fall | I | Lawrence Bohannon, Marla Aronson | 954-523-2800 | Mazzouccolo/Cypress Park W. | L |
| D | Murder, Bar shooting | I,D | Lawrence Bunin | 954-473-1232 | Hodge /  Mint Lounge | S |
| D | Fall off loading dock | I | Heather MacKendree, Weinberg | 305-455-9500 | Ramirez / Mandarin Oriental | S |
| P | Slip and Fall | I,D | Francis Muldoon Jr. | 305-294-0930 | Johnson / Courtyard Marriot | S |
| P | Accident | I | Robert Ureta | 305-235-9990 | Molina / Commercebank | S |
| D | Slip and Fall, Stairs | I | Jennifer Anderson, Marlow Connell Et Al. | 305-446-0500 | Weinrum / The Addison Rest. | S |
| P | Shooting in Restaurant | I | Michael Carter, Ryles Firm | 561-804-9361 | Haines / Brock Martial trust Subway restaurant | S |
| P | Shooting in hotel | I,D | Warren Powell, Bruner Powell  Robbins et.al. | 803-252-7693 | Ivey/ Dachille (Holiday Inn) | S |
| P | Negligent Security | I | Jorge Duarte | 305-358-2400 | Guzman / Okeechobee Apts. | S |
| D | Negligent Security | I | Michael Pennekamp Fowler White | 305-789-9260 | Horton / Pine Point Villas | S |
| D | Shooting @ StoreI | | Scott Kirshbaum, Mintzer Sarowitz Et. Al. | 305-774-9966 | Karolyi / Miller Plaza | S |
| P | Slip and Fall | I | Tim Moran, Harrell & Harrell | 904-251-1111 | Lawley  / Bonefish Rest. | S |
| P | Security Systems | I | Phillips O'Shaughnessy | 954-712-0574 | Benham / Coral Bay Comm. | S |
| D | Negligent security | I | Anita Acebo,Mintzer Sarowitz | 305-774-9966 | Williams /Chavez Lakes Apts. | S |
| P | Hotel parking lot Shooting, murder | I,D | Harris Feldman Blume,Goldfaden, et. Al | 973-635-5400 | Perchick / Wydham Hotel  S $1.7Mil | |

Plaintiff D.H. 002844

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Slip & Fall | I,D | Stein, Mitchell & Mezines<br>Ari Casper | 202-737-7777 | Fraza / USA (Whitehouse) | C |
| P | Canal Drowning | I,D | Ralph Patino | 305-443-6163 | Desir/  Parrots Landing | S |
| D | Parking   Assault | I,D, | Howard Stone, Marlow<br>Connell Valerius Abrams | 305-446-0500 | Elfstrom / Key West Hyatt<br>Tannex Corp. | S |
| P | Slip and | I | Rob Tilghman, Nathan Eden | 305-381-8806 | Maribona / Albertson's | S |
| P | Slip and Fall | I | Peter Valori, Damian & Valori | 305-371-3960 | Myskiw/The Falls Center Assoc. | S |
| D | Jail Escape,Negligent<br>Design, Fencing | I,D | Stephen Gray, Dorsey King<br>Norment & Hopgood | 270-826-3965 | Metro Fence/ Burns & Donovan | S |
| D | Jail Design, Cost Overun | I | Jennifer Neilio, Harvey<br>Pennington | 856-317-9122 | Women's Detention Center/<br>Vitetta | S |
| D | Street lighting/barriers<br>Car canal accident | I | Sara Lindsey Palm Beach<br>County Attorney's Office | 561-355-2225 | Lopez/Palm Beach Co. & FDOT | S |
| P | Slip and Fall | I,D | Darryl Lewis, Searcy Denny<br>Scaola, Barnhart, & Shipley | 561-686-6300 | DeFelice / Mirage Arcades | C |
| D | Murder, Negligent<br>Security, Apt. Bldg. | I,D | Mark Klingensmith Sonneborn,<br>Rutter, Cooney & Klingensmith, | 561-684-2000 | Perez /  Villa Gladys | S |
| D | Shooting at McDonalds | I | Joe Cartolano& Alvero PA. | 305-577-3302 | Raxach / McDonalds | S |
| P | Trip and Fall | I,D | Jay Green, Green Ackerman & Frost | 561-347-2400 | Desatnick / Neiman Marcus | S |
| P | Slip and Fall | I | Kaba & Associates | 786-394-8787 | Diaz | S |
| P | ADA – Ramp Case | I | Charles Draper. Draper Law | 407-846-0075 | Lawhon / Concord Management | S |

Plaintiff D.H. 002845

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Trip and Fall | I,D | Brian Vigness, Morgan & Morgan | 239-433-6880 | Reynolds/ Sunoco | S |
| D | Slip and Fall | I | David Strauss, Blaxberg, Grayson | 305-381-7979 | Carey/ FIU | S |
| P | Assault | I,D,T | Dan Grissom, Stabinski & Funt | 305-643-3100 | Riba/ Brookdale Comm. | W |
| P | Assault – gas Station | I | Dan Grissom, Stabinski & Funt | 305-643-3100 | Carbo/ Lago Express | S |
| D | Trip and Fall | I | Kassidy Dang, Kubicki Draper | 305-982-6709 | Capone/Wyndham Resort | S |
| P | ADA Violation | I | Lawrence McGuinness | 305-264-5611 | Vazquez / 4011 Professional Center Condo Inc. | C |
| D | Premises Liability | I | Phillip Allen, Garbett Stiphany Allen & Roza | 305-810-2790 | Green Briar West Apartments | C |
| D | Robbery of Customer Security Negligence | I | Carman, Beauchamp & Sang Anthony Gonzales | 561-393-6335 | Wellings / Eckerd Corp. | S |
| D | Store injury | I | Thomas Farrell, Luks Santaniello | 407-540-9170 | Cherubino / Home Depot | S |
| D | Fall Accident, Ramp | I,D | Thomas Borell, Steve Goldsmith | 305-670-8182 | Del Valle/ Sunset Place Shop | S |
| P | Falling Merchandise | I | Lawrence McGuinness | 305-264-5611 | Aldaya / Coronel Market | C |
| P | Assault in Hospital Parking lot | I | Brent Bradley, Kinsey Troxel Johnson Walborsky & Bradley PA. | 850-434-5267 | Wiggens/ West Fla Hospital | S |
| D | Assault | I | Tomas Farrell, Luks Santaniello | 407-540-9170 | Stratton / Pilot Travel Center | S |
| P | Premises Negligence | I,D | McLusky and McDonald | 305-662-6160 | Maurice's Jewelers / Wexler | W |
| P | Fall accident, chair | I | Gonzola Dorta | 305-441-2299 | Perez / Alvarez | S |
| P | Night Club Assault | I | Tony Pineyro, Toral Garcia | 305-933-3179 | Recio / Mantra Entertainment | S |

