IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| D.H., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | 1:22-cv-03419-JPB |
| | : | |
| TUCKER INN INCORPORATED d/b/a SUPER 8 BY WYNDHAM, | : : | |
| | : | |
| Defendant. | : | |
| | : | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, D.H. ("Plaintiff"), by and through the undersigned counsel and hereby respectfully moves that the Court deny Defendant's Motion for Summary Judgement. In support of this Response, Plaintiff has filed, contemporaneously herewith, her Brief in Support of Response in Opposition to Defendant's Motion for Summary Judgment.

Respectfully submitted this 8th day of December, 2023.

                                                     ANDERSEN, TATE, and CARR, P.C.

                                                    */s/ Jonathan S. Tonge*
                                                    Patrick J. McDonough
                                                    Georgia Bar No. 489855
                                                    pmcdonough@atclawfirm.com
                                                    Jonathan S. Tonge
                                                    Georgia Bar No. 303999
                                                    jtonge@atclawfirm.com
                                                    *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## **CERTIFICATION**

This is to certify that the foregoing Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment has been prepared with one of the following font and point selections approved by the court in LR 5.1, NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman, 14-point font.

This 8th day of December, 2023.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jonathan S. Tonge*
Jonathan S. Tonge
Georgia State Bar No. 303999
Patrick J. McDonough
Georgia State Bar No. 489855
Attorneys for Plaintiff

One Sugarloaf Centre
1960 Satellite Blvd, Suite 4000
Duluth, Georgia 30097
770.822.0900
770.822.9680 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day I electronically filed the foregoing Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record:

Respectfully submitted this 8th day of December, 2023.

                                                 ANDERSEN, TATE & CARR, P.C.

                                                 */s/ Jonathan S. Tonge*
                                                 Jonathan S. Tonge
                                                 Georgia State Bar No. 303999
                                                 Patrick J. McDonough
                                                 Georgia State Bar No. 489855
                                                 Attorneys for Plaintiff

One Sugarloaf Centre
1960 Satellite Blvd, Suite 4000
Duluth, Georgia 30097
770.822.0900
770.822.9680 (fax)