IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

D.H.,                              :
                                   :
    Plaintiff,                   :
                                   :          CIVIL ACTION FILE NO.
    v.                           :          1:22-cv-03419-JPB
                                   :
TUCKER INN INCORPORATED            :
d/b/a SUPER 8 BY WYNDHAM,          :
                                   :
    Defendant.                   :
                                   :

**PLAINTIFF'S STATEMENT OF ADDITIONAL MATERIAL FACTS IN
SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

1.  When she was 15 years old, from September 2–9, 2015, D.H., was trafficked
    for sex at Defendant's Super 8 hotel by her older sister. Ex. 3, D.H. testimony,
    Brown Trial Transcript Vol. 2 26:4–16; Ex. 4, D.H. Dep. at 78:9–18; 185:15–
    18; 196:25–197:4.

2.  On September 9, D.H. was rescued from the hotel when police conducted a
    sting operation.  Ex. 9, D.H. Police Report.

3.  Her trafficker was arrested as were two buyers, one of whom was convicted
    following a jury trial in which D.H. and Mr. Patel testified.  Ex. 10, Frank
    Brown Sentence.

4.  Mr. Patel testified in the trial of Frank Brown—one of D.H.'s buyers convicted
    of statutory rape—that the hotel rented rooms to D.H.'s trafficker. Ex. 3, Patel

testimony, Brown Trial Transcript Vol. 2 at 133:10–136:5.

5.  D.H. was sold to about 20 men per day at the Super 8. Ex. 3, D.H. testimony, Brown Trial Transcript Vol. 2 at 35:12–16; Ex. 4, D.H. Dep. 268:23–25.

6.  When these buyers came—roughly 140 of them in that week—D.H., who looked very young, waited by the outdoor stairwell to escort these men to her room. Ex. 4, D.H. Dep.178:3–25; 187:23–188:10; Ex. 8, Gibbs Dep. 64:2– 65:22.

7.  D.H. "was definitely younger and younger looking than any of the other girls." Ex. 6, Kennedy testimony, Brown Trial Transcript Vol. 3, 240:18–19.

8.  D.H.  frequently wore lingerie outside and around the hotel. Ex. 4, D.H. Dep. 179:20–25; 180:11.

9.  D.H. was always accompanied by her older sister/trafficker. Ex. 4, D.H. Dep. 120:6–8.

10.  The motel had no safety or security policy to observe guest activities at all. Ex. 5, Def. 30(b)(6) 66:3–20.

11.  Despite being the motel's manager for over a decade, Mr. Patel testified that he received no training from Tucker Inn and had never received any training regarding safety and security. Ex. 5, Def. 30(b)(6) 16:3–8; 65:15–66:2.

12. Mr. Patel testified that although he had not received any training, he made the decision not to hire security for the Super 8. Ex. 5, Def. 30(b)(6) 65:15–66:2; Ex. 2, Patel Felder Dep. 84:4–13.

13. Though there were security cameras, and Mr. Patel agreed that staff should monitor the cameras, no one at the motel was tasked with monitoring the cameras at all and the motel never told its staff to watch the monitors. Ex. 2, Patel Felder Dep. 59:6–18; 63:20–64:7; Ex. 5, Def. 30(b)(6) 101:24 102:18.

14. D.H.'s security expert agrees the hotel should have actively monitored the security cameras, and the coming and going of people on the property. Ex. 21, Atlas Report at 42, 43.

15. The motel knew that prostitution could attract violent crime and agreed that if there were drug dealers and prostitutes at the motel, then the motel should have security. Ex. 5, Def. 30(b)(6) 97:1–23; Ex. 2, Patel Felder Dep. 63:7–14; 76:20–25.

16. Defendant knew Dekalb County Police conducted prostitution and drug stings at the motel prior to October 2016. Ex. 2, Patel Felder Dep. 93:8–98:24.

17. Dekalb County Police called a meeting of the owners of the Super 8 and the surrounding motels specifically to address the rampant prostitution and crime. Ex. 2, Patel Felder Dep. 99:18–101:25.

18.  Umesh read the online reviews of the motel at all the major web sites every day and was aware of reviews about prostitution, drug dealing, and safety at the motel. Ex. 2, Patel Felder Dep. 79:15–80:2, 84:14–19; Ex. 5, Def. 30(b)(6) 159:4–11, Ex. 11, Online Reviews.

