IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| D.H., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | 1:22-cv-03419-JPB |
| | : | |
| TUCKER INN INCORPORATED | : | |
| d/b/a SUPER 8 BY WYNDHAM, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**PLAINTIFF'S NOTICE OF FILING EXHIBITS FOR PLAINTIFF'S BRIEF IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff files this Notice of Filing Summary Judgment Exhibits as it relates to Plaintiff's Brief in Support of Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment to assist the Court in its review of the evidence that Plaintiff cites in responding to Defendant's summary judgment motion. Pursuant to Local Rule 56.1(B)(2) Plaintiff is also filing a response to the Defendants' statement of facts as well as Plaintiff's own statement of additional facts which Plaintiff contends are material and present a genuine issue for trial.

In all of Plaintiff's responsive filings, Plaintiff refers to the evidence in the record that is attached to this Notice and listed below by exhibit numbers. Where

1

Plaintiff cites to these exhibits in their filings, she does so with reference to these exhibit numbers, which will mostly be found with specific record citations.

In addition, many of the exhibits listed below contain either confidential information or information prohibited from being filed publicly. As noted below, Plaintiff files only the redacted versions of such documents. Consistent with the Local Rules and per the Judge's Standing Order, Plaintiff is separately filing a motion to seal the unredacted, full copies of any such documents and will be provisionally filing those documents under seal.

Finally, because of technical restrictions, Plaintiff is filing these exhibits in batches and noting in the title of each Notice the range of Exhibits included in that batch.  This first batch contains the following documents:

| Ex. No. | Date | Description | Redacted or Requested to be Sealed |
|---|---|---|---|
| 1 | | News Articles | |
| 2 | | Patel Felder Dep. | |
| 3 | | Brown Trial Transcript Vol. 2 | Redacted excerpts filed; Sealed transcript |
| 4 | | D.H. Dep | Excerpts filed; Sealed transcript |
| 5 | | Def. 30(b)(6) | |

| | | | |
|---|---|---|---|
| 6 | | Brown Trial Transcript Vol. 3 | Redacted excerpts filed; Sealed transcript |
| 7 | | D.H. Dec. | Redacted excerpts filed; Sealed transcript |
| 8 | | Gibbs Dep. | Excerpts filed; Sealed transcript |
| 9 | | D.H. Police Report | |
| 10 | | Frank Brown Sentence | Redacted copy filed; Sealed |
| 11 | | Online Reviews | Redacted copies filed; Sealed |
| 12 | | Incident Reports | |
| 13 | | D.S. Dep. | Redacted excerpts filed; Sealed transcript |
| 14 | | J.J. Dec. | Redacted copy filed; Sealed |
| 15 | | Lively Dec. | |
| 16 | | E.M. Dep. | Excerpts filed; Sealed |
| 17 | | Williams Dep | Excerpts filed; Sealed |
| 18 | | Tonya Harris Dep. | Excerpts filed; Sealed |
| 19 | | Gibbs Dec. | |
| 20 | | E.M. Police Report | |
| 21 | | Atlas Report | Redacted excerpts filed; Sealed |

| 22 | | Folio, exhibit 9, Frank Brown Trial | |

Respectfully submitted this 8th day of December, 2023.

                           **ANDERSEN, TATE, and CARR, P.C.**

                           ***/s/ Jonathan S. Tonge***
                           Patrick J. McDonough
                           Georgia Bar No. 489855
                           pmcdonough@atclawfirm.com
                           Jonathan S. Tonge
                           Georgia Bar No. 303999
                           jtonge@atclawfirm.com
                           *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## **CERTIFICATION**

This is to certify that the foregoing has been prepared with one of the following font and point selections approved by the court in LR 5.1, NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman, 14-point font.

This 8th day of December, 2023.

              **ANDERSEN, TATE, and CARR, P.C.**

              */s/ Jonathan S. Tonge*
              Patrick J. McDonough
              Georgia Bar No. 489855
              pmcdonough@atclawfirm.com
              Jonathan S. Tonge
              Georgia Bar No. 303999
              jtonge@atclawfirm.com
              *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have this day I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record:

Respectfully submitted this 8th day of December, 2023.

                                    **ANDERSEN, TATE, and CARR, P.C.**

                                    ***/s/ Jonathan S. Tonge***
                                    Patrick J. McDonough
                                    Georgia Bar No. 489855
                                    pmcdonough@atclawfirm.com
                                    Jonathan S. Tonge
                                    Georgia Bar No. 303999
                                    jtonge@atclawfirm.com
                                    *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile