LOCAL

# Maid finds body in motel room

By **Carl Willis**January 08, 2012 at 4:23 pm EST




TUCKER, Ga.,None — A maid who was trying to clean a DeKalb County motel room discovered a man's body on the floor.

DeKalb County police were called to the Super 8 Motel on Crescent Centre Boulevard and Lawrenceville Highway on Sunday afternoon. Motel employee Ritesh Gandhi said he was one of the first to take a look at the murder scene after the maid's discovery.

"She opened the door, and she saw the blood and the dead body near the sink," Gandhi said.

He found broken furniture along with clothing, sheets and other items scattered throughout the room.

http://bcove.me/jwquegph

"It looked like there was a fight inside the room," he said.

Crime scene investigators spent the afternoon scouring the scene for clues. They said it wasn't clear how the victim ended up there.

"We're waiting for the medical examiner to come up with a cause of death, but it's an obvious homicide," said DeKalb police Lt. D.A. Steward.

Steward said the victim had clear signs of trauma to the head. He wouldn't say what was used but said investigators were able to recover what they believed to be the murder weapon in the room.

On Sunday night, the victim was still unidentified and there were no suspects.

"We're still canvassing, getting some information on who was in the adjacent rooms to see if anyone heard anything," Steward said.

Date Accessed: 2022-12-27

Link: https://www.wsbtv.com/news/local/maid-finds-body-motel-room/242641150/

# Man Killed at Tucker Hotel

A man was found dead in his room this afternoon, a probable homicide, police said.

Kevin Madigan, Patch Staff

Posted Mon, Jan 9, 2012 at 12:50 am ET | Updated Mon, Jan 9, 2012 at 12:03 pm ET

An unidentified adult male was found deceased in a Tucker hotel room, according to a statement from the DeKalb County Police Department, which has classified the incident as a homicide.

Lt. D. A. Steward of the Criminal Investigation Division said that the body was found by a maid when she arrived to clean the room at the , located at 1600 Crescent Centre Boulevard in Tucker.

Police have no leads or suspects at this time. Patch will have more information on the case as it becomes available.

Date Accessed: 2022-12-1

Date Posted: 2012-01-09

Link: https://patch.com/georgia/tucker/man-killed-in-tucker-hotel

# 'Serial rapist' tried to film murder of DeKalb woman, official says



Caption

DEKALB COUNTY

**By Joshua Sharpe, The Atlanta Journal-Constitution**

Dec 14, 2016

With every allegation from the prosecutor's lips came a response from the courtroom gallery.

A grunt, a sign, a moan — utter disgust at tales of the zip ties carried by the "serial rapist and murderer," the black bandannas stuffed in victims' mouths, the pictures taken of dark moments in DeKalb and Fulton counties.

One woman got up and fled the courtroom.

DeKalb prosecutor Dalia Racine revealed the details Wednesday during a hearing for suspect Terique Hall, 24, of Atlanta.

Racine repeatedly called Hall a "serial rapist." The deputy chief assistant district attorney detailed a nine-day spree in early November in which Hall allegedly committed three rapes, one attempted rape and the chilling murder of a 20-year-old pregnant woman.

Hall tried to video tape himself suffocating the hog-tied woman, Ashley Mays, in her room at Quality Inn and Suites outside Lithonia, the prosecutor said.
Hall — who worked driving seniors and the disabled for MV Transportation, a contract firm whose customers include MARTA — asked for Wednesday's hearing. He wanted a judge to let him bond out of the DeKalb County jail.

Judge Winston Bethel took only seconds to deny the request, citing the gravity of the allegations.

Racine said the victims had all advertised escort services on backpage.com. The string of assaults got concerning enough that, while police were searching for the suspect, they cold-called escorts from the site just to warn them.

Michael Mays told The Atlanta Journal-Constitution his late daughter was a promising young woman but adrift. He tried to talk to her, but Ashley Mays believed past blemishes on her record made prospects of legitimate work few.

A long-haul trucker, the father, 44, had to work Wednesday and couldn't attend the hearing.

