Case 1:22-cv-03419-JPB   Document 115-2   Filed 12/08/23   Page 1 of 11

Eric Felder vs.
Tucker Inn Incorporated, et al.

UMESH PATEL
October 25, 2018

Page 57

1  system.
2  BY MR. RICE:
3   Q   Okay. Who did you purchase it from?
4   A   (The Witness) We buy it at Costco.
5       THE INTERPRETER: We bought it from
6  Costco.
7  BY MR. RICE:
8   Q   Who installed it?
9   A   (The Witness) I install that.
10      THE INTERPRETER: I installed it.
11 BY MR. RICE:
12  Q   And you also mentioned lighting. When did
13 you call Georgia Power for improved lighting?
14  A   (The Witness) 2014.
15      THE INTERPRETER: 2014.
16 BY MR. RICE:
17  Q   And when was it -- was it also done in
18 2014?
19  A   (The Witness) Yeah, 2014.
20      THE INTERPRETER: Yes, it was done in
21   2014.
22 BY MR. RICE:
23  Q   Did that include the area where the
24 shooting occurred?
25  A   (The Witness) Yeah.

Page 58

1       THE INTERPRETER: Yes. In the same area
2   we installed a new pole.
3  BY MR. RICE:
4   Q   Okay. Are the cameras hidden cameras?
5   A   (The Witness) No.
6       THE INTERPRETER: No.
7  BY MR. RICE:
8   Q   Okay. Have there ever been any signs at
9  any time you've worked on the property that are
10 intended to inform people that there's security
11 cameras?
12  A   (The Witness) Yeah.
13      THE INTERPRETER: Yes.
14 BY MR. RICE:
15  Q   Where were those signs located at the time
16 of the shooting?
17  A   (The Witness) In the main door.
18      THE INTERPRETER: At the main door.
19 BY MR. RICE:
20  Q   Inside or outside?
21  A   Outside.
22  Q   Okay. Anywhere else?
23  A   No.
24  Q   If I go out there now is it the same sign
25 now that was back there at the time of the shooting?

Page 59

1   A   Yes.
2   Q   Is the camera that recorded this shooting
3  in the same location now as it was at the time of the
4  shooting?
5   A   Yes.
6   Q   Okay. Is the desk clerk's job to monitor
7  those cameras?
8   A   (The Witness) No.
9       THE INTERPRETER: No.
10 BY MR. RICE:
11  Q   Okay. Does anyone monitor -- so let me
12 back up. I apologize, Umesh.
13      No one monitors the cameras; is that fair?
14      MR. LUDWIG: Object to form.
15 BY THE WITNESS: (Through the Interpreter)
16  A   No.
17  Q   That's true?
18  A   (The Witness) Yeah.
19  Q   Okay. The cameras as they existed at the
20 time of the shooting, the four cameras, what do they
21 show?
22  A   Any incident that used to happen used --
23 will used to get recorded.
24  Q   Okay. I'm trying to find out, Umesh, the
25 physical locations. I know the one where the

Page 60

1  shooting happened covered the parking lot. Where did
2  the other three cover?
3   A   One was in the office and -- and the three
4  corners.
5       THE WITNESS: Yeah.
6       THE INTERPRETER: One was in the office,
7   other three were in -- in the -- in the corners.
8  BY MR. RICE:
9   Q   Okay. One was located inside the office
10 covering the front desk?
11  A   Yes.
12  Q   Okay. And a second one covered the area
13 that's shown on the shooting?
14  A   Yes.
15  Q   And then did the other two cover a similar
16 view from different locations including the parking
17 lot?
18  A   Parking lot.
19  Q   Is -- are those cameras, can you control
20 them, what people call pan those cameras, focus in,
21 focus out?
22  A   No.
23  Q   Do the new ones?
24  A   No.
25  Q   Do you -- is the -- is the photograph

Page 61

1　better on the new ones?
2　　A　Yeah.
3　　　THE INTERPRETER: Yes.
4　BY MR. RICE:
5　　Q　Okay. Can you move the new one?
6　　A　(The Witness) Yeah.
7　　　THE INTERPRETER: Are you asking --
8　　　THE WITNESS: Zoom --
9　　　THE INTERPRETER: -- about the --
10　　　THE WITNESS: Zoom in, zoom out.
11　BY MR. RICE:
12　　Q　Yeah, zoom in.
13　　A　(The Witness) Zoom in, zoom out.
14　　Q　Okay. Do the old ones, can you zoom in,
15　zoom out?
16　　A　(The Witness) Yeah.
17　　Q　Okay. How do you zoom in? Can you zoom
18　in and zoom out on the old ones from the front desk?
19　　A　(The Witness) Old one, no.
20　　Q　Just the new ones?
21　　A　(The Witness) On new.
22　　Q　Okay. The -- before you got the new
23　cameras, so when -- when you had four cameras, if the
24　person at the front desk wanted to, could they
25　observe what was going on in the parking lot by

Page 62

1　viewing those three cameras?
2　　A　Yeah.
3　　　THE INTERPRETER: Yes.
4　BY MR. RICE:
5　　Q　Okay. If there was something -- some type
6　of crime, whether it's drug deals or prostitutions or
7　any type of crime at all, if it was occurring in the
8　parking lot, it would be visible on that camera?
9　　A　Yes.
10　　Q　Okay. Did you want the desk clerk to be
11　aware if anything like that was going on or suspected
12　of being going on?
13　　A　Yes.
14　　Q　Okay. And if they suspected, even if they
15　didn't know for sure but they suspected something
16　like that was going on, they should immediately call
17　9-1-1?
18　　A　H..
19　　　MR. LUDWIG: Object to form.
20　BY MR. RICE:
21　　Q　Okay. Is that because buying and selling
22　drugs can attract additional crime to the property.
23　　　MR. LUDWIG: Object to form.
24　BY THE WITNESS: (Through the Interpreter)
25　　A　Yes.

