Page 57

1       Q.  Did you kind of take the brunt of it, so
2   your other siblings didn't have to?
3       A.  My little sister, yes.
4       Q.  That's A.H., right?
5       A.  Yes, ma'am.
6       Q.  Okay.  Do you leave your Aunt Patricia's
7   house?
8       A.  Yes, I do.
9       Q.  Okay.  When did you leave her house?
10      A.  May of 2015.
11      Q.  Okay.  Why did you leave Aunt Patricia's
12  house?
13      A.  I was tired of getting beat.  I was
14  tired of getting neglected, so I left.
15      Q.  Where did you go?
16      A.  I reached out to my sister, Santresia
17  Woods.
18      Q.  So in May of 2015 -- or I guess, in
19  spring of 2015, were you still in school?
20      A.  No.
21      Q.  Okay.  When did you stop going to
22  school?
23      A.  I believe we were just -- around the
24  time I left, we were just going back to school
25  from spring break.



Page 67

```
 1          Q.  Do you remember what happened to them?
 2          A.  I know they were charged.  I don't know
 3    what happened to them.
 4          Q.  Okay.  Do you know if she was
 5    cooperative with the investigation -- well, let's
 6    say, the prosecution?
 7          A.  I don't know if she was cooperative with
 8    the prosecution.
 9          Q.  Was she cooperative with you?
10          A.  She was cooperative.  I mean, I don't
11    recall her being friendly or especially outgoing
12    or anything like that.  We got the information we
13    needed to make an arrest.
14          Q.  Do you recall how old she was?
15          A.  She was 15, I believe.
16          Q.  15?
17          A.  Uh-huh.  (Affirmative).
18          Q.  And what happened to her as a result of
19    this investigation?
20          A.  I know she was placed at Wellsprings.  I
21    don't know how long she stayed there.
22    Wellsprings -- well, it's a -- like, a
23    residential facility, so if it's an option, I
24    believe that kids can stay there, unless some
25    other, you know, family member or something like
```



Page 78

```
 1        Q.  Did you -- would you have told her that
 2  you were okay?
 3        A.  Honestly, I can't speak for what a
 4  15-year-old me would have said, because I don't
 5  recall.
 6        Q.  Okay.  If you had told her that you were
 7  not okay, do you think she would have helped you?
 8        A.  I'm not sure.
 9        Q.  Okay.  Did anybody in your family --
10  before you reached out to Santresia, did anybody
11  in your family keep in touch with her?
12        A.  Keep in touch with who, Santresia?
13        Q.  Yes.
14        A.  No.
15        Q.  Okay.  Did anybody know anything about
16  her?
17        A.  They knew I had sisters on my dad's side
18  that were older than me.  That's about it.
19        Q.  Okay.  But they didn't know, like, where
20  she lived or if she was in school, what she was
21  doing?
22        A.  No.
23        Q.  Okay.  So when you called her on
24  Facebook, what did you say to Santresia -- excuse
25  me, sorry.  What did she say to you?
```



Page 79

```
 1        A.   She would help me get in school.  She
 2   would take care of me, and to come to where she
 3   is.
 4        Q.   Where was that?
 5        A.   The Garden Inn Hotel in Union City.
 6        Q.   Was she in school?
 7        A.   No.
 8        Q.   Had she graduated?
 9        A.   I don't know.  Around the time I got
10   with Santresia, what I know is Santresia was 25
11   in 2018 --
12        Q.   Okay.
13        A.   -- that's it.  That's all I know.  I
14   don't know how old she was.  I don't know
15   anything.
16        Q.   Okay.  So when you call her on Facebook
17   and you tell her you need help and she tells you
18   that basically, she's going to help you, right?
19        A.   Yes, ma'am.
20        Q.   Okay.  Did she tell you how she's going
21   to help you?
22        A.   She's going to put me in school.  She's
23   going to put a roof over my head.  Stuff like
24   that.
25        Q.   Did she say how, though?  Like, where
```



Page 85

1    When did you learn there wasn't going to be

2  an apartment?

3        A.  My first day.

4        Q.  What happened?  How did you learn that?

5        A.  I guess, when I started being sexually

6  trafficked.

7        Q.  The first day?  Yes?

8        A.  Well, it was the next day, the next

9  morning really.  Not the same day.

10        Q.  Okay.  So then tell me about that first

11  day when you get there.  You show up to the hotel

12  to meet your sister.

