30(b)(6) Tucker Inn, Inc - March 22, 2023
(Umesh Patel)

1       host.

2   BY MS. HUNDREDMARK:

3       Q     I'm sorry.  I think that distracted me a bit.

4   What is your current job title?  Is it manager?

5       A     Yes.

6       Q     And how long have you been the manager of the

7   hotel?

8       A     Since 2017.

9       Q     And prior to 2017, who was the manager?

10      A     Raman Bhai.

11      Q     Is that the individual earlier we referred to

12  as Raman Patel?

13      A     Yes.

14      Q     And prior to your becoming a manager -- well,

15  let me take -- when did you take over the role of

16  manager in 2017; do you recall?

17      A     When it converted into the America Best Value

18  Inn.

19      Q     You mean when the franchise switched over from

20  being a Super 8 to America's Best, you took over as

21  manager; is that right?

22      A     Yes, that's correct.

23      Q     And what was the reason for the decision to

24  change you to the manager role at that time?

25      A     Because I was doing all the work.  That's why.

16

30(b)(6) Tucker Inn, Inc - March 22, 2023
(Umesh Patel)

1      Q    And so this is just a more close-up view of
2    what we were looking at before, which shows the front
3    side and the night window and the office; correct?
4      A    Yes, that's correct.
5      Q    If we look at page 4, what view of the hotel
6    are we looking at here?
7      A    Back side.
8      Q    And so this over here where the rooms are,
9    you're saying that's the back side of the hotel?
10     A    Yes, that's correct.
11     Q    And are those rooms, then, odd-numbered rooms?
12     A    Yes.
13     Q    This entryway, driveway, is this the only
14    driveway in and out of the property?
15     A    Yes.
16     Q    So anyone that's going to drive on the
17    property has to come through this driveway on page 4;
18    right?
19     A    Yes, that's correct.
20     Q    And from the front office, is there a view,
21    then, of this driveway?  Can you see this driveway
22    clearly?
23     A    Yes.
24     Q    And let's see.  Page number 5, this is an
25    aerial view of kind of the area where what is now

29

**30(b)(6) Tucker Inn, Inc - March 22, 2023**
**(Umesh Patel)**

1    Eric Felder case; correct?

2        A    Yes, that's correct.

3        Q    And are you aware that the hotel also gave a

4    deposition in that case?

5        A    Yes.

6        Q    And in that deposition -- that deposition for

7    the hotel was in 2019.

8        A    Yes.

9        Q    The hotel was asked "do you have any security

10   training," and the hotel answered "we don't have any

11   security training."

12       A    Okay.  That's correct.

13       Q    And was that testimony true at the time?

14       A    Yes.

15       Q    And so prior to 2019, the hotel did not have

16   any security training; correct?

17       A    Yes, that's correct.

18       Q    Is that still true today?

19       A    Yes.

20       Q    So, currently, you don't -- you haven't had

21   any additional security training?

22       A    No.

23       Q    Do you have any written training policies?

24       A    No.

25       Q    Do you have any written policy regarding sex

65

30(b)(6) Tucker Inn, Inc - March 22, 2023
(Umesh Patel)

1    trafficking?

2        A    No.

3        Q    Do you have any policy for guests to record

4    any incidents?

5        A    Only through the phone.

6        Q    And how does a guest know that that's what

7    they're supposed to do?

8             MR. HARRIS:  Objection.

9             Go ahead.

10       A    Okay.  I did not understand the question.

11       Q    You indicated in your prior response that you

12   have -- the guests can report incidents through the

13   phone.  Do you have any communication with guests

14   informing them that's what they're to do?

15       A    Well, just to give example, if there is any

16   fight going on in the parking lot or in their rooms,

17   then, you know, they can let us know by the phone.

18       Q    Do you inform the guests that that's what

19   they're to do in any way?

