```
 1  WITH WHAT HE WAS TELLING YOU?
 2       A.   YES.
 3       Q.   AND WHEN YOU WERE LOOKING FOR THAT CORROBORATION, WHEN
 4  HE DESCRIBED THE FEMALE WHO HE WENT TO HAVE SEX WITH, DID YOU
 5  FIND THAT CORROBORATED ANY INFORMATION YOU ALREADY HAD?
 6       A.   YES.
 7       Q.   AND WHAT DID THAT CORROBORATE FOR YOU AT ANY TIME?
 8       A.   ONE OF THE BIGGEST THINGS WAS WHEN HE PICKED OUT
 9  ███████████ BED.  THE GIRLS DISTINCTLY TOLD ME OR SHE TOLD ME
10  WHICH BED WAS FOR SEX AND THE OTHER BED WAS FOR SLEEPING.  SO I
11  ASKED HIM WHICH BED DID THEY ACTUALLY HAVE SEX ON AND HE TOLD ME
12  THE RIGHT ONE.  SO THAT WAS ███████████ SEX BED.  SO THAT WAS
13  ONE THING THAT COMMUNICATED THAT IT ACTUALLY OCCURRED.  HE GAVE
14  ME A DESCRIPTION OF THE GIRL.  HER BUILD WAS DISTINCTIVE.  HER
15  LOOK AS DISTINCTIVE FROM THE OTHER GIRL.  EVEN WHEN HE SAID SHE
16  DON'T BELONG HERE AND I KNEW EXACTLY WHAT HE MEANT BECAUSE I
17  HAVE BEEN DOING AND DEALING WITH GIRLS IN THAT AREA FOR A WHILE.
18  SHE WAS DEFINITELY YOUNGER AND YOUNGER LOOKING THAN ANY OF THE
19  OTHER GIRLS.
20       MR. SELLARS:  OBJECTION, YOUR HONOR.
21       THE COURT:  WHAT'S THE OBJECTION?
22       MR. SELLARS:  THERE IS BETTER EVIDENCE THAN HIS TESTIMONY
23  REGARDING THAT.
24       THE COURT:  WHAT'S YOUR RESPONSE?
25       MS. BRYANT:  RESPONSE IS HE IS INDICATING TO HIM WHAT WAS
```