# DECLARATION OF ▇▇▇▇▇▇▇▇▇▇

COUNTY OF FULTON
STATE OF GEORGIA

▇▇▇▇▇▇▇▇▇▇ pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is ▇▇▇▇▇▇▇▇▇▇ I am more than twenty-one years of age, competent to testify, have no legal or mental disability, and have personal knowledge of the facts stated herein. I freely give this declaration for use in this case. This declaration was executed in the state of Georgia, where I am a resident.
2. In September 2015, I was a victim of child sex trafficking at the Super 8 located at 1600 Crescent Centre Blvd., Tucker, Georgia, 30084.
3. While I was trafficked at the Super 8, I was very sleep deprived. I was sold for sex to many men at all times of the day and night. I could only sleep sporadically, for a few hours at a time at most. My exhaustion was apparent, and I often looked very tired and sleep deprived as I walked around the hotel.
4. My trafficker beat me frequently in the room at the Super 8. These were severe beatings and the injuries were often visible on my body. I had a busted lip while I was at the Super 8 and I had scratches and bruises all over me. These scratches and bruises were very visible on me because I often wore revealing lingerie tops when I walked around the hotel with these injuries.
5. I have read this Declaration and declare under penalty of perjury that it is true and correct.

This, the 6th day of December, 2023.

