# DEKALB COUNTY POLICE DEPARTMENT
## GA0440200
### INCIDENT REPORT

**Case #:** 15-089517

## EVENT

| Field | Value |
|---|---|
| Incident Type | 16-12-100 (3799) Sexual exploitation of children |
| Counts | 1 |
| Incident Code | 3799 |
| Offense Jurisdiction | COUNTY |
| Arrest Jurisdiction | COUNTY |
| Premise Type | COMMERCIAL |
| Weapon Type | |
| Forcible | N |
| Stranger To Stranger | Y |
| Hate Motivated | ☐ |
| Loc Code | 240 |
| Date Report | 9/9/2015 10:16:48 PM |
| Incident Start | 9/9/2015 5:20:00 PM |
| Incident End | 9/9/2015 9:20:00 PM |
| Incident Location | 1600 Crescent Centre Blvd Tucker GA |

## VICTIM

| Field | Value |
|---|---|
| Name (Last, First Middle) | [redacted] |
| Moniker | [redacted] |
| DOB | [redacted]-1999 |
| Age | 15 |
| Sex | F |
| Race | B |
| Ethnicity | N |
| Address | [redacted] Vancouver WA 98661- |
| SSN | |
| Resident Status | RESIDENT |
| HGT | 507 |
| WGT | 150 |
| Hair Color | BLACK |
| Hair Style | STRAIGHT |
| Hair Length | MEDIUM |
| Eye Color | BROWN |
| OLN # | |
| State | |
| Victim Type | Individual |
| Student | No ☒ |
| Injuries | None ☒ |
| Used | |

| Relationship To Offenders | (1) ACQUAINTANCE |
| Offenses Involved | (1) 3799 |

## OFFENDER

| Field | Value |
|---|---|
| Name | Woods, Santresia |
| DOB | [redacted]-1991 |
| Age | 24 |
| Sex | F |
| Race | B |
| Ethnicity | N |
| Address | 3378 Greenbriar Parkway SW 3107 Atlanta GA 30331- |
| Resident Status | RESIDENT |
| HGT | 507 |
| WGT | 195 |
| Eye Color | BROWN |
| State | GA |
| Occupation | UNKNOWN OR NOT STAT |
| Employer | Unknown |

Offenses Involved:
(1) 16-12-100 (3799) Sexual exploitation of children — 3799

**WANTED:** ☐  **WARRANT:** ☐  **ARREST:** ☒  **SUSPECT ARMED:** N  **WEAPON:**
**TOTAL NUMBER ARRESTED:** 1  **ARREST AT OR NEAR OFFENSE SCENE:** No ☒

## PROPERTY

| | VEHICLES | CURRENCY, NOTES, ETC | JEWELRY, PREC. METALS | FURS |
|---|---|---|---|---|
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |

| | CLOTHING | OFFICE EQUIP. | TV, RADIO, ETC | HOUSEHOLD GOODS |
|---|---|---|---|---|
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |

| | FIREARMS | CONSUMABLE GOODS | LIVESTOCK | OTHER | TOTAL |
|---|---|---|---|---|---|
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## ADM

**GCIC ENTRY:** WARRANT ☒

## DRUG

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? NO ☒

## CLEAR

REQUIRED DATA FIELDS FOR CLEARANCE REPORT: CLEARED BY ARREST ☒  DATE OF CLEARANCE: 09-09-2015  ADULT ☒

**REPORTING OFFICER:** Mccown e  **NUMBER:** 2722
**APPROVING OFFICER:** Brannon h l  **NUMBER:** 1911

Plaintiff D.H. 00373

| DEKALB COUNTY POLICE DEPARTMENT<br>GA0440200<br>NARRATIVE | Case #:<br>15-089517 |
|---|---|

| Officer ID/Name:<br>2722   Mccown e | Date:<br>9/9/2015 10:48:02 PM | Approving Officer ID/Name:<br>1911   Brannon h l | Date:<br>9/9/2015 10:48:27 PM |

Title: INITIAL REPORT

On Wednesday, September 9, 2015, the Dekalb County Police Department's Vice Unit conducted a police operation targeting females that engage in prostitution by advertising escort services on backpage.com. At approximately 5:20 PM, I called a female that posted an advertisement under the alias of "▓▓▓▓▓." ▓▓▓▓▓ was later identified to be ▓▓▓▓▓. ▓▓▓▓▓ posted an advertisement that showed a black female laying on her stomach in a thong.

