**View Document - 17CR1161 - Sentence**

Pages: 7 | Price Per Page: $0.50 | Document Subtotal: $0.50

---

C-6.2 Final Disposition Felony Sentence With Probation

**IN THE SUPERIOR COURT OF <u>DEKALB</u> COUNTY, STATE OF GEORGIA**

STATE OF GEORGIA versus
FRANK ERIC BROWN
CRIMINAL ACTION #:

**17CR1161 - 2**

July Term of 2018

*Clerk to complete if incomplete:*

OTN(s): 88401102436
DOB: ▮▮/1979
Ga. ID#:

**Final Disposition:**
**FELONY with PROBATION**

First Offender/Conditional Discharge entered under:
[ ] O.C.G.A. § 42-8-60   [ ] O.C.G.A. § 16-13-2

PLEA: [ ] Negotiated [ ] Non-Negotiated

VERDICT: [ X ] Jury [ ] Non-jury

☒ Repeat Offender as imposed below
☐ Repeat Offender waived

**The Court enters the following judgment:**

| Count | Charge (as indicted or accused) | Disposition (Guilty, Not Guilty, Guilty-Alford, Guilty-Lesser Incl, Nolo, Nol Pros, Dead Docket) | Sentence | Fine | Concurrent/ Consecutive, Merged, Suspended |
|---|---|---|---|---|---|
| 2 | PANDERING PERSON UNDER 18 YOA - FELONY | NOT GUILTY | | | |
| 3 | STATUTORY RAPE | GUILTY | 15 YEARS TO SERVE 10 YEARS IN CUSTODY | | |

The Defendant is adjudged guilty or sentenced under First Offender/Conditional Discharge for the above-stated offense(s); the Court sentences the Defendant to confinement in such institution as the Commissioner of the State Department of Corrections may direct, with the period of confinement to be computed as provided by law.

**Sentence Summary:** The Defendant is sentenced for a total of ___15 YEARS___
☒ with the first ___10 YEARS___ To be served on confinement and the remainder to be served on probation; or ☐ to be served on probation.
The Defendant is to receive credit for time served in custody: ☒ from __09/11/15 – 09/14/15__ **AND 08/07/18 - PRESENT**
or ☐ as determined by the custodian.

☐ 1. The above sentence may be served on probation provided the Defendant shall comply with the Conditions of Probation imposed by the Court as part of this sentence.

☒ 2. Upon service of ___10 YEARS___, the remainder of the sentence may be served on probation; PROVIDED, that the Defendant shall comply with the Conditions of Probation imposed by the Court as part of this sentence.

☐ 3. The Court sentences the Defendant as a recidivist under O.C.G.A.:

☐ § 17-10-7(a);   ☐ § 17-10-7(c);   ☐ § 16-7-1(b);   ☐ § 16-8-14(b); or ☐ § _____.

SCANNED

---

Pages: 7 | Price Per Page: $0.50 | Document Subtotal: $0.50

[Purchase Document]

Plaintiff D.H. 00591