America's Best Value Inn- Tucker (formerly known as the Super 8)

1600 Crescent Centre Blvd, Tucker, GA

2010

### 1/5 Terrible

**M, Savannah, GA**
Sep 20, 2010

🙁 Disliked: Cleanliness, staff & service, property conditions & facilities, room comfort

**Horrible Hotel**

This hotel is horrible. The tub had a hole in it, so it was repaired by putting a vinyl tile over the hole. Shady characters were hanging around. Was in the area for business, but will never stay here again. Filthy!

 👍 0

### 1/5 Terrible

**Candace, New York, NY**
Jul 24, 2010

🙁 Disliked: Cleanliness, staff & service, property conditions & facilities, room comfort

**Super8 should inspect.**

There must be a minimum standard of cleanliness for any major hotel chain. This hotel is also used as a homeles shelter. I am disappointed that a major chain like Super8 would allow their name to be associated with a hotel this filthy. They need to inspect ALL the rooms to verufy that this hotel meets the chains minimum standard of cleanliness. Also the AC unit in my room was extremely loud. They did not clean my room, took my towels and did not replace them. It was blamed on a mis-understanding and the manager took responsilbility after he tried to blame this error on me. I am so disappointed, we checked out early.

See less

### 1/5 Terrible

**Gerri, Kissimmee, Florida**
Jul 7, 2010

🙁 Disliked: Cleanliness, staff & service, property conditions & facilities, room comfort

**No place for families**

Rooms were smelly and the carpets looked dirty. Then we witnessed what appeared to be illegal activities and seedy characters loitering about the place. It got to the point that I was afraid for my children to be outside the room and my children felt the need to barracade the door before they would even attempt to go to sleep. We cut our stay short by one day because none of us wanted to stay another night in this establishment.

See less

Plaintiff D.H. 02361

████████████████

2011

---

### 2/5 Poor

**Verified traveler**
Jun 22, 2011

 Disliked: Cleanliness, staff & service, property conditions & facilities, room comfort

**Not a place that I would reccomend.**

I stayed for two nights, and didn't even have the room cleaned or get new towels brought in because I was sorties something might end up missing. The room was pretty bad. Water damage to the carpet, big brown spot on one towel, not too clean, door was in horrible shape. The first night I felt like I needed to carry some sort of weapon so I wouldn't get jumped. We seem three prostitutes before we even parked on the first night. Second night a man staying there asked if we wanted some marijuana. Not a place for kids at all. Wouldn't reccomend unless you are tight on cash and don't care where you stay.

See less

👍 0

████████████████

2012

### 2/5 Poor

**Jason, Atlanta, GA**
Feb 20, 2012

 Disliked: Cleanliness, property conditions & facilities

**Hotel in poor shape, but adequate**

The room was in very poor condition, holes in the walls cuts in the furniture, water (?) stains throughout. The carpet was dirty and I didn't trust the water. No coffee or coffee machine in room. Seemed as if the neighboring room was rented by the hour. Bed seemed clean, but given the number of comings and goings it's hard to imagine they kept up with the linens. If you need a cheap place to sleep, it will not kill you but it will not be a pleasant experience. I was not entirely unhappy, but will not be returning.

See less

 0

Plaintiff D.H. 02362



**Chicago Traveler** wrote a review Sep 2012
📍 Rogers, Arkansas • 7 contributions • 5 helpful votes

●○○○○
### Negative Numbers are Needed

"This place was a dive. Worst than a Friday Night Special. Really Truly, the worst place ever. First the photo is misleading. This is a balcony style Motel, not in a lobby entrance motel. (No interior corridors). The picture or advertising does not reflect that.
We arrived at the hotel at 3am. The room door was barely hanging by the hinges. The lock set was so loose from multiple beatings that the bottom third of the door could be pushed in.
The room smelled. carpet worn, and toilet room tiny & dingy, and the place wreaked of despair. The little time that we were in the room. I could have slept in my car. This place is a poor excuse for a business.
Visit: 07/27/12
Location: Adjacent to an Urban multi-lane expressway; which was extremely loud.
Duration: Originally two days. During my 9:00 am job interview. My wife found us a better hotel.
Check in Process: After 10 pm, the doors are closed, and you stand outside conducting business via a glass window, and a slide box. :- ("
Read less ▲

