March 7, 2023
Confidential

1      A      Okay.

2      Q      So you -- you were in the life, as they

3   refer to it?

4      A      Yes.

5      Q      Yes, okay.  And so you were engaging in

6   commercial sex; is that right?

7      A      That's correct.

8      Q      Okay.  And you used Backpage to

9   facilitate those activities; is that right?

10      A      Yes, that is correct.

11      Q      Okay.  Why is it that you chose America's

12   Best or the Super 8 Hotel?

13      A      Because I got kicked out of the Motel 6

14   and the Masters Inn.  And the Knights Inn which is

15   across the street from the Super 8 then, they were

16   ridiculously high for no reason.  So you know what, I

17   went over there and everything was looking up from

18   there from that standpoint.  I could afford my room

19   and everything like that, so I stayed there.

20      Q      Okay.  Do you recall how long you stayed

21   there?

22      A      On and off today over 500 times.  I give

23   about 500 is the number.

24      Q      You think you've stayed at the America's

25   Best or the motel 500 times?

                                              18

March 7, 2023
Confidential

```
 1        A        Uh-huh, yes.

 2        Q        Okay.  Starting in 2012?

 3        A        2012.

 4        Q        Okay.

 5        A        On and off until -- till this day.

 6        Q        Okay.  When was the last time you were

 7   there?

 8        A        The last time I was there was I want to

 9   say in December.

10        Q        In December?

11        A        In December.

12        Q        Of 2022?

13        A        Yes, that's correct.

14        Q        Okay.  When you would stay at the

15   America's Best, did you rent the room?

16        A        Yes, I did during that time period.

17        Q        Okay.  And while you were there engaged

18   for commercial sex, did you have an opportunity to see

19   who else was at the hotel?

20        A        Yes, I did.

21        Q        And what kind of other individuals were

22   at the hotel?

23        A        Drug dealers, pimps, the people who would

24   come and look for the girls or drugs, just a lot of

25   ins and -- a lot of different people, a lot of
```

19

1   different walks of life.

2        Q       Okay.  Were there other girls that were

3   engaged in commercial sex?

4        A       Yes, there were.

5                MS. MERRILL:  Objection, speculation.

6   BY MS. HUNDREDMARK:

7        Q       Were you able to observe other

8   individuals that were engaged in commercial sex?

9        A       I would not say engaging because you

10  can't see, but I would say picking up men, yes.

11       Q       Okay.  About how many girls a day would

12  you think you would see?

13       A       20.  Because at that time period it's not

14  an extended stay, but the hotel manager treated it

15  like an extended stay so we would stay there.  So I

16  would say 20.

17       Q       When you say the hotel manager treated it

18  like an extended stay, tell me what you mean by that.

19       A       Because you have hotels that also are

20  labeled as extended stay that lets you stay over a

21  period of seven days or more.  That is an extended

22  stay.  That hotel, Super 8, was not an extended stay

23  and we were able to stay over seven days or more for a

24  long period of time.

25       Q       Okay.  So in your description an extended

20

March 7, 2023
Confidential

```
1         A        High traffic.  Anyone coming in and
2   out -- I don't want to go off the record, but as I
3   look through the pictures, you guys are missing a main
4   piece.
5         Q        Okay.  Tell me --
6         A        That is a closeup of the back of the
7   hotel.  That is where all of the activity went down.
8   There's nothing that went on in the front.  Because
9   you see that is the front.  So nothing is going to go
10  on in the front.  Everything went on in the back.  I
11  don't know if you can see this, but you have to get a
12  closeup of the inside of this picture going towards
13  the back of the hotel (indicating).
14        Q        And ▉▉▉▉▉▉▉ you are on Exhibit C,
15  page --
16        A        Oh, yes, 6.
17        Q        -- 6?
18        A        Yes.
19        Q        Okay.  So when you are looking at Exhibit
20  C, page 6, you're saying the back side which would be
21  towards the right side of the picture; right?
22        A        Yes, that's correct.  And if we can go to
23  page number 2 --
24        Q        Okay.
25        A        -- it has the outlay of the top.
```

23

March 7, 2023
Confidential

1       Q       Uh-huh (affirmative).

2       A       So this would be the front of the hotel

3   and back there used to be like a junkyard and a car

4   yard that's no longer there anymore.  This is the back

5   side of the hotel.

