## DECLARATION OF ▬▬▬▬▬

▬▬▬▬▬, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is ▬▬▬▬▬. I am more than twenty-one years of age, competent to testify, have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this affidavit for use in this case.

2. I was a victim of sex trafficking in 2016 at the Americas Best Value Inn (the "hotel" or "Americas Best") located at 1600 Crescent Centre Blvd. in Tucker, Georgia. I was held against my will for several months at that hotel and was rescued by the Dekalb County Police Department on November 9, 2016.

3. I was trafficked at the Americas Best by a man that was trafficking another victim at the hotel and who also trafficked several other victims at the three hotels in walking distance of the Americas Best.

4. While I was sold for sex at the Americas Best, I was beaten daily at the hotel. After my dates, the trafficker would beat me because he said he thought I enjoyed the act too much and should be punished for it.

5. While I was at the Americas Best it became very clear very quickly that this hotel existed for the purpose of the sale of drugs and sex. The management and employees saw what was going on and did nothing to stop the activity or help anyone in need. There were girls and women all over the property in and out of the rooms and in the parking lot who were being sold for sex. Some of the girls truly looked like little girls or early teens made up to look like whores. The housekeepers never came into the rooms. The trafficker got sheets and towels from the housekeepers from the carts outside the room. There were cameras on the property so the hotel employees could see what was going on, but there were no security guards to go to for help. The property was very dangerous and was the

last place a person should go to, or stay at, or live in, especially if they had children.

6. The owners and front desk personnel always put traffickers with girls and women on the back side of the property and girls who went on outcalls on the front of the property.

7. The employees, including the owner or manager of the Americas Best, knew the traffickers at the hotel well and I often saw them talking together around the hotel. The owner or manager of the hotel knew me and the other victim I was with were being trafficked at the hotel. My trafficker knew the owner or manager of the Americas Best well. He knew him so well that the trafficker told the owner to hire me at the hotel as a housekeeper. The owner hired me to do this. My working as a housekeeper did not last long because the trafficker did not like having me out of his sight for very long. So the trafficker told the owner I would not be back to work for him and after that I did not return to cleaning rooms. After that, the manager still allowed us all to continue to stay at the hotel and allowed my trafficker to continue selling us for sex there. The other victim I was with was already working at the hotel as a housekeeper before Homicide began working her.

8. When I was being trafficked at the Americas Best, occasionally me and the other victim with me would go to the front desk to tell the employee at the front desk that even though we were there after checkout that we would pay the rent by the end of the day. The hotel always let us pay late after we made money from being sold for sex.

9. The trafficker who sold me was known on the street by the name "Homicide" and many people feared him. Based on my observations, it seemed like the employees and managers as well as some of the others who lived at the property also feared him, as I heard him threaten others, including Mr. Patel, the owner or manager at

one time. He was known to carry a gun and was not afraid to use it. He threatened me with the gun several times.

10. The facts contained in Dekalb County Police Department Report Case Number 16-110190 are true and correct to the best of my recollection except that the report does not elaborate on all that went on at the property and what happened to me during my stay. I do not recall telling the officer that I knew this man only 3-4 weeks. I was at that property for approximately six months.

11. I have read this Declaration consisting of 11 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on February 20, 2023.

