IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| E.M., | : | |
| | : | |
|     Plaintiff, | : | CIVIL ACTION FILE NO. |
| | : | 1:22-cv-02559-WMR |
| v. | : | |
| | : | |
| TUCKER INN, INC., d/b/a, | : | |
| AMERICA'S BEST VALUE INN, | : | |
| | : | |
|     Defendant. | : | |
| | : | |

| | | |
|---|---|---|
| D.H., | : | |
| | : | |
|     Plaintiff, | : | CIVIL ACTION FILE: |
| v. | : | 1:22-cv-03419-JPB |
| TUCKER INN INCORPORATED | : | |
| d/b/a SUPER 8 BY WYNDHAM, | : | |
| | : | |
|     Defendant. | | |

## DECLARATION OF CHELSEA LIVELY

Chelsea Lively, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Chelsea Lively. I am more than twenty-one years of age, competent to testify, have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this declaration for use in this case. This declaration was executed in the state of West Virginia, where I am a resident.

2. In April 2016, I got stranded in Atlanta when my car broke down on a trip. I was "helped" by a man who pushed my car off the road but then ended up taking me to the Americas Best located at 1600 Crescent Centre Blvd, Tucker, Georgia, 30084 ("Americas Best"). We stayed at the Americas Best for over a week, between 7-9 days. He and I stayed in one room and in the room next door was a girl who went by the name "Victoria" who stayed there with her pimp.

3. Victoria had more than 10 dates per day with clients who came to the motel to buy sex from her. When that happened, it was obvious what was going on. Her pimp would leave the room, a man would pull up and stay a short time and then leave, then Victoria would leave and give the money to her pimp. This happened the whole time I was there. I saw Victoria and her pimp fighting and saw her pimp threaten her with a gun at the motel.

4. The prostitution and drug activity at the Americas Best was blatant. There were 8 or more other girls being sold for sex at the motel while I was there and the traffic of their "clients" was constant, especially on the top floor of the back side of the motel. There were likely many more than 8 because the girls I saw changed. About 4 of these girls seemed like they were under the age of 18 based on their appearance and the way they acted. The other girls also seemed young, around 18 or so. These girls were very scantily dressed, walking around the motel wearing only their bras, for example.

5. All of the girls I saw who were being sold for sex at the motel had pimps. It was clear from the way they acted around each other that that was what was going on. The girls would walk around with a blank face, acting very subservient to the pimps, who all had guns, dressed very flashy, with lots of jewelry and acted very masculine and flamboyant. The women they were selling were scared to talk to other people around their pimps. I typically say hello to people when I pass them and the girls being sold at the Americas Best were clearly too scared to say anything to anyone other than their pimp. I often heard the pimps fighting with these girls about money.

6. It was also obvious that there was a lot of drug activity and drug sales at the motel. Almost everyone at the motel was doing something illegal, prostitution, selling drugs, or some other illegal activity.

7. Nearly all of the men I saw at the Americas Best were armed. The pimps at the motel were armed and so were most of the clients who I saw coming to the motel for sex. I often saw these pimps flashing their guns, waving them over their heads to make sure that everyone knew they were armed.

8. All of the prostitution and drug activity described here at the Americas Best was blatantly obvious. There was a heavy amount and constant traffic of clients and cars. The girls I saw working all seemed to see more men for sex each day than Victoria downstairs. It was plain as day.

9. I saw a lot of cars that were nicer than would've been in a motel like the Americas Best. There were Infinities, Mercedes, and other nice cars that came for short times to buy sex. Truckers stopped nearby and walked over for the same reason.

10. When I got to the motel, and the whole time I was there, I saw girls hanging over the balcony upstairs and advertising to the men who drove through.

11. The staff at the motel never did anything about all of the drugs, prostitution, and guns out in the open at the Americas Best. In fact, it seemed like the motel staff tried very hard to stay in the office and avoid dealing with the rampant crime and prostitution at the motel. Anyone standing in the parking lot of the Americas Best had to have known about all the prostitution at the motel. It was ridiculous.

12. I have read this Declaration consisting of 12 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

   Executed on January 26, 2023.

   DocuSigned by:
   *Chelsea Lively*
   D4963504318C464...
   Chelsea Lively