Q. Okay. And I'm sorry, I can't remember. You may have just answered this, but did you tell the police your age when they had come?

A. I don't remember if I did or not.

Q. Okay. Okay. Now after the police came and rescued you girls, did they bring you to the hospital or a medical provider?

A. I don't remember.

Q. Okay. Were you at the house, the rooming house, where you were being sex trafficked with this guy -- what was his name?

A. **Chad.

Q. Do you remember his last name?

A. **Berry.

Q. Berry?

A. Yes.

Q. Did he get arrested?

A. No.

Q. So was he there when the police came?

A. I don't know if he was there. I think he ran off or something, but I don't remember him being there.

Q. Okay. Do you know if he's ever been charged with sex crimes related to you?

A. I don't know.



Q. Okay. So it just you and Termine staying there?
A. Yes.
Q. How long did you stay there with him?
A. A day.
Q. Where did you guys go next?
A. To the America's Best.
Q. Why did you leave the Microtel?
A. Because T.W. called me, and she told me that she was at the America's Best, and that I should come there where she is, because of the traffic there was busy.
Q. When you say the traffic there was busy, what do you mean?
A. I mean, it was a lot of traffic coming in and out that hotel. It's right off the exit. It's a cheap hotel and, I guess, it was, you know, for her it was good business, and she felt that, you know, I could make money there.
Q. Okay. So T.W. calls you and tells you basically that she has a good business opportunity for you to come make money at the America's Best?
A. I wouldn't word it like that, but yeah, she called me to tell me to come there, yes.



Q. Okay. But, I guess, it was your idea to go to the America's Best Value Inn, not Termine's?

A. Yes.

Q. Okay. Okay. What happens when you get to the America's Best Value Inn?

A. I went to check into the room. I had a fake ID, and Termine waited for me outside while I checked into the room with the fake ID that I had, and then they placed us on the backside of the hotel, and we just ended up staying -- being there for two days.

Q. Okay.

MS. MERRILL: All the trees I killed today, you would have thought I would remembered to print one more thing, but I did not.

MS. HUNDREDMARK: Do you need me to a copy?

MS. MERRILL: No, I think I got it. Thank you, though. I may not have a copy for your all, but you've seen it. I know that. Thank you.

Okay. That's what I'm showing her, just so you know.

MR. MCDONOUGH: Okay.



A. Yes.
Q. Okay. Do you remember how much the room was?
A. No.
Q. How did you pay for the room?
A. With cash.
Q. Did you have any other conversation with the front desk staff?
A. No.
Q. You said they placed you on -- that you got a room on the backside, right?
A. Yes.
Q. Did you ask for a smoking room or a nonsmoking room?
A. If they asked, then probably a smoking room.
Q. Okay. You don't know, though. You can't remember?
A. I don't remember if they asked.
Q. Gotcha, okay. But if they had asked, you'd asked for a smoking, okay.
Okay. So you rented the room, what happens next?
A. Throughout the day I seen five dates. I would walk down to T.W. room and talk to her, or



I'll be walking to the gas station getting snacks and condoms, things like that, Swishers, whatever.

And just throughout the whole -- the whole time and being there, it's a lot of people that were staying at the hotel, and it was other, like, girls who were walking around. Outside of me and T.W., there was other girls who were walking around with tight clothes and makeup. Like, they look like me basically, and just a lot of girls loitering around, and -- I don't know.

I just remember me passing by the leasing office -- the lobby, I'm sorry, a few times going to the gas station, and just -- I didn't have to hide myself. Like, I walked freely throughout the hotel, and when I had dates, Termine would wait outside for me.

One time he stayed in the room, in the bathroom while I did a -- while I seen a date, or he'll be waiting outside watching everything.

Q. Okay. You said Termine waited outside. Do you know where he waited?

A. I don't.

Q. Okay. Do you know if it was in the parking lot or right outside the door?



A. I don't think he was right outside of the door, so they won't see him, but he was visible.

Q. How do you know he was visible?

A. Well, after I seen one of my dates, I walked out and I seen him, but he wasn't directly by the door. He was just further down from the door --

Q. Okay.

A. -- hanging on the rail of the hotel, you know, the balcony thing.

Q. Okay. How would Termine know that you had finished with a date?

A. Because he knows who came in, and he sees them leave out of the room. He stands where he can see the door.

Q. Did you have to text him when dates ended?

A. No.

Q. Did Termine interact with other guests at the hotel?

A. I don't know if he did.

Q. Okay. You said that you passed by the office a few times on your way to the gas station. You walked freely.

What were you wearing when you'd walk outside?
A. Skirt, shorts, just revealing clothes.
Q. I missed the word you said.
A. Revealing.
Q. Revealing, okay. Well, you had on kind of shorts and skirt.
You weren't wearing, like, lingerie outside; is that right?
A. Yeah, I didn't have lingerie.
Q. Okay. And you said that there were girls walking around who looked like you. What did you mean by that?
A. Just how I was dressed in short clothing, top hanging out, just butt cheeks hanging out, just -- you know, you could tell. Like, they were wearing wigs and makeup. Like, you can obviously tell that they were trying to make their self look older.
Q. Okay. So you said these girls were trying to make themselves look older.
Is that what you were trying to do as well?
A. Yes.
Q. Okay. How old were you trying to look?
A. I mean -- I mean, not necessarily the



age of the lady from the fake ID, but just old enough to be an adult.

