```
 1          and we are on the record.
 2   BY MR. TONGE:
 3          Q       Okay.  So you have had a chance to look
 4   through all of these pictures?
 5          A       Yes.
 6          Q       Okay.  And do you recognize what's in
 7   these pictures?
 8          A       Yeah.  That's the track.
 9          Q       When you say the track, what do you mean?
10          A       The -- I say track, but it's more like
11   a -- it's literally a track for prostitution and pimps
12   and things of that nature.
13          Q       Can you explain what a track is?
14          A       It's a work -- it's a workplace for
15   prostitutes.
16          Q       Okay.  And can you identify the building
17   in these pictures?
18          A       Yeah, this is America's Best.
19          Q       Okay.  And how do you know that?
20          A       I was there.
21          Q       Okay.  And is this -- are these pictures
22   a fair and accurate representation of the hotel?
23          A       Yes.
24          Q       Okay.  Were you -- and if you skip --
25   flip to page 5, 5 and 6, were you ever at this hotel
```

11

Vera Williams - February 13, 2023

```
 1   when it was a Super 8?

 2        A        No.

 3        Q        Okay.  So these two pictures you were not

 4   there when --

 5        A        No.

 6        Q        -- the hotel was branded like that?

 7                 (Thereupon, marked for identification,

 8            Plaintiffs' Exhibit P-2.)

 9   BY MR. TONGE:

10        Q        Okay.  I'm going to show you what has

11   been marked as P-2, and this P-2 is going to be two

12   copies of your prior deposition.

13                 MR. TONGE:  And, Roger, I just marked --

14            I Bates labeled them and so one has the DH

15            Bates and one has the EM Bates --

16                 MR. HARRIS:  Okay.

17                 MR. TONGE:  -- just so if we're using --

18            referring to that we'll be able to use it that

19            way.

20   BY MR. TONGE:

21        Q        All right.  Have you ever seen that?

22        A        No, I haven't.

23        Q        Okay.  I'll represent to you that that's

24   just your -- the transcript of the deposition that you

25   did before --
```

12

```
1        A        Okay.

2        Q        -- in the Eric Felder case.  I don't

3   think that we're going to use it.  I'm just sort of

4   putting it into the record so that we've got it --

5        A        Okay.

6        Q        -- attached to the deposition.

7                 Were you in an incident at the hotel on

8   July 3rd, 2016?

9        A        Yes, I was.

10       Q        Can we go back to that?  And was that the

11  last time that you were at the America's Best?

12       A        Yes.

13       Q        Okay.  And when I say America's Best or

14  the hotel, I'm -- I'm referring to the America's Best

15  on Crescent Centre that is pictured in Exhibit 1.

16  Okay?

17       A        Understood.

18       Q        Gotcha.

19                So that was the last time you were there.

20  Can you tell me the first time that you think you went

21  to the America's Best?

22       A        I would say maybe a year, six months

23  prior to that.

24       Q        Okay.  Prior to July 3rd?

25       A        Yes.
```

13

Vera Williams - February 13, 2023

```
 1        Q       Okay.  And when you went to the America's
 2   Best, what were you doing there?
 3        A       Tricking.
 4        Q       And can you tell me what that is?
 5        A       Prostituting.
 6        Q       Okay.  And so in that period, so six
 7   months before July 3rd, how many different days do you
 8   think you went to the hotel?
 9        A       It's kind of hard to count.
10        Q       Okay.
11        A       A lot.
12        Q       Okay.  Can you estimate in a week how
13   many times you might go to the America's Best?
14        A       Probably like five out of seven.
15        Q       Five out of seven days?
16        A       Yeah.
17        Q       And would that be --
18        A       But the weekend is really the best time
19   to go.
20        Q       Okay.
21        A       So Friday, Saturday, Sunday.
22        Q       And when you say it's the best time to
23   go, what do you mean by that?  Why is it the best?
24        A       More tricks, more money.
25        Q       Okay.
```

14

1        A        Just good work.

2        Q        Okay.  And when you were in that six

3   months when you were going to the America's Best, did

4   you have a pimp that you worked with?

5        A        No.

6        Q        Okay.  Why did you choose the America's

7   Best?

8        A        It's a known track.  It's -- it's

9   jumping.  Yeah, it's a lot of in and out.  The tricks

10   would ride through.

