```
 1        A.       I do remember the young man.  But the
 2   exact date and time, no.  But --
 3        Q.       Okay.
 4        A.       -- I do remember him.
 5        Q.       Does that sound right, that you would
 6   have been at the Super 8 on or around August 26th,
 7   2014?
 8        A.       Yes.
 9        Q.       Okay.  And then I think if you go down
10   here -- I'll go back to the narrative.  Let's see.
11                 Yeah.  In here it says that she -- which
12   is Tonya Harris, you -- went on to advise that she and
13   her children left that location several days ago and
14   got a room at the current location.
15                 So do you think it -- does it sound
16   correct that you had -- had recently come to the
17   Super 8 motel, you know, days or a week or so before
18   this incident report?
19        A.       Yes.
20        Q.       Okay.  So I'm going to switch back to the
21   other screen.
22                 Do you know roughly how long you stayed
23   at the Super 8 after that?
24        A.       No.  I don't remember; it's been so long.
25        Q.       Okay.  I'm going to get to this other
```

16

```
 1   screen.  I'm just going to leave this up.
 2              So why were you staying there?  Do you
 3   recall?
 4       A.     I was homeless.
 5       Q.     Okay.  And who was staying with you at
 6   the motel?
 7       A.     Myself and my two children.
 8       Q.     Okay.  How old were your children at the
 9   time, about?
10       A.     Let's see.  2014?  Alexander is 18, so...
11       Q.     So about 11-ish?
12       A.     Yeah.
13       Q.     Okay.
14       A.     And Ashya's four years older than him.
15       Q.     Okay.  So about 15?
16       A.     Yes.
17       Q.     Okay.  Can you tell me generally about
18   the motel and what it was like staying there?
19       A.     It was not the best kept motel.  The
20   people were really rude.
21       Q.     Okay.
22       A.     The surrounding area -- Like, it had a
23   lot of trash and stuff on the ground around it and it
24   was not -- If you -- Even if you weren't homeless, and
25   just vacationing, it is not one that would have the
```

17

- March 3, 2023

```
 1   best rating.
 2       Q.      Okay.  What did -- Well, scratch that.
 3               Did you witness what you believed to be
 4   commercial sex at the motel?
 5       A.      Yes.
 6       Q.      Can you tell me about what you witnessed
 7   and what that looked like.
 8       A.      There was always cars coming and going,
 9   women getting in and out of cars.  They would stand
10   outside of their rooms a lot.  Sometimes guys would
11   walk in the room.  They'll do whatever they're doing.
12   I could never say exactly what was going on in the
13   room, but then they would always walk out.  So it was
14   forever -- as I said, it was forever rocking.  It was
15   always activity, 24 hours a day.
16       Q.      Okay.  How often did you see that -- that
17   kind of activity?  Like, every day that you were there
18   or -- or once a week or what?
19       A.      I would say every day.
20       Q.      Okay.  And you said it was -- it was
21   rocking.
22               Like, roughly how many -- how many girls
23   are we talking about that you saw that you thought
24   were engaged in commercial sex at the motel?
25       A.      At the most, maybe six.
```

18

- March 3, 2023

```
 1        Q.       Okay.  Let me -- No.  That's okay.
 2                 Where on the property did -- did this
 3   take place?  Was it concentrated in any particular
 4   area of the motel or was it all over the place?
 5        A.       It was all over the place.  It was no
 6   particular side of the hotel.
 7        Q.       Okay.  What did these girls that you saw
 8   who you thought were engaged in commercial sex,
 9   what -- what did they look like?
10        A.       They were girls of different races.  Some
11   of them looked to be older than what they appeared.
12   So they may have been younger but they looked older.
13        Q.       Okay.  What -- What kind of clothes were
14   they wearing?
15        A.       Kind of scantily clad clothes.
16        Q.       Okay.  Did you ever see anyone be violent
17   with any of these girls?
18        A.       No.
19        Q.       Okay.  You said that there were men
20   driving up in the cars.
21                 Can you tell me what -- what that looked
22   like.
23        A.       Some of the cars had rim tint.  They're
24   never newer cars.
25        Q.       How -- How frequently would you see a car
```

