## DECLARATION OF ERIN GIBBS

Erin Gibbs, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Erin Gibbs. I am more than twenty-one years of age, competent to testify, have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this declaration for use in this case. This declaration was executed in the state of Georgia, where I am a resident.

2. I am currently an Investigator with CARE USA, a non-governmental organization that provides humanitarian assistance. Prior to that, I was an Investigator with the Stone Mountain Judicial Circuit, and a Peace Officer from 2010–2017 with the Dekalb County Police Department.

3. A history of my training and certifications is attached hereto as Exhibit A.

4. Since 2013, I have participated in numerous trainings regarding human trafficking, sexual assault, and child victims investigations.

5. While with the Dekalb County Police Department, I became a detective in the Special Victims Unit (SVU) in 2014. For roughly two years, beginning in September 2015, I was assigned to the Internet Crimes Against Children (ICAC) task force, where I investigated at least 100 minor sex trafficking cases, including the cases of D.H. and E.M. who are plaintiffs in the lawsuits styled D.H. v. Tucker Inn Incorporated, No. 1:22-cv-03419 and E.M. v. Tucker Inn

Incorporated, No. 1:22-cv-02559. While in ICAC, approximately 70 percent of my work related to crimes against minors and sex trafficking.

6. While in the SVU and ICAC, I investigated numerous sex trafficking cases at the Super 8 and Americas Best Value Inn located at 1600 Crescent Centre Blvd. Tucker, Georgia 30084.

7. The commercial sex trade at the Super 8/Americas Best located at 1600 Crescent Centre in Tucker was rampant while I was investigating the area. The reputation of the hotel in the police department was as a motel where commercial sex and drugs were constant occurrences and it was a problem area in Dekalb County.

8. In the case of D.H.

    a. The Vice Unit did an undercover investigation of prostitution and contacted a person from a commercial sex ad on Backpage.com. It was determined that this person was D.H., who was a minor victim of sex trafficking in September 2015 at the then-Super 8 located at 1600 Crescent Centre Boulevard, Tucker, Georgia.

    b. As part of my investigation, I saw phone calls and text messages on D.H.'s cell phone from men arranging to purchase sex with D.H. while she was at the Super 8.

    c. I met with D.H. at Wellsprings and showed her a photo lineup of men in which she identified two men who were later convicted of purchasing D.H. for sex at the Super 8. When I met with D.H. that day, she broke down crying because it bothered her that she had had to have sex with a number of people each day at the Super 8 and she couldn't remember who they all were. I remember D.H. telling me that she had to be sold to 15–20 men per day at the Super 8.

9. In the case of E.M.,

    a. The Vice Unit did an undercover investigation of prostitution and contacted a person from a commercial sex ad on Backpage.com. It was determined that this person was E.M., who was a minor victim of sex trafficking in October 2017 at the then-Super 8 located at 1600 Crescent Centre Boulevard, Tucker, Georgia.

    b. In that case, I saw text messages reflecting that E.M. was afraid her trafficker would shoot her and there was a message I saw where the trafficker asked E.M. for money. I reviewed the camera footage from the Americas Best and saw E.M. checking into the room at the front office and saw the trafficker exit the room E.M. was being trafficked out of and buyers entering the room to purchase sex with E.M. at the Americas Best.

10. As an officer from 2010–2013, I frequently patrolled and investigated crime in the area surrounding the Super 8/Americas Best. The area around the Super 8/Americas Best had the reputation mentioned above at that time as well.

11. From my own experiences and training, more than 90 percent of people engaged in selling commercial sex were not engaged in voluntary prostitution, but were being trafficked for sex by someone. An active commercial sex operation at a hotel is the biggest single red flag for sex trafficking. An ongoing commercial sex problem at a hotel means that the hotel itself is the problem. When there are people being sold for sex in a location, it is nearly certain most of those people are being trafficked for sex.

12. Additionally, any commercial sex by a minor is sex trafficking. Allowing any kind of commercial sex on the property runs the risk that a person who is not 18 years old is there being sold for sex, and the property is then fostering sex trafficking.

13. A property that saw prostitution occurring should call the police to report the activity and work with the police to eradicate that activity. I have never received a call or tip from a hotel or motel, including the Super 8/Americas Best, to report prostitution or possible sex trafficking. The police cannot clean up a property of sex trafficking and commercial sex without the cooperation of

the hotel. If the hotel will not report that activity, they are allowing it to occur because they make money from the room rentals this activity leads to.

