# DEKALB COUNTY POLICE DEPARTMENT
## GA0440200
### INCIDENT REPORT

**Case #:** 17-057049

## EVENT

| Incident Type: | Counts | Incident Code | Offense Jurisdiction | Arrest Jurisdiction |
|---|---|---|---|---|
| 16-6-9 (4004) Prostitution | 1 | 4004 | COUNTY | COUNTY |
| 16-6-11 (4002) Pimping | 1 | 4002 | COUNTY | COUNTY |

**Premise Type:** COMMERCIAL
**Weapon Type:**
**Forcible:** N
**Stranger To Stranger:** Y
**Hate Motivated:** ☐
**Loc Code:** 240

**Date Report:** 6/9/2017 9:14:00 PM
**Incident Start:** 6/9/2017 12:53:00 PM
**Incident End:** 6/9/2017 2:55:00 PM
**Incident Location:** 1600 Crescent Center Blvd. Tucker GA 30084-

## VICTIM

**Name (Last, First Middle):** State of Georgia
**Address:** 1960 W. Exchange Place Tucker GA 30084-

**Victim Type:** Government
**Student:** No
**Injuries:** ☑ None

## OFFENDER

**Name:** [redacted]
**DOB:** [redacted] 2000  **Age:** 16  **Sex:** F  **Race:** B  **Ethnicity:** N
**Address:** [redacted] Duluth GA 30096-
**Resident Status:** RESIDENT
**Hair Color:** BLACK  **Hair Style:** OTHER  **Hair Length:** OTHER  **Eye Color:** BROWN

**Offenses Involved:**
(1) 16-6-9 (4004) Prostitution — 4004

**ARREST:** ☑
**TOTAL NUMBER ARRESTED:** 2
**ARREST AT OR NEAR OFFENSE SCENE:** No ☑

## PROPERTY

| | VEHICLES | CURRENCY, NOTES, ETC | JEWELRY, PREC. METALS | FURS |
|---|---|---|---|---|
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |
| | CLOTHING | OFFICE EQUIP. | TV, RADIO, ETC | HOUSEHOLD GOODS |
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |
| | FIREARMS | CONSUMABLE GOODS | LIVESTOCK | OTHER | TOTAL |
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## ADM.

**GCIC ENTRY:** ☐ WARRANT  ☐ MISSING PERSONS  ☐ VEHICLE  ☐ ARTICLE  ☐ BOAT  ☐ GUN  ☐ SECURITIES

## DRUG

**DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED?** ☐ YES  ☑ NO

## CLEAR

**REQUIRED DATA FIELDS FOR CLEARANCE REPORT:** ☐ CLEARED BY ARREST  ☐ EXCEPTIONALLY CLEARED  ☐ UNFOUNDED  **DATE OF CLEARANCE:** ___  ☐ ADULT  ☐ JUVENILE

**REPORTING OFFICER:** Johnson m  **NUMBER:** 2183
**APPROVING OFFICER:** Brannon h l  **NUMBER:** 1911

## DEKALB COUNTY POLICE DEPARTMENT
## GA0440200
### ADDITIONAL OFFENDERS

Case #: 17-057049

| Name: Johnson, Tremaine | Moniker: | DOB: ___1991 | Age: 26 | Sex: M | Race: B | Ethnicity: N |
|---|---|---|---|---|---|---|

Address: 460 Thomasville Blvd. Atlanta GA 30315-

| SSN: | Resident Status: RESIDENT | HGT: 509 | WGT: 160 | Hair Color: BLACK | Hair Style: BRAIDED | Hair Length: OTHER | Eye Color: BROWN | OLN #: | State: |

Occupation: | Employer: | Address: | Employer Phone:

SMTs:

Offenses Involved:
(1) 16-6-11 (4002) Pimping        4002    (2)
(3)                                        (4)
(5)                                        (6)
(7)                                        (8)
(9)                                        (10)

WANTED: ☐   WARRANT: ☐   ARREST: ■   SUSPECT ARMED:   WEAPON:   Used: ☐ Drugs ☐ Alcohol ☐ Computer

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER   ☐ YES ☐ NO
☐ 1 - Amphetamine  ☐ 2 - Barbiturate  ☐ 3 - Cocaine  ☐ 4 - Hallucinogen  ☐ 5 - Heroin
☐ 6 - Marijuana    ☐ 7 - Methamphetamine  ☐ 8 - Opium  ☐ 9 - Synthetic Narcotic  ☐ U - Unknown

---

[Second offender block — all fields blank]

[Third offender block — all fields blank]

| DEKALB COUNTY POLICE DEPARTMENT<br>GA0440200<br>NARRATIVE | Case #:<br>17-057049 |
|---|---|

| Officer ID/Name:<br>2183  Johnson m | Date:<br>6/9/2017 9:28:00 PM | Approving Officer ID/Name:<br>1911  Brannon h l | Date:<br>6/9/2017 9:29:00 PM |

Title: INITIAL REPORT

The investigation into the case of the state of Georgia versus ▮▮▮▮▮▮▮▮ (BLACK Female D.O.B. ▮▮/2000) charged with Prostitution 16-6-9 and TREMAINE JOHNSON (BLACK MALE D.O.B. ▮▮1991) charged with human trafficking 16-5-46 revealed the following facts and events:
On June 09, 2017 the DeKalb County Vice Unit with help from the Narcotics Unit and assistance from the North Precinct Neighborhood Enforcement Team conducted an operation in reference to prostitution at 1600 Crescent Center Boulevard (Americas Best Inn) Tucker, Georgia 30084 Unincorporated DeKalb County.

