

Rm #217
IN 9-2-15

**SUPER 8 TUCKER**
1600 CRESCENT CENTER BLVD
TUCKER, GA  30084 US
Phone: (770) 491-8778
Fax: (770) 270-1423
Email: super88678@yahoo.com
Printed: 9/9/2015 9:13:52 PM

# Folio (Detailed)

| | | | | |
|---|---|---|---|---|
| Name: | SANTRESIA, WOODS | | Confirmation Number: | 50449298 |
| | | | Account Number: | 569-492877 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Address: | 1429 OAKLAND DR SW APT B<br>ATLANTA, GA  30310 US | | | | | | |
| Room: | 217 | Room Type: | DD1, 2 DOUBLES SMK | Nights: | 8 | | Guests: 2/0 |
| Rate Plan: | RACK | Daily Rate: | See room rate section below. | GTD: | CA - CASH | | |
| Arrival: | 9/2/2015 (Wed) | Departure: | 9/10/2015 (Thu) | | | | |

### Room Rate:

| | |
|---|---|
| 9/2/2015 (Wed) - 9/3/2015 (Thu) | $47.82 + $12.18 Tax per night. |
| 9/4/2015 (Fri) - 9/8/2015 (Tue) | $52.18 + $12.82 Tax per night. |
| 9/9/2015 (Wed) - 9/9/2015 (Wed) | $47.82 + $12.18 Tax per night. |

| Date | Code | Description | Amount | Balance |
|---|---|---|---:|---:|
| 9/2/2015 | CA | CASH | ($60.00) | ($60.00) |
| 9/2/2015 | RM | ROOM CHARGE | $47.82 | ($12.18) |
| 9/2/2015 | TAX1 | STATE TAX | $3.35 | ($8.83) |
| 9/2/2015 | TAX2 | CITY TAX | $3.83 | ($5.00) |
| 9/2/2015 | TAX 3 | GA STATE FEE | $5.00 | $0.00 |
| 9/3/2015 | CA | CASH | ($60.00) | ($60.00) |
| 9/3/2015 | RM | ROOM CHARGE | $47.82 | ($12.18) |
| 9/3/2015 | TAX1 | STATE TAX | $3.35 | ($8.83) |
| 9/3/2015 | TAX2 | CITY TAX | $3.83 | ($5.00) |
| 9/3/2015 | TAX 3 | GA STATE FEE | $5.00 | $0.00 |
| 9/4/2015 | CA | CASH | ($65.00) | ($65.00) |
| 9/4/2015 | RM | ROOM CHARGE | $52.18 | ($12.82) |
| 9/4/2015 | TAX1 | STATE TAX | $3.65 | ($9.17) |
| 9/4/2015 | TAX2 | CITY TAX | $4.17 | ($5.00) |
| 9/4/2015 | TAX 3 | GA STATE FEE | $5.00 | $0.00 |
| 9/5/2015 | CA | CASH | ($65.00) | ($65.00) |
| 9/5/2015 | RM | ROOM CHARGE | $52.18 | ($12.82) |
| 9/5/2015 | TAX1 | STATE TAX | $3.65 | ($9.17) |
| 9/5/2015 | TAX2 | CITY TAX | $4.17 | ($5.00) |
| 9/5/2015 | TAX 3 | GA STATE FEE | $5.00 | $0.00 |
| 9/6/2015 | CA | CASH | ($65.00) | ($65.00) |
| 9/6/2015 | RM | ROOM CHARGE | $52.18 | ($12.82) |
| 9/6/2015 | TAX1 | STATE TAX | $3.65 | ($9.17) |
| 9/6/2015 | TAX2 | CITY TAX | $4.17 | ($5.00) |
| 9/6/2015 | TAX 3 | GA STATE FEE | $5.00 | $0.00 |

**STATE'S EXHIBIT 9**

ENGAD 800-631-6989

Plaintiff D.H. 00085



**SUPER 8 TUCKER**
1600 CRESCENT CENTER BLVD
TUCKER, GA  30084 US
Phone: (770) 491-8778
Fax: (770) 270-1423
Email: super88678@yahoo.com
Printed: 9/9/2015 9:13:52 PM

# Folio (Detailed)

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 9/7/2015 | CA | CASH | ($65.00) | ($65.00) |
| 9/7/2015 | RM | ROOM CHARGE | $52.18 | ($12.82) |
| 9/7/2015 | TAX1 | STATE TAX | $3.65 | ($9.17) |
| 9/7/2015 | TAX2 | CITY TAX | $4.17 | ($5.00) |
| 9/7/2015 | TAX 3 | GA STATE FEE | $5.00 | $0.00 |
| 9/8/2015 | CA | CASH | ($60.00) | ($60.00) |
| 9/8/2015 | RM | ROOM CHARGE | $52.18 | ($7.82) |
| 9/8/2015 | TAX1 | STATE TAX | $3.65 | ($4.17) |
| 9/8/2015 | TAX2 | CITY TAX | $4.17 | $0.00 |
| 9/8/2015 | TAX 3 | GA STATE FEE | $5.00 | $5.00 |
| 9/9/2015 | RM | ROOM CHARGE (RAD) | ($52.18) | ($47.18) |
| 9/9/2015 | TAX 3 | GA STATE FEE | ($5.00) | ($52.18) |
| 9/9/2015 | TAX1 | STATE TAX | ($3.65) | ($55.83) |
| 9/9/2015 | TAX2 | CITY TAX | ($4.17) | ($60.00) |
| 9/9/2015 | RM | ROOM CHARGE | $47.82 | ($12.18) |
| 9/9/2015 | TAX1 | STATE TAX | $3.35 | ($8.83) |
| 9/9/2015 | TAX2 | CITY TAX | $3.83 | ($5.00) |
| 9/9/2015 | TAX 3 | GA STATE FEE | $5.00 | $0.00 |
| 9/9/2015 | CA | CASH | ($65.00) | ($65.00) |
| 9/9/2015 | CA | CASH | $65.00 | $0.00 |
| 9/9/2015 | CA | CASH | ($60.00) | ($60.00) |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $352.18 | $87.82 | $0.00 | $0.00 | $0.00 | ($500.00) | $0.00 |

By signing below, I agree to these terms and conditions.

Guest Signature: _____

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind.
"We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out.  View our website about privacy."

Plaintiff D.H. 00086