UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>    Plaintiff,<br><br>  v.<br><br>TUCKER INN INCORPORATED,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:22-CV-3419-JPB |

## **ORDER**

This matter is before the Court on the following motions:

- Plaintiff's Motion to Exclude the Report and Testimony of Defendant's Rebuttal Expert David S. Prescott and Portions of Defendant's Rebuttal Expert Kimberly Mehlman-Orozco [Doc. 93];

- Defendant's Motion for Summary Judgment [Doc. 97];

- Defendant's Motion in Limine to Exclude the Opinion Testimony of Randall Atlas [Doc. 98];

- Defendant's Motion in Limine to Exclude the Opinion Testimony of Anique Whitmore [Doc. 99]; and

- Defendant's three unopposed Motions for Oral Argument regarding the pending Motion to Exclude and Motions in Limine [Docs. 118, 120, 121].

Upon review of the parties' motions, the Court finds that at least one of the pending evidentiary motions impacts the pending Motion for Summary Judgment in this case. More specifically, Defendant has moved to exclude the opinion testimony of Plaintiff's expert Randall Atlas, which Plaintiff relies on in its response in opposition to

the Motion for Summary Judgment.  Because the Court's ruling on Defendant's Motion in Limine with respect to Randall Atlas may impact its summary judgment findings, the Court finds that the Motion in Limine should be addressed first.  Further, absent any objection and for good cause shown, Defendant's Motion for Oral Argument regarding its Motion in Limine to Exclude the Opinion Testimony of Randall Atlas [Doc. 118] is **GRANTED**.  The Court will schedule the hearing in a separate order.

The Court hereby **DEFERS** ruling on Defendant's Motion in Limine regarding Randall Atlas [Doc. 98] and Motion for Summary Judgment [Doc. 97] pending oral argument.  The Clerk is **DIRECTED** to terminate the pending motions, [Doc. 97], [Doc. 98], and to renew and resubmit the motions upon the completion of oral argument.

The Court further **DEFERS** ruling on the remaining evidentiary motions, [Doc. 93], [Doc. 99], and hereby **GRANTS** Defendant's oral argument motions, [Doc. 120], [Doc. 121], with oral argument to occur at the pretrial conference.  The Clerk is **DIRECTED** to terminate the remaining evidentiary motions, [Doc. 93], [Doc. 99], and to renew and resubmit the motions upon the completion of the pretrial conference.

**SO ORDERED** this 9th day of August, 2024.

_____
J. P. BOULEE
United States District Judge