IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| D.H., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | 1:22-cv-03419-JPB |
| | : | |
| TUCKER INN INCORPORATED | : | |
| d/b/a SUPER 8 BY WYNDHAM, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**<u>PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT TUCKER INN INCORPORATED, d/b/a SUPER 8 BY WYNDHAM'S MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff D.H. submits this Notice of Supplemental Authority in support of Plaintiff's Response to Defendant's Motion for Summary Judgment, filed on November 17, 2023. ECF No. 97.

1. *E.M. v. Tucker Inn, Inc., d/b/a America's Best Value Inn*, No. 1:22-cv-02559-WMR

On July 15, 2024, District Judge William Ray denied summary judgment in a case related to this one. The evidence in the *E.M. v. Tucker Inn* case was actually identical to this case, as the parties agreed to share discovery and depositions between the two cases. The case involves the same hotel, the same prior incidents

1

of sex trafficking and commercial sex, the same depositions, and the same testimony by *Tucker Inn.* There was no evidence in *E.M. v. Tucker Inn* that any employee acted as a lookout or was knowingly, criminally involved in E.M.'s trafficking. Instead, the hotel should have known it was harboring the minor plaintiff in violation of the TVPRA.

Plaintiff respectfully requests that the Court consider the above-cited authority in addition to the authority previously cited in Plaintiff's Response to Defendant's Motion for Summary Judgment.

Respectfully submitted this 9th day of August, 2024.

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Jonathan S. Tonge*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1D, Counsel certifies that the foregoing document complies with the font and point selections approved by the Court in L.R. 5.1.C. This document was prepared using Times New Roman 14-point font.

Respectfully submitted this 9th day of August, 2024.

                            **ANDERSEN, TATE & CARR, P.C.**

                            */s/ Jonathan S. Tonge*
                            Patrick J. McDonough
                            Georgia Bar No. 489855
                            pmcdonough@atclawfirm.com
                            Jonathan S. Tonge
                            Georgia Bar No. 303999
                            jtonge@atclawfirm.com
                            Jennifer M. Webster
                            Georgia Bar No. 760381
                            jwebster@atclawfirm.com
                            *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted this 9th day of August, 2024.

          **ANDERSEN, TATE & CARR, P.C.**

          */s/ Jonathan S. Tonge*
          Patrick J. McDonough
          Georgia Bar No. 489855
          pmcdonough@atclawfirm.com
          Jonathan S. Tonge
          Georgia Bar No. 303999
          jtonge@atclawfirm.com
          Jennifer M. Webster
          Georgia Bar No. 760381
          jwebster@atclawfirm.com
          *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile