IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H., <br><br> Plaintiff, <br><br> v. <br><br> TUCKER INN INCORPORATED d/b/a SUPER 8 BY WYNDHAM, <br><br> Defendant. | CIVIL ACTION FILE NO. <br><br> 1:22-CV-03419-JPB |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Defendant Tucker Inn Incorporated d/b/a Super 8 By Wyndham (hereinafter "Defendant" and/or "Tucker Inn"), and submits this Notice of Supplemental Authority in support of its Motion For Summary Judgment and Brief in Support, which was filed on November 17, 2023 [Dkt. No. 97] and its Reply Brief, which was filed on December 22, 2023 [Dkt. No. 141].

1. *C.B. v. Naseeb Investments, Inc. d/b/a The Hilltop Inn a/k/a Econolodge*, No.1:20-cv-04213-AT

On September 13, 2024, District Judge Amy Totenberg granted summary judgment in a case involving similar facts and theories of recovery sought in the subject case. In her Order, Judge Totenberg properly relied on the 11th Circuit decisions regarding TVPRA claims, which were cited in Defendant's brief in the

pending summary judgment motion in this Court, as well as Your Honor's rulings in *G.W. v. Northbrook Indus., Inc.*, --- F. Supp. 3d ---, No: 1:20-CV-05232-JPB, 2024 WL 2166083, at *6 (N.D. Ga. June 14, 2024) and *A.G. v. Northbrook Indus., Inc.*, No. 1:20-CV-05232-JPB, Doc, 151 (June 14, 2024), in finding as a matter of law that there were no genuine issues of material fact as to the second and fourth elements of the TVPRA: whether the Defendant hotel participated in a venture with Plaintiff's trafficker and whether Defendant knew or should have known of that specific Plaintiff's trafficking.

Defendant respectfully requests that this Court consider the above-cited Order in addition to the authority previously cited in Defendant's brief and reply brief in support of its Motion for Summary Judgment.

Respectfully submitted, this 27th day of September, 2024.

                        SWIFT, CURRIE, McGHEE & HIERS

                        By: *Kori E. Wagner*
                              Kori E. Wagner
                              Georgia State Bar No. 155438
                              Marissa H. Merrill
                              Georgia State Bar No. 216039
                              Tracy A. Gilmore
                              Georgia State Bar No. 633193
                              **Attorneys for Defendant Tucker Inn**
                              ***Incorporated d/b/a Super 8 by Wyndham***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:   404.888.6169

Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## CERTIFICATE OF COMPLIANCE

Counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court pursuant to L.R. 5.1(C) of the Northern District of Georgia, specifically, 14 point, Times New Roman font.

                SWIFT, CURRIE, McGHEE & HIERS

By: *Kori E. Wagner*
Kori E. Wagner
Georgia State Bar No. 155438
Marissa H. Merrill
Georgia State Bar No. 216039
Tracy A. Gilmore
Georgia State Bar No. 633193
***Attorneys for Defendant Tucker Inn Incorporated d/b/a Super 8 by Wyndham***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:   404.888.6169
Fax:   404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## CERTIFICATE OF SERVICE

This are to certify that on the 27th day of September, 2024, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing **DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

                      SWIFT, CURRIE, McGHEE & HIERS

                      By:  *Kori E. Wagner*
                            Kori E. Wagner
                            Georgia State Bar No. 155438
                            Marissa H. Merrill
                            Georgia State Bar No. 216039
                            Tracy A. Gilmore
                            Georgia State Bar No. 633193
                            ***Attorneys for Defendant Tucker Inn***
                            ***Incorporated d/b/a Super 8 by Wyndham***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6169
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4871-7597-2074, v. 1