UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>  Plaintiff,<br><br>v.<br><br>TUCKER INN INCORPORATED<br>d/b/a SUPER 8 BY WYNDHAM,<br><br>  Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-03419-JPB |

### ORDER ON PLAINTIFF'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

IT IS HEREBY ORDERED that Plaintiff in the above-referenced case be permitted to bring the following electronic devices into the Richard B. Russell Building, for the purposes of Oral Argument that is scheduled to begin at 10:00 a.m. (EDT) on November 6, 2024, before Judge J.P. Boulee.

| Name | Electronic Equipment |
|---|---|
| Patrick J. McDonough<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, cellular phone/smartphone, charger |
| Jonathan S. Tonge<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, cellular phone/smartphone, charger |
| Rory A. Weeks<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, cellular phone/smartphone, charger |
| Jennifer M. Webster<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, cellular phone/smartphone, charger |

IT IS SO ORDERED THIS _____ DAY OF _____, 2024.

_____
J.P. BOULEE
UNITED STATES DISTRICT JUDGE