IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H., <br><br> Plaintiff, <br><br> v. <br><br> TUCKER INN INCORPORATED d/b/a SUPER 8 BY WYNDHAM, <br><br> Defendant. | CIVIL ACTION FILE NO. <br><br> 1:22-CV-03419-JPB |

## DEFENDANT'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR NOVEMBER 6, 2024 HEARING

**COMES NOW** TUCKER INN INC. d/b/a SUPER 8 BY WYNDHAM, (hereinafter "Defendant"), Defendant in the above-captioned action, and hereby files this, its Motion requesting permission for its counsel, Kori E. Wagner, Tracy A. Gilmore, and Marissa H. Merrill, to bring and use electronic devices as necessary for the November 6, 2024 Hearing on Defendant's Motion to Exclude Testimony of Dr. Randall Atlas and Motion for Summary Judgment. Specifically, Defendant's counsel anticipates bringing laptop computers, tablets and/or iPads, and cellular phones with built-in cameras.

Defendant's counsel respectfully submits that such electronic equipment will aid them in their presentation of evidence and argument during the November 6, 2024 court proceeding. A proposed order is attached as Exhibit A.

Respectfully submitted, this 4th day of November, 2024.

                              SWIFT, CURRIE, McGHEE & HIERS

                      By:   *Kori E. Wagner*
                          Kori E. Wagner
                          Georgia State Bar No. 155438
                          Marissa H. Merrill
                          Georgia State Bar No. 216039
                          Tracy A. Gilmore
                          Georgia State Bar No. 633193
                          ***Attorneys for Defendant***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:   404.888.6162
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## **CERTIFICATE OF COMPLIANCE**

Counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court pursuant to L.R. 5.1(C) of the Northern District of Georgia, specifically, 14 point, Times New Roman font.

                        SWIFT, CURRIE, McGHEE & HIERS

                  By: *Kori E. Wagner*
                        Kori E. Wagner
                        Georgia State Bar No. 155438
                        Marissa H. Merrill
                        Georgia State Bar No. 216039
                        Tracy A. Gilmore
                        Georgia State Bar No. 633193
                        ***Attorneys for Defendant***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## CERTIFICATE OF SERVICE

This are to certify that on the 4th day of November, 2024, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing **DEFENDANT'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR NOVEMBER 6, 2024 HEARING** by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

    SWIFT, CURRIE, McGHEE & HIERS

    By:  *Kori E. Wagner*
          Kori E. Wagner
          Georgia State Bar No. 155438
          Marissa H. Merrill
          Georgia State Bar No. 216039
          Tracy A. Gilmore
          Georgia State Bar No. 633193
          ***Attorneys for Defendant***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com