# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>    Plaintiff,<br><br>v.<br><br>TUCKER INN INCORPORATED<br>d/b/a SUPER 8 BY WYNDHAM,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:22-CV-03419-JPB |

## ORDER GRANTING DEFENDANT'S MOTION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR NOVEMBER 6, 2024 HEARING

WHEREAS, a hearing on Defendant's Motion to Exclude Testimony Dr. Randall Atlas and Motion for Summary Judgment is being held in this action in Courtroom 1908 at 10:00 a.m. on November 6, 2024, and Defendant desiring bring electronic equipment, including laptops, tablets and/or iPads, cellular telephones, and other audiovisual equipment in the presentation of its case, it is hereby ORDERED that attorneys Kori E. Wagner, Tracy A. Gilmore, and Marissa H. Merrill may bring electronic equipment into Courtroom 1908 on November 6, 2024 without a blue attorney identification card from the U.S. Marshal's Service.

This _____ day of November, 2024.

_____
J.P. Bouless
United States District Judge

4873-8428-7478, v. 1