UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H., <br><br> Plaintiff, <br><br> v. <br><br> TUCKER INN INCORPORATED, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:22-CV-03419-JPB |

### ORDER

This matter is before the Court on Defendant's Motion to Bring Electronic Equipment [Doc. 153].  The motion is **GRANTED**.  It is **ORDERED** that Defendant's attorneys Kori E. Wagner, Tracy A. Gilmore, and Marissa H. Merril may bring laptops, tablets and/or iPads, cellular telephones, and other audiovisual equipment in the presentation of its case into the courthouse for the hearing set for 10:00 A.M. on November 6, 2024, in Courtroom 1908.

Proper identification will be required upon entering the security station on the plaza or lower plaza level. Any equipment shall be subject to inspection by the United States Marshal's Service.  Recording of court proceedings is strictly prohibited.

**SO ORDERED** this 5th day of November, 2024.

_____
J. P. BOULEE
United States District Judge