# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:22-cv-03419-JPB**
**D.H. v. Tucker Inn Incorporated**
**Honorable J. P. Boulee**

Minute Sheet for proceedings held In Open Court on 11/06/2024.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:40 A.M.
TIME IN COURT: 1:10
OFFICE LOCATION: Atlanta
COURT REPORTER: Penny Coudriet
DEPUTY CLERK: Jennifer Lee

**ATTORNEYS PRESENT:** Tracy Gilmore representing Tucker Inn Incorporated
Patrick McDonough representing D.H.
Marissa Merrill representing Tucker Inn Incorporated
Jonathan Tonge representing D.H.
Kori Wagner representing Tucker Inn Incorporated
Jennifer Webster representing D.H.
Rory Weeks representing D.H.

**PROCEEDING CATEGORY:** Motion Hearing (Non-evidentiary);

**MINUTE TEXT:** The Court heard oral argument from the parties on Defendant's Motion for Summary Judgment [Doc. 97]. The Court took the matter under advisement and will issue an order after further review. Plaintiff withdrew Randall Atlas as expert witness so the Court terminated Defendant's Motion in Limine to Exclude the Opinion Testimony of Randall Atlas [Doc. 98] as MOOT.

**HEARING STATUS:** Hearing Concluded