UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.       Plaintiff, <br><br> v. <br><br> TUCKER INN INCORPORATED <br> d/b/a SUPER 8 BY WYNDHAM <br><br>       Defendant. | ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION FILE <br> ) <br> )    NO. 1:22-cv-03419-JPB <br> ) <br> ) <br> ) |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

It appearing to the Court that Patrick J. McDonough, Esq., lead counsel for Plaintiff D.H., will be away from the practice of law for the multiple dates listed in his Motion.

It is therefore **ORDERED** that Patrick J. McDonough be, and hereby is, **GRANTED** leave from being called to appear in this matter for those same dates.

IT IS SO ORDERED, this ____ day of _____, 2025.

_____
JUDGE J.P. BOULEE
United States District Judge
Northern District of Georgia

4906-5343-7200, v. 2

