UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br> Plaintiff,<br><br>v.<br><br>TUCKER INN INCORPORATED,<br><br> Defendant. | CIVIL ACTION NO.<br>1:22-CV-03419-JPB |

## ORDER

The parties have notified the Court that mediation was not successful. The Clerk of Court is **DIRECTED** to reopen this case. The parties are **HEREBY ORDERED** to file the consolidated pretrial order required by Local Rule 16.4 no later than February 25, 2025. The parties are notified that a failure to comply with this Order may result in sanctions, including dismissal of the case or entry of default judgment. In the event a consolidated pretrial order is not filed, the Clerk is **DIRECTED** to submit the case at the expiration of the applicable time period.

 **SO ORDERED** this 10th day of February, 2025.

J. P. BOULEE
United States District Judge