## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| D.H., <br><br> Plaintiff, <br><br> v. <br><br> TUCKER INN INCORPORATED d/b/a SUPER 8 BY WYNDHAM, <br><br> Defendant. | CIVIL ACTION FILE NO. <br><br> 1:22-CV-03419-JPB |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **Defendant Tucker Inn Incorporated d/b/a Super 8 by Wyndham's Fed. R. Civ. P. 68 Offer of Judgment** upon all counsel of record by certified mail, proper postage paid, and email:

Patrick J. McDonough, Esq.
Jonathan S. Tonge, Esq.
Jennifer M. Webster, Esq.
Andersen, Tate, and Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

This 12th day of February, 2025.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

*/s/ Marissa H. Merrill*
Kori E. Wagner
Georgia Bar No.: 155438
Marissa H. Merrill
Georgia Bar No.: 216039
Tracy A. Gilmore
Georgia State Bar No. 633193
*Attorneys for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:   404.874.8800
Fax:   404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4909-7861-8650, v. 1