## Attachment "C"
## Plaintiff's Outline of the Case

Plaintiff alleges injuries and damages sustained as a minor victim of sex trafficking at 1600 Crescent Centre Blvd., Tucker, Georgia, 30084 (hereafter, the "Super 8") in and around September 2015.

Plaintiff specifically alleges that Defendant profited from the operation of the Super 8 and knew or should have known of prostitution and sex trafficking at their hotel, including Plaintiff's, making them liable to Plaintiff for damages. Tucker Inn, Inc. has owned and operated the property since the late 1980s. At all times relevant to this complaint, Defendant owned, operated, managed, supervised, and controlled the renting of rooms at the ABVI, from which it benefited financially.

Plaintiff asserts that (1) Defendant knew or should have known that the Super 8 violated the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. 1595(a) ("TVPRA") and knowingly benefited from participation in ventures that it knew or should have known engaged in sex trafficking in violation of the TVPRA and (2) the operation of the Super 8 constituted a public nuisance in violation of O.C.G.A. § 41-1-1, *et seq*.

Plaintiff will seek general non-economic damages under the TVPRA in an amount determined by the enlightened conscience of the jury in light of the evidence presented at trial. This includes, but is not limited to, past, present, and future physical and mental harm and pain and suffering. Plaintiff will seek to hold

1

Defendant jointly and severally liable for injuries arising out of Plaintiff's claims under the TVPRA.

Plaintiff will seek all damages available under O.C.G.A. §§ 41-1-3 and 41-3-1 in an amount to be determined by the evidence presented at trial and the enlightened conscience of the jury.

Plaintiff also seeks punitive damages under the TVPRA and Georgia law in an amount to be determined by the jury. Plaintiff intends to request between $10 million and $100 million in punitive damages, depending on the testimony and evidence presented at trial. Plaintiff reserves the right to pursue all damages allowed under Georgia and federal law for her injuries and Defendant's unlawful actions.

Finally, Plaintiff will seek to recover reasonable attorney's fees, costs, and expenses under the TVPRA, Georgia law, and any other fee-shifting authority.

## LAW TO BE RELIED UPON BY PLAINTIFF

Plaintiff may rely on the statutes and representative case law listed below, and similar cases, and expressly incorporates by reference as if fully rewritten herein, all statutes and representative case law cited in any parties' summary judgment briefing.

- 18 U.S.C. § 1591, *et seq.*
- O.C.G.A. § 41-1-1, *et seq.*
- O.C.G.A. § 13-6-11

- O.C.G.A. § 9-11-68

- O.C.G.A. § 9-15-14

- *A.B. v. Marriott Int'l, Inc.,* No. CV 19-5770, 2020 WL 1939678 (E.D. Pa. Apr. 22, 2020)

- *A.G. v. Northbrook Indus., Inc.*, 1:20-CV-05231-JPB, 2022 WL 1644921 (N.D. Ga. May 24, 2022)

- *Alexander v. Hulsey Env't Servs., Inc.*, 702 S.E.2d 435 (Ga. Ct. App. 2010)

- *Allen v. Tyson Foods, Inc.*, 121 F.3d 642 (11th Cir. 1997)

- *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986)

- *Asphalt Prods. Co. v. Marable*, 65 Ga. App. 877 (1941)

- *Atlanta Processing Co. v. Brown*, 179 S.E.2d 752 (1971)

- *Bacon v. Walker*, 77 Ga. 336 (1886)

- *Bethany Group, LLC v. Grobman*, 315 Ga. App. 298, 727 S.E.2d 298 (2012)

- *Birdwell v. State*, 112 Ga. App. 836 (1965)

- *Bord v. Hillman*, 335 Ga. App. 18 (2015)

- *Brindle v. Copeland*, 145 Ga. 398 (1916)

- *Camelot Club Condominium Association, Inc. v. Afari-Opoku*, 340 Ga. App. 618, 798 S.E.2d 241 (2017)

3

- *Chancey v. Hancock*, 213 S.E.2d 633 (1975)

- *Chronic v. State*, 151 S.E.2d 448 (Ga. 1966)

- *City of Douglasville v. Queen,* 270 Ga. 770 (1990)

- *Clifton v. State*, 53 Ga. App. 241 (1874)

- *Cotton v. City of Atlanta*, 10 Ga. App. 397 (1912)

- *C.T. v. Red Roof Inns, Inc.*, 2:22-CV-834-JES-KCD, 2023 WL 3510879 (M.D. Fla. Mar. 11, 2023)

- *D.H. v. Tucker Inn Inc.*, 1:22-CV-3419-JPB, 2023 WL 6538391 (N.D. Ga. Sept. 1, 2023)

- *Doe #1 v. Red Roof Inns, Inc.,* 21 F.4th 714 (11th Cir. 2021)

- *Does 1-4 v. Red Roof Inns, Inc.*, 1:21-CV-04278-WMR, 2023 WL 5444261 (N.D. Ga. Aug. 10, 2023)

