## ATTACHMENT F-1 – PLAINTIFF'S WITNESS LIST

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| D.H. | Andersen, Tate & Carr, P.C. | Will |
| Lisa White | Provided to Counsel pursuant to the Court's Protective Order. | May |
| Darryl White | Provided to Counsel pursuant to the Court's Protective Order. | May |
| E.M. | Andersen, Tate & Carr, P.C. | May |
| T.W. | Andersen, Tate & Carr, P.C. | May |
| G.W. | Andersen, Tate & Carr, P.C. | May |
| E.P. | Andersen, Tate & Carr, P.C. | May |
| A.J. | Andersen, Tate & Carr, P.C. | May |
| J.J. | Provided to Counsel pursuant to the Court's Protective Order. | May |
| T.P. | Provided to Counsel pursuant to the Court's Protective Order. | May |
| Vera Williams | Lee Arrendale State Prison, 2030 Gainesville Highway, Alto, Georgia 30510 | May |
| Tonya Harris | 124 Camry Lane SW Grayson, GA 30017 | May |
| Chelsea Lively | 5233 Starling Dr., Apt G Charleston, WV 25306 | May |
| Detra Saffo | 2699 Whispering Pine Dr. Montgomery, AL 36116 | May |
| LaPortia Lang | 3306 Amber Meadow Dr. | May |

1

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
|  | Katy, TX 77449 |  |
| S.C. | Provided to Counsel pursuant to the Court's Protective Order. | May |
| Anique S. Whitmore, LPC | 6300 Powers Ferry Road, N.W., Suite 600-124, Atlanta, Georgia 30339 | May |
| Donald E. Dejarnette | 1960 W. Exchange Place Tucker, Ga 30084 | May |
| Erin Gibbs | 1127 3rd Street Stone Mountain, GA 30083 | May |
| Sgt. E. McCown | 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Officer T.S. Schofield | 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Sgt T. Kennedy | 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Sgt. H.L. Brannon | 160 Pryor Street, SW Suite J-301 Atlanta, GA 30303 | May |
| Det. M. Johnson | 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Officer Brittany R. Moss | 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Officer Demetrius J. Richardson | 185 Roswell St NE Marietta, GA 30060 | May |
| Det. J.W. Stahl | Dekalb County Police Department 1960 West Exchange Place, | May |

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
|  | Tucker, Georgia 30084 |  |
| Det. D.J. Webber | 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Agent Taylor M. Dervish | 2635 Century Parkway NE Atlanta, GA 30345 | May |
| Officer Z. Howard | 4451 Lawrenceville Hwy, Tucker, GA 30084 | May |
| Officer D.L. Craig | 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Officer S.R. Batchelder | 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Officer Cory Gill | 4800 Ashford Dunwoody Rd Ste 200 Dunwoody, GA 30338 | May |
| Officer D.A. Williams | 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Officer Johnson | 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Officer W.D. Mclaws | 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Designated Representative for Dekalb County Police Department | 1960 W. Exchange Place, Tucker, GA 30084 | May |
| Designated Representative for Dekalb County District Attorney's Office | 556 N. McDonough St Ste 700 Decatur, GA 30030 | May |
| Custodian of records for Dekalb County Police Department | 1960 W. Exchange Place Tucker, GA 30084 | May |
| Umesh "Sam" Patel | Contact through defense counsel | May |

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| Ramash Patel | Contact through defense counsel | May |
| Raman Patel | Contact through defense counsel | May |
| Apurva Patel | Contact through defense counsel | May |
| Vinnay Patel | Contact through defense counsel | May |
| Ritesh Patel | Contact through defense counsel | May |
| Gandhi Riteshkumar | Contact through defense counsel | May |
| Rajendrakumar Patel | 4163 Pond Edge Road, Snellville, Georgia 30039 (404) 735-5979 | May |
| Vipul M. Thakker | 3515 E. Indian Creek Way, Clarkston, Georgia 30021 (404) 291-8330 | May |
| Hemalkumar Shah | 1014 N. Edgemont Dr. Alpharetta, GA 30009 | May |
| Soillila Esperansa | 1879 Fellowship Road, Apt. B., Tucker, GA 30084 (404) 516-1323 | May |
| Panchal Uma | 3783 Lavista Road, Tucker, Georgia 30084 (404) 437-1616 | May |
| Manharbhai Uma | 3783 Lavista Road, Tucker, Georgia 30084 (404) 437-1616 | May |
| Thakkar Parsh | 3513 E. Indian Creek Way, Clarkston, Georgia 30021 (224) 238-9912 | May |

