**ATTACHMENT F-2 – DEFENDANT'S WITNESS LIST**

| Witness | Address/Contact Information | May or Will Call | Objections |
|---|---|---|---|
| D.H. | Contact through Plaintiff's counsel | May | |
| E.M. | Contact through Plaintiff's counsel | May | |
| T.P. | 4974 Memorial Dr. Stone Mountain, Georgia 30083 | May | |
| Vera Williams | Lee Arrendale State Prison 2030 Gainesville Highway Alto, Georgia 30510 | May | |
| Tonya Harris | 124 Camry Lane SW Grayson, Georgia 30017 | May | |
| D.S. | 2699 Whispering Pine Dr. Montgomery, Alabama 36116 | May | |
| Donald E. Dejarnette | 706-968-4802 1960 W. Exchange Place Tucker, Georgia 30084 | May | |
| Erin Gibbs | 1127 3rd Street Stone Mountain, Georgia 30083 Erin.gibbs@care.org | May | |
| Sergeant Hubert Brannon | 185 Central Ave SW Atlanta, Georgia 30303 | May | |
| Detective M. Johnson | 1960 W. Exchange Place Tucker, Georgia 30084 | May | |
| Detective K.L. Turner | 2484 Bruce St Lithonia, Georgia 30058 | May | |
| Sergeant T. L. Kennedy | 1960 W. Exchange Place Tucker, Georgia 30084 | May | |
| Sgt. Emanuel McCown | 1960 W. Exchange Place Tucker, Georgia 30084 | May | |
| Officer Demetrius J. Richardson | 1960 W. Exchange Place Tucker, Georgia 30084 | May | |
| Officer Brittany R. Moss | 1960 W. Exchange Place Tucker, Georgia 30084 | May | |

| Witness | Address/Contact Information | May or Will Call | Objections |
|---|---|---|---|
| Officer H. C. Amos | 1960 W. Exchange Place Tucker, Georgia 30084 | May | |
| Taryn Schofield | Unknown at this time | May | |
| Detective J. W. Stahl | Unknown at this time | May | |
| Detective D. J. Webber | Unknown at this time | May | |
| Agent Taylor M. Dervish | 2635 Century Parkway NE, Atlanta, GA 30345 | May | |
| Phyllis E. Allen-McField | Department of Family and Child Services (DeKalb County) 178 Sams Street, Decatur, GA 30030 | May | |
| Angela Griffin | Department of Family and Child Services (DeKalb County) 178 Sams Street, Decatur, GA 30030 | May | |
| Designated Representative for DeKalb County Police | 1960 W. Exchange Place Tucker, Georgia 30084 | May | |
| Designated representative DeKalb County District Attorney's Office | 556 N. McDonough St. Suite 700 Decatur, Georgia 30030 | May | |
| Custodian of records for Dekalb County Police Department | 1960 W. Exchange Place Tucker, Georgia 30084 | May | |
| Frank Brown | Unknown at this time | May | |
| Pad Lal Mainali | Unknown at this time | May | |
| Umesh "Sam" Patel | Contact through defense counsel at Swift Currie McGhee & Hiers | May | |
| Apurva Patel | Contact through defense counsel at | May | |

| Witness | Address/Contact Information | May or Will Call | Objections |
|---|---|---|---|
| Vinay Patel | Swift Currie McGhee & Hiers Contact through defense counsel at Swift Currie McGhee & Hiers | May | |
| Ramesh Patel | Contact through defense counsel at Swift Currie McGhee & Hiers | May | |
| Raman Patel | Contact through defense counsel at Swift Currie McGhee & Hiers | May | |
| Ghandi Riteshkumar | Contact through defense counsel at Swift Currie McGhee & Hiers | May | |
| Ritesh Patel | Contact through defense counsel at Swift Currie McGhee & Hiers | May | |
| Designated representative of Tucker Inn, Inc. | Contact through defense counsel at Swift Currie McGhee & Hiers | May | |
| Santresia Rashunda Woods | Unknown at this time | May | |
| Carmaine LNU/Sharmane Matthews | Home Phone: 404-931-3538 | May | |
| Shaniqua Woods | 731 Strickland Rd., Hinesville, Georgia 31313 | May | |
| Lisa White | Lwhite4281@gmail.com 678-548-3958 Address unknown at this time | May | |
| Darryl White | 770-820-3223 Address unknown at this time | May | |
| Tasha Thurmond | 404-423-9084 Address unknown at this time | May | |
| Betty Buggs | 257 Bromack Drive Atlanta, Georgia 30315 | May | |
| Patricia Banks | 257 Bromack Drive Atlanta, Georgia 30315 | May | |
| Anterrious Hill | 257 Bromack Drive | May | |

