UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>    Plaintiff,<br><br>v.<br><br>TUCKER INN INCORPORATED,<br>d/b/a SUPER 8 BY WYNDHAM,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-03419-JPB |

## CERTIFICATE OF SERVICE

This is to certify that on February 19, 2025, Plaintiff's counsel served a true and correct copy of Plaintiff D.H.'s Supplemental Objections and Responses to Defendant, Tucker Inn, Incorporated d/b/a Super 8 by Wyndham's First Interrogatories, Plaintiff D.H.'s Supplemental Objections and Responses to Defendant, Tucker Inn, Incorporated d/b/a Super 8 by Wyndham's First Request for Production of Documents to Plaintiff, and Plaintiff's Supplemental Document Production, bates labeled Plaintiff D.H. 03095–04133 upon all counsel of record.

Respectfully submitted this 26th day of February, 2025.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jonathan S. Tonge*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com

JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted this 26th day of February, 2025.

                            ANDERSEN, TATE & CARR, P.C.

                            */s/ Jonathan S. Tonge*
                            PATRICK J. MCDONOUGH
                            Georgia Bar No. 489855
                            pmcdonough@atclawfirm.com
                            JONATHAN S. TONGE
                            Georgia Bar No. 303999
                            jtonge@atclawfirm.com
                            JENNIFER M. WEBSTER
                            Georgia Bar No. 760381
                            jwebster@atclawfirm.com
                            *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile