UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>    Plaintiff,<br><br>  v.<br><br>TUCKER INN INCORPORATED,<br><br>    Defendant. | CIVIL ACTION NO.:<br>1:22-CV-03419-JPB |

## ORDER

This matter is scheduled for a jury trial on Monday, May 19, 2025, at 9:00 A.M. A pretrial conference is scheduled for Wednesday, April 30, 2025, at 1:00 P.M. in Courtroom 1908.

The parties should be prepared to provide the courtroom deputy clerk with three copies of their respective exhibit and witness lists at the start of trial for use by the Judge, court reporter and courtroom deputy clerk. Each party should also provide one courtesy copy of all exhibits in an appropriately labeled notebook on the first day of trial for the Judge. The parties are referred to Local Rule 16.4(B)(19)(b), NDGa, concerning exhibit labeling. The parties must provide a courtesy copy of any documents e-filed just prior to trial or on any day during the trial.

Prior to the start of trial, the parties shall confer and prepare a list of exhibits to which there is no dispute as to admissibility. The parties shall send the list to the Courtroom Deputy Clerk via email. The Court will admit the exhibits as a group.

All motions in limine shall be filed at least fourteen days before the pretrial conference. Briefs in opposition to motions in limine should be filed at least seven days before the pretrial conference. Unless otherwise indicated, the Court will decide motions in limine prior to or at the pretrial conference.

Any training or trial runs regarding the courtroom technology must be scheduled in advance of trial. Parties may arrange with the Courtroom Deputy to test equipment on the day of the pretrial conference hearing. The Court will not allow time for training or trial runs at the beginning of the trial. Any motions requesting leave to bring technology into the courtroom must be filed no later than three days in advance of the hearing or trial date, to allow time for proper notification to the U.S. Marshals Service.

**SO ORDERED** this 27th day of February, 2025.

J. P. BOULEE
United States District Judge