

ATLANTA / BIRMINGHAM

March 3, 2025

Courtroom Deputy Clerk for the
Honorable J.P. Boulee
1988 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA  30303-3309

      Re:    ***D.H. v. Tucker Inn Incorporated d/b/a/ Super 8 by Wynham***
               USDC; Northern District; Atlanta Division
               Civil Action File No.: 1:22-cv-03419-JPB

Dear Sir/Madam:

    I am counsel for Defendant D.H. v. Tucker Inn Incorporated d/b/a/ Super 8 by Wynham in the above-styled action and pursuant to Local Rule 83.1.E(3), I am writing to request that said case not be calendared during the aforesaid period.

- May 1-2, 2025;
- July 2-3, 21-25, 2025;
- August 13-15, 2025;
- September 2-5, 2025;
- November 26, 28, 2025; and
- December 5, 23-24, 26, 29, 2025.

    By copy of this letter, I am informing opposing counsel of my request for a leave of absence. I understand that I am not relieved from other deadline requirements absent the Court's approval.

                             Very truly yours,

                             Marissa H. Merrill

MHM:plm
cc:  All Counsel of Record (via the CM/ECF system)
4863-0410-0273, v. 2

**MARISSA H. MERRILL**
P: 470.639.4861 / F: 404.888.6199