# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| D.H., <br><br> Plaintiff, <br><br> v. <br><br> TUCKER INN INCORPORATED d/b/a SUPER 8 BY WYNDHAM, <br><br> Defendant. | CIVIL ACTION FILE NO. <br><br> 1:22-CV-03419-JPB |

_____

## SECOND NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF D.H.
_____

**TO:** Plaintiff D.H.
c/o Patrick J. McDonough
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA  30097

YOU ARE HEREBY NOTIFIED, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, counsel for Defendant Tucker Inn Incorporated d/b/a Super 8 By Wyndham will proceed to take the second deposition upon oral examination of Plaintiff D.H. on **Thursday, March 27, 2025,** commencing at **10:00 a.m.**  The deposition will take place at the offices of Andersen, Tate & Carr, P.C., One Sugarloaf Centre, 1960 Satellite Boulevard, Suite 4000, Duluth, GA 30097 | (770) 822-0900, before an officer duly authorized by law to administer

oaths.  This  deposition  will  be  taken  for  the  purposes  of  discovery, cross-examination, preservation of evidence, use at trial, and all other purposes allowed by law.  The deposition will continue from day to day until examination is complete.  The deposition will be recorded by certified court reporter and will be videotaped.

This 17th day of March, 2025.

                              **SWIFT, CURRIE, MCGHEE & HIERS, LLP**

By:      **/s/Marissa H. Merrill**
            KORI E. WAGNER
            Georgia Bar No. 155438
            MARISSA H. MERRILL
            Georgia Bar No. 216039
            TRACY A. GILMORE
            Georgia Bar No. 633193
            Attorneys for Defendant

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## CERTIFICATE OF FONT & CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was prepared in Times New Roman 14-point font in conformance with Local Rules 5.1C and 7.1(D), and that I have served a copy of the ***SECOND NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF D.H.*** with the Clerk of Court via electronic transmission using the CM/ECF system and served a copy of the foregoing electronically upon all parties of record via CM/ECF:

Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

This 17th day of March, 2025.

**SWIFT, CURRIE, MCGHEE & HIERS, LLP**

By:   ***/s/Marissa H. Merrill***
KORI E. WAGNER
Georgia Bar No. 155438
MARISSA H. MERRILL
Georgia Bar No. 216039
TRACY A. GILMORE
Georgia Bar No. 633193
Attorneys for Defendant

-4-

1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia  30309
Tel:   404.888.6162 | Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com
4927-5690-7306, v. 1

-4-