# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:22-cv-03419-JPB
### D.H. v. Tucker Inn Incorporated
### Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 03/19/2025.

TIME COURT COMMENCED: 11:30 A.M.
TIME COURT CONCLUDED: 10:40 A.M.      COURT REPORTER: N/A
TIME IN COURT: 00:10                   DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | Patrick McDonough representing D.H.<br>Marissa Merrill representing Tucker Inn Incorporated<br>Jonathan Tonge representing D.H.<br>Kori Wagner representing Tucker Inn Incorporated<br>Jennifer Webster representing D.H. |
| PROCEEDING CATEGORY: | Scheduling Conference |
| MINUTE TEXT: | The Court convened to discuss scheduling with parties via ZOOM. The Court will enter an order continuing the jury trial to the week of July 21, 2025, with a pretrial conference set for July 1. |
| HEARING STATUS: | Hearing Concluded |