IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H., <br><br> Plaintiff, <br><br> v. <br><br> TUCKER INN INCORPORATED d/b/a SUPER 8 BY WYNDHAM, <br><br> Defendant. | CIVIL ACTION FILE NO. <br><br> 1:22-CV-03419-JPB |

### NOTICE OF INTENT TO SEEK APPORTIONMENT OF FAULT AGAINST NON-PARTY PURSUANT TO O.C.G.A. § 51-12-33

Defendant, **TUCKER INN INCORPORATED d/b/a SUPER 8 BY WYNDHAM,** by and through its undersigned counsel, and files this Notice of Intent to Seek Apportionment of Fault Against Non-Parties pursuant to O.C.G.A. 51-12-33. Defendant hereby notifies the Court and all parties to this action, more than 120 days prior to trial of this matter, that the jury shall consider whether the following persons or entities are wholly or partially at fault for the allegations and incidents that form the basis of Plaintiff D.H.'s Complaint and claimed damages.

Plaintiff D.H., through discovery responses and her deposition, identified Shantresia a/k/a Santresia Woods (last known address is believed to be 681 Flint River Rd., Apt. 22C, Jonesboro, Georgia 30238) as her trafficker. Plaintiff D.H.

alleges that this individual monitored and controlled her, deprived her of sleep, caused her injuries, and forced her to engage in commercial sex with numerous buyers. Plaintiff D.H. further alleges that she suffered damages due to the sexual acts in which she was allegedly forced to engage in.

Defendant identifies and designates the above-listed non-party as someone who is wholly or partially at fault for the incidents that form the basis of Plaintiff D.H.'s lawsuit and whose intentional, negligent, and reckless actions were the proximate cause of Plaintiff D.H.'s alleged damages. Defendant reserves the right to contend at trial that Plaintiff D.H.'s claimed injuries or damages in this case resulted from the actions and/or fault of the identified non-party. At trial, the jury shall be authorized to apportion fault to this non-party.

This 21st day of March, 2025.

                          SWIFT, CURRIE, McGHEE & HIERS

                By: *Kori E. Wagner*
                    Kori E. Wagner
                    Georgia State Bar No. 155438
                    Marissa H. Merrill
                    Georgia State Bar No. 216039
                    Tracy A. Gilmore
                    Georgia State Bar No. 633193
                    ***Attorneys for Defendant Tucker Inn***
                    ***Incorporated d/b/a Super 8 by Wyndham***

1420 Peachtree Street, N.E.
Suite 800

Atlanta, Georgia 30309
Tel:   404.888.6162
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

# CERTIFICATE OF COMPLIANCE

Counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court pursuant to L.R. 5.1(C) of the Northern District of Georgia, specifically, 14 point, Times New Roman font.

SWIFT, CURRIE, McGHEE & HIERS

By: *Kori E. Wagner*
Kori E. Wagner
Georgia State Bar No. 155438
Marissa H. Merrill
Georgia State Bar No. 216039
Tracy A. Gilmore
Georgia State Bar No. 633193
***Attorneys for Defendant Tucker Inn Incorporated d/b/a Super 8 by Wyndham***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

This is to certify that on the 21st day of March, 2025, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing **NOTICE OF INTENT TO SEEK APPORTIONMENT OF FAULT AGAINST NON-PARTY PURSUANT TO O.C.G.A. § 51-12-33** by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

                        SWIFT, CURRIE, McGHEE & HIERS

                        By:   *Kori E. Wagner*
                              Kori E. Wagner
                              Georgia State Bar No. 155438
                              Marissa H. Merrill
                              Georgia State Bar No. 216039
                              Tracy A. Gilmore
                              Georgia State Bar No. 633193
                              ***Attorneys for Defendant Tucker Inn***
                              ***Incorporated d/b/a Super 8 by Wyndham***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4934-6808-1708, v. 1