

ATLANTA / BIRMINGHAM

April 28, 2025

Courtroom Deputy Clerk for the
Honorable J.P. Boulee
1988 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA  30303-3309

      **Re:** ***D.H. v .Tucker Inn Incorporated d/b/a/ Super 8 by Wynham***
           **USDC; Northern District; Atlanta Division**
           **Civil Action File No.: 1:22-cv-03419-JPB**

Dear Sir/Madam:

    I am counsel for Defendant D.H. v .Tucker Inn Incorporated d/b/a/ Super 8 by Wynham in the above-styled action and pursuant to Local Rule 83.1.E(3), I am writing to request that said case not be calendared during the aforesaid period.

- **May 1-2, 2025;**
- **July 2-3, 2025;**
- **August 13-15, 18, 2025;**
- **September 5, 8-12, 15, 2025;**
- **November 26, 28, 2025; and**
- **December 5, 23-24, 26, 29, 2025.**

    By copy of this letter, I am informing opposing counsel of my request for a leave of absence. I understand that I am not relieved from other deadline requirements absent the Court's approval.

                                          Very truly yours,

                                          Marissa H. Merrill

MHM/jrp
cc:  All Counsel of Record (via the CM/ECF system)