# Exhibit 1

Email correspondence re. unproduced exhibits