# Exhibit 2

Discovery responses