# Exhibit 3

Defendant's privilege log