UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>    Plaintiff,<br><br>v.<br><br>TUCKER INN INCORPORATED,<br>d/b/a SUPER 8 BY WYNDHAM,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-03419-JPB |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Pursuant to Federal Rules of Civil Procedure 26(c)(1) and 5.2(d), Local Rule 79.1(B), and the Protective Order in this case (Doc. No. 11), Plaintiff files this Motion for Leave to file the following under seal:

| EXHIBIT NO. | DOCUMENT TITLE | REDACTED OR REQUESTED TO BE SEALED |
|---|---|---|
| 1 | Email Correspondence re. Unproduced Exhibits | Requested to be sealed |
| 2 | Discovery Responses | Requested to be sealed |
| 3 | Defendant's Privilege Log | Requested to be sealed |

Thus, Plaintiff seeks to file these exhibits under seal, as directed by the Court's email, because they contain sensitive, protected, or identifying information in reference to Plaintiff, documents, or persons identified in the protective order.

Respectfully submitted June 5, 2025.

                                  ANDERSEN, TATE & CARR, P.C.

                                  */s/ Jonathan S. Tonge*
                                  PATRICK J. MCDONOUGH
                                  Georgia Bar No. 489855
                                  pmcdonough@atclawfirm.com
                                  JONATHAN S. TONGE
                                  Georgia Bar No. 303999
                                  jtonge@atclawfirm.com
                                  RORY A. WEEKS
                                  Georgia Bar No. 113491
                                  rweeks@atclawfirm.com
                                  JENNIFER M. WEBSTER
                                  Georgia Bar No. 760381
                                  jwebster@atclawfirm.com
                                  *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jonathan S. Tonge*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile