UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>　　Plaintiff,<br><br>v.<br><br>TUCKER INN INCORPORATED,<br>d/b/a SUPER 8 BY WYNDHAM,<br><br>　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-03419-JPB |

# [PROPOSED] ORDER ON PLAINTIFF'S MOTION TO SEAL

Now before this Court is Plaintiff's Motion to Seal. Plaintiff requests leave to file the following documents under seal:

| EXHIBIT NO. | DOCUMENT TITLE | REDACTED OR REQUESTED TO BE SEALED |
|---|---|---|
| 1 | Email Correspondence re. Unproduced Exhibits | Requested to be sealed |
| 2 | Discovery Responses | Requested to be sealed |
| 3 | Defendant's Privilege Log | Requested to be sealed |

For good cause shown, this motion is **GRANTED**. Plaintiff is authorized to file under seal the documents identified in Plaintiff's motion.

SO ORDERED THIS \_\_\_\_ day of _____.

_____
J.P. Boulee
United States District Judge