UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H., <br><br> Plaintiff, <br><br> v. <br><br> TUCKER INN INCORPORATED, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:22-CV-03419-JPB |

# ORDER

This matter comes before the Court on Plaintiff's Motion to File Under Seal [Doc. 176]. For good cause shown, the motion is **GRANTED**.

**THE CLERK IS DIRECTED** to seal Exhibits 1, 2 and 3 attached to the parties' Joint Discovery Dispute Statement. The documents shall remain under seal until further order of this Court.

**SO ORDERED** this 6th day of June, 2025.

_____
**J. P. BOULEE**
United States District Judge