**Attachment A: Civil Qualifying Jury Questions**

1. Has anyone ever been convicted of a felony?
2. Is there anyone here who is not a U.S. Citizen?
3. Is there anyone here who is not at least 18 years old?
4. Is there anyone here who does not live in this division of the Northern District of Georgia, which includes Cherokee, Clayton, Cobb, Dekalb, Douglas, Fulton, Gwinnett, Henry, Newton, and Rockdale counties?