# Exhibit 1

# Naesha McDowell Expert Report