Plaintiff D.H. 002846

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Parking Garage Assault | I | Phil Ignelzi, Ogg Cordes Murphy | 412-471-8500 | Lahoff / Am-Guard, Public Parking Authority of Pittsburgh, Alco Parking | S |
| P | Assault –Parking Lot | I,D | Ernest Teitell, Silver Golub & Teitell | 203-325-4491 | Jane Doe / Marriott Hotel | S |
| P | Fall Accident – Stairs | I | Dan Bandklader | 305-373-4900 | Juarez / Cafferata | S |
| D | Prisoner Suicide | I | Gene Feingold | 219-836-8800 | Stone / Munster Township | S |
| P | School Murders Premises Security | I,D,T | Robert Scrivo, McElroy Deutcsh Mulvaney & Carpenter | 973-993-8100 | Aeriel et al/ Newark School District | S $5M |
| P | Mall Shooting | I,D,T | Metnick, Levy, Long. | 561-498-9979 | Charlemond / Simon Group & Control Security Services | L |
| P | Accidental Death Motorcycle Trespass | I,D | David Shurtz | 703-528-4433 | Fenwick/DC Housing Authority | S |
| D | Trip & Fall – Stairs | I | James Thompson, Thompson Goodis | 727-823-0540 | Oetijen/ Papineau & Roberts | C |
| P | Jail Murder | I | Richard Nygaard, Schwebel Goetz & Sieben | 612-377-7777 | Moyle / KKE architects | S |
| P | Convenience store Shooting | I | Michael Rott, Hiden Rott Oertle | 619-296-5884 | Villaverde / 7-11 Inc. | S |
| P | Slip and Fall – stairs | I | Roberta Deutsch | 561-368-1008 | Heath / Hard Rock Café | S |
| D | Trip and Fall - Sidewalk | I | James Thompson,Thompson Goodis | 727-823-0540 | Dimpfel / DH Bennett Shoppes on Sand Key | S |
| D | Sex Assault in Jail | I | Patrick Aseltyne, Johnson Rosati | 517-886-3800 | Baldridge / Jackson Co. | C |
| P | Security Negligence Death from Fire | I | Tom Borrell | 305-670-8182 | Milhomme / Chase Home Finance | C |

33

Plaintiff D.H. 002847

| | | | | | | |
|---|---|---|---|---|---|---|
| D | ADA Title II | I,D | Pattie Williams, Georgia AG Office | 404-651-6174 | Miller / Georgia Dept. of Corr. | S |
| P | Trip and Fall | I | Richard Gross,    Bolton and Gross 3 | 05-653-8223 | Riles/ The Falls | S |
| D | Negligent Security | I | Stephen Bouhl, Greenberg Traurig | 305-579-0665 | Almaguer / MIG PINES | C |
| D | Stair Slip & Fall | I, | Lauren Griffo, Kaye Rose & Partners | 619-232-6555 | Catalano/Princess Cruise | S |
| P | Carjacking parking Lot | I,D | Phil Gerson | 305-438-0011 | Swetloff / Environ Phase II | S |
| P | Trip and fall | I | Bruce Scheiner | 239-939-2900 | Smith / Marriott Hotels | S |
| P | Slip and Fall | I | Brandon Peters | 407-999-7997 | Norman / Four Seasons | S |
| D | Trip and Fall | I | Kaye Rose & Partners | 619-232-6555 | Gach / Princess Cruise | S |
| P | Trip and Fall | I | Bob Chitty | 305-754-4000 | Samra / K Mart | S |
| P | Trip and Fall | I | Maurice Baumgarten, Anania Bandklayder Torricells & Stein | 305-373-4900 | Maltser / Delta Airlines | S |
| P | Trip and fall | I | Mario Serralta & Associates | 305-612-3333 | Arellano / Home Depot | C |
| P | Injury in toilet | I,D | Mario Serralta & Associates | 305-612-3333 | Warnick / Marriott Hotels | S |
| P | Stair fall | I | Allan Parvey, Parvey and Frankel | 239-334-0300 | Perez / Brown | S |
| D | ADA Jail Case | I | Donna Whiteside, Camden Co. | 856-225-5543 | Small / Camden County | S |
| P | Parking lot accident | I | Keenan Nix | 404-965-8825 | Forbes / U-Haul of Georgia | C |
| P | Assault | I | Scott Kirshbaum, Mitzner Sarowitz | 305-774-9966 | Williams / Swezy Real Estate | S |
| P | Slip and Fall – Ramp | I | Robert Rogers | 954-523-2800 | Applegate / Macaroni Grill | C |

Plaintiff D.H. 002848

| D | Rape – Assault | I | Steven Carter, Henry, Buchanan | 850-222-2920 | Bynum / CMH Parks Inc. | S |
|---|---|---|---|---|---|---|
| P | Parking Lot Assault | I,D | Bruce Freedman | 954-423-1710 | Drujak / La Bamba | S |
| P | Construction Fence Accident | I | Mario Serralta | 305-612-3333 | Diaz | S |
| D | Apartment Shooting | I,T | Cranshaw Brown,Jason Brown | 386-615-0515 | Thomas / Apanah | S |
| D | Slip and Fall – Hotel | I | John Robinson, Dean Ringers, Morgan | 407-422-4310 | Halleran / Sheraton Safari | S |
| P | Slip and Fall – Stairs | I | Robert Rogers, Bohannan, Rogers | 954-523-2800 | Hadden / 1460 NW 2nd St. | C |
| P | Jail Suicide | I,D | Pam Diedrich; Mason, Cawood & Hobbs | 410-269-6620 | Brinley / Talbot County Jail | S |
| D | Slip and fall – Parking Lot – Expansion joint | I | Bill Douberly, Douberly & Cicero | 954-838-8832 | Biddulph / Crescent RE & Standard Parking/ Datran | S |
| D | Slip and Fall | I | Lawrence Burkalter, Weinberg Sheeler | 305-455-9500 | Carbana / SCI Funeral Services | S |
| D | Slip and Fall | I | Lawrence Burkalter, Weinberg Sheeler | 305-455-9500 | Shiano / SCI Funeral Services | S |
| P | Trip and Fall | I | Bruce Freedman | 954-423-1710 | Valdez/ Imagination Farms | S |
| P | ADA Ramp – Fall | I,D | Susan Hamm | 318-797-0100 | Santoro / Medical Center | S |
| P | Parking lot shooting | I,D,T | Susan Hamm | 318-797-0100 | Winn / McDonalds | L |
| D | ADA Bathroom, Fall | I | Bryan Resnick, Conroy Simberg | 407-649-9797 | Bliege / Rosen Hotel | S |
| P | Robbery of Pizza Deliv. | I | Jeffrey Kirsheman, Fisher Rushmer | 407-843-2111 | Miller / Montevista Apts. | S |
| D | Hotel Assault | I | Howard Stone, Marlow Connell | 305-446-0500 | B.F. /Downtown Miami Hilton | C |
| D | Slip and Fall | I | Philip Condra, Milodragovich, Dale | 406-728-1455 | Mundt / Supervalu Inc. | S |
| D | Premises Security | I | Steven Carter, Henry,Buchanan,Hudson | 850-222-2920 | Hile / CMH Parks Inc. | S |