19.  Tucker Inn testified—twice—that not only did it not have security training before this incident, but that as of March 2023, the motel still has no security training or any written training policies. Ex. 5, Def. 30(b)(6) 65:9–24; Ex. 2, Patel Felder Dep. 84:7–13.

20.  In response to a news report regarding an attempted rape and shooting at the Super 8, Mr. Patel maintained that not only would he still not hire security in light of those incidents, but that, "Incidents like this happens all the time. It's a motel and this is part of the routine." Ex. 2, Patel Felder Dep. 180:81:1–181:4.

21.  Defendant testified that it both looks for traffic in a room to root out prostitution, also that Defendant has never once suspected someone of engaging in prostitution at the hotel. Ex. 5, Def. 30(b)(6) 69:11–70:2; 72:12–16.

22.  Defendant has no idea how to identify prostitution, pimps, or sex trafficking. Ex. 5, Def. 30(b)(6) 73:9–18; 76:2–4; 76:9–19; 77:7–13.

23.  Defendant had no idea what sex trafficking was prior to being served this lawsuit in 2022. Ex. 5, Def. 30(b)(6) 75:11–76:4.

24. Defendant does not know how to tell if someone is voluntarily engaging in prostitution or being sex trafficked and knows nothing it could do to find out. Ex. 5, Def. 30(b)(6) 77:7–13.

25. Despite acknowledging that sex trafficking is a risk at any motel, Defendant could identify no signs, no preventative measures, and generally had no idea what to do to address this known risk. Ex. 5, Def. 30(b)(6) 92:3–96:25.

26. Defendant admitted that a motel should have a written human trafficking policy, but also admitted that Tucker Inn does not. Ex. 5, Def. 30(b)(6) 96:8–15.

27. After DH and EM were rescued at the motel, Tucker Inn did not follow either case because it was not interested in learning what happened in either case. Ex. 5, Def. 30(b)(6) 114:5–16.

28. On March 16, 2011, police conducted an undercover prostitution operation. A woman was arrested for prostitution at the Super 8.  Ex. 12, at 1–2.

29. On October 14, 2011, police conducted a prostitution sting at the Super 8. A woman was arrested for prostitution. Ex. 12, at 3–4.

30. On July 11, 2013, police conduct a reverse prostitution operation at the Super 8. A man was arrested for loitering for sex. Ex. 12, at 5–7.

31. On October 23, 2013, police conducted an undercover prostitution operation. A woman was arrested for prostitution at the Super 8. Ex. 12, at 8–9.

32. On December 12, 2013, a man was arrested for keeping a place of prostitution and prostitution at the Super 8. Ex. 12, at 10–13.

33. On December 29, 2013, a man was cited for loitering for sex at the Super 8. Ex. 12, at 14–17.

34. On April 16, 2014, police conducted a police operation targeting females that engage in acts of prostitution. As a result of this operation, a woman was arrested for keeping a place of prostitution and prostitution at the Super 8. Ex. 12, at 18–19.

35. On October 1, 2014, police conducted a pandering operation at the Super 8. A man was arrested for loitering for sex. Ex. 12, at 20–21.

   a. On the same day, police conducted an undercover operation in reference to citizen complaints of prostitution taking place in the area. As a result of this operation, a woman was arrested for prostitution at the Super 8. Ex. 12, at 22–23.

36. On January 2, 2015, police located a minivan with unattended minors in it at the Super 8.   A woman, later identified as their mother, was cited for prostitution at Super 8. Ex. 12, at 24–27.

37. On May 7, 2015:

    a. Police conducted a pandering operation at the Super 8, and a man was arrested after having requested sex from two undercover female officers. Ex. 12, at 28–29.

    b. A second man was arrested after having solicited two undercover female officers for sex at the hotel. Ex. 12, at 30–31.

    c. Police arrested another man at the Super 8 who solicited undercover female officers for sex. Ex. 12, at 32–33.

    d. Another man was arrested after having solicited sex from two undercover female officers. Ex. 12, at 34–35.

    e. A fourth man was arrested after having solicited sex from undercover female officers.  Ex. 12, at 36–37.

    f. a fifth man was at the Super 8 who solicited sex from two undercover female officers. Ex. 12, at 38–39.