"For the first few weeks it was bad," he said from the cab of his truck in Louisiana. "The only reason I'm handling it now is I'm back driving the truck. Every once in a while I drift and cry."

But he wants to hear the details of what happened to his daughter and her unborn child, who didn't survive. He's hoping the case might help spread the word to young women about the dangers of backpage.com and sites like it.

As Racine told it, the dangers played out grimly for the four women Hall met last month.

The first victim said she was assaulted on Nov. 9 at an East Point hotel.

On Nov. 11, at a townhome near Lithonia, Hall allegedly poured bleach on a woman after raping her and told her she was "lucky" he didn't also have rubbing alcohol. The combination would've made chloroform.

Three days later, a pimp overheard a prostitute scream during an attempted rape at America's Best hotel in the Northlake area. The pimp shot the attacker's car as he fled, Racine said.

Ashley Mays, who was 4-months pregnant and leaves behind a 3-year-old, died Nov. 18. The prosecutor said Hall's cell phone contained a picture of Mays bound and gagged.

Authorities are waiting for a report from a doctor to decide whether to charge him with the death of the fetus.

Racine said Hall was connected to the crime spree through surveillance video, witness accounts and the cell phone used to contact the women.

It was a Wi-Fi phone, which had been reloaded with anonymously registered prepaid debit cards. There were attempts to conceal whose phone it was, Racine said.

But the number was connected to an email address, which began with: "teriquehall."

Date Assessed: 2022-12-07
Date of Article: 2016-12-14
Link: https://www.ajc.com/news/local/serial-rapist-tried-film-murder-dekalb-woman-official-says/T5dXGOMOk2AbJ3ZE7eo5JJ/

The Atlanta Journal-Constitution

Local News Georgia Politics Dangerous Dealings Opinion EPaper Sports Newsletters

Stay informed and know what's really going on. Subscribe for 99¢.

# DeKalb gang member sentenced to life, family remembers life he took



CRIME & PUBLIC SAFETY

By Christian Boone, The Atlanta Journal-Constitution

Sept 25, 2015

Advertisement






The Atlanta Journal-Constitution is providing this content as part of our public service mission. Please support real, local journalism by subscribing today.

Robert Ross, born in the middle, was the conciliator among his five siblings — a full-time job.

When he moved away to Atlanta, the family suffered, two of his sisters said Friday.

"He was the peacemaker whenever we got into it, and we always did," said older sister Cassandra Riley.

Advertisement

Country Hearth Inn & Suites Marietta From $85 Book Now
Studio 6 Tucker, GA - Atlanta Northlake From $99 Book Now
Days Inn & Suites by Wyndham Tucker/Northlake From $85 Book Now
Tripadvisor
Lock in the Best Deals Today

*Article continues below*



ADVERTISER CONTENT
First Look: The First-Ever All-Electric Blazer EV [Watch]
By Chevrolet

For that very reason, Ross briefly returned to Chicago but ended up back in Atlanta in 2011, hoping for "a fresh start."

Within two months, the 46 year old was dead, brutally assaulted as part of a gang initiation by three young men he didn't know. His body, discovered in a Tucker motel room, was so badly mutilated that paramedics could not determine his sex or race, according to prosecutors.

ADVERTISING





Replay

On Friday, Darrius Aderhold, 25, accepted a plea deal to forego a death penalty trial, following the lead of his two accomplices, Jonathan Ray and Christopher Foreman, who took plea deals earlier this year. All three were sentenced to life in prison, with Aderhold receiving an extra 25 years.

"I want to apologize for victim's family for a situation that shouldn't have taken place," Aderhold said after sentencing. "I'm not asking for their forgiveness because I don't think they should. I just feel in my heart I should say I'm sorry."

Ross' sisters weren't ready to accept his amends.

"I truly hope he is getting some rehabilitation while he is locked up," Riley said. "I think he still has a long way to go."

Yolanda Ross, the youngest of the six siblings, found Aderhold's apology insincere.

"You never saw one tear fall," she said.