Page 63

1　　Q　And buying or selling drugs can attract
2　crimes of violence that involve weapons like guns and
3　knives, correct?
4　　　MR. LUDWIG: Object to form.
5　BY THE WITNESS: (Through the Interpreter)
6　　A　Yes.
7　　Q　And prostitution can also attract violent
8　crime, too, correct?
9　　　MR. LUDWIG: Object to form.
10　BY THE WITNESS: (Through the Interpreter)
11　　A　Yes.
12　　Q　Okay. And that can involve things like
13　guns, knives, things of that nature?
14　　A　Yes.
15　　Q　And is that one of the reasons it's
16　critically important to know what's going on at night
17　in the parking lot before the shooting?
18　　　MR. LUDWIG: Object to form.
19　BY THE WITNESS: (Through the Interpreter)
20　　A　We had never -- we had never told them to
21　watch the monitors, but if they wanted to they can
22　see it.
23　　Q　Sure. And -- and I appreciate that. My
24　question is, because you've -- my recollection is you
25　just testified that drug dealing and prostitution can

Page 64

1　attract violent crime. Is that a reason why it's
2　very important to monitor those cameras to know if
3　that may be going on in the parking lot before the
4　shooting?
5　　　MR. LUDWIG: Object to form.
6　BY THE WITNESS: (Through the Interpreter)
7　　A　Yes, they should.
8　　Q　Okay. Why didn't anyone ever -- when you
9　were the desk clerk when you would fill in for
10　Mr. Gandhi, would you monitor the cameras at night?
11　　A　(The Witness) Sometime.
12　　Q　Okay. And would you do that because you
13　were bored or would you do that because you wanted to
14　know what was going on in the parking lot?
15　　A　Nothing like that.
16　　Q　Why would you monitor them?
17　　A　(The Witness) Everything is okay.
18　Sometimes I watch that everything is working fine.
19　　　THE INTERPRETER: I just watch it to make
20　　sure everything is working fine.
21　BY MR. RICE:
22　　Q　Okay. Other than checking people in and
23　out, did the desk clerk have anything to do during
24　the -- after 5:00 o'clock?
25　　A　(The Witness) No.

Case 1:22-cv-03419-JPB   Document 115-2   Filed 12/08/23   Page 3 of 11

Eric Felder vs.
Tucker Inn Incorporated, et al.

UMESH PATEL
October 25, 2018

Page 73

1  Q   Okay. Do you agree that security guards
2  can deter crime at a property?
3        MR. LUDWIG: Object to form.
4  BY THE WITNESS:
5  A   (The Witness) I'm not sure.
6        THE INTERPRETER: I'm not sure.
7  BY MR. RICE:
8  Q   Okay. Why did you think -- earlier you
9  testified that you thought having security at the
10 Motel 6 was a -- a good idea, correct?
11 A   It is correct for that type of location.
12 Q   And when you -- what is -- when you say
13 that type of location, what do you mean?
14 A   Tucker Inn is just one building. The
15 other place was multiple buildings and it was spread
16 out.
17 Q   Okay. How many buildings was the Motel 6?
18 A   (The Witness) Six.
19       THE INTERPRETER: Six.
20 BY MR. RICE:
21 Q   How many rooms total?
22 A   (The Witness) Hundred and five.
23       THE INTERPRETER: Hundred and five?
24       THE WITNESS: Yeah.
25 BY MR. RICE:

Page 74

1  Q   Okay. And how many are at the Tucker Inn,
2  like --
3  A   Fifty.
4  Q   Okay. So it was twice as big?
5  A   (The Witness) Yeah.
6  Q   And how many security guards were
7  typically at the Motel 6?
8  A   One.
9  Q   Okay. So at what point do you think the
10 number of rooms indicates a need for a hotel -- I
11 mean, a security guard?
12       MR. LUDWIG: Object to form.
13 BY THE WITNESS: (Through the Interpreter)
14 A   I can't tell you.
15 Q   Earlier I think you described the crime at
16 or around the Motel 6 as medium. How would you
17 describe, at the time of the shooting, the crime in
18 and around the Tucker Inn?
19 A   I can't figure that out.
20 Q   Why not?
21 A   I can't tell you.
22 Q   Okay. How did you figure out that it was
23 medium crime at the Motel 6?
24 A   (The Witness) I can't tell you that.
25       THE INTERPRETER: I can't tell you.

Page 75

1  BY MR. RICE:
2  Q   Did you know that there were --
3  prostitution going on at this Tucker Inn before
4  Mr. Felder was shot?
5        MR. LUDWIG: Object to form.
6  BY THE WITNESS: (Through the Interpreter)
7  A   I can't tell you.
8  Q   Okay. Well, and I'm not trying to be
9  difficult, Umesh, but I'm trying to ask you either --
10 either you did or you -- you didn't know.
11 A   I -- I -- I don't know.
12 Q   Okay. Did anyone ever tell you before the
13 shooting that there was prostitution or suspected
14 that there was prostitution at the Tucker Inn?
15 A   (The Witness) No.
16       THE INTERPRETER: No.
17 BY MR. RICE:
18 Q   Did you know that according to the police
19 reports there was -- multiple people had been
20 arrested for buying or selling drugs before the
21 shooting at the Tucker Inn?
22       MR. LUDWIG: Object to form.
23 BY THE WITNESS: (Through the Interpreter)
24 A   I did not know.
25 Q   Okay. If you did know, if you assume this