13        Is she already staying at the Garden Inn?

14        A.  Yes, ma'am.

15        Q.  How long had she been staying there?

16        A.  I don't recall.

17        Q.  Okay.  But she's there with her

18  newborns?

19        A.  Yes.

20        Q.  Okay.  Is anybody else staying with her?

21        A.  No, not at that time.

22        Q.  How many rooms did she have?

23        A.  I would like to say one.  The first day

24  I got there, she had one room.

25        Q.  Okay.  And when you leave Key'Shundra's



Page 112

1    After that, Santresia beat me.  She kicked me.

2    We fought, and then she walked me down there to

3    the room.

4        Q.  Okay.  So when she says a play is here,

5    how did you know what a play was?

6        A.  I didn't.

7        Q.  Did you ask her what that meant?

8        A.  I had to have sex with a man that was

9    willing to pay for my -- what did she call it,

10   company.

11       Q.  Okay.  So you asked her what you mean by

12   a play, and then she tells you, you have to have

13   sex with a man who wants to pay for your company?

14       A.  (Shakes head).

15       Q.  Is that all she says about it?

16       A.  Yeah, they're paying for your company.

17       Q.  Did she ever prostitute herself?

18       A.  I found out later, down the line, yes.

19       Q.  Okay.

20       A.  When I -- when she was prostituting me,

21   no.  Santresia never did it.

22       Q.  So when she tells you what a play means,

23   do you have any more conversation?  Like, has she

24   said, I've done this before?  This is how this

25   works.  This is --



Page 120

1    type thing.

2        A.  No, ma'am.

3        Q.  Okay.  Were you allowed to go outside

4    and get food alone?

5        A.  Not alone.

6        Q.  Okay.  Were you allowed to go anywhere

7    alone?

8        A.  No.

9        Q.  Okay.  Okay.  At the Garden Inn Hotel,

10   did you -- did she have to rent the room for --

11   did she have to go back and, like, pay money each

12   day to rent the room?

13       A.  Yes.

14       Q.  Okay.  Did you ever go to the front desk

15   with her to rent the room?

16       A.  Front desk at the Garden Inn, I went

17   once.

18       Q.  Okay.

19       A.  She was there the whole time.

20       Q.  You didn't tell anyone at the front desk

21   what was going on, right?

22       A.  No, Santresia was standing there.

23       Q.  Okay.  Did you ever tell anybody,

24   including your family, that Santresia was beating

25   you?



Page 124

1    was going.

2         So then it sounds like when they changed

3    management maybe they didn't know about telling

4    you not to return, because it was new management.

5    Is that what you think happened?

6         A.   It could have possibly happened.

7         Q.   Okay.  How did you guys pick the

8    Microtel to go next?

9         A.   It was right across the street.

10        Q.   Okay.  And let me go back a little bit

11   to the Garden Inn.

12        A.   Uh-huh.  (Affirmative).

13        Q.   Describe for me what that hotel looked

14   like.

15        A.   What do you mean describe what it was

16   like?

17        Q.   Like, what did it look like?  What were

18   the people like?  How many rooms, if you know?

19   Like, was it a big hotel, lots of staff?  What

20   was it like?

21        A.   It was a nice size hotel.  All the rooms

22   were outside.  It wasn't an inside place.  The

23   building is yellow.  I believe it has two stories

24   only.

25        Q.   What type of people did you see around



Page 125

1    the hotel?  Describe for me the people you would

2    see.

3        A.  Skimpy, older, some younger or my age.

4        Q.  Okay.  When you see skimpy, what do you

5    mean?

6        A.  What's the word --

7        Q.  You're talking about --

8        A.  -- promiscuous.

9        Q.  Okay.  So when you say skimpy, maybe you

10   mean, like, skimpy clothes?

11       A.  Yes, ma'am.

12       Q.  Gotcha.  Did you notice the promiscuous

13   people around the hotel when you first got to the

14   Garden Inn?

15       A.  No.

16       Q.  When did you notice it?

17       A.  The next afternoon.

18       Q.  How did you notice it?

19       A.  Because everybody was outside, and

20   everybody was loud playing music.

21       Q.  Okay.  Do you know if the people that

22   were dressed in skimpy clothing or seemingly

23   promiscuous, were being sex trafficked or if they

24   were prostitutes?  Do you have any idea?