20       A    No.

21       Q    Does each room have a phone?

22       A    Yes.

23       Q    Now, I'm going to -- want to go through some

24   general principles to guide kind of the rest of our

25   discussion today.

66

1    A    I could not be able to say on that, that, you

2    know, if it's happening or if it's not.

3    Q    At what point is prostitution a problem for a

4    hotel?

5         MR. HARRIS:  Objection.

6    A    I did not understand the question.

7    Q    At what point do you think a hotel should do

8    something about prostitution occurring at its hotel?

9    A    Then you would put the person in the

10   do-not-rent list.

11   Q    When does continuous prostitution at a hotel

12   require that hotel to do something in response?

13        MR. HARRIS:  Objection.

14   A    Within the -- within one or two days, we can

15   find out.

16   Q    And what do you mean by that?

17   A    (In English)  Like too many traffic going on

18   in one room.  Traffic means people in and out.  Those

19   people we --

20        THE INTERPRETER:  Like --

21        MR. HARRIS:  Gujarati.

22        THE WITNESS:  (In English)  Sorry.

23   A    So if we rent -- if we have rented the room

24   and if we see a lot of traffic going in and out of the

25   room -- like a lot of men going in and out of the

69

**30(b)(6) Tucker Inn, Inc - March 22, 2023**
**(Umesh Patel)**

1    room -- you know, so then if we find that out, then we

2    would not rent them the room anymore.

3        Q    So, then, if there's too much traffic going in

4    and out of the room, that would be a sign of

5    prostitution?

6        A    Well, I cannot say that for -- I myself cannot

7    say that for sure.  But we wouldn't know what is

8    happening inside the room.

9        Q    What other signs would you look for to

10   determine whether a guest is engaging in prostitution?

11       A    Well, in my knowledge, I would not be able to

12   know.

13       Q    Okay.  When asked previously about when --

14   when it would require a response, you said within one

15   to two days, you would see a lot of traffic.  So I

16   guess I'm confused as to what you mean by that.

17       A    So what I meant to clarify my question is that

18   we rent the room to two people, and then if we see

19   beyond those two people, if there are, like, three,

20   four, five people going in and out, you know, that is

21   when we would see, and then that's when we would not

22   rent them the room.

23       Q    So if you see more than two people, what do

24   you do in response to that?

25       A    So if we see an extra person, then we charge

70

**30(b)(6) Tucker Inn, Inc - March 22, 2023**
**(Umesh Patel)**

1    then we would ask them to pay $10 extra.

2              So we would -- when we see that without the

3    front desk permission if there are more people that are

4    entering the room.

5         Q    Okay.  How many people would be too many

6    people going in and out of a room?

7         A    So if there are two people that have checked

8    in but if it is, like, the fourth or the fifth or the

9    sixth person going in and out of the room.

10        Q    And what do you do at that point?

11        A    Next day we ask them to check out.

12        Q    Have you ever suspected someone of engaging in

13   prostitution at the hotel?

14        A    No.

15        Q    Not once?

16        A    No.

17        Q    So then have you ever actually removed someone

18   from the hotel for engaging in prostitution?

19        A    Not particularly on this point, but if we find

20   out, then we would.

21        Q    And what do you mean by that, if you find out?

22        A    First of all, it would be --

23        A    (In English) In my knowledge, I don't know

24   anything.

25        A    So in my knowledge, first of all, do we find

                                                              72

30(b)(6) Tucker Inn, Inc - March 22, 2023
(Umesh Patel)

1    out what's going on inside the room?  That I would not

2    know.

3         Q    But you indicated that if you find out, you

4    would not rent to them.  How would you find out?

5         A    I don't have an answer to that question.

6         Q    Have you ever called the police for someone

7    engaging in prostitution?

8         A    No.

9         Q    Does the hotel know what a pimp is?

10        A    Yes.

11        Q    And what is it?

12        A    A pimp is somebody that makes an underage girl

13   of 13 years to have sex or sell themselves to have sex.