I called ▓▓▓▓▓ and asked if she was available. She said that she was available. She asked me how long I wanted to visit her and I said an hour. ▓▓▓▓▓ told me that an hour would cost $120. I told her okay. She told me that she would text me her address. Three minutes later ▓▓▓▓▓ text me an address of 2942 Lawrenceville Highway, Tucker, GA 30084. The address that she gave me was the address of the Knights Inn Motel. In the text message ▓▓▓▓▓ said, "Bring Your Own Protection Please."

I text ▓▓▓▓▓ and told her that I would arrive at approximately 7:15 PM. At approximately 7:00 PM, I called ▓▓▓▓▓ and told her that I was inside of the parking lot of the Knight's Inn. She told me that she was actually in the Super 8 Motel, across the street. (The address of the Super 8 Motel is 1600 Crescent Centre Blvd. Tucker, GA 30084.) ▓▓▓▓▓ told me to drive to the back of the Super 8 Motel and call her. I drove to and parked in the back of the Super 8 Motel. I called ▓▓▓▓▓ and she verified what kind of car I was in. She told me to come up to the second floor and she would be outside waiting for me.

I walked up to the second floor and saw a black female standing outside of a room. The female was identified to be ▓▓▓▓▓ and she was standing outside of Room 217. She was wearing a shirt and shorts. I walked inside of the room and ▓▓▓▓▓ asked me to touch her. She guided my hand to her breast. I touched her breast through her shirt. I said, "Now you touch me." ▓▓▓▓▓ rubbed my chest through my shirt. She then asked me if I brought the condoms and I said that I did. I took a box of Magnum Condoms out of a brown paper bag and handed it to her.

▓▓▓▓▓ asked for the $120 and I took it out of my pocket. I placed a one hundred dollar bill and a twenty dollar bill and placed it in her hand. (100 bill - HB44864834F, 20 bill - IL01411081A). I asked, "What can I get for this $120?" She replied "Everything." I retorted, "So I can do everything? There's no limits?" She shook her head yes. I then asked, "I can have anal (sex) too?" ▓▓▓▓▓ shook her head no. I then responded, "Okay, so just 'head' and 'pussy' then?" ▓▓▓▓▓ responded, "Yes." ▓▓▓▓▓ took the money and put it in near a plastic bag behind the television. She went to the bathroom and when she returned she started taking off her clothes. ▓▓▓▓▓ stripped down to her bra and panties. Shortly after she took her shirt and shorts off, Detective M. Johnson #2813, and Sgt. H.L. Brannon #1911, Officer D.J. Richardson #3271, and Officer B.R. Moss #3288 came into the room to take ▓▓▓▓▓ into custody for the offense of Prostitution. Detective Johnson found the money behind the television. Shortly after they entered the room, Officers Richardson and Moss confirmed that ▓▓▓▓▓ was fifteen years of age.

As the officers and detectives were going to room 217 in order to place ▓▓▓▓▓ into custody, a heavy set black female came out of room 215 and stood on the balcony. She conversed with a black male and and a black female. The door to her room was open and she had several little kids that were inside and outside of the room. When the officers and detectives came out of room 217, the black female that was next door was not present. Sgt. H.L. Brannon went to the leasing office in order to ascertain who room 217 was registered to. The clerk said that the female in room 215, ▓▓▓▓▓, rented room 217. He gave Sgt. H.L. Brannon a photocopy of ▓▓▓▓▓ Georgia Identification Card.

Sgt. H.L. Brannon knocked on the door of room 215 several times but nobody answered. He went to the front office and asked the clerk to open the door. The clerk gave Sgt. Brannon a master key and Sgt. Brannon opened the door. Nobody was inside of the room. ▓▓▓▓▓ had vacated the premises. Detective M. Johnson then went to try to locate ▓▓▓▓▓ near the motel. He saw a female standing at the intersection of Montreal Road and Lawrenceville Highway with a black female and four children. The female resembled the female that was standing outside of room 215 when he came to place ▓▓▓▓▓ into custody. She also resembled the female in the Georgia Identification Card photo that the motel clerk gave Sgt. H.L. Brannon.

Detective Johnson had Officer Richardson and Officer Moss conduct an identification stop on the female. They were in a marked police vehicle. They checked the woman at the intersection and it was ▓▓▓▓▓. The female that she was standing with was her sister, Ms. Santresia Woods. Sgt. T.L. Kennedy from the Internet Crimes Against Children Unit went to the intersection as well. Per Sgt. Kennedy, Officer Richardson and Moss transported both sisters and the children to police headquarters to be interviewed. After interviewing both sisters, Santresia Woods was arrested for Human Trafficking.

Plaintiff D.H. 00374