**Date of stay:** July 2012

**Trip type:** Traveled
**Room Tip:** Despite what the picture portrays ask lots of questions and check google earth to see an arial of...
See more room tips

| | | | |
|---|---|---|---|
| ●●●●● Value | | ●○○○○ Rooms |
| ●○○○○ Location | | ●○○○○ Cleanliness |
| ●○○○○ Service | | ●○○○○ Sleep Quality |

*This review is the subjective opinion of a Tripadvisor member and not of TripAdvisor LLC.*

## 3/5 Okay

**Grace, St Louis, MO, USA**
Jan 7, 2012

 Disliked: Property conditions & facilities

### It's ok

If you only need a place to sleep and shower for couple days, this place is ok. Don't expect anything to be fancy though. The pillows are flat, though the bed itself wasn't too bad. The neighborhood isn't too bad but if you are a female, I wouldn't recommend you use this place alone. Overall, this place is what you would expect from a cheap motel. Clean enough, but still wish it was cleaner, a little dark inside of the room, and building itself looking a little shady.

See less

👍 0

Plaintiff D.H. 02363



**Xtal B** wrote a review Dec 2012
MOSS POINT • 1 contribution

● ○ ○ ○ ○
### Its a crack motel

"The place was disgusting. Stains on blankets/pillows. HAIR in the bed that definitely was not mine. My feet were black after walking from bed to bathroom 3times. I got what looked like flea bites also!"
Read less ▲

**Date of stay:** December 2012
**Trip type:** Traveled

| ● ○ ○ ○ ○ Value | ● ○ ○ ○ ○ Rooms |
| ● ● ● ○ ○ Location | ● ○ ○ ○ ○ Cleanliness |
| ● ● ● ● ○ Service | ● ○ ○ ○ ○ Sleep Quality |

Review collected in partnership with Super 8 ⓘ

*This review is the subjective opinion of a Tripadvisor member and not of TripAdvisor LLC.*

👍 Helpful    ⬆ Share

2013



**Christi R** wrote a review Apr 2013
Elizabethton • 1 contribution

● ● ○ ○ ○
### Hotel was not as appeared online. Safety and security was a...

"Hotel was not as appeared online. Safety and security was a concern outside. Poor breakfast options."
Read less ▲

**Date of stay:** April 2013
**Trip type:** Traveled

| ● ● ● ○ ○ Value | ● ● ○ ○ ○ Rooms |
| ● ○ ○ ○ ○ Location | ● ● ○ ○ ○ Cleanliness |
| ● ● ○ ○ ○ Service | ● ● ○ ○ ○ Sleep Quality |

Review collected in partnership with Super 8 ⓘ

*This review is the subjective opinion of a Tripadvisor member and not of TripAdvisor LLC.*

👍 Helpful    ⬆ Share



**Joey W** wrote a review Jul 2013
⚲ Mobile • 1 contribution • 4 helpful votes

● ○ ○ ○ ○

### Super 8 crack shack

"I knew when I pulled up in the parking lot and a car was on a floor jack it wasn't going to be good. I reserved the room for 3 nights but only stayed for 1.At check in the attendant had to put up light bulbs for the bathroom. The toilet leaked all over the bathroom floor and my 18 month old grandson found some slightly used bubble gum to play with. This hotel has more of a pay by the hour feel to it than as a legit hotel. I could only recommend this place in good faith if you were homeless."