6       Q       So when you're saying back side, then

7   again then, just for the record, you are pointing to

8   the top of the photo where it appears there's like a

9   junkyard?

10      A       Yes, it is.

11      Q       And the words "America's Best" are kind

12  of towards the top of the hotel image?

13      A       Yes, that is correct.

14      Q       Okay.

15      A       That is a huge main piece of this whole

16  puzzle so you guys can get the picture of everything

17  that needs to be in this case because that's where

18  everything goes on.

19      Q       And when you say -- you mean everything

20  goes down on the back side?

21      A       On the back side, yes.

22      Q       And when you check in, do you ask for the

23  back side or do they put you there?

24      A       Yes, because the back side is smoking and

25  the front side is nonsmoking.

                                                    24

March 7, 2023
Confidential

1        Q        Okay.

2        A        So I'm a smoker so I would always get a

3    smoking room and he always had those on the back side.

4        Q        Were the other girls that you saw that

5    were engaged in commercial sex, were they on the back

6    side of the hotel as well?

7        A        Yes, that's correct.

8        Q        And in your opinion, was that an

9    intentional placement of where everybody was?

10               MS. MERRILL:  Objection, speculation.

11    BY MS. HUNDREDMARK:

12        Q        You can go ahead and answer.

13        A        When you think about it, yes, because

14    that's hiding everything from plain view.  Do you

15    understand what I'm saying?  On the front, I don't

16    know if you guys know this area, but you have the

17    police station which is five minutes away,

18    Lawrenceville Tucker, the -- you know, the big place,

19    not the jail part, but where they do interviews and

20    stuff.  So you have high police traffic every day up

21    and down the street getting on the highway, doing what

22    they do.  So you want to be hidden.  You don't want to

23    be in plain sight.

24        Q        Okay.  Was it -- were the girls that were

25    engaging in commercial sex in plain sight?  Could you

25

March 7, 2023
**Confidential**

1    see them?

2        A        On the back side in plain sight.  So

3    that's why I said that is the big -- that picture.

4    Because when I looked at it, I made sure that you guys

5    have that photo and you don't have a photo of the back

6    side which paints the whole story.

7        Q        Okay.

8        A        I don't know if your victims were on the

9    front side or the back side, but from my experience

10   through -- since 2012 everything happens on the back

11   side.  There is no front side anything unless the

12   rooms are sold out for smoking and then you have no

13   choice but to get a room on the nonsmoking side.

14       Q        So if I'm looking at -- let's take a look

15   at Exhibit B, page 4.

16       A        Okay.

17       Q        Does that corner that's on the right

18   there of the photo --

19       A        Uh-huh (affirmative).

20       Q        -- does that show the back side?

21       A        Yes.

22       Q        Is that the back side?

23       A        That's the back side.

24       Q        Okay.  So then if you were to kind of

25   turn in on this photo where the tire track marks are,

26

March 7, 2023
Confidential

1   you would be turning into kind of the back side there

2   on the right?

3        A       Yes.  So when you come straight in, we

4   refer to that as the back.

5        Q       Okay.  I understand.

6        A       And this is where everything happens.

7   There's a corner if you go all the way down.  There's

8   a corner hidden and there's some steps.  There will be

9   sexual activity back here in this corner on this side

10  of the building where steps are.  You would come out,

11  you would see condom wrappers and crack pipes and

12  everything like that.

13              I've even actually stayed in the room.

14  The last door number is 117, I believe.  I've stayed

15  in that room and I've heard myself sexual activities

16  on the steps back there.

17       Q       And the steps are on the hotel property?

18       A       Yes, they are.  They're just connected.

19  Like, if you see this picture, they're just connected

20  like right here on the side.  You can go up the steps

21  and go floor to floor.  Because they only have one

22  elevator and the elevator is in this hole right here

23  where you just go right there (indicating).