Q. Okay. To be over 18?

A. Yes.

Q. Okay. These other girls that you saw on the property who were trying to look older than they were, do you know how old they were?

A. No.

Q. Okay.

A. I never talked to them. I just would see them.

Q. Okay. Do you know if these other girls were victims of sex trafficking or if they were involved in prostitution?

A. I don't know for sure, but I know that it was -- it was happening. I mean, there's cars riding by, up to them and beeping, walking by. They're beeping at you. Like, it's a junkyard right behind the hotel where a bunch of guys are, and they see girls who look good, and it was -- it just wasn't hard to figure it out.

Q. Did you ever see instances of prostitution or sex trafficking outside of your room at the hotel?

A. I'm not sure what you mean.



A. Yes.
Q. Okay. Was he ever physically violent with you at the America's Best Value Inn outside of your room together?
A. No.
Q. Okay. Was he physically violent with you at the America's Best inside your room?
A. He didn't physically hit me, but he basically had the gun up to me, but he didn't hit me or anything with it.
Q. Okay. Was he threatening you with the gun?
A. He did.
Q. Were you afraid of Termine?
A. Yes.
Q. Did you ever tell anybody you were afraid of him?
A. No.
Q. Why not?
A. I just feel like nobody cared.
Q. Is it fair to say that you could have told people, but you chose not to, because you felt like they wouldn't care?
A. Yes.
Q. Okay. In the time you were with Termine



position, to not be able to get there.

Q. Okay. So tell me about what happens when the police come to the America's Best in your hotel room.

A. Well, I was seeing a date, and the original amount he was supposed to give me was, like, $80, and when he came, he had $100 bill, so I was -- I was already -- like, that was already was, like, kind of suspicious for me, because it was supposed to have been 80, and he gave me 100. And so Termine told me to leave the gun that he had under my pillow, but when the person came in the gun was visible.

Like, they seen it, and, like, as soon as they -- well, he handed me the hundred dollar bill, but then he seen the gun and as soon as he seen the gun he tried to walk out the door, and when he opened the door, that's when the undercovers bust in the door.

It was -- I don't know. It was just a lot of undercovers, and they took a picture of me and then they -- they were -- they sat me down, and they were just, I don't know, just asking me questions about everything.

Q. The police asked you questions about

A. Going back to me checking into the room with a fake ID. They -- it's obvious that you could tell that it wasn't me on the ID, so if they cared they wouldn't have took the ID. They knew what was going on, but they took the money for business, because they trying to make money, so that's what I mean.

Q. Why do you say it was obvious that the ID wasn't you?

A. If you look in my face you could tell. If you -- even her height and her weight is not the same as mine, so you could -- I mean, you could tell by -- I wasn't even that big. I was -- I was small, and her face is huge, like, you could literally tell that it wasn't me.

Q. Okay. But you gave it to them purporting it to be your own ID, right?

A. Yes, but that's their job, you know, to know that this is not the person on the ID. They didn't care.

Q. Okay. You said something about something they do already, like this is something they do already.

What did you mean by that?

A. I feel that they are -- they know that



what's going on. They see, it's obvious. They have the cameras there. They're seeing -- they're seeing it happening in front of them, but they -- my point is, they don't want to turn down the business.

They don't want to turn down getting money knowing that -- you know, what's going on, and knowing that they're going to continue get the money from these -- you know, the girls or the pimps or whatever.

They know that you're going to get the business, because the hotel is cheap. It's the area. You know, like, they know that it's happening, so they're not going to refuse anybody, because they -- like I said, they want to make their money.

Q. What evidence do you have that the hotel knew that sex trafficking was happening there?

A. I don't have any evidence.

Q. Okay. Why do you say that they knew that sex trafficking was happening at their hotel?

A. I'm telling you what I feel, like, I knew off of just giving my opinion that I feel anybody would know coming there. It's obvious.



Q. Okay. I think earlier, though, you told me that you didn't know whether it was prostitution or sex trafficking or what was going on at the hotel, right?

A. Yes.

Q. Okay. But you're saying that the hotel should know what was going on --

A. Yes.

Q. -- inside the rooms?

MR. MCDONOUGH: Objection.

BY MS. MERRILL:

Q. Okay. While you were at the hotel, the America's Best, were you just there for -- was it two days?

A. Two days.

Q. Okay. So it was June 8th and 9th, if the arrest happened on the 9th?

A. I'm not sure what day it was, but.

Q. Okay. Let me ask it this way.

Had you rented the room for two days?

A. No.

Q. Okay. So you were just there before checkout time, I guess?

A. I paid with cash for both days.

Q. Oh, so you did rent it for two days?



allegedly occurred at one hotel, where the hotel and its employees knew what was going on but chose not to do anything about it.

What hotel are you talking about there? Is that the Red Roof Inn?

A. I think so.

Q. Okay.

MS. MERRILL: Those are all my questions. Thank you very much for your time, E.M. I really appreciate it. Your attorney may have some, and I don't know if I have anything to follow up, but I appreciate your time today. Thank you.

MR. MCDONOUGH: I just have a very few. I want to make sure, I might have missed it, so I want to clarify a couple of things.

E X A M I N A T I O N

BY MR. MCDONOUGH:

Q. Going back to your trafficking at the America's Best back in June of 2017, I know when you were talking earlier, you were talking about seeing dates on that first day. I don't know if you ever talked about the second day, but I just want to, in case we missed it, confirm.

Tell me what happened the second day at the