11        Q        Uh-huh (affirmative).

12        A        It's just the most money pretty much.

13        Q        Okay.  So you would say -- so when you

14   say it was jumping, do you mean it was busy for

15   prostitution?

16        A        Yes.

17                MR. HARRIS:  Objection, leading.

18   BY MR. TONGE:

19        Q        Was the hotel busy for prostitution?

20        A        It was.

21        Q        When you went to the America's Best

22   physically -- and we can maybe just look at -- let me

23   see which page.  Let's look at page 2 of Exhibit 1.

24   It's just the overhead shot of the hotel.  Physically

25   where would you be when you were at the America's

                                                    15

1   Best?

2       A        Around the back.  You see where the four

3   cars are?

4       Q        Yes.

5       A        Around that side.

6       Q        Okay.  And what would you be doing?  I

7   understand your purpose there, but --

8       A        Yeah, I would stand in the stairwell

9   until a car rides through and I'll let myself be seen.

10      Q        Uh-huh (affirmative).

11      A        And if they choose me, they choose me.

12  If they don't, then they'll keep it pushing.

13      Q        Okay.  How busy was the car traffic of

14  people driving through that you would make yourself

15  seen to?

16      A        Quite busy.  It's -- it's a track, so

17  there's a lot of traffic.

18      Q        Uh-huh (affirmative).  When cars came in,

19  looking at this picture, was there -- did they -- can

20  you describe how they would come around the hotel?

21      A        They'll come in the driveway, go around

22  the back where the cars are --

23      Q        Uh-huh (affirmative).

24      A        -- where these four cars are, and circle

25  all the way around and leave back out.

16

1     Q        And is there only one exit to the hotel?

2     A        Yeah.

3     Q        The parking lot I mean.

4              So would all of the cars have to drive

5  under this awning here at the front of the hotel?

6     A        Yeah.

7     Q        In order to exit I mean?

8     A        Right.

9     Q        Okay.

10    A        Well, I'm not really sure, but I never

11  saw anyone leave out the -- the way they came in.

12  It's always ride around.

13    Q        They would always make a circle around --

14    A        Right.

15    Q        -- the hotel you mean?

16    A        Right.

17    Q        Okay.  When you were at the America's

18  Best, were there other girls or women who were

19  prostituting also?

20    A        Yeah.

21    Q        How many other girls or women did you see

22  who were engaged in commercial sex?

23    A        Some nights it would be like 20 and some

24  nights it would be like five, you know.

25    Q        Uh-huh (affirmative).  Was there a time

17

1    during the week when it was more likely to be 20

2    and --

3         A       The weekend.

4         Q       Okay.

5         A       Friday, Saturday most, Sundays.

6         Q       Okay.  Was it common on the weekend to

7    have an estimated 20 people?

8         A       Yes.

9         Q       And when would there be five?

10        A       Oh, probably like Wednesday or Tuesday or

11   Thursday or whenever.  During the week pretty much.

12        Q       Okay.

13        A       But it's a good time to be around there

14   for lunchtime sometimes.

15        Q       Why do you say that?

16        A       Because that's when most tricks will come

17   and -- on their lunch breaks.

18        Q       Okay.  So lunchtime was a busy time at

19   the hotel?

20        A       Yeah, during the week.

21        Q       Okay.  And we can count this from one of

22   these pictures, but I'll just represent to you that

23   there are roughly 50 rooms at the hotel.  If you look

24   at page 3 there, we can count the number of doors

25   there, but that's an estimate of how many rooms are at

18

Vera Williams - February 13, 2023

1   they look like?  What were they wearing?

2       A       I guess -- I don't know.  Maybe scantily

3   clad like clothes.

4       Q       Okay.

5       A       They weren't naked --

6       Q       Okay.

7       A       -- you know.

8       Q       Yeah.  Did you see people selling drugs

9   at the hotel?

10      A       No.

11      Q       Okay.

12      A       But I'm pretty sure they were there.  I

13  wasn't in the drug scene so I can't tell you yes or

14  no.

15              MR. TONGE:  Okay.

16              MR. HARRIS:  Objection to the

17         responsiveness of the answer.

18  BY MR. TONGE:

19      Q       Why do you say you're pretty sure there

20  were people selling drugs there?

21      A       Because usually --

22              MR. HARRIS:  Objection.  Calls for

23         speculation.

24      A       Usually where there's prostitutes,

25  there's drugs.  There's a lot of prostitutes who is on

21

1    drugs.