19

```
 1   pull up that you -- you thought was a person coming to
 2   the motel to buy sex?
 3              MS. MERRILL:  Objection.
 4        A.    Throughout the day.
 5   BY MR. TONGE:
 6        Q.    Throughout the day?
 7        A.    Uh-huh (affirmative).
 8        Q.    Okay.
 9        A.    So, I mean, I was there at different
10   times because sometimes I would have to leave out to
11   either run my kids to the bus stop or be walking back
12   from the bus stop with them.  Or at that time, if I
13   was driving, same thing.
14        Q.    Okay.  And were -- so were you -- were
15   you working at all during that time?  Or were you just
16   taking your kids to school and you would be at the
17   motel all day?  What was your -- your kind of daily
18   routine?
19        A.    When I first got there, no.  But I
20   believe at one point -- Because I was homeless for
21   about two years on and off.  At one point I was
22   working with Lyft and Uber.
23        Q.    Okay.
24        A.    So sometimes I would leave out to go work
25   and sometimes I would come back in and there were
```

20

```
 1   times that I wasn't working.
 2        Q.     On the times that you weren't working,
 3   other than taking your kids to the -- to the bus stop,
 4   did you stay around the motel during the day?
 5        A.     Uh-huh (affirmative).  I didn't go very
 6   far.
 7        Q.     Okay.  And did this activity, the
 8   commercial sex activity, was that -- would that go on
 9   during the day and at night or was it more frequent
10   one or the other?
11        A.     No, not one frequent more than others.
12   Throughout the entire day.
13        Q.     Okay.  These girls that you saw engaged
14   in commercial sex:  Did you see them -- any of them
15   look fearful or -- or stressed or paranoid?
16        A.     They looked tired.  I would say worn out.
17        Q.     Okay.  And did -- did you see --
18               The -- The men that you saw coming to --
19   that you believe were coming to buy sex at the motel:
20   Would they go into rooms at the motel or would they --
21   what would they do?
22        A.     (Audio glitch) --
23        Q.     You tell me.
24        A.     -- just go into the rooms.  A lot of time
25   I would see some people maybe walk in and walk out.
```

21

- March 3, 2023

```
 1   But for the most part, they got in the car and would
 2   leave.
 3       Q.      And so -- so a man would drive up to the
 4   motel in a car and --
 5       A.      -- pick women up and then leave, and then
 6   they'll come back and drop them off.
 7       Q.      Okay.  Were you ever put out of the motel
 8   or threatened to be put out of the motel?
 9       A.      Not that I remember.
10       Q.      Okay.
11       A.      As I said, it was -- it's been so long.
12       Q.      Okay.  Did you see men that you thought
13   were pimps at the Super 8?
14               MS. MERRILL:  Objection.  Speculation.
15   BY MR. TONGE:
16       Q.      You can answer.
17       A.      I didn't hear the question.
18       Q.      Did you see men that you thought were
19   pimps at the Super 8?
20       A.      I saw guys that I thought were pimps.
21   But, I mean, this day and age, you don't know exactly
22   what a pimp looks like.  But, yeah, I saw guys with
23   their pants hanging down.  A lot of times they had
24   joints and stuff in their mouth.  But yeah.
25       Q.      And --
```

22

```
 1        A.      A lot of -- Some girls go with them
 2   sometimes and then come back.
 3        Q.      Okay.  That was my next question.
 4                So you saw -- Did you see these men that
 5   you thought might be pimps interacting with the girls
 6   that you thought were engaged in commercial sex?
 7        A.      Yes.
 8        Q.      Okay.  Did you ever see the -- the men
 9   that you thought might be pimps use derogatory
10   language or -- or -- or yell at the girls that were
11   involved in commercial sex?
12        A.      Not yelled, but they were called out of
13   their names, yes.
14        Q.      They were what?  Could you say that last
15   part again.
16        A.      Called out of their names.  They were
17   called explicitives.
18        Q.      Oh, okay.  Well, I'll -- I'll say those
19   words, and -- and you tell me if I'm correct.
20                Did they -- Like, did you hear those men
21   call the girls that you thought were engaged in
22   commercial sex bitch or bitches?
23                MS. MERRILL:  Objection.  Hearsay.
24   BY MR. TONGE:
25        Q.      And --
```