14. Based on the above, and my experiences described herein, it was clear to me, as it would be to anyone that visited the Super 8/Americas Best, the motel allowed a busy commercial sex trade to occur at the hotel and, to my knowledge, never took any steps to prevent or prohibit these sex crimes at the hotel. In fact, it appeared Americas Best profited from renting rooms for these criminals and wanted to keep that business going.

15. I have read this Declaration consisting of 15 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

    Executed on February 14, 2023.

> DocuSigned by:
> *Erin Gibbs*
> E64D7216E1EA41D...
>
> Erin Gibbs

  

# Data Report System
## Individual Officer Profile

*Created: 04-27-2021 08:29*
*Requested by: Jill Perry*

O161232

| | |
|---|---|
| Officer Key | O161232 |
| Officer Name | **ERIN M GIBBS** |
| Race | Two or More Races (Not Hispanic/Latino) |
| Education | Bachelor's Degree |
| Status | In Good Standing |

## Officer Certifications

| Certification | Description | Certification Type | Status |
|---|---|---|---|
| PA0120180006S | INTERMEDIATE CERTIFICATE | Career Development | Active |
| PBLE111908S | BASIC LAW ENFORCEMENT | Basic | Active |

## Officer Legacy Certifications

| Certification | Description | Certification Type | Status |
|---|---|---|---|
| P2LE1110074 | P2 ISSUED LAW ENF OFC | Authorization to Attend Academy | Active |

## Instructor Certifications

None Found

## Employment History

| Agency | Rank | Start Date | End Date | Status |
|---|---|---|---|---|
| STONE MOUNTAIN JUDICIAL CIRCUIT | Investigator | September 23, 2017 | | Actively Employed in Law Enforcement |
| DEKALB COUNTY POLICE DEPARTMENT | Peace Officer | December 13, 2010 | September 22, 2017 | Voluntary Resignation |
| DEKALB COUNTY POLICE DEPARTMENT | | | | Actively Employed in Law Enforcement |

## Sanctions

None Found

## Investigations

None Found

## Training History

| Date | Number | Course | Hours |
|---|---|---|---|
| March 15, 2021 | DXM06G | Fundamentals of Drug Identification (GPSTC) | 1 |
| | | 2021 Total Hours : | 1 |
| December 3, 2020 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| July 7, 2020 | NBO05G | GANGS AND ORGANIZED CRIME | 2 |

Plaintiff D.H. 01906

| Date | Code | Course | Hours |
|---|---|---|---|
| June 30, 2020 | NBM54G | HUMAN TRAFFICKING | 2 |
| June 24, 2020 | DBS08G | Sexual Assault Investigations - Best Practices (3 hr) | 3 |
| June 15, 2020 | DBS09G | Sexual Assault Evidence Collection (2hr) | 2 |
| June 12, 2020 | DBI02G | FUNDAMENTALS OF PRELIMINARY INVEST (GPSTC ONLINE) | 1 |
| June 12, 2020 | DBM12G | Human Trafficking (GPSTC) | 2 |
| May 28, 2020 | DBC03G | CHOA SAFE AND HEALTHY CHILDREN WEBINAR SERIES | 1 |
| April 2, 2020 | DBC04G | CHOA CHILD SEX TRAFFICKING WEBINAR SERIES | 1 |
| March 6, 2020 | IFM32G | FLYING ARMED TRAINING | 1 |
| February 21, 2020 | NBC25G | CHILD ABUSE SYMPOSIUM | 2 |
| January 31, 2020 | IEM08E | EMERGENCY SELF CARE/BUDDY AID | 3 |
| January 29, 2020 | IFM56F | USE OF DEADLY FORCE & DE-ESCALATION (minimum of 2 hrs) | 2 |
| January 29, 2020 | ICD05G | ELDER ABUSE | 1 |
| January 29, 2020 | IGS12G | POLICE LEGITIMACY, PROCEDURAL JUSTICE & COMM. RELATIONS | 2 |