At 1250 hours, while in an undercover capacity, I discovered an advertisement on BackPage.com on a female who went by the name of ▮▮▮▮▮▮ was later identified as ▮▮▮▮▮▮ who posted in her BackPage.com ad Title: (▮▮▮▮▮▮ ▮▮▮▮▮▮ )-24 Ad Post ID ▮▮▮▮▮▮ Atlanta. During this time, I called MILLEN by phone and she advised me to text her back.

At 1253 hours, I texted ▮▮▮▮▮▮ to ask her where should I meet with her, and she responded via text "are you affiliated with any police or law enforcement". At 1254 hours, ▮▮▮▮▮▮ asked me via text how long did I want to see her, and I texted her 30 minutes. At 1304 hours, ▮▮▮▮▮▮ sent me a text of her location "1600 Crescent Center Boulevard Tucker Georgia". At 1350 hours, ▮▮▮▮▮▮ also texted "bring rubber daddy".

At 1426 hours, I texted ▮▮▮▮▮▮ that I was at the Americas Best Inn. At 1427 hours, ▮▮▮▮▮▮ texted "215" which was her room number. Once I arrived and knocked on the door (#215), I was greeted at the door by an unknown black female who was later identified as ▮▮▮▮▮▮. During this time, ▮▮▮▮▮▮ escorted me inside the room and closed the door. Once inside, I gave ▮▮▮▮▮▮ $100.00 the U.S. Currency that derived from the Official DeKalb County Investigative Funds serial #JC07078119A. ▮▮▮▮▮▮ took the money and placed it on top of a night table that was next to the bed. I then asked ▮▮▮▮▮▮ what was the money for and she stated that she did not do anal, but she did do oral and sex. I then gave the arrest signal, and shortly afterwards Detective C.D. King #2984 and the N.E.T. Officers entered inside the room to place ▮▮▮▮▮▮ in custody.

After giving the arrest signal, Vice Detectives and Uniformed Officers responded to the motel. Sergeant H.L. Brannon #1911 observed an unknown black male (dark complexion, Dred locks, wearing a black tank top t-shirt, and denim jeans (with tears in them) leaning back on the stairs between the first and second level looking towards the room (#215).

Sergeant Brannon stated as he approached the male it appeared to startle him. The male stated "I'm just sitting here waiting on a friend to come". The male then left the stairwell in the direction of the first floor. Sergeant Brannon continued to room (#215), as he gave the males description over the radio and requested that the surveillance units keep him in sight. Sergeant Brannon requested that an investigative stop be conducted on the subject. The male who was later identified as TREMAINE JOHNSON was detained by Officer Hill (North-Central Precinct Neighborhood Enforcement Team).

During the investigation, Sergeant Brannon asked JOHNSON, which room was he in; JOHNSON said he came to see a friend. Sergeant Brannon asked which room was his friend in. JOHNSON said he did not know.

Sergeant Brannon told JOHNSON, he had requested that he be stopped to determine his association with room (#215). Sergeant Brannon observed that JOHNSON was nervous to the point his entire body was shaking. Sergeant Brannon asked if he had identification, JOHNSON said he did not. Sergeant Brannon requested that Officer Hill copy down the information provided by JOHNSON in order to conduct a NCIC/GCIC check. Sergeant Brannon informed JOHNSON that he would be free to go, if he was not associated with the room, and the check by the officer did not reveal any warrants. Sergeant Brannon told JOHNSON that he would give him his name, badge number, and supervisors name if he felt he was stopped unjustly.

Officer Hill discovered that JOHNSON gave him a false name. After checking his true information, it was later determined that JOHNSON was wanted out of Georgia and Florida for aggravated assault. In addition to those charges, Detective King who was on the second level of the motel stepped out of the room and asked Sergeant Brannon to move aside, so he could have a clear view of JOHNSON. Detective King then notified Sergeant Brannon that JOHNSON was affiliated with the room (#215).

The $100.00 was later located on top of the night table by Detective K.L. Turner #2997. Also, the Internet Crimes Against Children (ICAC) Unit was contacted. Sergeant Kennedy and Detective Tyner-Edmondson initially responded to the location. Vice Unit Detectives turned the scene and investigation over as a CSEC Investigation. Detective E.M. Gibbs arrived later and served the search warrant.

TREMAINE JOHNSON and ▮▮▮▮▮▮ were both transported to the DeKalb County Police Headquarters.

Plaintiff D.H. 00666