- *E.M. v. Tucker Inn Inc.*, No. 22-cv-2559, 2024 WL 4005218 (N.D. Ga. July 15, 2024)

- *Fanning v. State*, 17 Ga. App. 316 (1915)

- *Fitzgerald v. State*, 10 Ga. App. 70 (1911)

- *Frazier v. State*, 93 Ga. App. 204 (1956)

- *Galaxy Carpet Mills, Inc. v. Massengill*, 255 Ga. 360 (1986)

- *Ga. R.R. & Banking Co. v. Maddox*, 116 Ga. 64 (1902)

- *G.G. v. Salesforce.com, Inc.*, 76 F.461 544 (7th Cir. 2023)

4

- *G.W. v. Northbrook Indus., Inc.*, 1:20-CV-05232-JPB, 2022 WL 1644923 3 (N.D. Ga. May 24, 2022)

- *Griggs v. City of Macon*, 154 Ga. 519 (1922)

- *G.W. v. Northbrook Indus., Inc.*, No. 20-cv-5232, 2024 WL 3166083 (N.D. Ga. June 14, 2024)

- *I.R. v. I Shri Khodiyar, LLC,* No. 1:22-CV-00844-SEG, 2024 WL 1928755 (N.D. Ga. Mar. 18, 2024)

- *Doe v. Suresh & Durga, Inc.*, No. 20A83795-5, Order Granting Partial Summ. J. as to Pl.'s Nuisance Claim (Ga. State Ct. May 8, 2024)

- *J.G. v. Northbrook Indus., Inc.*, 619 F. Supp. 3d 1228 (N.D. Ga. 2022)

- *Johnson St. Props., LLC v. Clure*, 805 S.E.2d 60 (Ga. 2017)

- *Kessler v. State*, 119 Ga. 301 (1904)

- *M.A. v. Wyndham Hotels & Resorts, Inc.*, 425 F. Supp.3d 959 (S.D. Ohio 2019)

- *Martin v. State*, 62 Ga. App. 902 (1940)

- *McDonald v. Silver Hill Homes, LLC*, 242 Ga. App. 194 (2017)

- *Moreland v. Cheney*, 267 Ga. 469 (1997)

- *Ricchio v. Bijal, Inc.*, 386 F. Supp. 3d 126 (D. Mass. 2019)

- *Ricchio v. McClean*, 853 F.3d 553 (1st Cir. 2017)

- *Rice v. Six Flags Over Ga.*, 257 Ga. App. 864 (2002)

- *Savannah, F. & W. Ry. Co. v. Parish*, 117 Ga. 893 (1903)
- *Shell Oil Co. v. Diehl*, 205 Ga. App. 367, 422 S.E.2d 63 (1992)
- *Sons of Confederate Veterans v. Henry Cnty. Bd. of Comm'rs*, 315 Ga. 39 (2022)
- *Stadterman v. Southwood Realty Co.*, 361 Ga. App. 613 (2021)
- *S. Y. v. Naples Hotel Co.*, 476 F. Supp.3d 1251 (M.D. Fla. 2020)
- *Thrower v. State*, 117 Ga. 753 (1909)
- *Tyler v. Lincoln*, 272 Ga. 118 (2000)
- *United Techs. Corp. v. Mazer*, 556 F.3d 1260 (11th Cir. 2009)
- *U.S. v. Bhimani*, 3:17-cr-324, 2021 WL 5179196 (M.D. Pa. Nov. 8, 2021)
- *U.S. v. Coe*, 718 F.2d 830 (7th Cir. 1983)
- *U.S. v. El-Mezain*, 664 F.3d 467 (5th Cir. 2011), as revised (Dec. 27, 2011)
- *U.S. v. Gewin*, 471 F.3d 197 (D.C. Cir. 2006)
- *U.S. v. Int'l Minerals & Chem. Corp.*, 402 U.S. 558 (1971)
- *U.S. v. Prather*, 205 F.3d 1265 (11th Cir. 2000)
- *U.S. v. Perez,* 698 F.2d 1168 (11th Cir. 1983)
- *U.S. v. Robinson,* 702 F.3d 22 (2d Cir. 2012)
- *U.S. v. Weisz*, 718 F.2d 413 (D.C. Cir. 1983)

- *U.S. v. Whyte*, 928 F.3d 1317 (11th Cir. 2019

- *U.S. v. Wert-Ruiz*, 228 F.3d 250 (3d Cir. 2000)

- *Weller v. Blake*, 315 Ga. App. 214 (2012)

- *White v. Ga. Power Co.*, 595 S.E.2d 353 (Ga. 2004)

- *W.K. v. Red Roof Inns, Inc*., 1:20-CV-05263-VMC, 2023 WL 6290523 (N.D. Ga. Sept. 14, 2023)

- *Woodstone Townhouses, LLC v. S. Fiber Worx, LLC*, 855 S.E.2d 719 (2021)