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| Thakkar Jayshree | 3513 E. Indian Creek Way, Clarkston, Georgia 30021<br>(224) 238-9912 | May |
| Pratima Patel | 351 Hill Crest Avenue, Decatur, GA 30030<br>(865) 221-3021 | May |
| Unique Carpenter | 1071 Brandon Lane, Stone Mountain, GA<br>(404) 399-7847 | May |
| Lavida McPeters | 711 Cresta Dr.<br>Decatur, GA 30035 | May |
| Bhavik Shashikant Patel | 2962 Lawrenceville Highway, Tucker, GA 30084<br>(404) 940-2473 | May |
| Patrick J. McDonough (solely as to attorney's fees and expenses) | Andersen, Tate & Carr, P.C.<br>1960 Satellite Boulevard, Suite 4000<br>Duluth, GA 30071 | May |
| Custodian of records for Dekalb County Police Department | 1960 W. Exchange Place<br>Tucker, Georgia 30084 | May |
| Custodian of records for TripAdvisor | Tripadvisor LLC,<br>400 1st Avenue, Needham, MA 02494, USA | May |
| Custodian of records for Booking.com | Booking.com B.V.<br>Oosterdokskade 163<br>1011 DL<br>Netherlands | May |

5

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| | **Postal Address:**<br>Postbus 1639<br>1000 BP<br>Netherlands | |
| Custodian of records for Hotels.com | Expedia, Inc.<br>1111 Expedia Group Way W.<br>Seattle, WA 98119 | May |
| Custodian of records for Reservations.com | Benjamin & Brothers LLC<br>390 North Orange Avenue, Suite 1605<br>Orlando, FL 3280 | May |
| Custodian of records for Expedia | Expedia, Inc.<br>1111 Expedia Group Way W.<br>Seattle, WA 98119 | May |
| Custodian of records from Google | Google LLC<br>1600 Amphitheatre Parkway<br>Mountain View, California 94043 | May |
| Custodian of records from Agoda | Agoda Company Pte. Ltd.,<br>30 Cecil Street, Prudential Tower #19-08, Singapore 049712<br><br>Agoda International USA LLC,<br>251 Little Falls Drive, Wilmington, DE 19808 New Castle County<br><br>Agoda International USA, LLC | May |

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
|  | c/o United Agent Group Inc. 1521 Concord Pike Ste 201 Wilmington, DE 19803, New Castle County |  |
| Custodian of records from Synxisweb | Sabre Inc., 3150 Sabre Drive, Southlake, Texas 76092 | May |
| Custodian of records for other documents produced in discovery to be supplemented in advance of the final pre-trial |  | May |
| Any witness identified on the Defendant's witness list |  | May |

**Summary of Expert Witness Testimony**

The following is a summary of the expected testimony of each of Plaintiff's expert witnesses:

1. <u>Anique Whitmore, LPC:</u> Ms. Whitmore will explain how Plaintiff's personal vulnerabilities contributed to her susceptibility to being sex trafficked. Additionally, Ms. Whitmore will provide an explanation of the ways in which Plaintiff's exploitation is consistent with the patterns and indicators of sex trafficking that Ms. Whitmore has observed in her professional experience assessing and treating sex trafficking victims. And Ms. Whitmore will testify about the damages Plaintiff suffered as a result of her sex trafficking at the Super 8, as well as other issues addressed in her expert report served in this case.