| Witness | Address/Contact Information | May or Will Call | Objections |
|---|---|---|---|
|  | Atlanta, Georgia 30315 |  |  |
| Ayasha Hill White | Unknown at this time | May |  |
| Dav'Kessia Hill | Unknown at this time | May |  |
| Antaneal Cantrell | Unknown at this time | May |  |
| Dedric Hill | Unknown at this time | May |  |
| Aliesha Hill | Unknown at this time | May |  |
| Jarvis Nolan | 2120 Southwood Blvd SW, Unit 321<br>Atlanta, Georgia 30331 | May |  |
| Russell Young | Vancouver, Washington or Alabama<br>Unknown at this time | May |  |
| Bessie Young | Vancouver, Washington or Alabama<br>Unknown at this time | May |  |
| "K.C." | Unknown at this time | May |  |
| Alycia Pierce | Unknown at this time | May |  |
| Travarius Wells | Miami, Florida<br>Unknown at this time | May |  |
| Nicole Wells | Miami, Florida<br>Unknown at this time | May |  |
| Emonii Wells | Miami, Florida<br>Unknown at this time | May |  |
| Sarlandar Ponder | 1935 Alison Court,<br>Apartment H6<br>Atlanta, Georgia 30311 | May |  |
| Custodian of records for Children's Healthcare of Atlanta | 1575 Northeast Expressway<br>Atlanta, Georgia 30329 | May |  |
| Custodian of records for Wellspring Living | 1040 Boulevard S.E.<br>Suite M<br>Atlanta, Georgia 30312 | May |  |
| Custodian of records for | 178 Sams Street, Decatur, GA 30030 | May |  |

| Witness | Address/Contact Information | May or Will Call | Objections |
|---|---|---|---|
| Department of Family and Child Services | | | |
| Custodian of records for Chic-Fil-A Hartsfield-Jackson Atlanta Airport | 7700 Spine Road, RM TS3-3 Atlanta, Georgia 30309 | May | |
| Custodian of records for Cracker Barrel Old Country Store | 970 W. Pointe Court Lithia Springs, Georgia 30122 | May | |
| Custodian of records for Watson Behavioral Health | 3350 Riverwood Parkway SE Atlanta, Georgia 30339 | May | |
| Custodian of records for Emory Clinic | 1365 Clifton Rd NE Atlanta, Georgia 30322 Specific address unknown at this time | May | |
| Custodian of records for IAA: Insurance Auto Auctions | 1930 Rex Rd, Lake City, Georgia 30260 | May | |
| Custodian of records for Cobb County Police Department | 545 Fairground St. SE Marietta, Georgia 30060 | May | |
| Custodian of records for Atlanta Police Department | 226 Peachtree St SW Atlanta, Georgia 30303 | May | |
| Custodian of records for Union City Police Department | 5060 Union Street Union City, Georgia 30291 | May | |

| Witness | Address/Contact Information | May or Will Call | Objections |
|---|---|---|---|
| Custodian of records for Palmetto Police Department | 401 Carlton Rd<br>Palmetto, Georgia 30268 | May | |
| Custodian of records for Fulton County Sheriff's Office | 185 Central Ave SW<br>Atlanta, Georgia 30303 | May | |
| Custodian of records for Fulton County District Attorney's Office | 136 Pryor Street SW<br>Atlanta, Georgia 30303 | May | |
| Custodian of records for other documents produced in discovery to be supplemented in advance of the final pre-trial conference | | May | |
| Custodian of records for other documents listed by either party as potential trial exhibits | | May | |
| Any witness identified on the Plaintiff's witness list | | May | |
| Any other federal, state, or local law | | May | |

| Witness | Address/Contact Information | May or Will Call | Objections |
|---|---|---|---|
| enforcement officials who investigated any crime at the Defendant's property | | | |
| Any and all witnesses necessary to rebut testimony or documents used by Plaintiff in her case-in-chief | | May | |

## Defendant's Expert Witness List

Upon prior representation of Plaintiff's counsel, Plaintiff's retained and identified security expert, Randall Atlas, has been withdrawn and no evidence or testimony regarding his opinions in this case will be presented at trial. Further, Plaintiff has advised that it may not call her retained and identified trauma expert, Anique Whitmore. If Plaintiff's position changes or if evidence of Plaintiff's experts' opinions are introduced purposely or inadvertently at trial, Defendant reserves the right to introduce rebuttal testimony and opinions of the following expert witnesses:

(1) David Prescott, 781 Burnham Dr., Middlebury, VT, 05753; and

    a. David Prescott is a defense rebuttal expert who will testify regarding the issue of Plaintiff's alleged damages in rebuttal to Plaintiff's expert opinions. His rebuttal expert opinions are contained within his Expert Report, which was filed into the record as Exhibit A to Doc. 80.

(2) Dr. Kimberly Mehlman-Orozco, 15920 Fairway Drive, Montclair, VA 22025

    a. Dr. Kimberly Mehlman-Orozco is a defense rebuttal expert who will testify regarding the issue of liability, the TVPRA statute, and Plaintiff's alleged damages in rebuttal to Plaintiff's expert opinions. Her expert opinions are contained within her Expert Report, which was filed into the record as Exhibit B to Doc. 80.

4919-8990-5440, v. 1