Plaintiff D.H. 002849

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Shopping Mall Robbery | I,D | Max Rudman | 561-994-6611 | Wolper / Simon Property Group | S |
| D | Nightclub Shooting | I | Teresa Jones, SMRL | 941-365-7171 | Riley & Brice / Commercial Real Estate Consultants Inc. | S |
| P | Premises Security – Apt. | I,D,T | Ben Salk, Biondo Law Firm | 305-371-7326 | Williams / Villa Biscayne | S |
| P | ADA – Jail Accessibility | I | Peter Newman, Feldman Shepard | 215-567-8300 | Neuen / PrimeCare Medical | S |
| P | Jail Suicide | I,D | Richard Acosta, Horn Aylward & Bandy | 816-421-0700 | Adams/Securus Technologies | S |
| P | Premises Security | I | William Scott | 904-398-9995 | Alexander/ Moncrief Village | S |
| D | Apt. Bldg. Assault | I,D | Ken Dishman, Sonneborn Rutter Coney | 561-684-2312 | Crespo / 2260 NW 27th Ave. | S |
| P | Apt. Bldg. Shooting | I,D | Jeanette Lewis, Haggard Law Firm | 305-446-5700 | Butler /Charter Realty Group | S |
| P | Slip and Fall | I | Weber Law Firm, Randy Weber | 305-670-3422 | Potenza / Bonefish Grill | S |
| P | Carjacking @gas station | I,D | Jeff Fox, Greenspoon Marder | 954-491-1120 | Holderman / Gateway Gas Inc. | S |
| P | Stair fall case | I | David Mishal | 305-668-3226 | Helmer / Medical Leasing | C |
| P | Jail Assault | I | Murphy & Falcon | 410-951-8780 | Conaway / Dept. of Correctional Services et.al. | S |
| D | Escalator Accident | I,D,T | James De Norscia, Sonageri & Fallon | 210-646-1000 | Capuano/ Schindler Elevator | S |
| P | Slip and Fall – Hotel | I | Brandon Peters, Peters Trial Group | 321-527-5200 | Fletcher / Ft. Laud. Marriott | S |
| P | Trip and Fall – Step | I,D | Gloria Seidule | 772-287-1220 | Melo / Dogs & Cats Forever | C |
| P | Slip and Fall | I | Weber Law Firm, Randy Weber | 305-670-3422 | Maker / Biersch Brewery | S |
| P | Fall from Balcony | I | John Papa, Callis Papa Hale Et. Al. | 618-452-1323 | Murray / Bankier Apts. | S |

36

Plaintiff D.H. 002850

| P | Curb Design - Accident | I | David Mishael | 305-668-3226 | Willoughby / Palm Garden | S |
| P | Inmate Suicide | I,T | J.E. Cullens jr. | 225-236-3636 | Bush / LaFoursche Parish Jail | L |
| D | Assault | I | Holly Platter, Bush Graziano & Rice | 813-228-7000 | Spradley / S.FL. Baptist Hospital | S |
| P | Trip and Fall | I | Donald Vollender, Craig Goldenfarb | 561-697-4440 | Brooks / CVS | C |
| P | Slip and Fall | I,D | Antony Falzon, Simon Schindler | 305-576-1300 | Alvarez / The Wilshire Apts. | S |
| P | Assault | I | Todd Michaels, Haggard Law Firm | 305-446-5700 | Snell / Valero Gas | C |
| P | Slip and Fall | I,D | Roberto Ureta | 888-877-7488 | Hernandez / Royal Club Condo | S |
| P | Trip and Fall | I | Craig Goldenfarb | 561-697-4440 | Evans / Caribbean Villas | C |
| P | Slip and Fall - stairs | I | Richard Bolton | 305-653-8223 | Henderson / L-Ad Residence | S |
| P | Ramp, ADA Case | I | Wanda Radcliffe, Emmanuel Sheppard | 850-433-6581 | Owens / Santa Rosa County | S $800K |
| P | Trip and Fall | I | Ralph Patino | 305-443-6163 | Valiente / City of Key Biscayne | S |
| P | Slip and fall – stairs | I | Carlos Lopez Albear | 305-644-3217 | Rodriguez  / Elan at Calusa | S |
| P | Trip and fall – steps | I | Bruce Freedman | 954-423-1710 | Margulis /San Remo Apts. | S |
| P | Trip and fall – ramp | I | Dan Osterndorf, Pardy & Rodriguez | 407-481-0026 | Rodriguez / KTB | S$275 |
| P | Slip and Fall – crosswalk | I | Robert Rogers, Bohannon Rogers | 954-523-2800 | Murphy / Tower Shops | S |
| D | ADA – Prison | I | Daniel Jones, Fl. Attorney General | 561-837-5000 | Gammaro / FL DOC | S |
| D | ADA – Prison | I | Daniel Jones, Fl. Attorney General | 561-837-5000 | Martinetti / FL DOC | S |
| P | Slip and Fall | I | Susan Hamm | 318-797-0100 | Owens/ N. La. Med Center | C |

Plaintiff D.H. 002851

| | | | | | | |
|---|---|---|---|---|---|---|
| D | Premises Liability | I | Eric Gressman, Miami Dade Attorney | 305-375-5151 | Moreno-Ojeda/Miami Dade Co. | C |
| D | Fall Accident – Prison | I | Patrick Rothwell , Davis Rothwell | 206-622-2295 | Donnelly/ Environmental Interiors | W |
| D | Premises Liability – Robbery | I | Dennis O'Connor, O'Connor & O'Connor | 407-843-2100 | Combast/ Suncoast Schools | S |
| P | Trip and Fall - Stairs | I | Dan Bandklayer | 305-670-0242 | Sanislo / Bennett Auto Supply | S |
| D | Fall Accident – Door | I,D | Alex Rosenthal | 954-384-9200 | Tolkin / Nextel | D |
| P | Slip & Fall Parking Lot | I | Jerry Lefebvre | 863-763-3333 | Lynch / WalMart | C |
| P | Trip and Fall | I | Ted Fournaris, Fournaris & Sanet | 305-448-7333 | Kramer / Park Palace | S |
| P | Premises Liability – Rape | I | Gene Odom, Mike Valens | 813-685-4414 | Doe / Hillsborough Co. Library | S |
| P | Slip and Fall- Bathtup | I | Fournaris & Sanet | 305-448-7333 | Collado / Hilton | S |
| P | Parking accident | I,D | Ed Blumberg, Deutsch & Blumberg | 305-358-6331 | Hernandez / Medica & WIS | S |
| P | Parking garage assault | I,T | Dale Andrews, David Hoey | 978-664-3633 | Wahlstrom / Radisson   W $6.6 mil | |
| P | Parking lot trip and fall | I | Joe Mitchell | 321-729-6749 | LaPierre/ Office Bldg. | S |
| P | Parking lot trip/wheel stop | I,D | Ted Fournaris, Fournaris & Sanet | 305-448-7333 | Martinez/ Publix | S |
| P | Slip and Fall on pool deck | I | Brad Edwards, Farmer Jaffe Weissing | 954-294-9544 | Reed/ Dyco Paint | S |
| P | Slip and Fall on pool deck | I | Charles Cohen | 954-749-3330 | Curran / Palms International | S |
| P | Premises Liability – Assault | I | David Rich, Anspach Meeks Ellenberger | 304-522-1138 | Wheatley / Mariette College | S |
| D | Premises Liability – Murder | I,D,T | Eric Gressman, Miami Dade Attorney | 305-375-5151 | Moore/ Miami Dade County | L |
| P | Trip and Fall – ramp | I | Charles Cohen | 954-749-3330 | Butler/ Pizza Hut | S |