38. On May 13, 2015, a woman solicited a plain clothes officer for sex at the Super 8 and was arrested for pandering. The woman was ordered to stay away from the Super 8. Ex. 12, at 40–43.

39. On June 2, 2015, a man was arrested at the Super 8 for impersonating a police officer after he entered the room of known prostitute. Ex. 12, at 44–46.

40. On June 10, 2015, a man was arrested for possession of narcotics at the Super 8 after he was observed transporting several women between the Super 8 and another hotel for the purposes of prostitution. Ex. 12, at 47–49.

41. On August 10, 2015, a man reported being solicited for sex by three men and a woman at the Super 8. During this interaction, the man alleged his cell phone was stolen from his hotel room. Ex. 12, at 50–54.

42. Terique Hall, a "serial rapist" attempted to rape a prostitute at the Super 8 (by then the Americas Best). The woman's pimp, who was also present at the motel, overheard the rape victim screaming and shot at Hall's car as he fled the motel. Ex. 1, at 4–6; Ex. 2, Patel Felder Dep. 178:15–181:5.

43. In another incident discussed in the article, Hall raped and killed a 20-year-old pregnant woman. He hog-tied the woman with zip ties and then tried to videotape himself suffocating her. Ex. 1, at 4–6; Ex. 2, Patel Felder Dep. 178:15–181:5.

44. In 2012, a gang initiation murder occurred at the Super 8 and the victim "was so badly mutilated that the paramedics could not determine his sex or race[.]" Ex. 1, at 7.

45. Before D.H. was trafficked at the Super 8, Tonya Harris lived at the Super 8 in 2014, with two children. Ex. 18, Tonya Harris Dep. 16:5–8; 17:2–7.

46. She witnessed obvious commercial sex—women getting in and out of cars, men pulling up and visiting rooms, and girls scantily dressed. "[I]t was forever rocking. It was always activity, hours a day." Ex. 18, Tonya Harris Dep. 18:3–19; 19:13–15; 26:6–11.

47. Men would drive up to the Super 8 and go into rooms with girls who looked tired and worn out. Other men would pick up girls in the parking lot and drive off with them, and then return the girls to the motel. Ex. 18, Tonya Harris Dep. 21:7–22:6.

48. Tonya Harris saw men she believed were pimps with girls at the motel, calling their girls "bitches" and loitering around the motel. Ex., 18, Tonya Harris Dep. 22:18–24:5.

49. All of this activity was visible from the parking lot and should have been seen by an employee from there. Ex. 18, Tonya Harris Dep. 28:2–6.

50. Ms. Harris witnessed the employees and managers walking the property, and said, "there's no way that you could not have seen what was going on. You may not say anything about it, but it was still obvious." Ex. 18, Tonya Harris Dep. 28:14–29:5.

51. Ms. Harris reported this obvious commercial sex activity to multiple staff members, but the motel did nothing. Ex. 18, Tonya Harris Dep. 35:17–37:13.

52. D.S. was engaged in prostitution at the Super 8 from 2012 through December 2022. She did this while staying at the motel over 500 times. Ex. 13, D.S. Dep. 18:20–19:13.

53. D.S. saw about 20 girls a day engaged in commercial sex at the motel as well as, "drug dealers, pimps, the people who would come and look for the girls or drugs." Ex. 13, D.S. Dep. 19:21–20:16.

54. D.S. said that the back side of the motel was where the illegal activity was concentrated. "There will be sexual activity back here in this corner on this side of the building where steps are. You would come out, you would see condom wrappers and crack pipes and everything like that. . . . I've heard myself sexual activities on the steps back there." Ex. 13, D.S. Dep. 23:6–27:16.

55. Approximately 25 of the motel's 50 rooms were occupied with commercial sex activity. Ex. 13, D.S. Dep. 28:7–20.

56. D.S. saw pimps interacting with victims, including an incident where D.S. overheard a pimp beating a victim to keep her from leaving the motel. D.S. reported the incident to the motel. Ex. 13, D.S. Dep. 33:7–34:14.