Advertisement

Tripadvisor
Country Hearth Inn & Suites Marietta Marietta from $85 Book Now
Masters Inn Tucker Tucker from $78 Book Now
Days Inn & Suites by Wyndham Stockbridge South Atlanta Stockbridge from $108 Book Now
Baymont by Wyndham Marietta/Atlanta North Marietta from $74 Book Now

Tears are a daily reality for Ross' family. Their mother, 72, hurts the most, say her daughters.

"He was the favorite," Riley said, her sister nodding in agreement.

Mother and son talked on the phone daily. In fact, Mary Rogers and her second husband had planned to move Atlanta to retire be close to Robert, or Andre as he was called by his family. He was already looking for a place for them to live.

Rogers was in court when Ray and Foreman were sentenced. There, she heard the details of how her son died, tied to a chair, beaten with a clothes iron. Yolanda Ross said she couldn't stand to go through that again.

"I left with a picture in my head that I'll never forget how my son suffered the last hours of his life. I nearly lost my mind," Rogers said in a victim impact statement read by Yolanda Ross.

The callousness of Ross' death was tragic enough. The reason for it was just as senseless.

According to DeKalb Deputy Chief District Attorney Anna Cross, the three killers had come to Midtown on Jan. 7, 2012 knowing it was an area popular with gay men, who they considered "easy targets."

They encountered Ross, asking him for a ride back to their motel where, according to prosecutors, they intended to see whether Foreman was truly Bloods material. Kill someone and you're in. Ross was their guinea pig.

DeKalb District Attorney Robert James said Ross' murder underscores "the increase in gang-related activities in DeKalb and surrounding counties."

It's a problem Ross' family knows well, living in Chicago.

"It's like an epidemic," Riley said. "You become numb to it, like it's the norm. We have to reach our young people."

Meanwhile, Ross' sisters say the family is trying to stick together. They recently held their first family reunion since Andre's death.

"We needed him," Riley said.

## About the Author

**Christian Boone**

A native Atlantan, Boone joined the AJC staff in 2007. He quickly carved out a niche covering crime stories, assuming the public safety beat in 2014. He's covered some of the biggest trials this decade, from Hemy Neuman to Ross Harris to Chip Olsen, the latter of which was featured on Season 7 of the AJC's award-winning "Breakdown" podcast.

## Editors' Picks



The Braves have an All-Star third baseman again. His name is Austin Riley

5 things we learned from Georgia's turn at SEC Media Days
22m ago

Federal court says Georgia's anti-abortion law should be allowed to take effect
15m ago

Judge orders Giuliani to testify before Fulton grand jury

## The Latest

DeKalb police seeking 3 suspects in theft of car with 91-year-old inside

Sandy Springs police announce arrests in celebrity home invasions

Police searching for 4 suspects in armed robbery in Waffle House parking lot
2h ago

## Featured

Dress Jones' high school baseball coach: He was born to be the top pick

Legal arguments in judges' hands as Georgia awaits abortion ruling

How the AJC covered the 1999 death of 6-year-old William DaShawn Hamilton

CONTENT BY Taboola Feed





SUV Deals | Search Ads | Sponsored
Duluth: Unsold Never-Driven Cars Now Almost Being Given...

Alaska Cruise Deals | sponsored searches | Sponsored
Empty Alaska Cruise Cabins Cost Almost Nothing

Horizontimes | Sponsored
Caitlyn Jenner's No Makeup Photos Confirm the Rumors

In Home Care Services For Seniors | Search Ads
New Senior Living Homes In Duluth Are Leaving Seniors...

Camper Van Warehouse | Search Ads | Sponsored
Most Affordable Camper Vans





Senior Living Options | Search Ads | Sponsored
New Senior Apartments Near Duluth (Take A Look At The...

Hyundai Palisade SUV Sales | Sponsored
The New Hyundai Palisade Is Nearly Unrecognizable

Livestly | Sponsored
Pics Show Just How Far Out Hippies Were

Stair Lifts | Search Ads | Sponsored
New Shaftless Stair Lifts (Take a Look at the Prices)

bonvoyaged.com | Sponsored
If You Get 15/20 Your IQ Is 145

Senior Discounts By National Penny
Here Are 7 Legal Discounts Seniors Only..