Page 76

1  is true, that before Mr. Felder was shot in October
2  of 2016 that the hotel was being used for
3  prostitution, which you said earlier attracted
4  violent crime, and it was used to be -- buy and sell
5  illegal drugs, which you testified earlier could
6  attract violent crime, wouldn't you want security
7  there?
8        MR. LUDWIG: Object to form.
9        THE INTERPRETER: Repeat the last
10   sentence. I'm sorry, I was --
11       MR. RICE: It's okay. I don't know how
12   far you got, but...
13 BY MR. RICE:
14 Q   Assuming that your understanding is
15 correct, can you tell me all the reasons you would
16 not want security there?
17 A   (The Witness) No.
18       THE INTERPRETER: No.
19 BY MR. RICE:
20 Q   Okay. It would be a good idea to have
21 security there if there's drug dealers and
22 prostitutes, correct?
23       MR. LUDWIG: Object to form.
24 BY THE WITNESS:
25 A   (The Witness) Yeah.

Case 1:22-cv-03419-JPB   Document 115-2   Filed 12/08/23   Page 4 of 11

Eric Felder vs.
Tucker Inn Incorporated, et al.
UMESH PATEL
October 25, 2018

Page 77

1  THE INTERPRETER: Yes.
2  BY MR. RICE:
3    Q   Did anyone ever suggest that there should
4  be security before Mr. Felder was shot?
5    A   (The Witness) No.
6    THE INTERPRETER: No.
7  BY MR. RICE:
8    Q   Was there ever any discussion about having
9  security there at all before the shooting?
10   A   (The Witness) No.
11   THE INTERPRETER: No.
12 BY MR. RICE:
13   Q   Okay. As --
14   MR. LUDWIG: Jimmy -- Jimmy, I just want
15 to clarify since we have an interpreter. I want
16 to make sure, when you say security you mean a
17 security guard?
18   MR. RICE: Yes. You understand I'm
19 talking about security --
20   THE WITNESS: Yeah.
21   MR. LUDWIG: I think he needs to
22 understand that, 'cause I think --
23   MR. RICE: Okay.
24   MR. LUDWIG: I was -- my opinion is there
25 was security, but I'm not --

Page 78

1    MR. RICE: Okay.
2    MR. LUDWIG: I wanted to make sure that
3  we're --
4    MR. RICE: Yeah.
5    MR. LUDWIG: -- clear.
6    MR. RICE: Yeah.
7    THE INTERPRETER: There is security
8  (inaudible), not just security guard?
9    THE WITNESS: Yeah.
10 BY MR. RICE:
11   Q   Okay. So when I was asking you questions
12 about security you understood security guard, okay.
13       As the -- one of the owners of the
14 corporation which owns the hotel, one of the things I
15 do when I go somewhere is I look on Yelp or Trip
16 Advisor to see if I'm staying in a nice place. Do
17 you understand people that stay in hotels always do
18 that, too?
19   A   Yes.
20   Q   And it's important for my law firm,
21 Elizabeth's law firm, everybody's looking at --
22   A   (The Witness) Yeah, yeah.
23   Q   -- reviews. Okay.
24   A   (The Witness) You're right.
25   Q   That's a pretty big thing these days,

Page 79

1  correct?
2    A   Yes.
3    Q   Okay.
4    A   (The Witness) They always checking the
5  review and -- and they will still -- are booking the
6  rooms.
7    THE INTERPRETER: They always check the
8  reviews before booking the room.
9  BY MR. RICE:
10   Q   Right. And since you've worked at this
11 Tucker Inn, you understand that it's important to get
12 good reviews, clean, nice people, good breakfast,
13 things like that, correct?
14   A   (The Witness) Right.
15   Q   Okay. And because of that, is one of your
16 jobs as the owners -- as the owner since you've been
17 working there to always check reviews on Trip Advisor
18 or Yelp, Expedia, Hotel.com?
19   A   (The Witness) Yes.
20   Q   Okay. And do you do that once a day or
21 once a week?
22   A   (The Witness) Every day.
23   THE INTERPRETER: Every day.
24 BY MR. RICE:
25   Q   So every day you review Yelp, Travelocity,

Page 80

1  Expedia?
2    A   (The Witness) Yes.
3    Q   Okay. And do you ever print those off?
4    A   (The Witness) No.
5    THE INTERPRETER: No.
6  BY MR. RICE:
7    Q   Okay. In the years since you've been
8  working there and checking the various reviews on
9  Travelocity, Yelp, Hotel.com, Expedia, have you ever
10 seen anyone complain that they were concerned about
11 their security or safety?
12   A   (The Witness) No.
13   Q   Okay. You can -- when you read those, you
14 can -- I assume just because you've been in the
15 United States so long, you can read English, correct?
16   A   (The Witness) Yes.
17   Q   Okay. And if you couldn't understand a
18 word you would ask somebody that speaks perfect
19 English to interpret?
20   A   (The Witness) Yes, yes.
21   Q   Okay. And during your time in all your
22 years at the Tucker Inn reading all these reviews,
23 have you ever seen anything that referenced that
24 people believe there was drug dealings or drug sales
25 going on at the property?

Page 81

1   A    (The Witness) This I read.
2   Q    Okay. And fair to -- I mean, I've
3   reviewed these, too.
4   A    (The Witness) Yes, yes.
5   Q    Fair to say there's at least 20 or 30
6   reviews where they reference that they suspected
7   there was drug dealing at the property, correct?
8   A    (The Witness) Probably.
9        THE INTERPRETER: Yeah, probably.
10  BY MR. RICE:
11  Q    All right. And when you read these
12  reviews about suspected drug dealing at the property,
13  a lot of these were before the shooting as well as
14  after the shooting, correct?
15  A    Yes.
16  Q    And what, if anything, did you or to your
17  knowledge anyone else do to investigate whether those
18  reviews were accurate?
19  A    (The Witness) No.
20       THE INTERPRETER: No.
21  BY MR. RICE:
22  Q    Why not?
23  A    A lot of times customers lie.
24  Q    Okay. Did you believe the customers that
25  left you good reviews were telling the truth?