25       A.  I can assume that they were prostitutes,



Page 135

```
 1          Q.  Did you ever ask her for help?
 2          A.  No.
 3          Q.  What else did she say about it?
 4          A.  It was wrong.  She shouldn't be doing
 5     it.  She shouldn't do her little sister like
 6     that.  That's it.
 7          Q.  At the Microtel when you would have
 8     dates, where would Santresia go?
 9          A.  She would still be in her room.  She
10     always had two rooms, always.
11          Q.  Okay.  So she would be in her own room,
12     not in the room you were in?
13          A.  We shared a room.  I was just taking
14     johns out of a separate room.
15          Q.  Okay.  And then that's what I meant.
16          Not in the same room you were at when you
17     are taking dates?
18          A.  Yes, ma'am.
19          Q.  Gotcha.  So she wasn't, like, waiting
20     outside the room?
21          A.  No, ma'am.
22          Q.  Gotcha.  Do you guys look alike?  Like,
23     do you look like sisters?
24          A.  If you ask me, no.
25          Q.  Okay.  What others -- have you had other
```



Page 166

1      Q.  Okay.  Tell me what you saw that made

2  you think that, because you haven't said that

3  about any of the other hotels.

4      A.  Okay.  What I saw that made me say that

5  is, I saw older women and younger women, and when

6  I say younger women, I mean, girls that looked my

7  age walking around, and again, promiscuous

8  clothes, shorts, half shirts, lingerie, people

9  walking around outside barefooted.

10      You have men coming in all day, all night,

11  stuff like that.  You have nice fancy cars

12  driving in.  Men getting out in big ole mink

13  coats.  It was very obvious what type of hotel it

14  was.

15      Q.  When you say what type of -- the type of

16  hotel it was, what type of hotel are you saying

17  it is?

18      A.  A whore hotel.

19      Q.  Is that how you would describe the Super

20  8 on Old National?

21      A.  No.

22      Q.  Why not?

23      A.  Because the Super 8 on Old National,

24  they were an inside hotel, not an outside

25  hotel --



Page 170

1        A.   They were more out and belligerent --

2        Q.   Okay.

3        A.   -- with it at the Super 8.  The --

4        Q.   Travelodge?

5        A.   Yes, ma'am.  The Travelodge, it wasn't

6    hidden, but it wasn't as outcasted.

7        Q.   Okay.  Was there anything else

8    different?

9        A.   Different?  Yes, outside of the

10   Travelodge it wasn't people having sex on the

11   stairwell.

12       Q.   Okay.  So you're saying that happened at

13   the Super 8?

14       A.   Yes.

15       Q.   Okay.

16       A.   I didn't hear people screaming through

17   the walls at the Travelodge.

18       Q.   Okay.  Okay.  At the Travelodge -- or

19   the Travelodge compared to the Super 8 on

20   Crescent Centre Boulevard, was there any

21   difference that you noticed in, like, the staff

22   at the hotel?

23       A.   Yes, the staff at the Super 8 actually

24   said something to me.

25       Q.   Okay.  I'm going to ask you about that



1          A.   Yes.

2          Q.   Okay.   And the Garden Inn, is that a

3    whore hotel?

4          A.   Yes.

5          Q.   How is that one different or the same as

6    the Super 8 on Crescent Centre Boulevard?

7          A.   The only reason it's different is

8    because it's not as bad.

9          Q.   The Garden Inn?

10         A.   Yes, ma'am.

11         Q.   Describe that for me.   How is it not as

12   bad?

13         A.   Again, it just wasn't broadcasted that

14   people were selling their body.

15         Q.   Okay.   Okay.   So tell me about the

16   Super 8.

17              When you say it was broadcasted that people

18   are selling their body, how is that?

19         A.   Again, you have younger women walking

20   around in promiscuous clothing.   You have girls

21   my age walking around outside in lingerie.   You

22   have older women doing the same thing -- and I

23   lost my train of thought.

24              Do you mind asking that question one more

25   time?



1   Q.  Yeah.  You were describing the Super 8

2   as worse than the Garden Inn, because you said

3   the Garden Inn was, like, not as broadcasted,

4   meaning, the Super 8, things are more broadcasted

5   that people are selling themselves for sex.

6       And so you were describing for me how you

7   knew that people were selling themselves for sex

8   and how it was so broadcasted.

9   A.  You have women -- young girls and older

10  women walking up to cars, getting in cars.  You

11  have people having sex on the stairwell at the

12  Super 8.  You have younger women.  You can hear

13  people screaming through the walls.  That's

14  broadcasting.  There's no way you don't know

15  that's going on.