14        Q    And what signs does the hotel look out for to

15   determine if someone is a pimp?

16        A    To my knowledge, I don't have this knowledge,

17   not -- I mean, what would be going on in the hotel it

18   would be -- it would be.

19        Q    So do you believe that, in order to find out

20   that there's prostituting, you'd have to be inside the

21   room?

22        A    Yeah.  I would not know what's going on

23   inside.

24        Q    So apart from being inside the room, do you

25   believe that you have an ability to know if there's

73

30(b)(6) Tucker Inn, Inc - March 22, 2023
(Umesh Patel)

1    prostitution going on on the property?

2         A    I don't know.

3         Q    Have you ever seen anyone that you thought was

4    a pimp on the property?

5         A    No.

6         Q    Does the hotel know what sex trafficking is?

7         A    Yes.

8         Q    And how does the hotel define sex trafficking?

9         A    What do you mean by what the hotel means?

10        Q    I just asked if the hotel knew what sex

11   trafficking was.

12        A    Yes, yes.

13        Q    How do you define sex trafficking?

14        A    18 years -- under the age of 18 years,

15   underage girls to have sex.

16        Q    Okay.

17        A    Somebody that forces or asks them to have sex.

18        Q    When did the hotel first learn about sex

19   trafficking?

20        A    When I got the paper about the case.

21        Q    You mean when you got the paper about these

22   cases?

23        A    Yes.

24        Q    And these cases were filed in 2022; correct?

25        A    Yes.

74

**30(b)(6) Tucker Inn, Inc - March 22, 2023**
**(Umesh Patel)**

1      Q    Does the hotel know whether sex trafficking is

2    a problem in the Atlanta area?

3      A    Yes.

4      Q    Is the hotel aware that sex trafficking is in

5    the hotel business?

6           MR. HARRIS:  Objection.

7      A    Yes.

8      Q    Does the hotel know that sex trafficking is

9    common in the economy sector?

10     A    Yes.

11     Q    And just to clarify, though, the hotel didn't

12   know what sex trafficking was until these cases were

13   filed in 2022?

14     A    Did not -- well, it would have been happening,

15   but I did not know before the documents were filed.

16     Q    It may have been happening.  What do you mean

17   by that?

18     A    I don't know the answer to this question.

19     Q    Well, you said it -- as in sex trafficking --

20   may have been happening, but you didn't know until

21   these cases were filed.  What do you mean by that?

22     A    Well, I did not -- I was not aware of it

23   before.

24     Q    Was the hotel aware of sex trafficking in

25   general?

75

30(b)(6) Tucker Inn, Inc - March 22, 2023
(Umesh Patel)

1      A    No, did not know.

2      Q    What signs does the hotel look for to

3  determine whether a guest is being sex trafficked?

4      A    I don't know that.

5      Q    I think prior you said that more traffic would

6  be an indication of prostitution.  Would that also be

7  an indication of sex trafficking?

8      A    I don't know those questions.

9      Q    Would you agree that signs of prostitution and

10  signs of sex trafficking can be the same?

11         MR. HARRIS:  Objection.

12      A    No.  There is difference.

13      Q    What is the difference?

14      A    One is that somebody would force you into; and

15  the other would -- the other one would be where the

16  woman would be willing to sell body for sex.

17      Q    And how would you, as the hotel, see signs

18  that they were different?

19      A    I -- I don't know.

20      Q    Have you ever suspected anyone of being sex

21  trafficked at the hotel?

22      A    No.

23      Q    If you don't know the difference between signs

24  of prostitution and signs of sex trafficking, how do

25  you respond to commercial sex on the property?

76

**30(b)(6) Tucker Inn, Inc - March 22, 2023**
**(Umesh Patel)**

1           MR. HARRIS:  Objection.  Objection.

2      A    I don't know this.

3      Q    Okay.  You said that the distinction between

4   the two was somebody being forced; right?