Read less ▲

**Date of stay:** July 2013

**Trip type:** Traveled

● ● ○ ○ ○  Value
● ○ ○ ○ ○  Location
● ● ● ○ ○  Service

● ● ○ ○ ○  Rooms
● ● ○ ○ ○  Cleanliness
● ○ ○ ○ ○  Sleep Quality

Review collected in partnership with Super 8 ⓘ

*This review is the subjective opinion of an individual traveler and not of TripAdvisor LLC nor of its partners.*

👍 Helpful    ⬆ Share

---

2014

---

### 3/5 Okay

**Tom, Mississippi**
Jul 29, 2014

☹ Disliked: Cleanliness, property conditions & facilities, room comfort

### Watch your back.

The hotel was muggy and the neighborhood was sketchy. Bring your sidearm or pay an extra 20 bucks to get a better hotel. Never again.

 0

Plaintiff D.H. 02365

### 3/5 Okay

**Verified traveler**
Jun 25, 2014

 Disliked: Cleanliness, property conditions & facilities, room comfort

### It was ok for price paid.

It was ok for low price. Convenient location but questionable activity with guest on floor below us. Lots of traffic in & out so we were nervous but got our sleep & left early. Staff was courteous.

👍 0

### 2/5 Poor

**easy going guy**
Aug 4, 2014

 Disliked: Cleanliness, staff & service, property conditions & facilities, room comfort

### Not recommended

My expperience was bad it smell bad the bed sheet were nasty the shower towel smelled bad the service was terrible i won recomended to anyone specially if you bring your kids.

👍 0

Plaintiff D.H. 02366

### 1/5 Terrible

**Verified traveler**
May 13, 2014

 Disliked: Cleanliness, staff & service, property conditions & facilities, room comfort

### We listened to a prostitute next door all night lo

We spent the night lying awake listening to the men coming in and going out of the prostitutes room (213) next door. During their stay we covered our ears to protect our minds and imaginations from the discussing and frightening noises that we were hearing. It was utterly repulsive and excruciating. We left at 5:30 am after having slept less than 2 hours to drive the 12 hour trip home. It was the most horrible hotel experience of my life.

See less



LMimna64 wrote a review Jul 2014
📍 Central, Indiana • **5** contributions • **30** helpful votes

● ○ ○ ○ ○
### Wish I could rate lower....ReThink this Dump!!!

"We booked 2 rooms for a night stay on our way to Florida. Worst mistake ever!!! The place and area is so run down and scary. Thinking we would just get our money back and move on we find a big sign in the lobby that says NO REFUNDS. Wonder why??? Let me tell ya.....local drug dealer in on the property 24/7. Lady of the night hangs out right in front. Owner/manager is very rude. I walked down to a vending machine only to find out they don't work...but...I did get propositioned. We travel A Lot...and I can honestly say this was the dirtiest, most run down scary place we have ever stayed!!! Do not say here if avoidable!!!"

Read less ▲

**Date of stay:** July 2014

**Trip type:** Traveled

● ○ ○ ○ ○  Value          ● ○ ○ ○ ○  Rooms
● ○ ○ ○ ○  Service

*This review is the subjective opinion of a Tripadvisor member and not of TripAdvisor LLC.*

👍 Helpful     ⬆ Share

Plaintiff D.H. 02367

2015



## 1/5 Terrible

**CocaDiamond, Atlanta, GA**
Nov 22, 2015

 Disliked: Cleanliness, staff & service, property conditions & facilities, room comfort

### Not worth the price

People standing in walkways, too many cars coming and out, door didn't really close properly, lots of hair strands and some hair in the bed I don't think they change the sheets daily. Lots out trash on side of building, like furniture. It's loud be there are next door to highway. Drink machine did not work. There's no free breakfast at all, not even coffee. The office looks like the are closed down. They only give you the discount for the first day and then all other days they make you pay regular price. I would stay again for absolutely last resort but not my preference.