24       Q       Gotcha.

25              So these stairs or the stairwell that

27

1    you're talking about is the stairwell that would lead

2    to the rooms?

3         A       Yes.

4         Q       Okay.  And you're saying commercial sex

5    would be engaged in that stairwell?

6         A       Yes, that is correct.  Yes.

7         Q       If I represent to you that there are

8    about 50 rooms in this hotel, would you have an

9    estimate as to how many of them were being utilized

10   for commercial sex?

11              MS. MERRILL:  Objection, speculation.

12        A       30.

13   BY MS. HUNDREDMARK:

14        Q       Okay.

15        A       30 of the 50.

16        Q       So more than half?

17        A       I can't just say just sex.  I know you're

18   just stuck on sex, but you have drug dealers also.  So

19   if I take that out, I would say 25 of the 50 was just

20   sex alone.

21        Q       Okay.

22        A       Because there is drugs and sex at the

23   same time.

24        Q       Gotcha.  So more than half then in your

25   estimation would be being utilized for some sort of

28

██████ - March 7, 2023
**Confidential**

1    them as pimps?

2         A       The interactions with the girls.  "Go get

3    that money," or this or, you know, that.  And then

4    sometimes you couldn't see any girls because, guess

5    what, they were being kept inside.  So if there were

6    pimps or trafficking, we didn't know about it.

7         Q       Okay.  Was there an occasion where you

8    saw pimps interact with girls or be violent with

9    girls?

10        A       Yes.

11        Q       Can you tell us a little bit about that?

12        A       I was actually in a room where a girl was

13   getting beat.  I called the front desk.  There was a

14   girl that Mr. Patel had working there.  I guess this

15   is during the time when you all started your lawsuit

16   or whatever and he fled, because he was not there for

17   a period of time.

18                There was another guy that had been there

19   I think like around the time I started frequenting.

20   Probably like three years after 2012 he started being

21   the night guy.  I never got his name.  He is so cool,

22   so nice, never had a problem, and he started working.

23   So Patel would work at day; the dude would work at

24   night.  So it would just be a lot of different

25   factors.

                                                    33

1    Q        Okay.   And are you saying that's roughly

2    around 2015?

3    A        Around that time, yes.

4    Q        And is that when you witnessed an

5    incident with a pimp and another girl?

6    A        Yes.

7    Q        And what happened, do you remember?

8    A        Well, I wasn't a witness.  I heard.  I

9    was next-door to them.  And she was trying to leave

10   and he would not let her leave.  So...

11   Q        Did he hurt her?

12   A        More than likely, yes.

13   Q        Okay.

14   A        More than likely, yes.

15            MS. MERRILL:  Objection, speculation, the

16        response.

17   BY MS. HUNDREDMARK:

18   Q        Are you aware of what sex trafficking is?

19   A        Yes.

20   Q        Okay.   And your best definition, what do

21   you know it to be?

22   A        When a guy or a girl takes someone

23   unwillingly and has them do sexual favors, or it may

24   not be sexual favors but they don't want to do it, but

25   you're holding them against their will to do these

34

1    called me and he said, "Hey, I have this girl, she

2    doesn't have anywhere to go."  He said, "Where are

3    you?"

4                    I said, "Man, I just got put out of the

5    Masters Inn Hotel, so I just came down here a couple

6    of days ago."  And I said, "Well, I'll walk up there

7    and get her.  Can she meet me halfway?"

8                    Walked up there and met her.  And I

9    looked at her.  I was like, "You don't need -- look

10   like you need to be doing this."  And I asked her,

11   "Why you doing" --

12                   "I don't want to be at home," or

13   something to that effect that she said.

14                   So I said, "Okay, come on, let's go."  I

15   said, "Well, are you posted?"

16                   She was like, "Yeah, he tried to post me,

17   but I don't think he know what he was doing."

18                   So I was like, "You sure you want to do

19   this?"