2    BY MR. TONGE:

3        Q        Okay.  Has that -- has that been your

4    experience from being in that life?

5        A        Yeah, I've seen some stuff.

6        Q        You've seen it?  Okay.

7                 Were there men at the America's Best that

8    you believed were pimps?

9        A        Yes.

10       Q        How could you tell they were pimps?

11       A        Because like I seen one day a pimp

12   dragging a -- his ho to the car and telling her to

13   come on, so...

14       Q        Where -- where did you see that at?

15       A        Around the back where the four cars are.

16       Q        Uh-huh (affirmative).

17       A        Yeah.  Pulling her from the room to the

18   car.

19       Q        Okay.

20       A        He was just like, "Bitch, come on," and

21   all of that.

22       Q        Was that the only time that you saw who

23   you -- a man that you believed to be a pimp be violent

24   with a girl?

25       A        Yes.

                                                          22

```
1        Q        Okay.  Do you remember when that was?

2        A        Actually, no.  It's been so long ago, I

3   don't remember when.

4        Q        Okay.  How many of the other girls and

5   women that you saw engaging in commercial sex at the

6   hotel worked with pimps?

7                 MR. HARRIS:  Objection.

8        A        Fairly -- a few.  There's a lot of women,

9   a lifestyle who has pimps.

10  BY MR. TONGE:

11       Q        Uh-huh (affirmative).

12       A        I wasn't one of them.

13       Q        Okay.

14       A        Because, you know, I'm not going to give

15  my money to somebody.

16       Q        Okay.

17       A        I can take care of myself.

18       Q        And how did -- how were you able to

19  determine that these girls were working with pimps?

20       A        They'd tell me.

21       Q        Okay.

22       A        And I'd see it, you know.

23       Q        What would you see?

24       A        The pimps pull up to the parking lot,

25  drop the ho off and like, I'll be back in X amount of
```

23

1    time, you know.

2        Q        Uh-huh (affirmative).

3                 Do you -- do you know what sex

4    trafficking is?

5        A        No.

6        Q        Okay.  I will represent to you that sex

7    trafficking is when a person is made to engage in

8    commercial sex by force, fraud or coercion.

9        A        Okay.

10       Q        They're either forced physically,

11   violently or fraudulently by being tricked or

12   manipulated or coerced.  Based on what you saw at the

13   America's Best, do you think that any of the girls or

14   women that you saw engaged in commercial sex were

15   being sex trafficked?

16       A        Yes.

17                 MR. HARRIS:  Objection.  Calls for

18          speculation.

19   BY MR. TONGE:

20       Q        How many?  Say on a night when there were

21   20 girls or women engaged in commercial sex, how many

22   of them do you think were coerced or forced to do that

23   by a pimp?

24                 MR. HARRIS:  Objection.  Speculation.

25       A        Yeah, I don't really know.

24

```
 1      A        A bad day four, three.
 2      Q        And I think you said this.  So on the
 3  weekend it was busier --
 4      A        Yes.
 5      Q        -- than during the week?
 6      A        Yeah.
 7      Q        Did you see men coming to the hotel to
 8  buy sex?
 9      A        Yes.
10      Q        How many men do you think that you would
11  see in a day coming to the hotel to buy sex?
12               MR. HARRIS:  Objection.
13      A        I don't -- I can't...
14  BY MR. TONGE:
15      Q        Okay.  How frequently do you think that
16  you would see men coming to the hotel to buy sex --
17               MR. HARRIS:  Objection.
18  BY MR. TONGE:
19      Q        -- as far as in time I mean?
20               MR. HARRIS:  Objection.
21      A        I don't -- I don't really know how to
22  answer that question.  Maybe like -- I don't know --
23  20 cars an hour or something.
24  BY MR. TONGE:
25      Q        Okay.  And what would it -- what was it
```

26

Vera Williams - February 13, 2023

1   about those cars that would make you think that the
2   men inside of them were coming to the hotel to buy
3   sex?
4              MR. HARRIS:  Objection.
5       A       They would ride through looking like,
6   "Hey," you know, picking whoever they wanted.
7   BY MR. TONGE:
8       Q       Uh-huh (affirmative).  Was the commercial
9   sex that was happening at the hotel, was it busier on
10  the front or the back of the hotel?
11      A       The back.
12      Q       Okay.  Did any of the employees of the
13  hotel ever do anything that you saw to prevent or
14  deter people from selling sex at the hotel?
15      A       No.
16      Q       Did you ever hear any of the hotel
17  employees say anything about the sex being sold at the
18  hotel?
19      A       No.
20      Q       Did you ever see hotel employees
21  monitoring or keeping an eye on the parking lot?
22      A       No.
23      Q       Was there any security guards at the
24  hotel?
25      A       No.