23

```
 1                    THE COURT REPORTER:  I didn't hear an
 2           answer.
 3    BY MR. TONGE:
 4         Q.      Yeah.  Could you say your answer.
 5         A.      Yes.
 6                    THE COURT REPORTER:  Thank you.
 7    BY MR. TONGE:
 8         Q.      Did you hear them call them hoes?
 9                    MS. MERRILL:  Objection.  Hearsay.
10         A.      No hoes.
11    BY MR. TONGE:
12         Q.      Okay.  Did you hear them call them sluts?
13         A.      No.
14                    MS. MERRILL:  Objection.  Hearsay.
15    BY MR. TONGE:
16         Q.      Okay.  That's probably good.  I -- I
17    don't want to just make up words.
18                    And did you see these men that you
19    thought might be pimps loitering around in the hotel
20    in the parking lot or the hallways?
21         A.      Always.  It was forever people walking
22    back and forth.
23         Q.      Okay.  Do you know -- Do you know what
24    sex trafficking is?
25         A.      I do.
```

24

```
 1      Q.      Can you tell me what -- what you
 2   understand sex trafficking to be.
 3      A.      Sex trafficking, from what I've seen just
 4   even in the movies or from hearing stories, is where a
 5   group of women or boys or girls are taken and sold for
 6   sex.
 7      Q.      Okay.  And I -- I'll just represent to
 8   you that the legal definition of sex trafficking under
 9   federal law in these cases is a person who's being
10   made to engage in commercial sex through force, fraud,
11   or coercion or if the person is under the age of 18
12   years old.
13              So is -- is there any way for you to know
14   for sure that -- that a girl or a woman that you saw
15   that you thought was engaged in commercial sex was
16   being -- doing that because she wanted to or that she
17   was doing that because someone was making her?
18      A.      Not --
19              MS. MERRILL:  Objection.
20      A.      -- unless someone told me, no.
21   BY MR. TONGE:
22      Q.      Okay.
23              THE COURT REPORTER:  I'm sorry.  Repeat
24         that answer.
25      A.      Not unless someone told me, no.
```

25

```
 1  BY MR. TONGE:
 2       Q.      Okay.
 3               THE COURT REPORTER:  Thank you.
 4  BY MR. TONGE:
 5       Q.      Let's see.
 6               The activity that you described when --
 7  when you said the buyers would -- would drive up
 8  and -- and what you saw more of was -- was buyers
 9  driving up and picking up girls in the parking lot; is
10  that correct?
11       A.      Correct.
12       Q.      So where were these girls standing?
13  Like, how -- how did -- how did the buyer --
14       A.      (Indiscernible crosstalk.)
15       Q.      -- get a girl into his car?
16               I'm -- I'm sorry.  Now -- Now you answer.
17  Sorry.
18       A.      In front of their doors.
19               My apologies.
20       Q.      So the -- So the girls would be standing
21  in front of the door to the room that they were
22  staying at at the motel, you think?
23       A.      Yes.
24       Q.      Okay.  Was -- Was the activity, the
25  commercial sex activity that you saw, was it out in
```

26

```
 1   the open or was it clandestine, or hidden?
 2        A.     I wouldn't say that it was directly out
 3   in the open, but they would always come back with
 4   their clothes disheveled.
 5        Q.     Like when they got dropped off by a man
 6   afterwards?
 7               MS. MERRILL:  Objection.  Leading.
 8        A.     Yes.
 9   BY MR. TONGE:
10        Q.     Okay.  The women that you described
11   standing outside and the men driving up to pick them
12   up for -- for commercial sex:  Could that activity be
13   seen from the -- from the front office of the motel?
14        A.     Not unless they had cameras angled that
15   way.  But they did have cables -- I'm sorry --
16   cameras.  So I couldn't really tell you honestly.  I
17   don't know.
18        Q.     Okay.  If --
19        A.     But it's --
20        Q.     I'm sorry.
21        A.     -- kind of open because they're -- The
22   office people were -- The housekeepers were always
23   moving, so I'm sure they saw.  But nobody ever really
24   responded.  But not, looking at this picture, unless
25   they actually came out of the office from the side,
```

27

```
 1  would they be able to actually tell.
 2       Q.    Okay.  If someone from the motel that
 3  worked there was standing in the parking lot, would
 4  they be able to have seen this activity?
 5             MS. MERRILL:  (Unintelligible.)
 6       A.    Oh, yes.  Most definitely.
 7       Q.    Okay.
 8             THE COURT REPORTER:  Excuse me.
 9             Ms. Merrill, I didn't hear what you just
10       said.
11             MS. MERRILL:  Objection.  Speculation.
12             THE COURT REPORTER:  Thank you.
13  BY MR. TONGE:
14       Q.    Do you think that the people that worked
15  at the motel knew that this commercial sex activity
16  was going on?
17             MS. MERRILL:  Objection.  Speculation.
18  BY MR. TONGE:
19       Q.    You can answer.
20       A.    Yes, I do.
21       Q.    Okay.  What's the basis of -- of that
22  opinion?  Like, what makes you --
23       A.    They --
24       Q.    I'm sorry --
25       A.    -- were always going around the -- the
```