2020 Total Hours : 26

| Date | Code | Course | Hours |
|---|---|---|---|
| November 25, 2019 | IGS12G | POLICE LEGITIMACY, PROCEDURAL JUSTICE & COMM. RELATIONS | 2 |
| November 25, 2019 | IFM56F | USE OF DEADLY FORCE & DE-ESCALATION (minimum of 2 hrs) | 2 |
| October 25, 2019 | NBC60G | CHILD FIRST | 40 |
| August 22, 2019 | NGC71G | Cellebrite Connect Event Training | 5 |
| June 28, 2019 | NYP03G | Bias Training | 7 |
| June 13, 2019 | NBC65G | CHILD EXPLOITATION TRAINING | 24 |
| May 23, 2019 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |

2019 Total Hours : 81

| Date | Code | Course | Hours |
|---|---|---|---|
| August 28, 2018 | NBC63G | CHILD HOMICIDE INVESTIGATIONS | 16 |
| June 8, 2018 | IGF05G | CULTURAL AWARENESS | 2 |
| May 18, 2018 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| May 11, 2018 | IFM58G | USE OF DEADLY FORCE & DE-ESCALATION | 3 |

2018 Total Hours : 22

| Date | Code | Course | Hours |
|---|---|---|---|
| July 31, 2017 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| July 20, 2017 | NBG01G | FORENSIC EVIDENCE TRAINING | 24 |
| June 13, 2017 | NSD02G | DEFENSIVE DRIVING/NAT. SAFETY COUNCL | 8 |
| May 25, 2017 | IDA02G | EXPANDABLE BATON INSERVICE | 1 |
| May 25, 2017 | IGS10G | COMMUNITY POLICING | 2 |
| May 25, 2017 | IDS00G | OFFICER SURVIVAL | 4 |
| May 25, 2017 | IDG06G | TASER X-26 | 2 |
| May 24, 2017 | ICR02G | DE-ESCALATION TECHNIQUES | 1 |
| May 24, 2017 | NGW08G | YOUTH MENTAL HEALTH FIRST AID | 8 |
| May 18, 2017 | NGM00G | SEMINAR - LE RELATED TRAINING | 4 |
| April 30, 2017 | IFM22G | USE OF DEADLY FORCE | 1 |
| April 13, 2017 | NGC61G | Intermediate Data Recovery and Analysis | 28 |
| March 10, 2017 | CAD01E | FIRST RESPONDER | 40 |
| February 7, 2017 | DGB01G | GCIC SECURITY AWARENESS TRAINING | 1 |
| February 7, 2017 | IGB31G | CJIS NETWORK OPERATOR RE-CERTIFICATION EXAM | 1 |
| January 31, 2017 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |

2017 Total Hours : 127

| Date | Code | Course | Hours |
|---|---|---|---|
| December 9, 2016 | IBC04G | INTERNET CRIMES AGAINST CHILDREN | 4 |

Plaintiff D.H. 01907

| Date | Code | Course | Hours |
|---|---|---|---|
| October 12, 2016 | IBC04G | INTERNET CRIMES AGAINST CHILDREN | 8 |
| July 29, 2016 | AGW01G | CRISIS INTERVENTION TEAM TRAINING | 40 |
| July 20, 2016 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| June 9, 2016 | ICD07G | ELDER AND DEPENDENT ABUSE | 8 |
| June 8, 2016 | CAL02G | ADVANCED REPORT WRITING | 16 |
| April 21, 2016 | IDA02G | EXPANDABLE BATON INSERVICE | 1 |
| April 21, 2016 | IDG06G | TASER X-26 | 1 |
| April 21, 2016 | AKV02G | A.L.E.R.R.T. Terrorism Response Tactics Active Shooter Level 1 | 16 |
| April 20, 2016 | IFM22G | USE OF DEADLY FORCE | 1 |
| March 2, 2016 | UFR00F | FIREARMS REQUALIFICATIONS | 4 |
| January 29, 2016 | NGC15G | DATA RECOVERY AND ANALYSIS | 24 |
| January 26, 2016 | NBG01G | FORENSIC EVIDENCE TRAINING | 16 |