Plaintiff D.H. 002852

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Trip and Fall, Lighting | I | Joseph Zarzaur, Zarzaur Law | 850-444-9299 | Dickenson/ Sandestin Prop. | S |
| P | Slip and Fall – Stairs | I | Charles Cohen | 954-749-3330 | Calderon /Coral Ridge Isles | S |
| P | Trip and Fall – Carpet | I | Ted Fournaris, Fournaris & Sanet | 305-448-7333 | Calderon / Marriott Hotel | S |
| P | Trip and Fall – Carpet | I | Robert S. Schwartz | 561-736-3440 | Lazzaroto / Panera Bread | S |
| P | Premises Liability – Assault | I,D | Roberta Deutsch | 561-368-1008 | Gilroy/Wilson/Waverly Apts. | S |
| P | Assault – Stadium Parking Lot | I | Michael Noonon, Nowell Amoroso | 201-343-5001 | Mohr / NJ Sports Authority | S |
| P | Parking Lot Accident- Curb | I,D | David Shurtz | 703-528-4433 | Harris / Eastover Shopping | C |
| P | Trip and Fall – Wheel Stop | I | Marcus Viles, Viles & Beckman | 239-334-3933 | Becker / Target Corp. | S |
| P | Assault – Gas Station lot | I | Ramon Rubio | 954-474-8228 | Baptiste / Shai – Marathon | C |
| P | Shooting Parking Lot | I | Neal Hirshfeld, Greenspoon Marder | 954-49101120 | Mucherson / Mint Lounge | C |
| D | Apartment Shooting – premises | I | Eric Gressman, MDC Attorney Office | 305-375-5151 | Gantt- Thompson/ Miami Dade | S |
| P | Slip and Fall | I,D | Ted Fournaris, Fournaris & Sanet | 305-448-7333 | Penaranda / Publix | S |
| D | Premises Security | I | Annette Sanchez, Blaxberg, Grayson | 305-381-7979 | Lampe & Schwartze / Transway | S |
| P | Slip and Fall- Stairs | I | David Benenfeld | 954-677-0155 | Thomas/Victoria Gardens Apts. | S |
| P | Slip and Fall – ramp | I | Charles Cohen | 954-749-3330 | Capeloto / Wynmoor | S |
| P | Prison Assault –murder | I,D | Eric Hurst, Sutherland Asbill Brennan | 404-853-8197 | Brown & Holly / CCA | S |
| D | Shooting – premises negligence | I,D,T | Eric Gressman, Miami Dade County | 305-375-5151 | Phillip / Miami Dade County | L |
| P | Slip and Fall | I,D | Rebekah McKinney, Watson McKinney | 256-536-7423 | Huggins/ Logan's Roadhouse | S |

Plaintiff D.H. 002853

| | | | | | | |
|---|---|---|---|---|---|---|
| D | Elevator Trip | I | Groelle & Simon | 772-257-0700 | Simon / Huntington Point IV | S |
| P | Assault | I | Ira Leesfield, Leesfeild & Partners | 305-854-4900 | Doe / Archdiocese of Miami | S |
| P | Assault | I | Jeff Vastola, Vastola & Kirwan | 772-419-0999 | Bowker / Savannah Club | S |
| D | Stair Accident Slip and Fall | I | Vanessa Ross, Groelle & Simon | 772-257-0700 | Duenas / Windsor East | S |
| P | Jail Suicide | I,D | Paul Rebein, RBR | 813-305-7285 | Norris / Plant City Jail | S $250 |
| P | Robbery -Premises Security | I,D | Dean Maglione, Maglione Law Firm | 973-645-0777 | Hamid / NJ Convenience Store | S |
| P | Slip and Fall, Stairs | I | David Benenfeld | 954-677-0155 | Ross / Transglobal Realty | S |
| D | Apartment Assault – premises | I,D | Ben Fernandez, Cole Scott KIssane | 305-350-5300 | Perez/ Consolidated Services | S |
| P | Stair Accident – Fall | I,D | Ted Fournaris | 305-448-7333 | Gonzalez Ruiz/ Alvarez | S |
| P | Car crash thru building | I | Joe Mitchell | 321-729-6749 | Kelley/ Day Care. | S |
| P | Step trip and fall | I | Charles Cohen | 954-749-3330 | Meurer / Homeowner | S |
| D | Shooting – premises liability | I | James Amato, Cipriani & Werner | 610-567-0700 | Little / Minaret Temple | S |
| P | Trip and Fall – Steps | I | Dan Banklayder | 305-670-0242 | Maier / Palm Beach Holdings | S |
| D | ADA, Trip on Ramp | I | Chris Fisher | 954-584-3373 | Booker/ Penn Dutch | C |
| P | Trip and Fall – Parking lot | I | David Benenfeld | 954-677-0155 | Tyminski / 215 N. Fed Hwy. | C |
| D | Jail Suicide | I | Geoffrey Cullop, Pullin Fowler | 304-344-0100 | Underwood / McDowell County | S |
| P | Assault – premises liability | I | Donna Michelson | 305-442-7273 | Ho / Northwestern Capital Corp | S |
| D | Jail Security Equipment Failure | I,D,T | Dan Sandelman | 530-343-5090 | Butte County / ECS Inc. | L |