57. D.S. was present when a man believed to be an off-duty police officer raped another girl engaged in commercial sex at the motel and she called the police to report the crime. Ex. 13, D.S. Dep. 38:24–43:2.

58. When D.S. first came to the motel, drug dealers and prostitutes told her not to call the police at the motel, but instead to inform the owner, Mr. Patel, of any problems, saying, "Mr. Patel, he doesn't like for you to call the police." Ex. 13, D.S. Dep. 43:18–44:13.

59. D.S. saw girls standing around the motel, wrapped in towels in front of their door, leaning over the balcony, or otherwise openly advertising themselves for sex to men who drove through the parking lot of the motel. Ex. 13, D.S. Dep. 50:3–51:12.

60. D.S. heard Mr. Patel arranging for guests to pay for their rooms late, until they made money from illegal activity like selling drugs or selling sex. This was common in D.S.' experience. Ex. 13, D.S. Dep. 84:13–93:2.

61. Mr. Patel allowed women being sold for sex to pay less rent than men selling drugs at the motel. Ex. 13, D.S. Dep. 84:13–93:2.

62. D.S. saw and heard conversations between Mr. Patel and other guests telling him that they would have his rent money soon because, "I've got a play on the way." This was frequently used language that Mr. Patel understood. Mr. Patel would respond, "Okay. Okay, man. I got you. I know, man. Just come back, man." Ex. 13, D.S. Dep. 84:13–93:2.

63. D.H. saw older women and girls that looked like they were around her age of 15 years old being sold for sex, walking around the motel in skimpy clothes,

men coming to the motel for short times "all day, all night." It was a "whore hotel." Ex. 4, D.H. Dep. 124:25–125:11; 166:15–18; 173:15–174:15; 191:7–19.

64. Between 5–10 times, while she was standing outside at the motel, the 15-year-old witnessed people having sex in the outdoor stairwells. Ex. 4, D.H. Dep. 170:7–14; 190:18–191:6.

65. D.H. was kept in two rooms, 215 and 217, in the back corner of the hotel, which had security cameras on each corner. Ex. 3, Santresia Woods testimony, Brown Trial Transcript Vol. 2 106:3–9; Ex. 5, Def. 30(b)(6) 29:5–12; 101:7–9; 113:15–24.

66. The rooms in which D.H. was trafficked had even more foot traffic than just hers, as two of her sisters were also selling sex during the day. Ex. 4, D.H. Dep. 184:20–25; 186:5–11.

67. D.H. was a very young looking girl. She and her sisters walked around the motel to get food and cigarettes, which she smoked outside the room. Ex. 6, Det. Kennedy Test., Brown Trial Transcript Vol. 3 240:18–19; Ex. 3, Sgt. E. McCowan Test., Brown Trial Transcript Vol. 2 146:7–11.

68. D.H. dressed in lingerie outside at the hotel. Ex. 4, D.H. Dep. 179:20–25.

69. D.H. and her sisters went to the front desk to ask for towels. Ex. 4, D.H. Dep. 254:13–16.

70. Defendant admitted that a lot of men coming to one room was a sign it looks for of prostitution, something the hotel can discern "within one or two days, we can find out." Ex. 5, Def. 30(b)(6) 69:11–70:2.

71. D.H. met another victim of sex trafficking at the motel who was being trafficked by a man there. D.H. heard this victim screaming for help through the walls of the motel when she was being pistol whipped. Ex. 4, D.H. Dep. 175:19–177:17; 188:23–189:23.

72. D.H. kept her head down and acted depressed at the Super 8. Once she went into the front office with her sister to pay for the room that day and a hotel employee said, " . . . you look pretty young, like you look very young. [D.H.] said, I am young. [The employee] said, you look depressed. You walking around here with your head down. You look sad all the time. [D.H.] told her, I am sad[.]" Ex. 4, D.H. Dep.177:18–178:25.

73. During this conversation, the 15-year-old was wearing a lingerie top that covered only her nipples. This top that was very unusual, even for summertime. Ex. 4, D.H. Dep. 179:23–180:11.

74. After this exchange, the employee let D.H. and her trafficker walk out of the hotel lobby. Ex. 4, D.H. Dep.177:18–178:25.