BetterBe | Sponsored
Use Vinegar For These Home Hacks, Watch...

acquter.com | Sponsored
We are selling off our remaining magic metal...

Housing Lover | Sponsored
Bride's Family Laugh At Groom's Father For...





The Motley Fool | Sponsored
Omaha legend puts $91 billion on one 5G stock

Elle | Sponsored
56 Gloriously Awkward Photos Of Celebrities At Prom

US To Antarctica Cruise Deals | Sponsored
Unsold Luxury Suites On Antarctica Cruises From The US

Narcolepsy | Search Ads | Sponsored
What Causes Excessive Daytime Sleepiness? Some May Wish Th...

Excellent Town | Sponsored
Tiger Wood's Ex-wife Turns 42, Hold Your Heart Before You See...





Lady Great | Sponsored
Double Treasure: Ben's Pregnant Mare Gives...

Tip Parents | Sponsored
Pole Vaulter Gave Fans A Little Too Much

New E-Bikes | Search Ads | Sponsored
Duluth: E-Bikes Clearance Sale: See...

Online Shopping Tools | Sponsored
Amazon Left Scrambling As Shoppers Find Out...



Brake For It | Sponsored
The Worst Muscle Cars Of All Time, Ranked In Order

Our Health Depot | Sponsored
Meet the Wives of the Richest Men Alive

Senior Offers | Search Ads | Sponsored
The Best SUVs For Seniors

Psoriasis Of The Scalp | Search Ads | Sponsored
What Causes Psoriasis of The Scalp - It's Not What You Think

Save America | Sponsored
Would You Vote For Trump A Third Time?







Ear Today | Sponsored
Seniors With Hearing Loss in Georgia Regret Not Knowing Thi...

Medicare Observer 2 | Sponsored
Eddie Murphy's Daughter Has Grown Up, Sit Down Before You..

MS | Search Ads | Sponsored
Red Flag Signs of Multiple Sclerosis (MS) Many May Not B...

Soo-healthy.com | Sponsored
Horse refuses to give birth - when the vet see...

Definition | Sponsored
NFL Legends Who Are Broke Now

Auto Savings Center | Search Ads
Volvo Has Done It Again. This Year's Lineup Left...

Elle | Sponsored
What Celebrities Look Like Without Their...

Beach Raider | Sponsored
Amazing Photos You Absolutely Need To See

Housediver | Sponsored
10 Food That Unclog Arteries (Most People Ignore)

hiplatina | Sponsored
El Chapo's Wife Emma Coronel Aispuro Sentenced to 3 Years in...



The Atlanta Journal-Constitution

Subscribe Today

ABOUT
Help Center
About the Atlanta Journal-Constitution
Newsroom Ethics Code
Careers
Archive
Press On
Donate

CONTACT US
Contact Us
Send a News Tip
Advertise
AJC Newsroom

OUR PRODUCTS
ePaper
Newsletters
All AJC Podcasts
Download iOS App
Download Android App

SUBSCRIPTION
Print Subscription
Digital Subscription
Manage Subscription
Your Profile
NIE/Newspapers in Education

© 2022 The Atlanta Journal-Constitution. All Rights Reserved.

By using this website, you accept the terms of our Terms of Use, Privacy Policy, CCPA, and understand your options regarding Ad Choices.

Learn about Careers at Cox Enterprises.



Back to Top

# Man Killed at Tucker Hotel

A man was found dead in his room this afternoon, a probable homicide, police said.

Kevin Madigan, Patch Staff

Posted Mon, Jan 9, 2012 at 12:50 am ET | Updated Mon, Jan 9, 2012 at 12:03 pm ET

An unidentified adult male was found deceased in a Tucker hotel room, according to a statement from the DeKalb County Police Department, which has classified the incident as a homicide.

Lt. D. A. Steward of the Criminal Investigation Division said that the body was found by a maid when she arrived to clean the room at the , located at 1600 Crescent Centre Boulevard in Tucker.