Page 82

1   A    (The Witness) Yeah.
2        THE INTERPRETER: Yes.
3   BY MR. RICE:
4   Q    Okay. What about -- you read reviews
5   before the shooting; I think there were 15 or 20 that
6   said that you needed security at the hotel. That's
7   true, correct?
8        MR. LUDWIG: Object to form.
9   BY THE WITNESS: (Through the Interpreter)
10  A    Yes.
11  Q    And what, if anything, did you do or
12  anyone else that owned any part of the corporation
13  that owned the hotel do in response to those reviews?
14       MR. LUDWIG: Object to form.
15  BY THE WITNESS: (Through the Interpreter)
16  A    No.
17  Q    Why not?
18  A    (The Witness) This I cannot tell him.
19       THE INTERPRETER: That I cannot tell.
20  BY MR. RICE:
21  Q    When you would -- in addition to you
22  reviewing the reviews on Yelp and Hotel and
23  Travelocity and Expedia, the other people that owned
24  part of the hotel, Vinay, Ober (phonetic) -- I'm
25  probably mispronouncing some of these -- Ramesh and

Page 83

1   Raman, they would review them -- they would tell you
2   they would review them, also, correct?
3   A    (The Witness) No.
4        THE INTERPRETER: No.
5   BY MR. RICE:
6   Q    Okay. Did you say yes or no?
7   A    (The Witness) No.
8   Q    No?
9        THE INTERPRETER: No.
10  BY MR. RICE:
11  Q    Okay. Did you ever share any of the
12  reviews that you read about concerns of safety, drug
13  dealing, prostitution before the shooting with any of
14  your co-owners?
15  A    (The Witness) No.
16       THE INTERPRETER: No.
17  BY MR. RICE:
18  Q    Okay. Why not?
19  A    (The Witness) It's not necessary to tell
20  those.
21       THE INTERPRETER: I -- it wasn't necessary
22  to tell them.
23  BY MR. RICE:
24  Q    Why did you not think it was necessary?
25  A    Because he's not involved on that things.

Page 84

1        THE INTERPRETER: Because they are not
2   involved in those things.
3   BY MR. RICE:
4   Q    Are you -- you're the one that makes the
5   decisions on whether or not to have security?
6   A    Yes.
7   Q    Okay. Is it fair to say, even though
8   you're the one that makes the decisions on whether or
9   not to have security at the hotel, you have
10  absolutely no training regarding security?
11       MR. LUDWIG: Object to form.
12  BY THE WITNESS: (Through the Interpreter)
13  A    No, I've never received the training.
14  Q    And is it fair to say you as someone with
15  no training at all in security before the shooting of
16  Mr. Felder read dozens of reviews with customers who
17  complained of prostitution, drug dealing, and
18  concerns for their personal safety?
19  A    Yes, I -- I read them.
20  Q    And understanding the last question, why
21  did you think security -- or -- or based on those
22  reviews, tell me why -- all the different reasons you
23  think having security would not be a good idea before
24  the shooting?
25       MR. LUDWIG: And I just want to -- you

Case 1:22-cv-03419-JPB   Document 115-2   Filed 12/08/23   Page 6 of 11

Eric Felder vs.
Tucker Inn Incorporated, et al.

UMESH PATEL
October 25, 2018

Page 93

1  shooting in 2015 before the shooting, would they earn
2  a salary?
3     A   (The Witness) No.
4        THE INTERPRETER: No.
5  BY MR. RICE:
6     Q   Okay. How much did it cost to run the
7  hotel in 2015 and 2016 on an annual basis?
8     A   I don't know exactly how much yearly,
9  but --
10       THE INTERPRETER: You said you can tell
11   me, --
12       THE WITNESS: Right.
13       THE INTERPRETER: -- what, monthly?
14       THE WITNESS: Monthly.
15       THE INTERPRETER: He can tell you on
16   monthly.
17 BY MR. RICE:
18    Q   Okay. On average, what did it cost to run
19 monthly?
20    A   (The Witness) Thirty-two thousand.
21       THE INTERPRETER: Thirty-two thousand.
22 BY MR. RICE:
23    Q   Okay. So my quick math, is that -- that's
24 about 400,000 dollars a year?
25    A   (The Witness) Yeah.

Page 94

1     Q   Okay. So if it cost -- it cost -- is it
2  fair to say in 2015 and 2016, on a yearly basis it
3  would cost about 400,000 dollars a year, give or take
4  25,000; is that fair?
5        THE INTERPRETER: Repeat that question.
6        MR. RICE: Sure.
7        THE INTERPRETER: What about 25,000?
8  BY MR. RICE:
9     Q   If it costs 33,000 dollars a month --
10       THE INTERPRETER: Uh-huh.
11 BY MR. RICE:
12    Q   -- to run the company, --
13       THE INTERPRETER: Uh-huh.
14 BY MR. RICE:
15    Q   -- and 12 times 33 is about 400,000 --
16       THE INTERPRETER: Thousand.
17 BY MR. RICE:
18    Q   -- dollars, is it fair to say that in 2015
19 and 2016 it cost about 400,000 dollars --
20    A   (The Witness) Yeah.
21    Q   -- to run the hotel?
22    A   (The Witness) Yeah, uh-huh.
23    Q   Okay.
24       THE INTERPRETER: Yes.
25 BY MR. RICE:

Page 95

1     Q   Okay. And from the documents I received,
2  in that same time frame the hotel was grossing about
3  five or 600,000 dollars a year, true?
4        MR. LUDWIG: Object to form.
5  BY THE WITNESS: (Through the Interpreter)
6     A   Yes.
7     Q   So wouldn't that leave a -- a profit of
8  about 100 or 200,000 dollars a year?
9     A   (The Witness) Yeah.
10       MR. LUDWIG: Object to form.
11 BY THE WITNESS: (Through the Interpreter)
12    A   Yes.
13    Q   So if the hotel was netting or earning
14 above what it cost to run it of at least a hundred
15 thousand dollars a year, wouldn't that be enough to
16 pay for a 20-dollar-an-hour security guard for eight
17 hours a day for a year?
18    A   (The Witness) That's a owner decision,
19 right?
20       THE INTERPRETER: That's a decision for --
21   for the owner.
22 BY MR. RICE:
23    Q   All right. And who do you -- I thought
24 you -- you were one of the owners?
25    A   (The Witness) Yeah.

Page 96

1        THE INTERPRETER: Yes.
2  BY MR. RICE:
3     Q   Okay. Who are the -- when you say owner
4  decision, you're talking about in 2015 you were not
5  one of the owners, correct?
6     A   (The Witness) Yeah.
7     Q   But you were the general manager?
8     A   (The Witness) No.
9     Q   You were the manager?
10    A   (The Witness) Right.
11    Q   Okay. In 2015 and 2016 even when you
12 didn't have this, I think it's 15 percent ownership,
13 you still knew how much the hotel was making and how
14 much it cost to run the hotel?
15    A   (The Witness) Yes.
16    Q   Okay. And so you -- you knew back then
17 when you made the decisions about security in 2015
18 and 2016, you knew there was enough money to hire
19 security if you wanted to, --
20       MR. LUDWIG: Object to form.
21 BY MR. RICE:
22    Q   -- correct?
23    A   (The Witness) Yeah.
24    Q   Okay. But you never -- did you ever make
25 that recommendation to the others in 2015 or 2016?

Case 1:22-cv-03419-JPB   Document 115-2   Filed 12/08/23   Page 7 of 11

Eric Felder vs.
Tucker Inn Incorporated, et al.

UMESH PATEL
October 25, 2018

Page 97

1  A    (The Witness) No.
2  Q    Okay. Even though you knew in your mind
3  there should be security there, you still never
4  recommended it, true?
5       MR. LUDWIG: Object to form.
6  BY THE WITNESS:
7  A    (The Witness) Yeah.
8  Q    Okay. Did you know that there were --
9       MR. RICE: And if he doesn't understand
10      this word, please let me know.
11 BY MR. RICE:
12 Q    -- vice stings conducted by the DeKalb
13 County Police Department at the hotel prior to the
14 shooting?
15      MR. LUDWIG: Let's -- let's have it
16      translated.
17      MR. RICE: Yeah.
18      THE INTERPRETER: Yeah. I'm going to --
19 I'll have to explain to him what --
20      MR. RICE: Yeah.
21      THE INTERPRETER: -- vice --
22      MR. LUDWIG: Repeat your question. I
23 just --
24      MR. RICE: Yeah, that's fine. Go ahead.
25 BY THE WITNESS:

Page 98

1  A    (The Witness) They will do it my hotel,
2  also.
3       THE INTERPRETER: They will do it?
4       THE WITNESS: Yeah.
5       THE INTERPRETER: They were doing it in
6       his motel, also.
7  BY MR. RICE:
8  Q    When you say his hotel, you're talking
9  about the Tucker Inn, correct?
10 A    (The Witness) Yeah.
11      THE INTERPRETER: Yes.
12 BY MR. RICE:
13 Q    Okay. And according to what I've seen
14 they were doing these prostitution stings multiple
15 times before the shooting, correct?
16 A    (The Witness) Yeah.
17      THE INTERPRETER: Yes.
18 BY MR. RICE:
19 Q    Okay. And you knew they were doing drug
20 stings multiple times before the shooting, correct?
21 A    Yes.
22 Q    Okay. And did you believe they were doing
23 them in the surrounding area, as well?
24 A    (The Witness) Yes.
25      THE INTERPRETER: Yes.

Page 99

1  BY MR. RICE:
2  Q    Okay. So did it cause you any concern
3  that there was prostitution and drug sales at your
4  hotel when the DeKalb County Police Department was
5  running drug stings and prostitution stings before
6  Mr. Felder was shot?
7  A    I knew about it.
8  Q    Okay. Did you -- is it reasonable to
9  assume that if the police department is doing drug
10 stings and prostitution stings at your hotel, then
11 those types of actions are more than likely going on
12 at your hotel prior to the shooting?
13      MR. LUDWIG: Object to form.
14 BY THE WITNESS:
15 A    (The Witness) Yeah.
16      THE INTERPRETER: Yes.
17 BY MR. RICE:
18 Q    Okay. And knowing and -- or believing
19 that they were doing it because of that, why did you
20 -- did you ever talk to the police about it or -- or
21 anything?
22 A    (The Witness) Yes. We attend two
23 meetings.
24 Q    Okay.
25      MR. RICE: Let me just get to the two

Page 100

1  meetings, if that's okay.
2  BY MR. RICE:
3  Q    Before -- both of those meetings were
4  before the shooting with Mr. Felder, correct?
5  A    (The Witness) Yeah, before.
6  Q    Okay. When was the first one? What year?
7  A    (The Witness) I do not remember the year,
8  what years.
9  Q    Okay. But was the meeting about the --
10 the -- one of the stings?
11 A    (The Witness) Yeah.
12 Q    Okay. Was it to get your permission to do
13 the sting?
14 A    (The Witness) No.
15      THE INTERPRETER: No.
16 BY MR. RICE:
17 Q    Okay. What was -- better for you to tell
18 me. What was the meeting about with the police?
19 A    It was -- it was -- the reason for the
20 meeting is so these type of people do not come and
21 stay at the hotel.
22 Q    And did you -- who initiated the --
23 meeting number one? Was it you or someone else at
24 the hotel?
25 A    Me and Raman Patel.