16  Q.  Okay.  Did you ever talk to anybody

17  about what you saw at the hotel while you were at

18  the hotel?

19  A.  No.

20  Q.  Okay.  Why not?

21  A.  Because they have cameras.  If I saw it,

22  I know it was saw also.

23  Q.  Why do you say you know it was saw also?

24  A.  It was seen, because the way the

25  hotel -- the way the hotel is set up, you have



1      Q.   Yeah.  You were describing the Super 8

2   as worse than the Garden Inn, because you said

3   the Garden Inn was, like, not as broadcasted,

4   meaning, the Super 8, things are more broadcasted

5   that people are selling themselves for sex.

6         And so you were describing for me how you

7   knew that people were selling themselves for sex

8   and how it was so broadcasted.

9      A.   You have women -- young girls and older

10  women walking up to cars, getting in cars.  You

11  have people having sex on the stairwell at the

12  Super 8.  You have younger women.  You can hear

13  people screaming through the walls.  That's

14  broadcasting.  There's no way you don't know

15  that's going on.

16     Q.   Okay.  Did you ever talk to anybody

17  about what you saw at the hotel while you were at

18  the hotel?

19     A.   No.

20     Q.   Okay.  Why not?

21     A.   Because they have cameras.  If I saw it,

22  I know it was saw also.

23     Q.   Why do you say you know it was saw also?

24     A.   It was seen, because the way the

25  hotel -- the way the hotel is set up, you have



1    the backside of the hotel is where all the

2    working girls are.  It's three stories.  Three

3    stories full of working girls.  Both sides of the

4    hotel have a stairwell going down the stairs or

5    up the stairs --

6        Q.  Okay.

7        A.  -- there's cameras on each level.  If I

8    saw it, they saw it.

9        Q.  Do you know if someone was constantly

10    monitoring the video cameras at the hotel?

11        A.  No, I don't.

12        Q.  So you don't know what may or may not

13    have been seen by staff members at the hotel?

14        A.  Which is true.

15        Q.  You said there was three stories full of

16    working girls, so are you saying that each hotel

17    room on the backside was rented?

18        A.  No, I'm not saying that.

19        Q.  Okay.  How many working girls did you

20    see at the hotel?

21        A.  A lot.

22        Q.  Do you have a number?

23        A.  No, I don't.

24        Q.  Okay.  Do you remember any of their

25    names or nicknames?



```
1        A.   I remember one girl, name Alycia Pierce.

2        Q.   Do you know how to spell it, Alycia?

3        A.   A-l-y-c-i-a.

4        Q.   Do you know how to spell her last name?

5        A.   P-i-e-r-c--e.

6        Q.   Thank you.  Okay.  How did you meet

7   Alycia?

8        A.   I actually met Alycia at the same hotel.

9        Q.   How did you meet her?

10       A.   Outside smoking a cigarette.

11       Q.   Okay.  How did that conversation go with

12  Alycia?

13       A.   What do you mean, how did our

14  conversation go?

15       Q.   You said you met another working girl.

16  Her name is Alycia --

17       A.   Uh-huh.  (Affirmative).

18       Q.   -- you guys met smoking cigarettes

19  outside -- or you were smoking a cigarette

20  outside, and I'm wondering how the conversation

21  started.  What the conversation was with her?

22       A.   I saw her staring at me, so I said, hey.

23  She was hesitant to say hey back, but she did.

24  After that, she asked me what my name was.  I

25  told her my name.  She told me her name, and we
```



```
 1   just hit it off as friends.
 2        Q.  Did you guys talk about what you were
 3   both doing at the hotel?
 4        A.  We both talked about what we were both
 5   going through at the hotel.
 6        Q.  Okay.  So what was that?  What did you
 7   share with her?
 8        A.  We were both being sexually trafficked.
 9   Only difference was she had a man, and I had a
10   woman.
11        Q.  Do you know who her pimp was?
12        A.  No, I don't.
13        Q.  How long had she been at the hotel?
14        A.  I'm not sure.
15        Q.  Do you know how long she had been being
16   trafficked?
17        A.  No, ma'am.
18        Q.  Okay.  Were you in the lobby with
19   Santresia when she rented the room at the
20   Super 8?
21        A.  Not the very first time, no.
22        Q.  Okay.  When were you in the lobby with
23   her when she rented the room?
24        A.  I'm not sure what day it was.
25        Q.  Was it just one of the days where you
```



1    guys had to pay for the next day?