5           (The Interpreter interprets the question to

6      the witness.)

7      Q    How does the hotel determine if someone is

8   voluntarily engaging in commercial sex or if someone is

9   being forced?

10     A    I -- I would not know.

11     Q    So the hotel knows of nothing it could do to

12   determine if a prostitute was a sex trafficking victim?

13     A    No.  They would not know.

14     Q    Have you ever called the police to report that

15   someone has been sex trafficked on the property?

16     A    No.

17     Q    Would you then -- I think, based on your prior

18   testimony, you said you wouldn't know if something is

19   prostitution unless you were in the room; correct?

20          MR. HARRIS:  Objection.

21     A    I don't know this question.

22     Q    Do you believe that you can determine whether

23   someone is being sex trafficked without being in the

24   room with them?

25     A    I don't know.

77

30(b)(6) Tucker Inn, Inc - March 22, 2023
(Umesh Patel)

1        Q    Mr. Patel, I'm going to continue with just

2    some more questioning.

3             Does the hotel know that victims may show

4    signs of abuse, like malnourishment or poor hygiene?

5        A    No.

6        Q    Does the hotel know that victims may be

7    scantily dressed and have little luggage?

8             MR. HARRIS:   Objection.

9        A    No.

10       Q    Does the hotel know that traffickers may

11   constantly monitor victims' movements?

12            MR. HARRIS:   Objection.

13       A    No.  I don't know.

14       Q    Does the hotel know that victims may be

15   without money or identification?

16            MR. HARRIS:   Objection.

17       A    No.

18       Q    Does the hotel know that victims do not

19   personally interact with hotel staff or employees?

20            THE INTERPRETER:   Can you say that

21       again?

22   BY MS. HUNDREDMARK:

23       Q    Does the hotel know that victims do not

24   personally interact with hotel staff or employees?

25       A    No.

                                                    92

30(b)(6) Tucker Inn, Inc - March 22, 2023
(Umesh Patel)

```
 1              MR. HARRIS:  Objection.
 2   BY MS. HUNDREDMARK:
 3       Q    Does the hotel know that many victims' failure
 4   to interact with hotel staff makes their identification
 5   difficult?
 6              MR. HARRIS:  Objection.
 7       A    No.  I don't know.
 8       Q    Does the hotel know that many victims use side
 9   or rear entrances to avoid being detected?
10              MR. HARRIS:  Objection.
11       A    No.  I don't know.
12       Q    Does the hotel know that victims of sex
13   trafficking often refuse room service and housekeeping?
14       A    I don't know.
15              MR. HARRIS:  Objection.
16   BY MS. HUNDREDMARK:
17       Q    Does the hotel know that victims of sex
18   trafficking may make excessive requests for clean
19   sheets and towels?
20              MR. HARRIS:  Objection.
21       A    No, no.
22       Q    Does the hotel -- sorry.  Strike that.
23              Is the hotel aware that housekeeping may
24   notice an unusually high number of contraceptives in
25   the trash cans of sex trafficking victims?
```

93

**30(b)(6) Tucker Inn, Inc - March 22, 2023**
**(Umesh Patel)**

1              THE INTERPRETER:  Can you say that

2        again, please?

3              MS. HUNDREDMARK:  Maybe.

4    BY MS. HUNDREDMARK:

5        Q    Is the hotel aware that housekeeping may

6    notice an unusually high number of contraception

7    devices in the trash cans of sex trafficking victims?

8              MR. HARRIS:  Objection.

9        A    No.

10        Q    Is the hotel aware that it should look out for

11    an inordinate amount of foot traffic to and from a

12    room?

13              THE INTERPRETER:  What word was that?

14        Is that "normus" or "normus"?  Can you say

15        that again, please?

16    BY MS. HUNDREDMARK:

17        Q    Is the hotel aware that it should look for an

18    inordinate -- "inordinate," I think, is the word --

19    amount of foot traffic to and from a room?