See less

👍 1

Plaintiff D.H. 02368

## 2/5 Poor

**Laura, San Diego**
Jan 25, 2015

 Disliked: Property conditions & facilities

### Iffy

It was close to the road so it was noisy (to be expected). On Saturday night, there were many shady characters hanging around in the parking lot. Not for families or single females traveling alone on the weekend.

 0

### 1/5 Terrible

**Verified traveler**
Nov 11, 2015

 Disliked: Cleanliness, staff & service, property conditions & facilities, room comfort

#### wasn't worth it

I personally we didn't have an issue while stayon @ this hotel but needless 2 say Pizza Hutt or any pizza place would not deliver after dark said there were 2 many incidences that weren't good! Beddin didn't looked changed & service @ front desk wasn't all that gr-8. If I woulda known that we wouldn't of stayed there.

 0

2016

## 2/10 Poor

Aug 5, 2016

### Worst stay I've ever had

The room had black mold along the ceiling. The bathroom had a funky smell to it. When the cleaning crew came in to "clean" the room, the only thing they did was take out the trash. When we awoke after staying for a night there were two police officers walking around looking for someone. I will not stay there again.



Verified Hotels.com guest review

## 2/10 Poor

Sep 20, 2016

### The worst

The hotel is a dive, the room was dusty and dirty. The bathroom smelt like cigarettes and urine. There was bugs flying in the bathroom. This place should be closed down. I refused to stay in that place and I want my money refunded to me that was charge to my credit card.



Verified Expedia guest review

Plaintiff D.H. 02369

### 4/5 Good

**Darrell**
Mar 22, 2016

 Liked: Cleanliness, staff & service, property conditions & facilities, room comfort

I stayed here a few times and the stay was good until this couple started fighting and running around with guns

 1

### 1/5 Terrible

**terry , new york**
Sep 20, 2016

 Disliked: Cleanliness, staff & service, property conditions & facilities, room comfort

### The worst

The hotel is a dive, the room was dusty and dirty. The bathroom smelt like cigarettes and urine. There was bugs flying in the bathroom. This place should be closed down. I refused to stay in that place and I want my money refunded to me that was charge to my credit card.

 1

Plaintiff D.H. 02370

2017

### 1/5 Terrible

**Sunny, Indiana**
Sep 14, 2017

☹ Disliked: Cleanliness, staff & service, property conditions & facilities, room comfort

### Disgusting, Filth, Wretchedly UNBELIEVABLE~0 Stars

1- the bedspread had dried "crud" "food" filth.... who knows what 2-the bed sheets were stained!!!! 3- we purchased sheets from store to lay over the bed as to not contaminate or come in contact with said filth 4-couldn't call the front desk for housekeeping or help it was only an outside line AND the phone itself was covered in grime 5-broken lamp shades, actual holes in the lamp shades 6-floor lamp didn't work 7-the room smelled 8-the edge of the bath tub had cigarette burns along the top 9-the bathtub itself was grey with dirt stains 10-the ceiling was peeling/falling off 11-the outside door didn't fasten securely, obviously had been broken into, and hinge pin didn't fit the hinge 12-bathroom door was warped 13-Air Conditioning emitted putrid particles of dust, mold and God knows what so it had to be immediately shut off 14- ladies of the 'night' walked freely with their clients day and night 15-open drug activity in parking lot day and night you might ask "why did we stay" ?! because we had evacuated Florida due to the hurricane. Expedia told us this was the LAST room in Atlanta. AND IT WAS NOT!! So we slept 4 hours on new sheets we purchased and left at 3 a.m. for Indiana. I guess there could be worse rooms but I pity anyone who has to go through this trauma. NO SUPPORT FROM EXPEDIA AT ALL!!!