20                   And she was like, "Yes."

21                   So I ended up posting her on Backpage

22   with me because I was already posted on there.  I let

23   her use my page and took myself off.

24                   And there was another girl next-door to

25   me.  I don't -- I don't know if you guys have the door

38

1  numbers or the details, but she was next-door to me.

2  She was also at one of the other hotels that I

3  frequented across the bridge before we all came to the

4  Super 8 Hotel.  So I was like, okay, well, it's just a

5  big reunion.  Everybody come down here getting kicked

6  out.

7          So she said something about a police

8  officer, we need to watch out for a police officer,

9  but she said -- I didn't pay it no attention, you

10  know.  She was like, "He's going around on Backpage

11  raping girls and stuff."

12          So unbeknownst to me, this is who we got

13  like for the call.  You can't tell or, you know, try

14  to screen a call to make sure it's not the police,

15  because I tried to do that a number of times, make

16  sure, give them the wrong door number and all of that.

17          So he comes.  We leave the room, me and

18  my boyfriend, and go next-door and we're in there.

19  And I'm like, okay, she should be done.  So go out of

20  the room, knock on the door, no answer, no nothing.

21  So I'm like, okay, what the hell is going on.

22          So I had my key so I tried to put it in.

23  The way the hotel worked, it doesn't unlock like it's

24  supposed to, but it's like an old lock on there.  So

25  it didn't unlock the door and I'm just banging on the

39

1    door, "Hey, hey, are you okay?"  No answer.

2                    Run to the front.  I said, "Hey" -- I

3    want to say Mr. Patel was working that night.  I'm not

4    for sure.  "Can you -- can you do my key again?  It's

5    not working."

6                    Okay.  I leave out, come back around the

7    corner.  I was on the back side right here as I was

8    showing you guys.  Because --

9        Q        Okay.

10       A        -- this is where everything happened, on

11   the back side.  Put my key in the door, nothing.  So

12   I'm panicking at this point, like, oh, my God, like.

13                   And then the girl from next-door come

14   out.  She recognizes the vehicle.  And I'm like

15   (cross-talk) --

16       Q        The vehicle of the guy that was --

17       A        Of the police officer.

18       Q        Okay.

19       A        She's like, "Oh, my God, it's him, it's

20   him.  Oh, my God, girl, he in there raping her."  And

21   we're just beating on the door, beating on the door.

22       Q        Did you ask anybody for help at that

23   point?

24       A        At this point, yeah, we're like --

25   because I'm trying to remember.  We were like, "Hey,

40

1  hey."

2             And she was like, "Oh, my God, call the

3  police, call 911."

4             I said, "We're going to get in trouble

5  because we're doing prostitution," and stuff like

6  that.

7             So we called the police.  It took them a

8  minute to get there.  By then he come out the door.

9  We had -- I think we slashed one of his tires or

10  something.  We actually tried to stop him.  We got the

11  tag number, took a picture of the tag number and

12  everything like that.

13             And he comes out and he's like, "You need

14  to move and I'm a police officer," and all of this

15  stuff.  And he gets in his car and leaves and by the

16  time he leaves Cassetta, she's -- Cassietta, she's

17  sitting there crying, rocking.

18             I'm like, "What's going on?"

19             She was like, "Ow, ow, ow."

20             I said, "What?  What?"

21             She said, "He stepped on my feet and he

22  did me like this so I wouldn't say anything.  I

23  couldn't yell, I couldn't scream, I couldn't do

24  anything."

25             She said that he said we shouldn't be out

41

1    here selling our bodies anyway and we could be getting

2    raped or killed.  She said he had unprotected sex with

3    her.  He didn't use a condom or anything.

4            And when the police came, they didn't

5    want to take the tag.  They -- all they were focused

6    on was we were soliciting.  We were, you know, this or

7    that.  They weren't focused on her being raped by a

8    potential real police officer.

9            So they took names.  We had to keep

10   pushing the phone in their face for them to actually

11   take the tag number.  So they did and they went off

12   and did a radio scan and then came back.  Something

13   happened because it was weird because it was just like

14   they got in a huddle.  And I guess once they found out

15   who it was, they were just subtle.  It wasn't like

16   aggressiveness no more.