27

Vera Williams - February 13, 2023

1      Q        Would you have gone to this hotel if they
2   had had a security guard?
3      A        No.
4      Q        Why not?
5      A        I probably would be in jail for
6   soliciting prostitution, things of that nature.
7      Q        Why?  Why do you say that?  What about
8   the security guard would have led to that?
9      A        The security guard would have ran me off
10  or would have called the police --
11     Q        Okay.
12     A        -- if I was to solicit it in the parking
13  lot.  The main reason why this hotel was so popular to
14  the prostitution ring is because there was no
15  security.
16     Q        Okay.  Did you ever rent a room at the
17  hotel yourself?
18     A        No, I didn't.
19     Q        So how did you engage in commercial sex
20  at the hotel if you didn't rent a room?
21     A        The johns would pull up to the window,
22  the nighttime window, and rent a room for 30 minutes
23  or an hour.
24     Q        Okay.  And did you see that happen?
25  Were --

                                                        28

```
 1        A        Yes.

 2        Q        Okay.  Where were you in relation to the

 3   john when that would occur?

 4        A        In the car.

 5        Q        Okay.  Is the -- I haven't been through,

 6   but this awning here, is there -- can you drive

 7   through and speak to the window from the car?

 8        A        Yes, you can.

 9        Q        Okay.  Did you ever ask for a room for

10   half an hour or an hour?

11        A        No.

12        Q        Okay.  It was always the john?

13        A        Yes.

14        Q        What would the hotel clerk say when a

15   john asked for a room for a half an hour?

16                 MR. HARRIS:  Objection.

17        A        I don't -- I can't say.

18   BY MR. TONGE:

19        Q        You don't remember?

20        A        No.

21        Q        Okay.  And in your experience did this --

22   did this happen at any specific time of day or...

23        A        No.

24        Q        Okay.

25        A        It was any time there.
```

29

Vera Williams - February 13, 2023

1      Q        Okay.  So when you were engaged in
2   commercial sex at the hotel, that could have been at
3   lunch time, like you said, it could have been early
4   morning, it could have been at night?
5      A        Yeah.
6      Q        It could have been at any time --
7      A        Any time.
8      Q        -- during the day?
9      A        Yeah.
10     Q        Okay.
11              MR. HARRIS:  Objection.
12  BY MR. TONGE:
13     Q        When did you -- let me rephrase that.
14              When did you engage in commercial sex at
15  the hotel as far as times of days?
16     A        All times.
17     Q        Okay.  Did you ever do dates in the
18  parking lot of the America's Best?
19     A        No.
20     Q        Okay.  Did you ever see anyone do dates
21  in -- like in the cars in the parking lots?
22     A        Yes.
23     Q        Where?  Where would that occur at the
24  hotel?
25     A        Around in back.

30

Vera Williams - February 13, 2023

1           What part of the hotel did your dates
2   rent rooms in?
3        A       Around the back.
4        Q       Okay.  Did you see drugs or alcohol at or
5   around the hotel?
6        A       Yeah.  I've seen women using drugs and
7   drinking alcohol.
8        Q       Where at at the hotel?
9        A       In their rooms.
10       Q       Okay.  Did you go in other women's rooms
11  sometimes?
12       A       I did.
13       Q       Okay.  Was that common that -- would you
14  hang out with other girls that were at the hotel
15  frequently?
16       A       Yes.
17       Q       Okay.  Did you see men who would exit a
18  girl's room and a date come and then that man would
19  come back in after the date left?
20       A       Yes.
21       Q       Did you see men who were with several
22  women at once?
23       A       Yes.
24       Q       Did you see girls being dropped off at
25  the hotel and picked up later?

41

Vera Williams - February 13, 2023

1      A       Yes.

2      Q       Did you see men threaten girls who were

3   working at the hotel?

4              MR. HARRIS:  Objection.

5      A       I've seen a man drag a woman from a room

6   to the car.

7   BY MR. TONGE:

8      Q       How did you -- I'm sorry if this is

9   personal, but how did you clean up after a date if you

10  only had the room for 30 minutes?