28

```
 1   hotel all throughout the day, so -- Even all the
 2   managers, they always walked the entire property.  So
 3   there's no way that you could not have seen what was
 4   going on.  You may not say anything about it, but it
 5   was still obvious.
 6         Q.    Okay.  And so to confirm:
 7               Did you see the employees of the motel
 8   walking around the property and -- and --
 9         A.    Throughout the day.
10         Q.    -- (indiscernible crosstalk) aware this
11   was occurring?
12         A.    Yes.
13         Q.    Okay.  Did you ever hear or see any hotel
14   employee do -- do or say anything to --
15         A.    No.
16         Q.    -- deter to stop this activity?
17         A.    No, sir.
18               THE COURT REPORTER:  Excuse me just one
19         moment.
20               Ms. Harris, if you would, let him finish
21         his question.  I'm -- I -- You're talking at
22         the same time again.
23               THE WITNESS:  My apologies.
24               THE COURT REPORTER:  Thank you.
25               MR. TONGE: Okay.  It's a weird thing to
```

29

```
 1        A.      Whenever I felt like I could get a better
 2   rating for the extended time I was staying, I went to
 3   a different one.
 4        Q.      Okay.  And tell me what the check-in
 5   or -- or room rental process was like at the Super 8.
 6        A.      I don't remember.
 7        Q.      Okay.  Did you have to pay in advance for
 8   multiple days or did you go back daily to pay for your
 9   room --
10        A.      No.  At -- No.  You could do daily, a few
11   days, weekly.  And it also depended on if I had help
12   paying for my room.
13        Q.      Do you remember which one you did or did
14   it vary?
15        A.      It varied depending on my situation at
16   that time.
17        Q.      Okay.  When you would go back to the
18   front desk to keep on renting your room for whatever
19   period of time you needed it, did you ever mention any
20   of your concerns about what you saw on the property to
21   any of the staff?
22        A.      I did.  But they really didn't say
23   anything.
24        Q.      What did you say to them?
25        A.      Do you see the activities that's going on
```

35

- March 3, 2023

```
 1   the side and how the cars keep coming back and forth?
 2        Q.    Do you remember who you said that to?
 3        A.    The front desk.  But who it was, I don't
 4   remember the person's name.
 5        Q.    Okay.  You don't remember his name, but
 6   can you describe him for me?
 7        A.    One was a older gentleman.  He was bald.
 8        Q.    Do you have any idea of how tall he was,
 9   how short he was?
10        A.    No.  Well, I'm short, so everybody is
11   taller than me.  I'm only 5 feet, so a lot of people
12   are taller than me.  But the exact height, no.
13        Q.    Okay.  Do you have any of the
14   descripting -- descripting factors of him?
15        A.    No, ma'am.
16        Q.    Okay.  You mentioned -- You said "one of
17   them."
18              So did you tell multiple people about
19   your concern?
20        A.    It was a lady that was there with a long
21   ponytail to probably maybe her arm length of her
22   shoulder, right where -- start right here.
23        Q.    Do you remember anything more about her?
24        A.    No.
25        Q.    Do you know her name?
```

36

- March 3, 2023

```
 1        A.      It's been so long, no.
 2        Q.      Did you tell those two people together at
 3   the front desk?
 4        A.      Different times.
 5        Q.      Different times?
 6                Do you remember when it may have been
 7   that you told them this?
 8        A.      When I made a complaint because there was
 9   another young lady that stayed there that ended up
10   getting kicked out and I said, well, it's kind of
11   unfair you all are kicking people out who are here
12   trying to take care of their families but you're not
13   kicking the people that are causing the traffic here.
14        Q.      Do you have any idea of, like, was that
15   closer to when you first started staying there or
16   towards the end of your stay?
17        A.      Towards the end.
18        Q.      Why did you leave the Super 8?
19        A.      I know I got assistance from another
20   program that helped me get a place to stay.
21        Q.      What's the name of that program?
22        A.      Nicholas House.
23        Q.      Nicholas -- what's the last part?
24        A.      House.
25        Q.      House?
```

37