2016 Total Hours : 140

| Date | Code | Course | Hours |
|---|---|---|---|
| December 10, 2015 | IBC04G | INTERNET CRIMES AGAINST CHILDREN | 4 |
| November 30, 2015 | NGC00G | COMPUTER TRAINING | 3 |
| September 4, 2015 | IBC04G | INTERNET CRIMES AGAINST CHILDREN | 4 |
| August 13, 2015 | IDD00D | DEFENSIVE TACTICS | 4 |
| August 13, 2015 | IDG16G | TASER RECERTIFICATION | 1 |
| August 13, 2015 | IFM22G | USE OF DEADLY FORCE | 1 |
| August 13, 2015 | IDA02D | EXPANDABLE BATON INSERVICE | 1 |
| August 12, 2015 | ILF01G | SEXUAL HARASSMENT | 3 |
| August 12, 2015 | IZA02G | ANIMAL ENCOUNTERS & L.E. RESPONSE | 2 |
| August 12, 2015 | ILG00G | GEORGIA CRIMINAL LAW | 1 |
| August 12, 2015 | IGW05G | MENTAL ILLNESS-OFFICER'S RESPONSE TO | 1 |
| August 12, 2015 | ICD00G | DOMESTIC VIOLENCE | 2 |
| July 31, 2015 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| July 16, 2015 | IBC04G | INTERNET CRIMES AGAINST CHILDREN | 24 |
| June 18, 2015 | ISD11T | DEFENSIVE DRIVING/NAT. SAFETY COUNCIL | 8 |
| June 10, 2015 | IBC04G | INTERNET CRIMES AGAINST CHILDREN | 24 |
| May 19, 2015 | NBC30G | CHILD ABUSE | 1 |
| April 22, 2015 | ICE02G | FORENSIC INVESTIGATION OF ELDER ABUSE/AT RISK ADULTS | 16 |
| March 11, 2015 | IGB29G | SECURITY AND INTEGRITY OF CHRI (2 HR) | 2 |
| March 11, 2015 | IGB30G | CJIS NETWORK OPERATOR TRAINING | 5 |
| January 28, 2015 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |

2015 Total Hours : 109

| Date | Code | Course | Hours |
|---|---|---|---|
| December 5, 2014 | ABS04G | SEXUAL ASSAULT INVESTIGATIONS | 40 |
| November 14, 2014 | CAI02G | INTERVIEWS AND INTERROGATIONS | 24 |
| September 5, 2014 | ABC06G | CHILD VICTIM INVESTIGTNS FUNDAMENTLS | 24 |
| August 8, 2014 | CAJ02G | SEARCH WARRANTS AND AFFIDAVITS | 16 |
| July 24, 2014 | UFR00F | FIREARMS REQUALIFICATIONS | 8 |
| May 15, 2014 | IDA02G | EXPANDABLE BATON INSERVICE | 2 |
| May 15, 2014 | NQM17G | FINANCIAL PLANNING | 3 |
| May 15, 2014 | IDG16G | TASER RECERTIFICATION | 2 |
| May 15, 2014 | IDD07D | DEFENSIVE TACTICS | 2 |
| May 14, 2014 | IGK00G | ETHICS AND PROFESSIONALISM | 1 |
| May 14, 2014 | IFM22G | USE OF DEADLY FORCE | 1 |
| May 14, 2014 | ILQ00G | SEARCH AND SEIZURE | 2 |