40

Plaintiff D.H. 002854

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Door injury case | I | Tom Easterly, Taylor Porter Brooks | 225-381-0244 | Espinoza/ US Federal Reserve | S |
| D | Park Shooting | I | Eric Gressman, Miami Dade County | 305-375-5151 | Sanchez/ Miami Dade County | S |
| P | Assault at Transit Station | I,T | Trevor McDonald, Burney Duckworth | 403-260-0378 | McAllister / Calgary Transit | S |
| D | Slip and Fall – Pool | I | Vanessa Ross, Groelle & Salmon | 941-225-6900 | Tuccillo / Chalet of San Marco | S |
| P | Rape | I | Barry Chasen, Chasen Boscolo | 301-220-0050 | Ruiz / Marriott Hotel | S |
| D | ADA Prison compliance | I | Lisa Tietig, FL Attorney General | 850-414-3632 | Knuckles / FL DOC | S |
| P | Slip and Fall in Parking Lot | I | Randy Weber | 305-670-3422 | Elias / Publix | C |
| P | Pedestrian injury | I | Jack Sanders, Shebell & Shebell | 732-663-1122 | Olivares / Middlesex Builders | C |
| P | Burn on child slide | I | Jerrod Paul, Diez Arguelless Tejedor | 407-705-2880 | Cuttler / Arbor School | S |
| P | Apt. Shooting – premises liability | I | Jerrod Paul, Diez Arguelless Tejedor | 407-705-2880 | Leaster / Ivey on the Lakes | S $4.5M |
| P | Trip and Fall | I | Jerrod Paul, Diez Arguelless Tejedor | 407-705-2880 | Arriera / Hialeah Nursing Home | C |
| P | Slip and Fall – Stairs | I | Robert Rogers, Lawrence Bohannon | 954-523-2800 | Burton / Tallman Pines Apts. | S |
| D | ADA Compliance | I | James Cunningham, Berger Singerman | 305-714-4379 | Hilson / Miami Yacht Divers | C |
| P | Assault  Premises Liability | I | Bryan Caulfield, Penenrich Caulfield | 727-796-8282 | Schaefer / Red Lion Pub | C |
| P | Slip and Fall | I,D | David Shiner, Shiner Law | 561-368-3363 | Coppola / Simon Property | S |
| P | Slip and Fall | I | David Shiner, Shiner Law | 561-368-3363 | Villas / Regal Cinemas | S |
| P | ATM Robbery | I | Andrew Fisher, Glassman | 617-423-7904 | Hargett / Santander Holdings | S |
| P | Slip and Fall | I | Jose Garcia | 800-411-6267 | Rosa / Innisbrook Resort | S |

41

Plaintiff D.H. 002855

| P | Apt. Shooting –premises liability | I,D | Tyrone King, King & Markman | 407-447-0848 | Walker Windom / 7-11 | S $750K |
|---|---|---|---|---|---|---|
| D | Apt. Shooting –premises liability | I | Eric Gressman, Miami Dade County | 305-375-5151 | Atwater / Miami Dade | O |
| D | Mall Shooting premises liability | I | Vincent Reilly, Reilly Janiczek, McDevitt | 856-317-7180 | Friedland/ Short Hills Mall | S |
| P | Slip and Fall – exterior paint | I | Carlos Campo, Parvey & Frankel, | 239-334-0300 | Levy / Dunkin Donuts | S |
| D | Trip and Fall – sidewalk | I,D | Justin Luger, Weiss Serota Helfman | 305-854-0800 | Huddleston / City of Hollywood | S |
| D | Workplace Violence – Shooting | I | Brent Stanaway, Crown Solicitor New Zealand | | Worksafe / Ministry of Social Development. | S |
| P | Apt. Shooting premises liability | I,D | Geoffrey Ringer, Burnetti PA | 863-688-8288 | Lopes / Concord | S $180K |
| D | Apt. Shooting Premises Liability | I,D,T | Michael Archibald, Marshall Dennehey | 813-898-1800 | Gilbert / Cryptical Development | L |
| P | Trip and Fall – hotel planter | I | Willie Gary, Gary, Williams, Finney | 772-220-3343 | Prihantoro vs, Baymont Inn | S $7.5mil |
| P | Slip and fall | I,D | Jose Garcia, J Garcia Law Firm | 407-849-6448 | Torres Perez / Seaworld | L |
| P | Premises Liability – shooting | I | Herman Klemick | 305-856-4577 | Vasquez / Mazal Investments | S |
| P | Trip and Fall | I | Murray Yanks | 305-374-6066 | Morrissey / Rhodes Bldg. | C |
| P | Hotel Assault – Premises Liability | I | Charles Donahue | 603-357-2363 | Lehtola / Margate Inc. | S |
| P | Murder – Premises Liability | I | Carrie Martin, Barrett Fasig Brooks | 850-224-3310 | Louseau / Pizza Hut | S |
| D | Inmate murder | I | Eric Gressman, Miami Dade County | 305-375-5151 | Walker / Miami Dade Co, | S |
| P | Apt. Shooting- premises security | I | Hector Lombano, Gamba Lombana | 305-448-4010 | Fernandez / Princetonian Home | S |
| P | Apt. Shooting- Premises Security | I | Carrie Roane, Barrett Fasig & Brooks | 850-224-3301 | Wilson/ Governor Square Apts. | S |
| P | Canal Motorcycle accident | I,D | Marc Ginsberg, Mandina & Ginsberg | 305-358-1181 | Zamora / Riviera Isles | S |

Plaintiff D.H. 002856

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Conv. Store Stabbing – Premises | I | Murray Tkatch, Tkatch & Associates | 416-968-0333 | Freeman / Mac's Convenience | S |
| P | Trip and Fall, Cruise Ship | I | Frank Crotty, Smith Crotty Meyers | 201-891-1900 | Holz / Carnival Cruise | S |
| P | Prison Overcrowding | I | William Roy, Roy, Shectoer & Vocht | 248-540-7660 | Michigan Huron Valley Prison | S |
| P | Canal Accident – Drowning | I | Joe Mitchell | 321-729-6749 | Coyman / Sanctuary by the Sea | S |
| D | Shooting, Premises Liability | I | Eric Gressman, Miami Dade County | 305-375-2961 | Pozos / Miami Dade County | S |
| P | Trip and Fall | I | Dan Bandklayder | 305-670-0242 | Perlow / Design Within Reach | S |
| D | Slip and Fall Cruise Ship | I | Eric Hayden, MaseLara | 305-377-3770 | Virgillo / NCL | S |
| P | Assault, Premises Liability | I | Mariano Garcia, Searcy Denney | 561-686-6300 | Jane Doe / Fleishman Garcia | S |
| Arbitrator | Fraud | I | FINRA | 561-447-4911 | Eisenberg/ Montgomery Scott | S |
| Arbitrator | Fraud | I | FINRA | 561-447-4911 | Noguera / UBS Financial | S |
| P | Parking lot assault | I | Carlos Diez, Arguelles & Tejedor | 407-705-2880 | Lopes / Cazorla | C |
| D | Assault on Bus | I | Eric Gressman, Miami Dade County | 305-375-5151 | Ali / Dade County | S |
| D | Shooting at Apt. Premises Liab. | I | Eric Gressman, Miami Dade County | 305-375-5151 | Davis Dixon / Dade County | S |
| P | Carjacking, Premises Liability | I | Hector Lombana, Gamba & Lombana | 305-448-4010 | Fernandez / Lourdes Alfonso | S |
| P | Murder Premises Liability | I | Andrew Anthony, Anthony & Associates | 305-444-8927 | Amaya-Guardado / Homestead Job Corps | S |
| P | Premises Liability, Burglary | I | Barbara Murphy, HL Law Group | 954-713-1212 | Latin American Craft/ Flagler Medical Arts Building | C |