75. D.H. was sold to roughly 20 men per day at the Super 8, or about 140 times in the week she was at the Super 8. Each of the roughly 140 times a man came to

the Super 8 to buy sex with the minor D.H., D.H. stood outside by the back stairs, in full view of the security cameras and showed each buyer to her room. Ex. 3, D.H. testimony, Brown Trial Transcript Vol. 2 35:2–16; Ex. 4, D.H. Dep. 187:23–188:10; 174:16–175:8; 268:23–25; Ex. 5, Def. 30(b)(6) 101:7–9; Ex. 7, D.H. Dec. ¶¶ 3–4.

76. Twenty times a day, a young-looking 15 year old waited outside at the motel for twenty different men to come into her room and stay for a short period, then leave. Ex. 4, D.H. Dep. 187:23–188:10; 268:23–25.

77. D.H. physically appeared sleep deprived around the hotel, owing to the fact that she was sold to men for sex at all hours of the day and night. Ex. 7, D.H. Dec. ¶ 3.

78. D.H. was often beaten at the Super 8 by her trafficker. These beatings left her with visible injuries at the Super 8, including a busted lip, and scratches and bruises all over her body, which were very visible given the revealing lingerie tops she wore around the hotel. Ex. 7, D.H. Dec. ¶ 4.

79. Gibbs, a former Dekalb County investigator with the Internet Crimes Against Children Unit, patrolled and investigated the Super 8 and the surrounding area for years, from 2011–2017. The area was known for prostitution, drugs, and gang activity. Ex. 8, Gibbs Dep. 15:18–24; 17:24–18:2; 20:4–21:24; 38:19–22; 81:7–82:11.

14

80. Officer Gibbs knew the hotel's reputation for commercial sex and investigated numerous sex trafficking cases at the Super 8. Ex. 19, Gibbs Dec. ¶¶ 6, 7.

81. Officer Gibbs investigated and determined that D.H. was a victim of minor sex trafficking at the Super 8, saying, "she looked young. I remember her demeanor, that she was, like, new to it . . . that this was her, like, first experience in this type of activity . . . I remember thinking she had a baby face." Ex. 8, Gibbs Dep. 64:2–65:22; 67:14–17.

82. Gibbs investigated and determined that E.M. was also a minor victim of sex trafficking at the Super 8 in 2017. Ex. 8, Gibbs Dep. 50:25–-61:21.

83. Gibbs testified, "the property managers, the staff who are there are going to be aware of what's going on, and even if they don't know that there is sex happening in the room, they know that this woman is here by herself, you know, where there's a number of people going in and out, or that this woman is here with a male subject who is – who is in and then out when the visitors come, because they're hiding somewhere else while the – while the acts happen. But the people who are on the property are going to know. They're going to know it's happening. It's that obvious. They're going to see the number of visitors that are – that are coming in and out." Ex. 8, Gibbs Dep. 91:21–92:11.

84. Gibbs testified, "I know, based on the victims and the frequency of dates that they're having at these locations, you know, like the one girl [D.H.] had 15 to 20 in a day. That is going to stand out. That's going to stand out and be obvious." Ex. 8, Gibbs Dep. 94:2–6.

85. Gibbs testified, "[I]f you can see what's going on, you have a responsibility to act, and that's what I'm saying. If you allow the commercial sex to happen and think, okay, well, it's just adults doing what they want to do, then that's fine, you are creating a space for juveniles to then be victimized if it's a known area that you can do this[.]" Ex. 8, Gibbs Dep. 106:14–21.

86. In Gibbs' experience, more than 90 percent of people engaged in selling commercial sex are actually being sex trafficked by someone else and "an active commercial sex operation at a hotel is the biggest single red flag for sex trafficking." Ex. 19, Gibbs Dec. ¶ 8.

87. J.J. was trafficked by a violent sex trafficker at the Super 8 for several months in 2016. She was beaten daily at the motel by her trafficker, who also trafficked another victim at the motel. Ex. 14, J.J. Dec., ¶¶ 2–4.

88. J.J. witnessed girls and women being sold for sex all over the property, saying, "Some of the girls truly looked like little girls or early teens made up to look like whores." Ex. 14, J.J. Dec., ¶ 5.

89. J.J. stated that the motel continued to put girls and women being sold for sex on the back side of the motel. Ex. 14, J.J. Dec., ¶ 6.