Police have no leads or suspects at this time. Patch will have more information on the case as it becomes available.

Date Accessed: 2022-12-1

Date Posted: 2012-01-09

Link: https://patch.com/georgia/tucker/man-killed-in-tucker-hotel

# 2 men shot at Tucker hotel; one critical

Police believe that an argument between two men at the America's Best Value Inn could have escalated to shooting each other




**Police believe that an argument between two men at the America's Best Value Inn may have escalated to shooting each other.**
Author: Jessica Noll
Published: 10/27/2016 9:38:27 AM
Updated: 12:14 PM EDT October 27, 2016

TUCKER, Ga. -- Police believe that an argument between two men at the America's Best Value Inn parking lot may have escalated to shooting each other.

The shooting happened around 2:30 a.m. at 1600 Crescent Center Blvd on Thursday.

DeKalb Police found a 45-year-old man shot in the chest and a 39-year-old male shot in the leg. The man shot in the chest is in critical condition at Grady Hospital. The man shot in the leg showed up at DeKalb Medical Center shortly after the shooting. He is being interviewed by police along with other witnesses.




Detectives are working to identify one additional person who may be involved in the shooting. So far, no charges have been filed.

Date Accessed: 2022-12-1

Date Posted: 2016-10-27

Link: https://www.11alive.com/article/news/local/2-men-shot-at-tucker-hotel-one-critical/85-342937728

# DeKalb rapist admits suffocating pregnant woman, 20, from backpage.com




DEKALB COUNTY

**By Joshua Sharpe, The Atlanta Journal-Constitution**

Oct 5, 2017

While this article is provided as part of our public service mission, we offer much more. Stay informed with today's special offer: just 99¢ for 3 months of unlimited access! Subscribe now.

For over a week last year, Terique Hall unleashed cruelty on women in DeKalb County.



He liked to bind their limbs with zip ties, silence them with a black bandanna and take pictures as he raped them, authorities have said. One woman, 20-year-old Ashley Mays, who was pregnant, died as he suffocated her in a cheap hotel.

He pleaded guilty Wednesday to murder and sexual crimes. Judge Tangela Barrie sentenced Hall, a 25-year-old who used to drive a MARTA Mobility bus, to two life terms plus five years.



By Kroger

**ADVERTISER CONTENT**

These recipes put a twist on Christmas dinner

Hall had met the women on backpage, a website frequented by women who sell their bodies and men who want to pay for them.

Some men want more.

ADVERTISING

“This case underscores the dangers associated with sex trafficking,” said District Attorney Sherry Boston. “It is neither a one-dimensional issue nor a victimless crime. Defendant Hall preyed upon these women and attacked when they were most vulnerable.”

Hall killed Mays at Quality Inn and Suites on Snapfinger Park Drive on Nov. 18. Security cameras recorded him entering the room and leaving calmly an hour later, the district attorney’s office said in a statement detailing the case.

> RELATED: DeKalb man charged with murder over stolen wallet accusation
>
> RELATED: Many questions in DeKalb after man dies and no one notices
>
> RELATED: Murder suspect back in DeKalb after getting bond, heading to Mexico

The cleaning staff found her. She was nine weeks pregnant.

Michael Mays, the victim's father, told The Atlanta Journal-Constitution later that his daughter was a promising young woman but adrift. He tried to talk to her, but she believed past blemishes on her record made prospects of legitimate work few.

After her death, the family hurt. The father, a long-haul trucker, had to go back to work to keep himself from crying. It worked sometimes.

Seven days prior to the 20-year-old's death, Hall attacked another woman in her Lithonia townhome. He stole electronics and money before fleeing the scene.

Three days after that, Hall tried to attack another woman at the America's Best Value Inn in Tucker. Her pimp pulled a gun, leading to a gunfight.

Hall ran away.

He was connected to the crimes through a phone.

It was a Wi-Fi phone, which had been reloaded with anonymously registered prepaid debit cards.

But the number was connected to an email address.

It began: "teriquehall."