Case 1:22-cv-03419-JPB   Document 115-2   Filed 12/08/23   Page 8 of 11

Eric Felder vs.
Tucker Inn Incorporated, et al.

UMESH PATEL
October 25, 2018

Page 101

1  Q    Who -- did the Patel -- sorry.
2       Did the police reach out to you, or did
3  one of you reach out to the police?
4  A    (The Witness) They will give the
5  invitation to come and join it's -- the meeting.
6       THE INTERPRETER: They have given us the
7       invitation to come and join the meeting.
8  BY MR. RICE:
9  Q    Okay. Other than -- was it you and
10 Mr. Patel went to the meeting?
11 A    (The Witness) Yeah.
12 Q    Okay. Did you take notes or keep any
13 notes about the meeting?
14 A    (The Witness) No.
15      THE INTERPRETER: No.
16 BY MR. RICE:
17 Q    Okay. What -- did you recognize anyone
18 else at the meeting?
19 A    (The Witness) Master Inn owner.
20      THE INTERPRETER: The owner of Master Inn.
21      THE WITNESS: Knights Inn owner.
22      THE INTERPRETER: So --
23      THE WITNESS: Knights Inn.
24      MR. RICE: Knights Inn.
25      THE INTERPRETER: Okay.

Page 102

1  BY MR. RICE:
2  Q    Do you know those people?
3  A    (The Witness) Yeah.
4  Q    Okay. Do any of them now or ever in the
5  past have any type of security guard?
6  A    (The Witness) No.
7  Q    Okay. Have they ever talked to you about
8  -- sometimes apartments will share security guards.
9  Have you ever talked to them about that?
10 A    (The Witness) No.
11 Q    Okay. Or an off-duty police officer?
12 A    (The Witness) No.
13 Q    Okay. When you went to this first meeting
14 before Mr. Felder was shot, what did you understand
15 the purpose of the meeting was?
16 A    To inform us about all -- all these things
17 that were going on on the property and what actions
18 could be taken.
19 Q    Okay. And when you say the property,
20 you're talking about Masters Inn, Knights Inn, your
21 property?
22 A    (The Witness) Yeah.
23 Q    Okay. And when you say these things, are
24 you talking about prostitution, drug sales, other
25 crimes?

Page 103

1  A    (The Witness) Yes.
2  Q    Okay. And was one of the suggestions to
3  -- by the police was for the hotels, including yours,
4  the Masters Inn and the Knights Inn, to put up some
5  form of security guard?
6  A    (The Witness) No.
7       THE INTERPRETER: No.
8  BY MR. RICE:
9  Q    Okay. What, if anything, did they
10 recommend or suggest at that meeting?
11 A    Make sure you take all the customers' ID
12 and when the police are at your property helping out.
13      THE INTERPRETER: Make sure that you have
14      the IDs for all the customers that are staying
15      and if --whenever police shows up help the
16      police.
17 BY MR. RICE:
18 Q    Okay. And did you start doing that?
19 A    (The Witness) Yes.
20 Q    Okay. Did you ever -- when the police
21 were around, I assume that one of the things that you
22 would want to know is, since that meeting, is -- is
23 there more crime, less crime or staying the same or
24 did you want to know that?
25 A    Yes.

Page 104

1  Q    Okay. And when you would ask the police
2  that before Mr. Felder was shot, did they tell you
3  that there was still ongoing crime in the area?
4  A    Yes.
5  Q    Okay. They told you to be careful walking
6  to and from your car?
7  A    (The Witness) Yes.
8  Q    Okay. They told you there was shootings
9  in the area?
10 A    Yes.
11 Q    They told you there were armed robberies
12 in the area near your hotel, also?
13 A    Yes.
14 Q    Okay. And did they tell you there was
15 also carjackings near the hotel?
16 A    That I don't remember.
17 Q    Okay. Tell me about the second meeting.
18 How long after the first meeting did the second
19 meeting before Mr. Felder was shot take place?
20 A    The -- the second meeting was after the
21 shooting.
22      THE WITNESS: Yeah.
23 BY MR. RICE:
24 Q    Okay. The second meeting -- how soon
25 before Mr. Felder was shot, and again, that was

Case 1:22-cv-03419-JPB   Document 115-2   Filed 12/08/23   Page 9 of 11

Eric Felder vs.
Tucker Inn Incorporated, et al.

UMESH PATEL
October 25, 2018

Page 177

1  THE INTERPRETER: No.
2  BY MR. RICE:
3  Q  Okay. When people check-in, do they have
4  to give you the make and model or license plate of
5  their vehicle?
6  A  Yes.
7  Q  And did they do that in this case?
8  A  (The Witness) No.
9  THE INTERPRETER: No.
10 BY MR. RICE:
11 Q  Who is -- is it the desk person, the desk
12 worker that's supposed to get that -- part of their
13 job to get that information?
14 A  Yes.
15 Q  Okay. Did anyone ever go into the room
16 that -- either 215 or 217, other than the police
17 after this happened?
18 A  No.
19 Q  Okay. Since this happened there's a -- do
20 you know of any -- anybody that's been accused of sex
21 trafficking at the hotel?
22 MR. LUDWIG: Object to form.
23 BY THE WITNESS:
24 A  (The Witness) No.
25 THE INTERPRETER: No.

Page 178

1  BY MR. RICE:
2  Q  Okay. Do you -- as either a service or
3  otherwise, do you get the paper, the Atlanta Journal
4  Constitution?
5  A  (The Witness) No.
6  THE INTERPRETER: No.
7  BY MR. RICE:
8  Q  Okay. Do you look at it on your phone or
9  on a computer to keep up with the news in and around
10 the -- the area?
11 A  Yes.
12 Q  Okay.
13 (Plaintiff's Exhibit Number 10 was marked.)
14 BY MR. RICE:
15 Q  I'm going to show you what I've marked as
16 Plaintiff's Exhibit 10 and -- it's an incident which
17 appears to have occurred after this shooting where
18 someone was accused of sex trafficking. Did you ever
19 hear about that?
20 MR. LUDWIG: I'm just going to put an
21 objection to Exhibit 10 on the record.
22 MR. RICE: Sure.
23 BY THE WITNESS:
24 A  (The Witness) No.
25 THE INTERPRETER: No.

Page 179

1  MR. RICE: Okay.
2  (Plaintiff's Exhibit Number 11 was marked.)
3  BY MR. RICE:
4  Q  Would -- I'm going to hand you Exhibit 11
5  and I'm going to turn to the second page and just
6  read it to you. It's about the criminal defendant
7  named Hall. It says Hall -- it's this one I'm about
8  to hand you. It says, Hall attempted to attack
9  another woman at the Americas Best Value Inn on
10 Crescent Center Boulevard in Tucker three days later.
11 That attack was thwarted by another man who was at
12 the location and pulled a gun on Hall. Did you --
13 MR. LUDWIG: I'll just make an objection
14 to that exhibit.
15 MR. RICE: Sure, that's fine.
16 BY MR. RICE:
17 Q  Did you ever hear about that?
18 A  (The Witness) No.
19 THE INTERPRETER: No.
20 BY MR. RICE:
21 Q  Okay. If a woman, a female is -- is
22 attacked at the hotel, is that definitely enough that
23 you should put security there?
24 MR. LUDWIG: Object to form.
25 BY THE WITNESS:

Page 180

1  A  (The Witness) I can't answer this.
2  THE INTERPRETER: I can't answer that.
3  BY MR. RICE:
4  Q  Okay. Well, I think earlier you said
5  you're in charge of making decisions on whether or
6  not the hotel has security so that's why I'm asking
7  you.
8  Why would a woman being attacked not be
9  enough to initiate security guards at the premises?
10 MR. LUDWIG: I'm going to object to the
11 form of the question. This is -- involved
12 attacks at several different locations.
13 Are you -- are you referring --
14 MR. RICE: Oh, I'm just asking --
15 MR. LUDWIG: -- to the one at --
16 MR. RICE: -- the one at -- at the hotel.
17 MR. LUDWIG: Well, --
18 MR. RICE: Yeah.
19 MR. LUDWIG: But it seems to be stemming
20 from that, so let me object to the form.
21 MR. RICE: Okay.
22 BY THE WITNESS:
23 A  (The Witness) I cannot answer this.
24 THE INTERPRETER: I cannot answer that.
25 BY MR. RICE:

Case 1:22-cv-03419-JPB   Document 115-2   Filed 12/08/23   Page 10 of 11

Eric Felder vs.
Tucker Inn Incorporated, et al.

UMESH PATEL
October 25, 2018

Page 177

1  THE INTERPRETER: No.
2  BY MR. RICE:
3  Q   Okay. When people check-in, do they have
4  to give you the make and model or license plate of
5  their vehicle?
6  A   Yes.
7  Q   And did they do that in this case?
8  A   (The Witness) No.
9  THE INTERPRETER: No.
10 BY MR. RICE:
11 Q   Who is -- is it the desk person, the desk
12 worker that's supposed to get that -- part of their
13 job to get that information?
14 A   Yes.
15 Q   Okay. Did anyone ever go into the room
16 that -- either 215 or 217, other than the police
17 after this happened?
18 A   No.
19 Q   Okay. Since this happened there's a -- do
20 you know of any -- anybody that's been accused of sex
21 trafficking at the hotel?
22 MR. LUDWIG: Object to form.
23 BY THE WITNESS:
24 A   (The Witness) No.
25 THE INTERPRETER: No.

Page 178

1  BY MR. RICE:
2  Q   Okay. Do you -- as either a service or
3  otherwise, do you get the paper, the Atlanta Journal
4  Constitution?
5  A   (The Witness) No.
6  THE INTERPRETER: No.
7  BY MR. RICE:
8  Q   Okay. Do you look at it on your phone or
9  on a computer to keep up with the news in and around
10 the -- the area?
11 A   Yes.
12 Q   Okay.
13 (Plaintiff's Exhibit Number 10 was marked.)
14 BY MR. RICE:
15 Q   I'm going to show you what I've marked as
16 Plaintiff's Exhibit 10 and -- it's an incident which
17 appears to have occurred after this shooting where
18 someone was accused of sex trafficking. Did you ever
19 hear about that?
20 MR. LUDWIG: I'm just going to put an
21 objection to Exhibit 10 on the record.
22 MR. RICE: Sure.
23 BY THE WITNESS:
24 A   (The Witness) No.
25 THE INTERPRETER: No.

Page 179

1  MR. RICE: Okay.
2  (Plaintiff's Exhibit Number 11 was marked.)
3  BY MR. RICE:
4  Q   Would -- I'm going to hand you Exhibit 11
5  and I'm going to turn to the second page and just
6  read it to you. It's about the criminal defendant
7  named Hall. It says Hall -- it's this one I'm about
8  to hand you. It says, Hall attempted to attack
9  another woman at the Americas Best Value Inn on
10 Crescent Center Boulevard in Tucker three days later.
11 That attack was thwarted by another man who was at
12 the location and pulled a gun on Hall. Did you --
13 MR. LUDWIG: I'll just make an objection
14 to that exhibit.
15 MR. RICE: Sure, that's fine.
16 BY MR. RICE:
17 Q   Did you ever hear about that?
18 A   (The Witness) No.
19 THE INTERPRETER: No.
20 BY MR. RICE:
21 Q   Okay. If a woman, a female is -- is
22 attacked at the hotel, is that definitely enough that
23 you should put security there?
24 MR. LUDWIG: Object to form.
25 BY THE WITNESS:

Page 180

1  A   (The Witness) I can't answer this.
2  THE INTERPRETER: I can't answer that.
3  BY MR. RICE:
4  Q   Okay. Well, I think earlier you said
5  you're in charge of making decisions on whether or
6  not the hotel has security so that's why I'm asking
7  you.
8  Why would a woman being attacked not be
9  enough to initiate security guards at the premises?
10 MR. LUDWIG: I'm going to object to the
11 form of the question. This is -- involved
12 attacks at several different locations.
13 Are you -- are you referring --
14 MR. RICE: Oh, I'm just asking --
15 MR. LUDWIG: -- to the one at --
16 MR. RICE: -- the one at -- at the hotel.
17 MR. LUDWIG: Well, --
18 MR. RICE: Yeah.
19 MR. LUDWIG: But it seems to be stemming
20 from that, so let me object to the form.
21 MR. RICE: Okay.
22 BY THE WITNESS:
23 A   (The Witness) I cannot answer this.
24 THE INTERPRETER: I cannot answer that.
25 BY MR. RICE:

Case 1:22-cv-03419-JPB   Document 115-2   Filed 12/08/23   Page 11 of 11

Eric Felder vs.
Tucker Inn Incorporated, et al.

UMESH PATEL
October 25, 2018

Page 181

1   Q   And why is it you don't believe you can
2   answer that?
3   A   Incidents like this happens all the time.
4   It's a motel and this is part of the routine.
5       (Plaintiff's Exhibit Number 12 was marked.)
6   BY MR. RICE:
7   Q   I'm going to hand you --
8       MR. LUDWIG: Object to --
9   BY MR. RICE:
10  Q   -- what I've --
11      MR. LUDWIG: -- form.
12      THE REPORTER: I didn't -- I'm sorry, I
13  didn't get --
14      MR. LUDWIG: Object to form.
15  BY MR. RICE:
16  Q   I'm going to hand you what I've marked as
17  Exhibit 12.
18      MR. RICE: And, Eric, it's a July 3, 2016
19  report.
20      MR. LUDWIG: Is that the report in this
21  case?
22      MR. RICE: No. Let me see if I --
23      MR. LUDWIG: I don't have that one.
24      MR. RICE: Okay. Let me get it for you.
25      MS. ROSE: It's in this stack.

Page 182

1       MR. RICE: Is it?
2       MS. ROSE: Yeah, there's a bunch --
3   there's a --
4       MR. RICE: Oh, let me see if I got...
5       MS. ROSE: Eric doesn't have the police
6   report?
7       MR. RICE: Mine only has one. I'm looking
8   at another one --
9       MS. ROSE: Here you go. I just gave it to
10  him.
11      MR. RICE: Okay. Sorry.
12  BY MR. RICE:
13  Q   I'm going to -- I'm not trying to keep
14  this from you, but I only have my one copy, then I'll
15  give it to you and you can ask for translation. But
16  this report references an incident, it's the DeKalb
17  County Police Department on July 3, 2016, and it
18  references a stabbing involving a black male, a black
19  female -- it doesn't say the other person -- that
20  happened in and around Room 113 at the hotel.
21      MR. LUDWIG: I'm just going to make an
22  objection to Exhibit 13 [sic].
23      MR. RICE: Sure.
24      THE INTERPRETER: Did you ask a question,
25  or it was just a statement?

Page 183

1       MR. RICE: No, I just wanted him --
2       THE INTERPRETER: Okay.
3       MR. RICE: -- to have an opportunity to --
4       THE INTERPRETER: Yes.
5       MR. RICE: -- look at it.
6       THE INTERPRETER: Okay.
7       MR. RICE: Okay.
8   BY MR. RICE:
9   Q   Did -- you knew about this?
10  A   (The Witness) No.
11  Q   You never --
12      THE INTERPRETER: No.
13  BY MR. RICE:
14  Q   -- knew about this?
15  A   (Shakes head.)
16  Q   No?
17  A   (The Witness) No.
18  Q   Okay. If you had known about this person
19  being stabbed at the hotel three or four months
20  before the shooting, would that be enough for you as
21  the person in charge of making decisions on whether
22  or not to place security guards -- to place security
23  guards at the hotel?
24      MR. LUDWIG: Object to form.
25  BY THE WITNESS:

Page 184

1   A   (The Witness) No.
2       THE INTERPRETER: No.
3   BY MR. RICE:
4   Q   Okay. Why not?
5   A   (The Witness) We cannot afford those.
6       THE INTERPRETER: We cannot afford it.
7   BY MR. RICE:
8   Q   Okay. Other than you couldn't afford it,
9   any other reason?
10      MR. LUDWIG: Object to form.
11  BY THE WITNESS:
12  A   (The Witness) No.
13      THE INTERPRETER: No.
14  BY MR. RICE:
15  Q   And did anyone ever tell you about this
16  stabbing?
17  A   (The Witness) No.
18      THE INTERPRETER: No.
19  BY MR. RICE:
20  Q   Would you have wanted to know about it?
21  A   Yes.
22  Q   Okay. Why would you want to know about
23  it?
24  A   Because it's in the motel.
25  Q   But nothing would have changed on how you