2         A.   Yes, ma'am.

3         Q.   Okay.  How did the conversation go, from

4    what you can remember, while you were in the

5    lobby, and you're paying for a new day at the

6    hotel?

7         A.   Santresia said she wanted to pay for a

8    new room -- I mean, for her rooms.  She paid for

9    the rooms.  She walked to the little vending

10   machine area.  I was still in the lobby.

11        Q.   Is that all that happened?

12        A.   I spoke to a lady while I was in there

13   that worked there.

14        Q.   Okay.  Tell me about that.

15        A.   Okay.  The older lady she had said, you

16   look pretty young, like, you look very young.  I

17   said, I am young.  She said, you look depressed.

18   You walking around here with your head down.  You

19   look sad all the time.  I told her, I am sad,

20   like.

21        So about the time after we finished that

22   conversation she was -- my sister was already

23   walking back, so I just was quiet.  The lady

24   still allowed us to walk out of the hotel -- I

25   mean, out of the hotel lobby.



Page 179

1    Q.  Okay.  Did you tell her what was going

2  on or why that you were sad?

3    A.  I told her I was depressed, like, I have

4  a lot going on.

5    Q.  Did you tell her why you were depressed,

6  or what it was that was a lot going on?

7    A.  No, never.

8    Q.  Okay.

9    A.  I'm listening to you.

10    Q.  I'm thinking here.

11  Did you ask her for help?

12    A.  No.

13    Q.  Okay.  What do you think the staff

14  member should have done in response to you saying

15  that you were depressed, and you looked sad?

16    A.  Call the police.  Call DFCS.

17    Q.  Why do you think the staff member should

18  have called the police or called DFCS when seeing

19  that you were just sad and seemingly depressed?

20    A.  You have a child walking around in

21  lingerie and shorts, somebody's going to step in

22  and help.  Somebody's going to step in and help.

23    Q.  So you were wearing lingerie outside of

24  the room at this hotel?

25    A.  Yes.



Page 180

```
 1        Q.  Okay.  Is that what you were wearing in
 2   the lobby that day?
 3        A.  I had on a lingerie top and some black
 4   shorts, yes, ma'am.
 5        Q.  What did the lingerie top look like?
 6        A.  A black knitted outfit.  The only thing
 7   is, my nipples was covered.
 8        Q.  Okay.  So you're saying that this was a
 9   top that was very unusual, even for the
10   summertime?
11        A.  Yes.
12        Q.  Okay.  Did you tell a staff member to
13   call the police or call DFCS?
14        A.  No.
15        Q.  Did you ever see that staff member again
16   after that day?
17        A.  I'm not sure.
18        Q.  Okay.  Describe the staff member for me.
19   What did she look like?
20        A.  A Caucasian woman with red hair.
21        Q.  How old was she?  Do you know?
22        A.  No, ma'am.
23        Q.  She was older than you?
24        A.  Yes, ma'am.
25        Q.  Was she older than Santresia, did she
```



Page 182

1    Santresia had rented the room again that day, she

2    didn't let you outside the hotel until you were

3    rescued, the hotel room?

4        A.   Unless we were walking to get food and

5    whatever, cigarettes.  Unless we were walking to

6    get that, I was never -- I was never outside of

7    the room, unless I wanted to smoke.

8        Q.   Okay.  Did she supervise you when you

9    would go outside to smoke?

10       A.   Yes, ma'am.  She would leave the door

11   right open -- wide open, so she could see me,

12   make sure I can't go anywhere.

13       Q.   Did she take the phone out of the

14   working room at the Super 8 as well?

15       A.   I'm not sure about that one --

16       Q.   Okay.

17       A    -- because that's around the time that

18   Santresia started to work.

19       Q.   Okay.  So at the Super 8 on Crescent

20   Centre is where she started to work?

21       A.   Yes, ma'am.

22       Q.   Meaning, she's prostituted herself?

23       A.   Yes, ma'am.

24       Q.   Okay.  How many of you guys were staying

25   at the hotel room at the Super 8?



Page 183

1       A.   Eight.

2       Q.   Okay.  That's more than before.

3       What eight were staying with you then?

4       A.   Me, Santresia, Sharmaine, Santresia's

5  two kids, Sharmaine's two kids, my sister, my

6  other sister, Shaniqua, came and her baby.

7       Q.   Okay.  When did Shaniqua come into the

8  picture?

9       A.   Three days before I was rescued.

10      Q.   Why did she come to stay at the hotel

11  with you guys?