20              THE INTERPRETER:  I'm not going to

21        have a direct word for that, "inordinate."

22        So can you use something else in place of

23        that?

24              MS. HUNDREDMARK:  Okay.

25    BY MS. HUNDREDMARK:

                                                        **94**

**30(b)(6) Tucker Inn, Inc - March 22, 2023**
**(Umesh Patel)**

1    Q    Is the hotel aware that it should keep an eye

2    out for extraordinary foot traffic going to and from a

3    room?

4    A    Which traffic?

5    Q    Foot traffic.

6    A    I mean, we can see in the camera.

7    Q    And do you keep track of what you see on the

8    camera?

9    A    Well, front desk has been instructed for them

10    to check the camera.

11    Q    And they're checking the cameras for this

12    extra foot traffic?

13    A    Yes.

14    Q    And what does this extra foot traffic tell

15    them?

16         MR. HARRIS:  Objection.  Asked and

17         answered.

18    A    I don't know about that.

19    Q    Has the hotel seen rooms with extra foot

20    traffic?

21    A    No.

22    Q    Should hotels and motels provide training on

23    sex trafficking to their employees?

24    A    If there is a training.  I don't know this

25    question.

95

**30(b)(6) Tucker Inn, Inc - March 22, 2023**
**(Umesh Patel)**

1      Q    As in you don't understand the question, or
2   you don't have an answer?
3      A    I don't have an answer.
4      Q    So you don't have an answer as to whether a
5   hotel should provide training on sex trafficking to
6   their employees?
7      A    No.
8      Q    Should a hotel have a written human
9   trafficking policy?
10     A    No.  We don't.
11     Q    Should you have one?
12     A    Are you asking that we should have it?
13     Q    I'm asking if the hotel believes it should
14   have one.
15     A    Well, I said yeah, they should have one.
16     Q    Do you believe or does the hotel believe that
17   monitoring online reviews is a smart preventative
18   measure?
19     A    Yes, it is.
20          MR. HARRIS:  Objection to the
21     question.
22   BY MS. HUNDREDMARK:
23     Q    Does the hotel believe that sex trafficking is
24   a risk in any motel?
25     A    Yes.

**96**

**30(b)(6) Tucker Inn, Inc - March 22, 2023**
**(Umesh Patel)**

1    Q    Would you or does the hotel agree that

2    prostitution can attract violent crime?

3    A    Yes, that's correct.

4    Q    If a hotel knows that violent crime is

5    occurring at the hotel, should the hotel act to stop

6    it?

7    A    Yes.

8         MR. HARRIS:  Objection.

9    BY MS. HUNDREDMARK:

10    Q    If a hotel knows that dangerous, illegal

11    activity is occurring at its hotel, should the hotel

12    act to stop it?

13    A    Yes.  They should stop it.

14    Q    If the hotel knows that guests are being

15    assaulted at its hotel, should the hotel act to stop

16    it?

17    A    Yes.

18         MR. HARRIS:  Objection.

19    BY MS. HUNDREDMARK:

20    Q    If a hotel knows that prostitution is

21    occurring at its hotel, should the hotel act to stop

22    it?

23    A    Yes.  They should try to.

24    Q    Okay.  Can you tell me, Mr. Patel:  Did the

25    hotel take any specific new action in 2011 to deter

97

**30(b)(6) Tucker Inn, Inc - March 22, 2023**
**(Umesh Patel)**

1      A     Entering into the office.  They cover all the

2   area.

3      Q     How about the parking lots?  Which cameras

4   monitor the parking lots?

5      A     The four corners, the four corners of the

6   building.  That's where the cameras are.

7      Q     In 2015 when you had four cameras, where were

8   those four cameras?

9      A     The four corners of the property.

10     Q     And so is that the -- when you say "the four

11  corners," are those the ones that you've identified as

12  doing the parking lot?