See less



Stayed 7 nights in Sep 2017

👍 0

### 4/10 Fair

Mar 21, 2017

you need to review this hotel for your co. representing . There was a domestic disturbance from 9:00 am to 11:00am there was screaming... yelling abusive language pounding on the door. It was the next room over. we called the front desk because it was so bad. They did nothing!! Maybe they were scared of the person. Then they should have called the cops. It was constant it never stopped until one of them left 3 hrs later. No one made them leave certainly not the manager of the hotel.

See less



Verified Expedia guest review

### 2/5 Poor

**Lorrie, Tucker , GA**
Mar 21, 2017

😕 Disliked: Staff & service, property conditions & facilities

you need to review this hotel for your co. representing . There was a domestic disturbance from 9:00 am to 11:00am there was screaming... yelling abusive language pounding on the door. It was the next room over. we called the front desk because it was so bad. They did nothing!! Maybe they were scared of the person. Then they should have called the cops. It was constant it never stopped until one of them left 3 hrs later. No one made them leave certainly not the manager of the hotel.

See less

 0

Plaintiff D.H. 02372

2018

**monique m** wrote a review Aug 2018
📍 Decatur, Georgia • 3 contributions

●○○○○

### The worst stay ever!!!!!!

"First off the Employee/owner/manager Vijay is the rudest person I've ever encountered. He was only semi nice when he charged my credit card and took my cash in error(which i have not received back) they put me and my boyfriend in a room that was suppose to be nonsmoking and it smelled so bad and then we had toilet issues from day 1, i asked to be moved and they just told me they would send maintenance, he snaked the toilet the first night& second night which is a Friday i bring my kids to stay because my job has me working a lot of over time and Vijay says to me oh are those your kids i say yes and i think everything is fine. I also purchased a $5 premium internet that never worked even after calling the customer care number( i would like my money back. And we also complained about the toilet this night as well and they just handed me a plunger through the door. still wouldn't move us next night i get off at 7 am from working 16 hours my finance was headed out the door to go smoke and Vijay aggressively walks up to him and asks where the lady.. well i was in the room trying to sleep. i got up to go pay for my last night there and he rudely ask how many people are in the room and i reply 4 he says no they are 4 adults which it was only 2 i have 2 teenage boys that don't look the least bit grown 14&16 and i tell him ill bring them up to show he cusses me and tells me to get out his hotel. I am calling Wyndham to see about a refund because we didn't have a working toilet the entire stay and i still have pending charges and i paid them cash. also bring exact change cause they round up on your stay instead of giving you your change. He said he owns a microtel in college park and a property in stockbridge i would never spend another penny with him. the rooms are very poor quality and he harasses paying guest instead of the prostitutes and drug addicts he has hanging around his property. they own that motel 6 next to them as well. They need to be shut down the room smelled like mildew and the sofa pull out did as well towels were all stained and housekeeping knocks on everyone's door between 9-10am when check out is not til 11."

Read less ▲

Date of stay: August 2018

**Trip type:** Traveled
**Room Tip:** do not purchase premium wifi because it is a rip off alsothe rooms are nonsmoking but they all...
See more room tips

●●●●○ Location          ●○○○○ Service
●○○○○ Sleep Quality

*This review is the subjective opinion of a Tripadvisor member and not of TripAdvisor LLC.*

---



**Dixie Ray**
4 years ago on G Google                    **1/5**

Unfit unsafe worst place I have ever been. Pot smoke reeks everywhere. Occupants seemed very sketchy in character. Enter at your own risk.                    ...

---



**Heather Young (Red)**
4 years ago on G Google                    **2/5**

The location is very convenient and the room is great. But it's in a very bad neighborhood with a big drug problem.                    ...

Plaintiff D.H. 02373

2019

## 2/5 Poor

**Verified traveler**
Traveled with family
May 27, 2019

 Disliked: Cleanliness, amenities, property conditions & facilities

Pricey, no breakfast, shady people hanging out in cars

Stayed 1 night in May 2019

👍 0

> **Response from Guest Relations on May 31, 2019**
>
> It's always our goal to offer clean, comfortable rooms at an affordable rate and we're disappointed that you felt we could have done better in this regard. In the future, should any guest or situation make you feel uncomfortable, just let us know. Our team is more than happy to help in situations such as these. Thank you for choosing us. We wish you all the best as your journey continues.