17           And then they were focused on, "Well, we

18   have to give you a ticket, we have -- we cannot leave

19   without giving you a ticket."  So I guess they -- I

20   forgot what type of ticket they gave her, but they

21   gave her a ticket.  And I'm like, "Wow."

22           And then they wanted her to go in and

23   wash herself off.  They made her wash herself off.

24       Q       After she was assaulted?

25       A       Yes, they did.  And then they made her go

42

1  to the hospital after that to do a rape kit after

2  that.

3      Q       Okay.

4      A       And that's what pissed me off because

5  they made her go in there and wash herself off.  How

6  could they do that to her?

7              Another thing that pisses me off, he's

8  still out here now.  They say he's still working with

9  the DeKalb County Police Department and everything

10 like that.  I know it's not the hotel's fault, it's

11 our fault, but still they still should have took that

12 into consideration.  Just because we're out here doing

13 whatever we're doing, y'all just let somebody go,

14 y'all just let a rapist go.

15     Q       That night that you went for -- and went

16 to the front desk, did you ask them to help you?

17     A       We had asked for the key, not to call the

18 police.  Because when I first got there from

19 everybody, they were saying, "Well, Mr. Patel, he

20 doesn't like for you to call the police."  I didn't

21 hear it from his mouth but one time.  But when we

22 first got there, that was the word, don't call the

23 police, tell Mr. Patel.

24             So one day something was --

25     Q       And let me just stop you.  When you say

43

 1  that was the word, tell me what you mean by that.

 2      A       The word on the property (cross-talk) --

 3              MS. MERRILL:  I'm going to object to the

 4         responsiveness, hearsay.

 5      A       -- from the drug dealers, from

 6  prostitutes that frequented and stayed at the hotel

 7  way before I even got there that was still staying

 8  there.

 9  BY MS. HUNDREDMARK:

10      Q       So your impression when you got there was

11  that you weren't to call the police if something was

12  happening?

13      A       Right.

14              MS. MERRILL:  Objection, leading.

15      A       Tell Mr. Patel and he will take care of

16  it.

17  BY MS. HUNDREDMARK:

18      Q       Did -- when these types of activities

19  were going on, did any of the hotel employees ever do

20  anything to prevent them?

21      A       No, because there weren't any employees,

22  I guess.  I don't know why that's the only hotel that

23  does not have any regular employees still to this day.

24  They have a crackhead that's the -- that's

25  housekeeping, two of them, and they live there.  One

44

March 7, 2023
Confidential

1       A        No, I always did out-calls to their house

2   or in-calls to the hotel room.

3       Q        Okay.  Were there other -- other girls

4   that were kind of outside engaging or trying to get

5   dates outside their rooms?

6       A        Yes.  Most of the time, yes.  I can't say

7   all of the time because there's like a window that --

8   when everybody is outside.  So it's like if you have

9   to have your room paid in the morning, if you don't

10  have it paid by then, so you're up at 8:00 o'clock

11  towards the -- you're not having to check out at 11:00

12  to get the money to pay your room, so you would see

13  people walking up and down Lawrenceville Highway,

14  walking in the parking lot, just standing outside.

15  You really didn't have to go anywhere but just open up

16  your door, go to the balcony, which is on here, and

17  just lean over.  Not even lean because they can ride

18  in and just look up and just see you.

19      Q        So it's open and visible?

20      A        So it's open and visible, yes.

21               MS. MERRILL:  Objection, leading.

22  BY MS. HUNDREDMARK:

23      Q        Let's see.  When -- what was the -- the

24  other girls that you saw at the hotel, what did their

25  physical appearance look like?

                                                      50

March 7, 2023
Confidential

1        A        You would have some that looked like me,

2    because I made sure I keep my appearance up because I

3    didn't do any drugs.  I just smoke marijuana and smoke

4    cigarettes and that's it.  I'm not a drinker or

5    anything like that.  I just needed my room paid.  So

6    you cannot really tell by appearances.