11             MR. HARRIS:  Objection.  Go ahead.

12     A       I've had time.  I had time to clean up.

13  BY MR. TONGE:

14     Q       Okay.  So do you mean you would shower in

15  the room before you left?

16     A       Yeah.

17     Q       Okay.  Did you see girls or women who

18  were engaged in commercial sex at the hotel -- and I'm

19  going to read a list and I'll just ask for a yes or

20  no -- acting fearful?

21     A       No.

22     Q       Anxious?

23     A       Yes.

24     Q       Depressed?

25             MR. HARRIS:  Objection.

42

Vera Williams - February 13, 2023

```
 1        A        No.

 2   BY MR. TONGE:

 3        Q        Submissive?

 4                 MR. HARRIS:  Objection.

 5        A        Yes.

 6   BY MR. TONGE:

 7        Q        Tense?

 8                 MR. HARRIS:  Objection.

 9        A        No.

10   BY MR. TONGE:

11        Q        Nervous?

12                 MR. HARRIS:  Objection.

13        A        No.

14   BY MR. TONGE:

15        Q        Paranoid?

16                 MR. HARRIS:  Objection.

17        A        Yes.

18   BY MR. TONGE:

19        Q        Did you see girls or women who were

20   engaged in commercial sex at the hotel with bruises or

21   other signs of physical injury?

22                 MR. HARRIS:  Objection.

23        A        Yes.

24                 MR. TONGE:  What's the objection?

25                 MR. HARRIS:  Foundation.
```

43

```
 1              MR. TONGE:  I think we've established
 2      that she saw lots of girls at the hotel and she
 3      observed them with her eyes.
 4              MR. HARRIS:  Yeah, but she doesn't know
 5      how that happened.
 6              MR. TONGE:  I'm not asking how it
 7      happened.
 8              MR. HARRIS:  Objection.
 9  BY MR. TONGE:
10      Q       Did you see girls with scars, cuts or
11  burns or any other signs of self-harm, like
12  suicidal-type things?
13      A       No.
14      Q       Did you see girls that were dressed
15  inappropriately for the weather, like dressed --
16      A       Yes.
17      Q       And by that I mean not be wearing --
18      A       Many times with skirts.
19      Q       Right.
20      A       Yes.
21      Q       Yes, that's what I was meaning.
22              Did you ever see girls or women who were
23  engaged in commercial sex at the hotel give money to a
24  man?
25      A       Yes.
```

44

1    Q        Did you ever see girls or women at the

2    hotel whose ability to communicate with a cell phone

3    was limited or restricted?

4    A        No.

5             MR. HARRIS:  Objection.

6    BY MR. TONGE:

7    Q        Did you ever see any girls or women who

8    were engaged in commercial sex at the hotel who had,

9    you know, poor hygiene?

10   A        Yes.

11   Q        Who looked tired?

12   A        Yeah.

13   Q        Who looked malnourished?

14            MR. HARRIS:  Objection.

15   A        No.

16   BY MR. TONGE:

17   Q        Did you ever see men monitoring the

18   movement of girls and women at the hotel?

19   A        They'd sit in the parking lot and watch

20   everything, yeah.

21   Q        Okay.  How many times did you see that

22   happen?  How frequently was that?

23   A        Oh, I mean, day and night.

24   Q        You mean -- so --

25   A        All the time.  I can't give you a

45

Vera Williams - February 13, 2023

1   specific number, but...

2       Q       All the time that you were there?

3       A       All the time, yeah.

4       Q       Okay.  Did you ever hear any girls or

5   women engaged in commercial sex at the hotel who

6   referred to a man as their daddy or their pimp?

7               MR. HARRIS:  Objection.

8       A       Yeah.

9   BY MR. TONGE:

10      Q       Did you -- when you were visiting these

11  girls in their rooms, did you ever see anyone with

12  excessive or large amounts of cash in their rooms?

13      A       No, not them.

14      Q       Okay.

15      A       Not on them.

16      Q       Okay.  Did you see girls or women

17  loitering in the hallways?

18      A       Yes.

19      Q       In the stairwells?

20      A       Yes.

21      Q       Did you see girls and women who were

22  engaged in commercial sex at the hotel have repeated

23  visitors into their room?

24      A       Yeah.

25      Q       Let's see.  Did you see buyers or tricks

46