Requestor IP Address: 192.168.1.140

Plaintiff D.H. 01908

| Date | Code | Course | Hours |
|---|---|---|---|
| May 14, 2014 | IAB00G | HEALTH, WELLNESS, & PHYSICAL FITNESS | 2 |
| May 14, 2014 | ICC05G | CRISIS INTERVENTION SKILLS | 3 |
| January 27, 2014 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| | | 2014 Total Hours : 131 | |
| December 16, 2013 | CAA01G | CRIMINAL PROCEDURE | 40 |
| November 19, 2013 | CAB01G | HEALTH AND WELLNESS AWARENESS | 22 |
| October 30, 2013 | NSD02G | DEFENSIVE DRIVING/NAT. SAFETY COUNCL | 8 |
| July 16, 2013 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| April 18, 2013 | IGB13G | SECURITY AND INTEGRITY OF CHRI (4 HR) | 4 |
| April 18, 2013 | IGB21G | GCIC INQUIRY TERMINAL OPERATOR RECERTIFICATION | 3 |
| March 29, 2013 | IDG16G | TASER RECERTIFICATION | 3 |
| March 29, 2013 | IDD07D | DEFENSIVE TACTICS | 3 |
| March 29, 2013 | IDA02G | EXPANDABLE BATON INSERVICE | 2 |
| March 29, 2013 | IFM22F | USE OF DEADLY FORCE | 1 |
| March 28, 2013 | ILM12G | LEGAL ISSUES | 1 |
| March 28, 2013 | ILQ00G | SEARCH AND SEIZURE | 2 |
| March 28, 2013 | IAB00G | HEALTH, WELLNESS, & PHYSICAL FITNESS | 2 |
| March 28, 2013 | IBM59G | HUMAN TRAFFICKING | 2 |
| March 28, 2013 | ICD00G | DOMESTIC VIOLENCE | 2 |
| February 27, 2013 | ATL01R | LIDAR SPEED MEASUREMENT | 8 |
| January 22, 2013 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| | | 2013 Total Hours : 105 | |
| August 14, 2012 | IHQ05G | HOMELAND SECURITY | 3 |
| August 14, 2012 | IKV12G | ACTIVE SHOOTER RESPONSE | 6 |
| August 13, 2012 | ICD05G | ELDER ABUSE | 1 |
| August 13, 2012 | IDG16G | TASER RECERTIFICATION | 1 |
| August 13, 2012 | IGK00G | ETHICS AND PROFESSIONALISM | 1 |
| August 13, 2012 | IFM22G | USE OF DEADLY FORCE | 1 |
| August 13, 2012 | IDA02D | EXPANDABLE BATON INSERVICE | 2 |
| August 13, 2012 | ITI06G | ACCIDENT SCENE SAFETY | 1 |
| August 13, 2012 | ITU02G | FELONY TRAFFIC STOPS | 2 |
| July 18, 2012 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| April 9, 2012 | IDT01G | BUILDING CLEARINGS | 2 |
| January 24, 2012 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| | | 2012 Total Hours : 22 | |
| December 31, 2011 | PAV14G | GRADUATED AFTER APRIL 1-NO WAIVER NECESSARY | 0 |
| August 26, 2011 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| July 1, 2011 | BML06G | BASIC LAW ENFORCEMENT TRAINING CRS. | 366 |
| July 1, 2011 | BMS05G | DEKALB CO. P.D. EXTENDED BASIC | 521 |
| May 17, 2011 | AGB08G | TERMINAL OPERATOR INQUIRY CERT. | 18 |
| May 16, 2011 | NOC38G | GCIC SECURITY & INTEGRITY | 4 |
| April 13, 2011 | CAE01G | OFFICER SURVIVAL | 40 |
| March 2, 2011 | CAC01G | INTERPERSONAL RELATIONS/CRISIS (UNG) | 8 |
| February 23, 2011 | AHM46G | NIMS: IS 700 INTO TO NIMS | 3 |
| February 23, 2011 | AHM47G | NIMS: IS 100 INTRO TO ICS | 3 |
| | | 2011 Total Hours : 964 | |

| Date | Code | Course | Hours |
|---|---|---|---|
| December 31, 2010 | PAV95T | 20 HR/FA/UODF 3 MONTH WAIVER | 20 |
| December 28, 2010 | IFM22G | USE OF DEADLY FORCE | 8 |
| December 27, 2010 | CAA01G | CRIMINAL PROCEDURE | 40 |

2010 Total Hours : 68

### Summary of Hours for 12 Years

| Year | Total Hours | Firearms | Deadly Force | De-escalation | Community Policing |
|---|---|---|---|---|---|
| 2021 | 1 | 0 | 0 | 0 | 0 |
| 2020 | 26 | 1 | 1 | 1 | 2 |
| 2019 | 81 | 1 | 1 | 1 | 2 |
| 2018 | 22 | 1 | 1 | 1 | 2 |
| 2017 | 127 | 2 | 1 | 1 | 2 |
| 2016 | 140 | 2 | 1 | 0 | 0 |
| 2015 | 109 | 2 | 1 | 0 | 0 |
| 2014 | 131 | 2 | 1 | 0 | 0 |
| 2013 | 105 | 2 | 1 | 0 | 0 |
| 2012 | 22 | 2 | 1 | 0 | 0 |
| 2011 | 964 | 3 | 2 | 1 | 2 |
| 2010 | 68 | 1 | 2 | 1 | 2 |
| **Grand Total of Hours (all years and courses)** | **1,796** | | | | |

Requestor IP Address: 192.168.1.140

Plaintiff D.H. 01910