Plaintiff D.H. 002857

| D | Premises Liability, Shooting | I | Eric Gressman, Miami Dade County | 305-375-2961 | Barnes / Miami Dade County | S |
|---|---|---|---|---|---|---|
| P | Shooting, Premises Liability | I | Steven Carter, Henry Buchanan | 850-222-2920 | Givens / FAMU | S |
| P | Trip ad Fall | I | Randy Weber, Weber Law Firm | 305-670-3422 | Mijares / Subway | S |
| P | Sliding Glass Door Accident | I | Greg Barnhart, Searcy Denney | 561-686-6300 | Rivera / Palm Beach Resort | S |
| P | Apt. Shooting | I | Vincent Miller | 561-819-6220 | Watson / Woodstock Apts. | S |
| P | Trip and Fall sidewalk | I | Greg Barnhart, Searcy Denney | 561-686-6300 | Cafaro / Mariner's Cove | S |
| D | Marina Security, Premises Liab. | I | Raul Chacon, Chartwell Law | 305-372-9044 | Falvey Yacht / MB Marina | S |
| P | Garage assault, Premises Liab. | I | Marc Diller, Diller Law | 617-523-7771 | Kwan/ Simon Properties | S |
| P | Trip and Fall Parking Lot | I | Jose Garcia, J Garcia Law | 800-411-6267 | Garcia / Royal Floridian South | S |
| P | Parking Lot Assault | I | Daniel Vazquez, Fine, Farkash, Parlapiano | 352-372-7777 | Underwood / Kulbitskas | C |
| D | Slip and fall Condo Pool | I | Bill Mitchell Sr., Groelle & Salmon | 813-849-7200 | Golden/ Gulf Coast Coatings | C |
| P | Trip Parking lot | I | Carlos Diez, Diez Arguelles Tejedor | 407-705-2880 | Shofter/ Target Corporation | S |
| P | Apartment Security, Premises | I,D | Dan Glassman, Glassman & Zissimopulos | 352-505-4515 | Reed/ Hidden Village Apts. | S |
| P | Bar fight, Premises Liability | I | Heather Barnes, Yerrid Law Firm | 813-222-8222 | McTamney / The Brown Boxer | S |
| P | Convenience store stabbing | I | Herman Klemick, K & G | 305-856-4577 | West / HJS Enterprises | S $400K |
| P | Trip and Fall | I | Jose Silva, Silva & Silva | 305-445-0011 | Barrett / Epicure Market | S |
| D | Bar Assault, Premises liability | I | Linda Sweeting, Cole Scott Kissane | 305-350-5300 | Pastor / Mango's Lounge | L $1M |
| P | Shooting in Parking lot | I | Christina Diez Argulles/ Tejedor | 407-705-2880 | Smiley / Rosemont Villages | S |

44

Plaintiff D.H. 002858

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Assault, Premises Liability | I | Phil Jensen, Jensen & Trevino | 815-747-6999 | Milligan / Rock on the River | C |
| P | Mall Assault- Premises Security | I | Carrie Roane, Barrett Fasig & Brooks | 850-224-3301 | Horton / Millennia Mall | S |
| D | Fall Accident at MIA | I | Nykea Cohen, Miami Dade Attorney Off. | 305-375-1314 | Belatreche / MDC | S |
| D | Shooting, Premises Liability | I | Thomas Neal, DSK | 407-422-2454 | Pinnock / Inverrary Apts. | S |
| D | Premises Liability, Parking Lot | I | Catherine Hedglon, Hinshaw Law | 954-467-7900 | Doe / Walgreens | S |
| P | Premises Liability, Apt. Shooting | I | Mariano Garcia, Searcy Denney | 561-686-8300 | Stringer / Somerset Apts. | S |
| P | Premises Liability, Apr. Assault | I | Maria Tejedor, Diez Arguelles | 407-705-2880 | King / Farah | S |
| P | Slip and Fall | I | Jimmy De La Espriella | 305-665-1167 | Williams / Top Value Store | W |
| P | Fall Accident, Chair | I | Domingo Rodriguez, RLQ | 305-774-1477 | Freixa / Burger King | S |
| P | Parking Lot assault, Premises | I | Alton Hale | 561-296-5444 | De Varona / Marina Del Mar | S |
| P | Sidewalk Slip and Fall | I | Parvey & Frankel | 239-334-0300 | Rice / Publix shopping Center | S |
| D | Shooting, Parking Lot | I | Janice Wolfe, FL Attorney General Off. | 954-712-4688 | Bryant / SFRTA | C |
| P | Premises Liability | I | Susy Arrese, Vargas Gonzalez Hevia | 305-631-2528 | Foster Case | C |
| P | Trip and Fall | I,D | William Calnan, Tarich Law | 305-503-5095 | Valero / Cleveland Clinic | S |
| Arbitrator | Fraud | I | FINRA | 561-447-4911 | Fountain / HD Investment | S |
| P | Premises Liability | I,D | Anthony Hevia, Vargas Gonzalez Hevia | 305-631-2528 | A. L. / Boucher Brothers LLC | S |
| P | Murder, Premises Liability | I | Bob Pierce, Pierce & Mandall | 617-720-2444 | Field & Bolanos /Palladion Serv. | O |
| D | Trip and Fall, Elevator | I | Rick Beardon, Massey Stotser & Nichols | 205-838-9080 | Bain / BF Buildings | S |

Plaintiff D.H. 002859

| D | ADA Accessibility Case | I | Marie Masson, Masson Law Firm | 352-777-9222 | Velez / Pal Campo restaurant | S |
| D | Parking Lot, Premises Liability | I | Jonathan Ross, Susman Godfrey | 713-653-7813 | Chavez / Walmart | S |
| D | Trip and Fall, Ramp | I | Daniel Perez, Wargo French | 305-777-6065 | Montero / 7-11 | S |
| P | Trip and Fall – Bathroom | I | Gonzalo Dorta | 305-441-2299 | Heredia / Dolphin Mall | S |
| Arbitrator | Fraud | I | FINRA | 561-447-4911 | De Ahorro / UBS Financial | O |
| Arbitrator | Fraud | I | FINRA | 561-447-4911 | Ortiz / UBS Financial | S |
| P | ADA Ramp Fall | I | Jack Fine, Fine Farkash & Paralapino | 352-372-7777 | Lapinsky / Tower Hill | S |
| P | ADA Ramp Fall | I | Jack Fine, Fine Farkash & Paralapino | 352-372-7777 | Lahman / Pilot | S |
| P | Jail Assault | I | Howard Brodsky, Brodsky & Tobin | 305-858-9020 | Grafe / Miami Dade Jail | O |
| D | Prison Inmate Death | I | Jeffrey Rubinton, Rubinton & Assoc. | 954-251-5500 | Carey / FL DOC | C |
| P | Jail Suicide | I | Mark Zoole, Bollwick & Tatlow | 314-315-8111 | Dierker / County of St. Louis | S |
| P | Premises Liability, Assault | I | Yasmeen Lewis, Searcy Denney | 561-686-6300 | Herbert / Dunkin Donuts | S |
| D | Trip and Fall | I | William Calnan, Waldman Trigoboff | 954-467-8600 | Krofchick / Road to Sedona | S |
| P | Slip and Fall, Stairs | I,D | Karel Remudo, Remudo Law Firm | 305-423-6203 | Ono / Vista Lakes Condo | O |
| P | Premises Liability, robbery Home invasion, shooting | I,D | Brent Probinsky, Probinsky Chavez & Cole | 941-371-8900 | Rodriguez / Whispering Pines | W |
| P | Premises Liability | I | Stephanie Graves, Friedman Rodman | 305-448-8585 | Eason / S & E Meats | C |
| P | Premises Liability, Active Shooter, Mass Murder | I | Jeff Humphries, Morgan & Morgan | 904-361-7167 | Mitich / Chicago Pizza | C |