90. Employees of the motel, including the manager, knew the traffickers operating at the motel well. Ex. 14, J.J. Dec., ¶ 7.

91. The manager knew J.J.'s trafficker so well that when the sex trafficker told the manager to hire J.J. as a housekeeper, the manager did that until the trafficker told her to stop. This also happened with the other victim J.J. was trafficked with. Ex. 14, J.J. Dec., ¶ 7.

92. When J.J. and her trafficker and the other victim were short on money, Defendant would let them pay for their rooms later after making money from being sold for sex. Ex. 14, J.J. Dec., ¶ 8.

93. J.J. and the other victim were eventually rescued by police at the motel and the trafficker was arrested. Ex. 14, J.J. Dec., ¶ 2.

94. Chelsea Lively was at the motel for a little over a week in April 2016 and witnessed rampant prostitution and trafficking. Ex. 15, Lively. Dec., ¶¶ 2–10.

95. Chelsea Lively was next door to a pimp who sold a girl named Victoria at the motel. While Victoria saw more than 10 dates per day, the pimp would leave the room, a man would stay for a short period, then leave and the pimp would return and get the money. Ms. Lively saw the pimp fight and threaten Victoria at the motel. Ex. 15, Lively Dec., ¶¶ 2–3.

96. Ms. Lively saw 8 or more other girls being sold for sex—also on the back side of the motel. About 4 of those girls appeared to be under the age of 18, and all the girls were dressed in skimpy clothes or walking around in their bras. All of the girls Ms. Lively saw selling sex appeared to be seeing even more men per day than Victoria. Ex. 15, Lively. Dec., ¶¶ 2–3.

97. All of the girls Ms. Lively saw being sold for sex at the motel had pimps. The girls acted subservient around the pimps, who all carried guns and acted flashy and flamboyant at the motel. Nearly all the men Ms. Lively saw at the motel were armed, including most of the men coming to the motel to buy sex. She often saw the pimps flashing their guns and waving them over their heads to make sure everyone knew they were armed. Ex. 15, Lively Dec., ¶¶ 5, 7.

98. Ms. Lively saw girls hanging over the balcony upstairs advertising themselves to men who drove through the motel parking lot. Ex. 15, Lively Dec., ¶ 10.

99. Ms. Lively never saw the staff at the motel do anything to address the drugs, prostitution, and guns that were everywhere at the motel. Ex. 15, Lively Dec., ¶ 10.

100. E.M.[1] was another minor victim of sex trafficking at the motel who, in 2017, was rescued by police. Ex., 8, Gibbs Dep. 50:25–-61:21; Ex. 16, E.M. Dep.

---

[1] E.M. is the plaintiff in another case against Defendant, *E.M. v. Tucker Inn, Inc.*, Case No. 1:22-cv-02559-WMR.

105:5; 220:14–24; 147:24; 161:2–24; 247:19–5; Ex. 20, E.M. Police Report.

101. 276. E.M was at the hotel for 2 days in 2017 and saw about 5 dates per day. Ex. 16, E.M. Dep. 220:14–24; 147:24.

102. 277. E.M. saw a lot of traffic coming in and out of the hotel. She was recruited to come to ABVI because the sex business was busy there. Ex. 16, E.M. Dep. 135:15–19.

103. E.M., a minor at the time, was able to check into the hotel using a fake I.D. It was clear from the fake I.D. that the 26-year-old pictured was not the minor E.M. Ex. 16, E.M. Dep. 218:3–20.

104. 279. E.M. was assigned a room at the back side of the motel.  Ex. 16, E.M. Dep. 147:10–12.

105. E.M. saw many girls loitering, walking around in tight clothes and makeup waiting for dates to arrive. This behavior occurred in plain view - no one was hiding. Ex. 16, E.M. Dep. 148:4–17.

106. E.M. and other girls would openly walk past the front office. Ex. 16, E.M. Dep. 149:23–25.

107. E.M. and other young girls were dressed in short clothing, tops and butt cheeks hanging out, and wearing wigs and makeup to look older. Ex. 16, E.M. Dep. 150:11-19.

108. E.M. witnessed cars riding by, going up to girls, and beeping at girls, including herself. Ex. 16, E.M. Dep. 151:15–21.