12      A.   I don't know.

13      Q.   Do you have any understanding why she

14  came to the hotel now?

15      A.   No.

16      Q.   I'm sorry?

17      A.   No, ma'am.

18      Q.   Okay.  Okay.  Did you talk to her about

19  not wanting to have to sell yourself and wanting

20  help?

21      A.   Did I talk to Shaniqua about it?

22      Q.   Shaniqua, yeah.

23      A.   No.

24      Q.   Why didn't you talk to her about it?

25      A.   Because she already knew.



Page 184

```
 1          Q.   How do you know she already knew?

 2          A.   Sharmaine told her.

 3          Q.   Did she do anything about it?

 4          A.   No, her and Shea fought -- I mean, her

 5   and Santresia fought about it.

 6          Q.   Physically, fought?

 7          A.   Yes.

 8          Q.   When did Sharmaine come to live with you

 9   guys again -- oh, excuse me.

10          When did Sharmaine come to stay at the same

11   hotel with you guys again?

12          A.   When we first got there.

13          Q.   The Super 8?

14          A.   Yes, ma'am.

15          Q.   How did she know you guys were at the

16   Super 8?

17          A.   Santresia.

18          Q.   She called her?

19          A.   Yes.  Yes, ma'am.

20          Q.   Sharmaine, was she prostituting at this

21   hotel as well?

22          A.   Yes, ma'am.

23          Q.   Did you guys have two hotel rooms or

24   multiple hotel rooms?

25          A.   Two hotel rooms.
```



Page 185

1      Q.  Did Sharmaine have her own?

2      A.  No.

3      Q.  How come she didn't get her own room

4  this time?

5      A.  I'm not sure.

6      Q.  Okay.  So Santresia is still posting you

7  on Backpage, Craigslist, and what was the third

8  one?

9      A.  ListCrawler.

10     Q.  She's still posting you on all of those

11 three?

12     A.  Yes, ma'am.

13     Q.  Okay.  How long were you at the Super 8?

14 Do you remember?

15     A.  I was there from September 2nd until

16 September 9th.

17     Q.  In 2015, right?

18     A.  Yes, ma'am.

19     Q.  Okay.  Do you remember where, in the

20 seven days you were there, the conversation with

21 the staff member happened?  Was it closer to the

22 first day, closer to the rescue?  Do you have any

23 idea?

24     A.  In the middle.  I would say about --

25 yeah, I can't recall that, and I don't want to



Page 186

1   try to recall it.

2        Q.  Okay.  Tell me about what happens during

3   your time at the Super 8.

4        A.  What do you mean?

5        Q.  So if Sharmaine is there staying with

6   you guys, and then kind of around the middle

7   Sharmaine comes, too.  She's prostituting

8   herself.  Santresia is prostituting herself, and

9   then Santresia is still forcing you to take

10  plays, right?

11       A.  Yes.

12       Q.  Okay.  So how are the three of you

13  working out of one room?

14       A.  Whenever she -- whenever Santresia have

15  a play, me and Sharmaine is in the other room

16  with the kids, and we just swap out like that.

17       Q.  Okay.  Whenever Santresia had her own

18  play, did you ever think about escaping yourself

19  or getting help?

20       A.  Where am I -- I had nowhere to escape

21  to.  I had no way to get help.

22       Q.  Well, I mean, you didn't escape -- think

23  about escaping the hotel in general.  Just, like,

24  walking out of there and figuring out where to go

25  next?



Page 187

```
 1        A.   No, ma'am.  I had no money.  I had
 2   nothing.
 3        Q.   Okay.  You never thought to go down to
 4   speak to a staff member and call your family?
 5        A.   No.
 6        Q.   Okay.  Why do you say it like that?
 7        A.   Because I have -- and I'm just saying it
 8   like this, I have 20 men a day coming in and out
 9   of my room --
10        Q.   Uh-huh.  (Affirmative).
11        A.   -- I'm walking around with my head down.
12   I don't -- if that's not enough to tell you that
13   something is wrong with a child, I don't know.  I
14   wasn't expecting nobody to help me, especially
15   not at that hotel.
16        Q.   Okay.  At this hotel, though, it's not
17   just you working out of one room.  It's multiple
18   people, right?
19        A.   Yes.
20        Q.   And there was two of them who were of
21   age.  They were not minors, right?
22        A.   Yes.
23        Q.   Okay.  So even if people are coming and
24   visiting the same hotel room and there's traffic
25   in and out, it's not really clear who the traffic
```



1    is related to?

2          A.   That's not true.

3          Q.   Okay.  How is it clear?

4          A.   Because we'll stand outside and wait for

5    the john to come up the back stairs.

6          Q.   So you'd stand outside the hotel room?

7          A.   Yes, ma'am.

8          Q.   Okay.  Door open?  Like, standing in the

9    doorway or --

10         A.   Standing outside on the balcony.

11         Q.   Okay.  Have you ever seen what the

12   security camera footage looks like?

13         A.   No.

14         Q.   Okay.  So you don't know how clear the

15   image is or how much --

16         A.   No.

17         Q.   -- you can see?  Okay.  Did you ever see

18   any staff members walk around the property?

19         A.   No.

20         Q.   Okay.  Did you ever see police at the

21   property, other than when your rescue happened?

22         A.   From what I recall, no.

23         Q.   Okay.  You said earlier that you would

24   hear screaming through the walls.

25              What were you hearing?  I know you said



Page 189

1  screaming and, I guess, I'm just looking for a

2  little bit more description.  Was it, like, help

3  me screams?  Was it people fighting screaming?

4  Was it sex screaming?  What kind of screaming

5  where you hearing?

6      A.  The girl said, help me, please.

7      Q.  Did you do anything about that?

8      A.  The girl was Alycia Pierce.

9      Q.  Did you recognize your voice -- or how

10  did you -- her voice, or how did you know it was

11  her?

12      A.  She told me it was her, and I saw her

13  after, and she was pistol whipped.

14      Q.  Did anybody else hear the help me please

15  screaming?

16      A.  My sisters.

17      Q.  Okay.  All the ones in the room?

18      A.  (Shakes head).

19      Q.  Yes?

20      A.  Yes, ma'am, and a couple other people

21  came out their room.

22      Q.  Came out their room or running?

23      A.  Out their rooms.

24      Q.  Their rooms, okay.  Other than Alycia,

25  do you remember any other individuals who stayed



```
 1   at the hotel while you were there?
 2         A.   I don't know them by name, but it was a
 3   lot of young women and older women.
 4         Q.   Okay.  You don't know any names or
 5   nicknames?
 6         A.   No, ma'am.
 7         Q.   Okay.  Were all of the older women and
 8   girls you just mentioned working girls, or do you
 9   know if some were not?
10         A.   From what I could tell, they were
11   working girls.
12         Q.   Okay.  But did you discuss it with --
13   you didn't discuss it with every one of them?
14         A.   No.
15         Q.   Okay.  That was just what you assumed
16   from --
17         A.   Yes.  Yes, ma'am.
18         Q.   Okay.  Okay.  Did you personally see
19   people having sex in the stairwells?
20         A.   Yes.
21         Q.   How many times did you see that happen?
22         A.   A lot.  More often than I should have.
23         Q.   How many times is that?
24         A.   Anytime I walked downstairs really.  I
25   can't tell you an exact number.
```



1    Q.  More than five?

2    A.  Yes.

3    Q.  More than ten?

4    A.  Again, I know it was more than five

5    times.  I can't say if it was more than ten, but

6    I know it was a lot.

7    Q.  Okay.  Okay.  When you said that girls

8    would be outside this hotel in lingerie, was it

9    similar to what you were saying you were wearing

10   in the lobby, like, a lingerie top and some

11   shorts, or was it top, bottom lingerie?

12   A.  It would be lingerie.  I saw girls

13   outside in dresses that was lingerie.  I saw

14   girls outside in tops and shorts that was

15   lingerie.  It was -- I even saw girls outside in

16   panties.

17   Q.  When you would see this, what time of

18   day was it?  Nighttime or all hours of the day?

19   A.  All hours of the day.

20   Q.  Okay.  Okay.  So what happened -- what

21   happens next at the hotel?

22   A.  What do you mean?

23   Q.  Shaniqua came to stay with you guys

24   three days before you were rescued.  I can't

25   remember at what time you heard the help me



Page 196

1  phone was he law enforcement, he hesitated and
2  told me, no.
3        Q.  Do you know how police ended up there?
4        A.  No.
5        Q.  Do you know if somebody called them?
6        A.  No.
7        Q.  Do you know if somebody reported what
8  was happening at the hotel?
9        A.  No.
10       Q.  Where did you get the name Paige Evans?
11       A.  That's my cousin's name.
12       Q.  Okay.  Do you have her ID?
13       A.  No.
14       Q.  You just used her name?
15       A.  Uh-huh.  (Affirmative).
16       Q.  Yes?
17       A.  Yes.  I'm sorry.
18       Q.  That's okay.  Why did you tell the
19  police a different name and a different age, even
20  though you wanted help?
21       A.  Trying to protect Santresia.
22       Q.  Okay.
23       A.  I wanted help, but I was still trying to
24  protect her.
25       Q.  Okay.  So even after everything, she's



Page 197

1   trafficked you for many months and forced you to
2   have sex with hundreds of men; is that fair to
3   say?
4        A.  Yeah, yes.
5        Q.  Okay.  So even after all that and she's
6   beating you multiple times, you still wanted to
7   help her somewhat?
8        A.  Yes.
9        Q.  Okay.  So at what point did you tell the
10  truth to the police?
11       A.  I don't know if it was that day or 2018.
12       Q.  Okay.  When did you learn that your
13  sisters were trying to get away from the police?
14       A.  That day.
15       Q.  Okay.  Even after knowing that your
16  sisters were trying to get away and leave you
17  with the police, is that when you still were
18  lying to them?
19       A.  Yes.
20       Q.  Okay.  So what do you tell the police
21  when you get to the station and you're getting
22  interviewed?  Do you remember?
23       A.  Huh?
24       Q.  When you get to the station, or wherever
25  they took you, and -- they interview you, right?



Page 204

1        Q.   Okay.

2        A.   I don't think they told me her charges.

3        Q.   Okay.  From that moment on, I know that

4   you lied to the police some, but besides that,

5   did you cooperate with the police investigation?

6        A.   What investigation, into my sister?

7        Q.   Yeah.  Any investigations that followed?

8        A.   Yes, I did.

9        Q.   Okay.  So other than your sister's

10  investigation, what else was there?

11       A.   Frank Brown.

12       Q.   Okay.  And he was a john, right?

13       A.   Yes, at the Super 8 hotel.

14       Q.   And that was where you testified at his

15  trial, right?

16       A.   Yes.

17       Q.   Okay.  Santresia testified there, too,

18  right?

19       A.   Yes.

20       Q.   Were you able to stay in the courtroom

21  during her testimony?

22       A.   No.

23       Q.   Did you stay for any portion of his

24  trial, other than what you had to testify for?

25       A.   No, ma'am.



Page 254

1   of that hotel?

2        Q.   Yeah.   What was dangerous about the

3   hotel, or what did you think was hazardous at the

4   hotel?

5        A.   From the first look of it, nothing.

6        Q.   Okay.

7        A.   All I knew was that there were multiple

8   women outside.

9        Q.   Okay.   When you were there, did you get

10  housekeeping services?   Like, did they come clean

11  your room?

12       A.   I don't remember that part.

13       Q.   Okay.   Did you have to go to the front

14  desk and ask for towels or ask housekeeping for

15  towels?

16       A.   We did.

17       Q.   Okay.   Did you do that more often than

18  just, like, I guess, daily?

19       A.   I don't remember that part.

20       Q.   Okay.   Okay.   What do you think the

21  hotel could have done to prevent this from

22  happening, if anything?

23       A.   Called DFCS or called the police.

24       Q.   Okay.   Do you think that the hotel

25  should have done something to prevent this from



Page 268

1    you haven't seen anybody, right?

2         A.  I'm not even sure how to answer that.

3         Q.  You haven't seen any medical providers,

4    outside of Emory Clinic and CHOA, right?

5         A.  No, ma'am, I have not.

6         Q.  Okay.  I'll just leave it there.

7         Are you aware of any other expenses that

8    you're relating to this lawsuit, any costs that

9    you incurred, anything you've had to pay for --

10            MR. MCDONOUGH:  Objection.  You can

11   answer.

12   BY MS. MERRILL:

13        Q.  -- related to the sex trafficking?

14        A.  No, not that I'm aware of.

15        Q.  Okay.  Maybe that's a good way for me to

16   ask that other question, too.

17        Have you ever paid for any medical care --

18        A.  No.

19        Q.  -- related to the lawsuit?  Okay.

20   Sorry.  I'm not try -- I'm not trying to be

21   tricky, but you can see, lawyers are sometimes

22   really not good at questions.

23        How many plays did you have a day, if you

24   can remember, while at the Super 8?

25        A.  I could say, I saw 20 people a day.