13     A     Yes.

14     Q     Okay.  2017, what -- which -- did you have the

15  full set of cameras that you have now in 2017?

16     A     No.

17     Q     Okay.  Which ones did you have in 2017?

18     A     The four in the property, around the property.

19     Q     Okay.

20     A     And in the lobby, the ice machine, and then on

21  the -- and on the first floor and the second floor.

22     Q     Both sides?

23     A     Yes.

24     Q     Now, in your deposition in the prior case, you

25  indicated that no one monitored the cameras.  Was that

101

**30(b)(6) Tucker Inn, Inc - March 22, 2023**
**(Umesh Patel)**

1    true?

2        A    Yes.

3        Q    And what was the purpose of the cameras if

4    nobody monitored them?

5        A    Because the system was not in the office.  It

6    was at a different place.

7        Q    And where was that?

8        A    It was on the second floor.

9        Q    Second floor of the property?

10       A    It was in the second floor room.

11       Q    And is that -- does that mean that's where you

12   had the monitors -- was in that second floor room?

13       A    Yes, that's correct.

14       Q    And did that change?

15       A    Yeah.  And then we changed it and brought it

16   to the office.

17       Q    And when was that?

18       A    2016.

19       Q    So did someone begin monitoring them in 2016?

20       A    Yes, the person at the front desk.

21       Q    So was that after the Eric Felder shooting

22   that someone began monitoring them?

23       A    No.  Before.

24       Q    And what prompted you to move the monitors

25   into the office?

                                                        102

30(b)(6) Tucker Inn, Inc - March 22, 2023
(Umesh Patel)

1          fast.  And so if you can please slow down a

2          little, I would really appreciate that.

3               MS. HUNDREDMARK:  Okay.  I'll keep

4          trying.

5               THE INTERPRETER:  Thank you.

6     BY MS. HUNDREDMARK:

7          Q    So looking at -- back at Exhibit 10 --

8          A    This is the front side.

9          Q    Okay.  So of these pictures --

10         A    In this picture, cannot directly see the room.

11    But it's toward the back side.

12         Q    So this being the back side here -- right? --

13    on Plaintiffs' No. --

14         A    Yeah, yeah.  That's correct.

15         Q    Okay.  So 215 and 217, would that be on the

16    second floor?

17         A    Yes.

18         Q    And is that towards this portion or towards

19    the back portion?

20         A    Back side.  It's the back side.

21         Q    Okay.  So if I'm looking at page 4, the room

22    would be further to the right of this picture on the

23    second floor?

24         A    Yes, that's correct.

25         Q    Okay.  So are you aware that Ms. Woods and

113

**30(b)(6) Tucker Inn, Inc - March 22, 2023**
**(Umesh Patel)**

1    Mr. Brown were arrested for sex trafficking D.H. at the

2    hotel?

3        A    I do not remember, but when I received this

4    paper, that's when I found out.

5        Q    Did you ever follow these cases once they were

6    arrested?

7        A    No.

8        Q    Why not?

9        A    It didn't come in my mind.

10       Q    Was the hotel not interested in learning about

11   what had happened?

12            MR. HARRIS:  Objection.

13       A    No.

14       Q    Did the hotel try to ever learn anything about

15   the victim?

16       A    No.

17       Q    And we provided a copy of the criminal trial

18   transcript to your lawyers.  Are you aware of that?

19       A    No.

20       Q    So I assume that would mean you have not read

21   the trial transcript?

22       A    No.

23       Q    Does the hotel admit that Ms. Woods sex

24   trafficked our client out of its hotel in September of

25   2015?

                                                    114

**30(b)(6) Tucker Inn, Inc - March 22, 2023**
**(Umesh Patel)**

1      A      That I don't have an answer for.

2      Q      Who made the decision to require driver's

3   license?

4      A      Well, when the police -- when the police said

5   or instructed, we put this into a policy to require a

6   driver's license.

7      Q      And was that after a meeting with police?

8      A      No.  The police told us verbally.

9      Q      And when was that?

10      A      In 2016.

11      Q      And what was the occasion in which the police

12   told you that?

13      A      That -- those details I don't recall right

14   now.

15      Q      Do you know if the hotel, then, would have

16   gotten a copy of the ID for Ms. Santresia Woods in

17   2015?

18      A      Must have taken it, but I do not recall.

19      Q      What is the minimum age requirement for

20   someone to rent a room?

21      A      20 years.

22      Q      Is it 20 years or over 20 years?

23      A      Over 20 years.

24      Q      Have you -- has the hotel ever rented a room

25   to a minor?

                                                     119

30(b)(6) Tucker Inn, Inc - March 22, 2023
(Umesh Patel)

 1          Q     -- is that do you have monthly subscriptions

 2     to websites for booking reservations?

 3          A     Yes.

 4          Q     And I believe, in your responses, the hotel

 5     indicated it had Booking.com, Expedia.com, Agoda -- and

 6     is it SynXisweb?

 7          A     (In English)  Yeah.

 8          A     Yeah.  This is for every day.

 9          Q     And do you read the reviews that are typically

10     up on those websites?

11          A     Yeah, I do.

12          Q     And have you read any reviews on those sites

13     that indicate that there's been commercial sex

14     occurring at the property?

15          A     No.  I have not seen such.

16          Q     How often do you check the reviews on these

17     websites?

18          A     Once a month and when there is a complaint and

19     a complaint from franchise.

20          Q     Okay.  And when did you start checking those

21     every month?

22          A     When it converted into America's Best Value.

23          Q     Okay.  So prior to that, did you read the

24     reviews more frequently?

25          A     No.  I did not used to.

159

30(b)(6) Tucker Inn, Inc - March 22, 2023
(Umesh Patel)

1        Q     Okay.  I believe, in your prior deposition,

2   you indicated that you read the reviews daily.  Was

3   that not true?

4        A     I must have said.

5        Q     Okay.  So back then, then, you did review them

6   daily?

7        A     I don't remember.

8        Q     Do you recall any of the rooms indicating that

9   the hotel -- or any of the reviews indicating that the

10  hotel needed security?

11       A     No.

12       Q     Who makes the security decisions for the

13  hotel?

14       A     All of us.

15       Q     Who's all of us?

16       A     Raman Bhai, Vinay Bhai, Apurva, and me.

17       Q     So in his -- in the Felder case in his

18  deposition, Mr. Vinay Patel testified that you were

19  responsible for security decision.  Is that incorrect?

20       A     No.

21       Q     So that was correct, then, that you're

22  responsible for the security decisions?

23       A     Yeah, that's correct.

24       Q     Okay.  So was it your decision or is it your

25  decision that you have not employed a security officer      160

**30(b)(6) Tucker Inn, Inc - March 22, 2023**
**(Umesh Patel)**

1    for the premises?

2        A    Not all by myself.

3        Q    Okay.  Who made the decision not to employ a

4    security officer?

5        A    Raman Patel.

6        Q    By himself, Raman Patel?

7        A    Mine too, Apurva, and Vinay.

8        Q    Okay.  So you're saying it's all the owners'

9    decision?

10        A    Yes.

11        Q    Okay.  So, again, back to the previous

12    question.  Was Mr. Patel incorrect in stating that you

13    were responsible for making those decisions?

14            MR. HARRIS:  I'm going to -- objection.

15            Go ahead.

16        A    It is not my own individual's decision.

17        Q    Okay.  Why did the ownership decide not to

18    have a security officer?

19        A    Because -- because there was no need for

20    security because the police is patrolling, and then the

21    lighting got increased, and there is more surveillance

22    to the cameras.

23        Q    Okay.

24            MS. HUNDREDMARK:  I think, Roger,

25        that's all I have with regard to the

                                                        161