Neyda Pagan
3 years ago on G Google

1/5

Stay away from this place. Disrespectful personal and nasty place The room was very sketchy and unclean. We turn around immediately after noticing soup in the fridge, dirty sheet and hair on the bed. My husband when to ask for a refund and the guy at the desk reply to him "I THINK YOU FINISHED YOUR JOB" . I will be calling management or corporate if needed!

...

▲ Read less

2020



Tony Rinehart
2 years ago on G Google

5/5

it a great little place to leave your girl at home and stop and get a hooked for a quickie

...

2021

Reviewed: May 1, 2021

## Last choice



🙂 · The bed was firm just how I like.

🙁 · When I first arrived it look as if I were the only customer on that side of the building which was great because it was quite but once the sun went down that quickly changed. The parking lot filled with nosy people and car. Some talking about buying hookers and other smoking and talking loudly. The walls are very thin and there were people who wanted to stand right outside the door talking. Also there were many cracks in the ceiling like there was a water leak. The floors are not as clean as they look at first glance. There were only 3 pillows in the bed and the blanket had burn marks all over them. The fridge had not been cleaned when they room was made to look as if it were properly cleaned. There was a Diet Coke in the fridge and the microwave was dusty.

 

👍 Helpful     👎 Not helpful

---

**Lynn Bryant**
a year ago on G Google

**1/5**

No stars for me! Trap hotel! I wouldn't let a rat stay there! Guys outside waiting to rob you!     ...

---

Response from the owner
a year ago

Dear Lynn,

Your claims are surprising to see, as this is not typical of what we hear. We take matters like this seriously, and we have no in-person reports of your feedback. Your comments will be looked into further, and we wish you the best.

Plaintiff D.H. 02375

Reviewed: May 28, 2021

## Lack of



☺ · The clerk was very nice, along with the housekeeper who I met the following morning

☹ · The area was okay, right off 285 exits,many of stores further down the road. The location is good
The room was ok, bathroom sink & tub looked dirty, the over all bathroom, room & furniture needs to
be updated, the noise during the night, awaken me 4 times, loud music, blowing horns, up & down
the stairs, 2 young ladies on 3rd level, just loud & ignorance and I believed that some type of illegal
activity is going on.
Would NEVER stay there again and who NEVER recommend anyone to stay there
OVERALL WAS NOT GOOD



**GRAND THEFT MARLO MarloG**
a year ago on G Google                                    **1/5**

Someone has just set a car on fire while me my wife & son are in the room and took off
meanwhile it started to rain and I had to run across the street with my 9 month old son. The
hotels are ok staff are ok as well but I wouldn't suggest this hotel unless your desperate.

**Trip type** Family
**Rooms** 3.0   **Location** 4.0   **Service** 2.0                          ...

Response from the owner
a year ago

Thank you for reaching out about your experience. What you described is certainly a concern
for safety; however, please know that we do not take these claims lightly, and we work with
local law enforcement to ensure a secure environment for our guests and personnel. We ask
that you let us know of your issues while you're with us so we can address them promptly, and
we're glad that you're doing okay. It would be our honor to deliver the relaxing experience you
expect the next time you're in town.



**Cynthia Killian-Mckeown**
11 months ago on G Google                                    **2/5**

Dive                                                              ...

Response from the owner
11 months ago

Dear Cynthia,

It seems like your time with us did not meet your expectations, and for that, we are very sorry.
Guest satisfaction is of the utmost importance to us, and it would serve us best to learn more
about the aspects of your stay that were not to your satisfaction so we can make
improvements. At your earliest convenience, please consider reaching out to our front desk
team and sharing your experience further.

Plaintiff D.H. 02376