7                    But then you have the -- you know, the

8    ones that do look like they are out there in skimpy

9    clothes, panties and a bra, you know, things like

10   that.  Girls would come out the door with a towel on

11   and stand at the door talking.  So yes, the appearance

12   did play a part in that as well.

13       Q        Was there a time of day that was busier

14   than others?

15       A        Mainly after 5:00 o'clock after everyone

16   got off work.  So you would have between 2:00 a.m. to

17   6:00 a.m.  Because you would have to catch the

18   third-shift people getting off work or going to work

19   during that time, because I would try to stay up

20   around that time.  And then you would have people

21   that's getting off work between the hours of 6:00 a.m.

22   and 11:00, but you never could catch those people to

23   pay the hotel room.  So I figured like it was the work

24   time from 5:00 to 11:00 and 2:00 a.m. to like

25   6:00 a.m.  Those were the two main times.

                                                      51

1      Q       Do you know why these girls have filed a

2   lawsuit against the hotel?

3      A       I have no idea, but I assume it's to get

4   their life back on track.  I know that they weren't in

5   school.  You know, they probably don't know how to

6   read or anything.  They need the necessities of, you

7   know, life to, you know, bring them further than where

8   they are, because they probably are still traumatized.

9   I would too.  So if you have that -- I know that they

10  probably have a lot of bills, psychology bills or

11  whatever, because I also had to go see a psychiatrist

12  and things of that nature too.  So...

13     Q       Do you know what they're alleging against

14  the hotel?  Do you know anything about that in the

15  lawsuit?

16     A       No, I don't, but I assume that Mr. Patel

17  let this go on and that he knew.  So that's why

18  they're probably suing because it was his property.

19     Q       Why do you say that Mr. Patel knew?

20     A       Because it's his property.  He's the

21  owner of the hotel.

22     Q       But what do you know about him that leads

23  you to believe that he knew?

24     A       Because I was there.  I -- around that

25  time.  I don't know if the girls were there around the

84

Confidential

```
 1    time that I was there, but I can take you through this
 2    lifestyle --
 3         Q         Uh-huh (affirmative).
 4         A         -- and let you know that Mr. Patel did
 5    know what we were doing.  And we would say, "Hey, I've
 6    got to meet somebody, they're coming to give me some
 7    money to my room."  You have a camera.  We don't have
 8    to say, oh, such-and-such is coming to have sex with
 9    me.  You can look on the monitor and you can see
10    somebody coming to our room, so you know somebody is
11    coming in and out so you knew.
12              So there's no way that -- even though we
13    didn't physically see him standing there, but at times
14    he would be standing there, walking the parking lot,
15    picking up trash because that's what he does.  He
16    cleans his property.  He walks around his property.
17    So yes, you could say that he could see all this going
18    on.
19              And other times if we don't see, he's
20    looking at a monitor inside of the office so he can
21    see what is going on whether it's sex, drugs or -- we
22    might just have a visit and no sex or drugs are going
23    on, but you can see that we have a visitor.
24         Q         So -- exactly.  He can see through the
25    surveillance camera if he happens to be watching it.
```

85

1    He can see someone come visit your room, but he

2    doesn't know the purpose that -- why that person is

3    visiting your room; right?

4          A         Right, but if he knows the person's room

5    number, he does know the reason why they're there.

6    Because you know that you have a person that's been in

7    this room, 101 --

8          Q         Uh-huh (affirmative).

9          A         -- for a year.  So you know that -- how

10   they're making their money is by selling drugs or

11   being the candy lady or how -- the bootlegger or

12   however you -- so he knows what's going on in these

13   rooms because he inspects his property.

14         Q         So, but how does he know what's going on

15   in the room if he's not -- you're not telling him?

16         A         Because he sees transactions.  You can

17   walk around and see somebody selling two cigarettes

18   for a dollar so you know this person is doing this or

19   you can just see somebody pull in the parking lot and

20   conduct a drug transaction.  You can see it.

21         Q         Do you know exactly what Mr. Patel saw

22   every time on his property?

23         A         Yes, he saw prostitution and drugs going

24   on.

25         Q         How do you know that he saw those

86

1   individual instances?

2        A        Because he was there on the property

3   walking around looking for hisself if I'm at my door

4   on occasion, if I was standing at my door.  I've had

5   so many room numbers.  I can't tell you which room

6   number.  And here comes Mr. Patel cleaning up trash,

7   looking up while somebody is getting weed at the door.

8   And he's seen this weed transaction going on, but he's

9   not saying anything.  Because nine times out of ten

10  the drug dealers are paying more for that.  Because

11  they do pay more.

12               I could be like, "Oh, my room ain't but

13  $70."

14               "Well, shit" -- excuse my language --

15  "he's charging me such-and-such and such-and-such

16  because, you know, I've got this going on."  So

17  that -- you know, that is how it goes.

18       Q        But you don't know the conversation that

19  Mr. Patel has with the other individuals other than

20  yourself (cross-talk) --

21       A        Yes, I do because we all know each other.

22  We've all became a family.  Everybody knows everybody.

23  I smoke weed, so I'm going down here.  The guy who

24  sells the weed knows such-and-such on the back who

25  sells crack.  They look out for each other and stuff

87

1  like that.  So you know everybody pretty much that

2  comes.

3                  There's not somebody who's going to come

4  to this hotel to Atlanta, Georgia for an NBA game

5  that's going to stay at this hotel just for a day or

6  two days or a weekend.  They're not going to come

7  here.  From my experience, there's nobody staying here

8  for three days just to go to a game at this hotel,

9  nobody.

10      Q       Yes, but my question was:  You're not

11 physically present there when other people are renting

12 the room speaking to Mr. Patel; right?

13      A       Right, I am because if we have to pay at

14 the window, I'm behind that person so you hear what

15 they're saying.  It's been days where we got to come

16 to the window.  So it's like three people in front, so

17 they're telling him, "I'm short on this.  Just give me

18 time, man.  I've got to make this play," such and such

19 and such and such.  So you hear them at the window

20 saying what they're short on, what they need to do and

21 things like this.

22      Q       So what specifically did you hear other

23 people tell Mr. Patel at the window about --

24      A       "I need to make this play.  Give me an

25 hour.  I only got $30."

                                                            88

1    And if it's a girl, "You know I've got

2    such-and-such on the way, Mr. Patel.  You know I've

3    got to make my money, man.  Come on, man."  And he

4    knows that they're selling sex.  We don't have to say,

5    "Mr. Patel, I've got such-and-such coming for an

6    in-call."  It's not -- so those are the words that

7    you're looking for and that's not coming out of our

8    mouth.

9    If you're black urban, we talk a

10   different language.  So saying that I've got a play on

11   the way could mean that my play is an in-call if I'm

12   saying it to him.  A drug dealer is I got somebody

13   coming to buy drugs, because that's also a play.

14   So he knows us by face.  So he knows what

15   we are doing, what we are talking about by just saying

16   "play."  He knows.  That's why he's giving us extra

17   time to come up with the money.

18   If we were working everyday jobs, we

19   would not need time to go to that office to give him

20   some money.  There -- we don't need time.  We have a

21   job.  So these people, we don't have jobs.  We

22   frequent around here to the corner store and back

23   across the street.  The store is across the street and

24   back.  That's -- where we going?  We're not doing

25   anything but selling drugs and selling ourselves and

89

March 7, 2023
Confidential

1    going to Waffle House to get some food and come back,

2    because the Waffle House was across the street.

3                So Mr. Patel knows even though we're not

4    saying that I need to make $30, I got John coming, I'm

5    trying to sell myself.  We're not saying it like that,

6    and he understands the lingo.  He understands our

7    lingo.

8        Q        Did Mr. Patel ever say to you that he

9    understood your lingo?

10       A        Yes, he does.  He says, "Okay.  Okay,

11   man.  I got you.  I know, man.  Just come back, man."

12               Yes.  If he's agreeing, yes, he

13   understands because he knows what we're doing.  He

14   knows how we're getting the money.  If we're saying

15   we've got to make a play, he knows what we are doing.

16   He's seen it around the property.  He should not have

17   to come to us.  We should not have to speak to him to

18   tell him what we have going on when he already knows

19   because this is a drug hotel trap, sex trap.  This is

20   what it is.  I don't have no other way to put it,

21   sorry, but this is what it is.

22       Q        You don't know what Mr. Patel does after

23   these interactions; correct?  When he goes back into

24   the front office, you have no idea what he does?

25       A        He puts the money in the drawer and

90

1    continues his day doing laundry or whatever he needs

2    to fix:  Cable, TV, windows, or whatever.  You're

3    seeing him frequent the property throughout the day

4    until 5:00 o'clock to 6:00 p.m. when that van --

5    because that's the same van I just saw -- when that

6    van leaves.

7              And he's standing right there in front of

8    it.  Oh, where's that picture?  He's standing in front

9    of that van.  Let's see.  This picture on Exhibit B,

10   Number 3, this is Mr. Patel's van.  He still has it.

11   It's still in the parking lot beat up to this day.  He

12   still has it.

13             And you can see him standing at the

14   window.  This is him.  You can argue with me and say,

15   "Well, how do you know it's him?  It's not zoomed in,

16   or not" -- this is this man.  This is his stature

17   figure.  He wears a collared shirt, khaki pants.

18   That's what he wears.  That is him to the T.  That is

19   him.

20        Q        Okay.

21        A        Nobody else around there wears that.

22   There's an older guy, like his dad or something, that

23   lives there too and walks around too, but that's not

24   him.  He doesn't wear that, but this is how Mr. Patel

25   dresses.  This is him.

                                                     91

1    Q        Okay.  After these interactions that you

2    were just describing, you have no idea whether or not

3    Mr. Patel would return to the office and call the

4    police, do you?  You have no personal knowledge of

5    that?

6    A        I don't.  There's probably things that

7    happened before I even got there.  You know, there's a

8    code.  When you get in with the drug dealers and

9    stuff, they persuade.  I've been to many of these

10   hotels where they pay them to hush.  I've been at

11   shootouts at a hotel where they paid them to hush.

12   Somebody got killed.  So they do do this.  The drug

13   dealers do get into their heads and say, "Hey, oh, I'm

14   going to do -- give you extra money," and they go

15   along with it.  And how I know is because we can't

16   call the police.  You see everything going on.

17            How is it a hotel can say, hey, we can

18   take -- we can give you time, take half of your money

19   now and then want some later do not know what's going

20   on?  Because most of the other hotels that I go to,

21   the nice ones, the Home Inn and Suites, the -- the

22   Marriotts, all of that, oh, there's no doing that.

23   You get out at 11:00.  Or like me, I can request for

24   late checkout, 1:00 or 2:00, but I have to be gone at

25   1:00 or 2:00 o'clock.  Unless I've already paid all of

92

1  my money, I have to go.  They don't do that at other

2  hotels.  There's no way that they do that.

3       Q        Okay.  When you were just talking, you

4  described not being able to call the police.  What do

5  you mean by that?

6       A        Because of drug dealers.  You don't want

7  to get them in a bad situation or put them in a

8  situation.  So whatever goes on -- like they might be

9  beating up the girls.  So like they probably went

10 around there and scared the man or something, told

11 him, "Hey, don't call the police."

12               So you never know what went on before I

13 even got there to that situation of don't call the

14 police.  So when I got there, drug dealing going on,

15 sex activity so I know we're not to call the police.

16 We're to take it up with Mr. Patel.

17      Q        Okay.  You did have accessible to you the

18 room phone and your own personal cell phone; right?

19      A        Uh-huh, yeah.

20      Q        Okay.  And so you could have called the

21 police through either of those devices?

22      A        Yeah.  Like, I called the police that

23 night with Cassietta.  We called the police.

24      Q        Yes.

25      A        That's right.

93