46

Plaintiff D.H. 002860

| | | | | | |
|---|---|---|---|---|---|
| P | Premises Liability, slip and fall | I | Joe Mitchell. Mitchell Law Firm | 321-412-5709 | Ortiz / Walmart | S |
| D | Premises Liability, Hotel Assault | I | Rebecca Brownell, Guide One | 954-727-8121 | Baptiste / Howard Johnsons | S |
| P | Premises Liability, Rape/Assault | I,D | Thomas Edwards, Edwards & Ragatz | 904-399-1609 | Holladay / Atrium at Regency | S |
| Arbitrator | Fraud | I | Steven Encaoua, FINRA | 561-416-0277 | Ramos / UBS Financial Serv. | O |
| Arbitrator | Fraud | I | Daniel Zailskas, FINRA | 561-416-0277 | Katz / UBS Financial Services | S |
| P | Premises Liability, slip and fall | I | Joe Mitchell. Mitchell Law Firm | 321-412-5709 | Turnbaugh / Parthi Market | S |
| P | Premises Liability, Bar Fight | I | Christini Cotto, Yeboah Law Group | 954-764-2338 | Taiwo/ A7S et al. | C |
| P | Premises Liability, Jail Escape | I | Kevin O'Brien, Stampone O'Brien Law | 215-663-0400 | Grandzol / ARC | S |
| D | Premises Liability, Sex Trafficking | I | Levi Heath, DLA Piper | 310-595-3020 | M.L. /Craigslist/Motel 6 | C |
| P | Premises Liability, Slip and fall | I,D | Pearl Ben Yoram, Levy & Partners | 954-727-8570 | Sasi/ Enterprise Leasing | S |
| D | Premises Liability, Assault | I | Joni Mosely, Miami Dade Attorney Off. | 305-375-1353 | Burgos / US Soccer 5 | S |
| P | Premises Liability, Bar fight | I,D | Sean Joanis, Jason Stone | 617-523-4357 | Kijonka / The Squire Lounge | S |
| Arbitrator | Fraud | I | Renzo Artica, FINRA | 561-362-7901 | Zychick Trustee / UBS Financial | S |
| Arbitrator | Fraud | I | Gordon Matthew, FINRA | 561-362-7901 | Santana / Santander Securities | S |
| Arbitrator | Fraud | I | Fabricia Resende, FINRA | 561-362-7901 | Servicious Funerarios / Santander | S |
| Arbitrator | Fraud | I | Mathew Anderson, FINRA | 561-362-7901 | Oyola / Oriental Financial services | S |
| Arbitrator | Fraud | I | Destiny Medina, FINRA | 561-362-7901 | LaRoche / Concorde Investments | O |
| Arbitrator | Fraud | I | Nirbana Bissessar, FINRA | 561-362-7901 | Lopez /UBS | S |

Plaintiff D.H. 002861

| P | Premises Liability, Apt. Assault | I | Carlos Diez, Diez, Arguelles,Tejedor | 407-705-2880 | Sullivan/ Las Brisas Apts | S |
|---|---|---|---|---|---|---|
| P | Premises Liability, Assault | I | Stephen Walsh, Walsh Law Firm | 573-712-2909 | Helton / Skate City | C |
| P | Prem. Liability, Parking Murder | I,D | Benjamin Wagner, Habush & Rottier | 414-271-0900 | Payton / Columbia St. Mary's | O |
| P | Premises Liability, Assault | I | Catherine Carton, Shebell & Shebell | 732-663-1122 | Falusi / TKE Fraternity | S |
| P | Premises Liability, Trip & Fall | I,D | Karel Remundo, Remundo Law Firm | 305-423-6203 | Donate / City of Homestead | S |
| P | Premises Liability, Shooting | I,D | Neal Sandberg, Simon Shindler Sandberg | 305-576-1300 | Angel / 5995 Biscayne Blvd. | S |
| D | Premises Liability, Hotel Rape | I,D | James Walsh, Butler Weihmuller LLP | 786-532-2057 | Gould / America's Best Hotel | W |
| P | Slip and Fall, Prison Shower | I,T | Chad Young, Chad Young Law | 212-468-5540 | Forget / Mid –State Prison | C |
| D | Premises Liability Slip and Fall | I | Gilda Flam, Hamilton Miller & Birthisel | 305-379-3686 | Gutierrez / Wynmoor Comm. | S |
| P | Premises Liability, Stair fall | I | Joe Mitchell III, Mitchell Law Firm | 321-412-5709 | Garrison / Regal Cinema | S |
| D | Security System Evaluation | I | David Israel, Israel & Associates | 954-495-8602 | AISG / Whitehall Condo | C |
| P | Premises Liability, Assault | I,D | Patrick Provenzale, Ekl Williams & Provenzale | 630-654-9975 | Chambers / Great America | S |
| D | Premises Liability, Apt. Shooting | I | Autumn George, Galloway | 813-977-1200 | Nezius / Woodhollow Apts. | C |
| D | Slip and Fall, Stairwell | I | Jennifer Castro Hayes, HM&B | 305-379-3686 | Mitchell / Lmitcheuma at WPB | S |
| P | Inmate Suicide | I | Andrew Sholtes | 855-534-2509 | Chambliss / FL DOC | O |
| P | Fall accident | I | Karel Remudo, Remundo Law Firm | 305-423-6203 | Sanchez-Santos / Ocean Lea | O |
| P | Parking lot accident | I | Abe Koss, Abe Koss Esquire | 305-443-4343 | De Feria / Sedanos Market | S |

Plaintiff D.H. 002862

| | | | | | |
|---|---|---|---|---|---|
| D | Premises Liability, Parking lot | I | Autumn George, Galloway | 813-977-1200 | Jette / I & S Store | S |
| P | Trip and Fall – curb parking lot | I | Brian Plant, Lerner & Rowe | 602-667-7777 | Nicosia / Biltapariton | O |
| D | Premises Liability – Assault Gas station | I | Jose Francisco, Jose Francisco | 305-649-5060 | Tejada / Sierra Auto Center | C |
| D | Premises Liability – murder | I | Carrie Roane, Fasig Brooks | 850-224-3310 | James / CVS & Carl Hall | S |
| D | Premises Liability – robbery | I | Carrie Roane, Fasig Brooks | 850-224-3310 | Alsup & Hendrix / Capital Walk | S |
| D | Premises Liability – murder | I | Carrie Roane, Fasig Brooks | 850-224-3310 | Morales / Shorehouse Apts. | C |
| P | Slip and Fall | I | Joe Mitchell III, Mitchell Law Firm | 321-412-5709 | Flagg/ Walgreens | S |
| P | Fall accident – ramp entrance | I | Steven Woody Igou | 866-88BRAIN | Krutzig / Big Earth Landscape | C |
| P | Premises liability – bar assault | I,D | Steven Woody Igou | 866-88BRAIN | Sloboda / Joshua Barnes et. Al. | S $1.7M |
| P | Premises liability – Apt. Complex | I | Peter Walsh, Singer & Associates | 954-920-1571 | Crittenden / Heron Pointe Apts. | S |
| P | Slip and Fall | I | Andy Loynaz, Law Group of South FL | 305-260-6147 | Mige /Crocs Bayside et al. | O |
| P | Premises Liability – parking lot Shooting | I | Kevin O'Brien, Stampone O'Brien Law | 215-663-0400 | Perrin / 444 Lofts | S |
| P | Trip and Fall at Hotel Pool | I,D | Andy Loynaz, Law Group of South FL | 305-260-6147 | Daly / Redbury Hotel | S |
| P | Premises Liability – Gas Station Shooting – Murder | I,D | Shelby Walton, Haggard Law Firm | 305-446-5700 | Barthelemy / AIA Cabana LLC | S $1M |
| P | Fall off stairway | I | Robert Dassow, Hovde Dassaw Deets | 317-818-3100 | Tennant / U of Notre Dame | C |
| P | Premises Liability – Apt Shooting | I | Roger Croteau, Croteau & Associates | 702-254-7775 | Hawatmeh / Stonelake Residences | O |
| P | Suicide – Parking Garage | I | Ed Blumberg, Deutsch & Blumberg | 954-462-6277 | Diamond / SecurAmerica | O |

Plaintiff D.H. 002863

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Parking lot accident | I | Christine Ganer, Circeo Law Firm | 859-577-8993 | Bloomgren / Walmart | O |
| P | Hotel Door Accident | I | Roger Croteau, Croteau & Associates | 702-254-7775 | Schwendener / Stockbridge et al. | O |
| D | Premises Liability – Apt Shooting | I | Nerizza Miyamoto, Goodman McGuffy | 941-806-2987 | Wilensky / Cherishome Apts. | C |
| P | Trip and Fall | I | James Holliday, Holliday Karatinos Law | 352-597-0009 | Dorsi / Las Olas Eating – Piazza | S |
| P | Bar Fight | I | Beth Feder, Winston Law Firm | 954-475-9666 | Kerem/ Victorian Rest. Corp. | S |
| P | Slip and Fall Ramp | I | Jimmy Peters, Schwed Law | 901-313-3411 | Bridges/ Best Western Jax Inn | O |
| P | Assault – Convenience Store | I | Lisa Levine | 954-332-6100 | Higgins / 7-11 Inc. | C |
| P | Trip and Fall – restaurant | I | Mark Hockensmith, Holliday Karatinos | 352-597-0009 | Contreras / Dave & Buster's | S |
| P | Trip and Fall, sidewalk | I | Andy Loynaz, Law Group of South FL | 305-260-6147 | Stapf / Lakes at Tradition HOA | S |
| P | Trip and Fall, Parking lot | I | Karel Remudo, Remundo Law Firm | 305-423-6203 | Rodriguez / Golden Lakes Village | O |
| P | Slip and Fall | I | Joe Mitchell III, Mitchell Law Firm | 321-412-5709 | Hernandez/ Walmart | O |
| P | Slip and Fall, grocery store | I | Andy Loynaz, Law Group of South FL | 305-260-6147 | Ramirez / Winn Dixie | S |
| P | Jail Suicide | I | Ryan Dreveskracht, Galanda Broadman | 206-557-7509 | Smith & Rogers / Naphcare Inc. & Kitsap County Jail | O |
| P | Hospital Assault | I | Adam Flores, Ives + Flores | 505-364-3858 | Madrid / Lovelace Health System | O |
| P | Trip and Fall Sidewalk, Scooter | I | James Holliday, Holliday Karatinos Law | 813-868-1887 | Heilman / FL DOT | S |
| P | Premises Liability – Assault | I | Randy Pickett, Pickett Dummigan | 503-223-7770 | Best / Trimet, Portland Police | O |
| P | Trip and Fall Sidewalk | I | James Holliday, Holliday Karatinos Law | 813-868-1887 | Murphy / Wesleyan Bible Conf. | O |

Plaintiff D.H. 002864

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Trip and Fall Sidewalk | I | James Holliday, Holliday Karatinos Law | 813-868-1887 | Lawson / Eckerd Hall | O |
| P | Premises Liability – murder | I | Cody Roberson, Maples Nix Diesselhorst | 405-478-3737 | Wulff / Integris SW Med Center | O |
| D | ADA – Prison | I | Dawn Jordon, Tenn. Attorney General | 615-741-3505 | Trivette / Tenn. Dept. of Corrections | O |
| D | Premises Liability – Store shooting | I | Kirk Chen, Derrevere, Stevens, Black | 561-684-3222 | Pelote / Dawas Corp. Sam's Market | S |
| P | Premises Liability – Rape at Apt. | I | Juan Diaz, Searcy Denny & Shipley | 561-686-6300 | Gavarrete / Bay Harbor Apts. Et. Al. | O |
| P | Premises Liability – gas station | I | Robert Hardy Jr. | 901-521-1144 | Gwynn / B.V. Enterprises | O |
| P | Premises Liability – gas station | I | Robert Hardy Jr. | 901-521-1144 | Galmore / B.V. Enterprises | O |
| P | Hotel Sex Trafficking | I | Trinity Hundredmark, Anderson Tate Carr | 770-882-0900 | E.M. / Tucker Inn | O |
| P | Premises Liability | I | Heath Gelman, Parvey & Cavenago | 239-334-0300 | Sidock / Joshua Citrus Inc. | O |
| P | Slip and Fall | I | Eric Inglis, Schenck, Price, Smith & King | 973-539-1000 | Mahana / Gateway Security | O |
| D | Premises Liability – gas station | I | Maura Krause, Kelley Kronenberg | 561-684-5956 | McClendon / Wawa (Jax) | S |
| P | Premises Liability – Apt. shooting | I | Derrick McBurrows, McBurrows Law | 850-782-1035 | Jones / The Lory Apts of Tall. | O |
| P | Premises Liability – Apt. shooting | I | Derrick McBurrows, McBurrows Law | 850-782-1035 | Oni / The Lory Apts of Tallahassee | O |
| P | Premises Liability – Apt. drowning | I | Andy Loynaz, Law Group of South FL | 305-260-6147 | Rojas / Provence Bay HOA | C |
| P | Premises Liability – Slip and fall | I | Ted Karatinos, Holiday & Karatinos | 352-597-0009 | Bertolino / Palm Beach Int. Airport | C |
| P | Premises Liability – Hospital Shooting | I | Ray Maples, Maples, Nix & Diesselhorst | 405-478-3737 | Love / St. Francis Health | O |
| D | Premises Liability – Slip and fall | I | Jennifer Castro Hayes, The Kennedys | 786-322-7021 | Blake / Fairwinds Hotel | S |
| P | Premises Liability – Slip and fall | I | Ted Karatinos, Holiday & Karatinos | 352-597-0009 | Rosario / Seaworld Park | O |

Plaintiff D.H. 002865