109. During her time at ABVI, E.M. was threatened by her trafficker with a gun. Ex. 16, E.M. Dep. 156:6–13.

110. E.M. stated that all the activity could be seen on the surveillance cameras in the lobby, that the activity was open and obvious, but the hotel chose to do nothing about it. Ex. 16, E.M. Dep. 219:1–25.

111. The motel was part of a track, where prostitutes commonly worked at the four motels around the intersection, and the Super 8 was busy for prostitution. Witness Vera Williams said, "It's a known track. It's – it's jumping. Yeah, it's a lot of in and out. The tricks would ride through." Ex. 17, Williams Dep. 11:6–23; 15:6-20.

112. Ms. Williams also sold herself for sex primarily on the back side of the motel. Ex. 17, Williams Dep. 15:24–16:9.

113. Vera Williams was stabbed by another prostitute at the hotel during a fight over a buyer. Ex. 17, Williams Dep. 15:24–16:9.

114. Ms. Williams was stabbed numerous times, ran naked and bleeding around the motel, **encountered an employee who did nothing**, and was then taken to the hospital. Ex. 17, Williams Dep. 16:6–17:20.

115. Buyers frequently circled the parking lot of the motel, which had a single entrance and exit, selecting women standing outside to purchase for sex. Ex. 17, Williams Dep. 16:6–17:20.

116. On the weekend, it was common for Ms. Williams to see as many as 20 other girls engaging in commercial sex at the motel. Ex. 17, Williams Dep. 17:21–18:8.

117. Again, at the back of the motel, Ms. Williams witnessed "a pimp dragging a – his ho to the car and telling her to come on, so . . . pulling her from the room to the car . . . He was just like, "Bitch, come on," and all of that." Ex. 17, Williams Dep. 22:7–21.

118. Ms. Williams witnessed many of the girls at the motel interacting with their pimps. "The pimps pull up to the parking lot, drop the ho off and like, I'll be back in X amount of time, you know." Ex. 17, Williams Dep. 23:4–24:1.

119. Ms. Williams saw between 3-8 "dates" per day at the motel, depending on how busy it was. On average, she estimated that she saw 20 cars an hour pull through the motel looking to buy sex. "They would ride through looking like, "Hey," you know, picking whoever they wanted." Ex. 17, Williams Dep. 26:10–27:6.

120. Motel employees did nothing to prevent or deter the commercial sex at the motel. Ex. 17, Williams Dep. 27:12–25.

121. "The main reason why this hotel was so popular to the prostitution ring is because there was no security." Ex. 17, Williams Dep. 28:1–15.

122. Men purchased hour and half hour rooms from Defendant when with Ms. Williams, at all times of day, requesting rooms at the back of the motel, and at times Ms. Williams saw other girls having sex with men in the cars in the parking lot of the motel, in the back. Ex. 17, Williams Dep. 29:9–30:25; 41:1–3.

123. Of the girls and women who were engaged in commercial sex at the motel, Ms. Williams observed that they were anxious, submissive, paranoid, had bruises, dressed inappropriately, had poor hygiene, looked tired, and loitered in the halls and stairwells. Ex. 17, Williams Dep. 42:17–46:20.

124. Ms. Williams saw girls or women at the motel turn their money over to men and saw men in the parking lot monitoring the girls and women day and night at the motel. Ex. 17, Williams Dep. 44:22-25.

Respectfully submitted this 8th day of December, 2023.

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Jonathan S. Tonge*
Patrick J. McDonough
Georgia Bar No. 489855
Jonathan S. Tonge
Georgia Bar No. 303999
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

## **CERTIFICATION**

This is to certify that the foregoing has been prepared with one of the following font and point selections approved by the court in LR 5.1, NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman, 14-point font.

This 8th day of December, 2023.

> **ANDERSEN, TATE, and CARR, P.C.**
>
> */s/ Jonathan S. Tonge* _____
> Patrick J. McDonough
> Georgia Bar No. 489855
> pmcdonough@atclawfirm.com
> Jonathan S. Tonge
> Georgia Bar No. 303999
> jtonge@atclawfirm.com
> *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted this 8th day of December, 2023.

**ANDERSEN, TATE, and CARR, P.C.**

*/s/ Jonathan S. Tonge*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile