# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| E.M., <br><br> Plaintiff, <br><br> v. <br><br> TUCKER INN INC. d/b/a AMERICA'S BEST VALUE INN, <br><br> Defendant. | CIVIL ACTION FILE NO. <br><br> 1:22-CV-02559-WMR |

## NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF E.M.

**TO:** Plaintiff E.M.
c/o Trinity Hundredmark, Esq.
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097

YOU ARE HEREBY NOTIFIED, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, counsel for Defendant Tucker Inn Inc. d/b/a America's Best Value Inn will proceed to take the deposition upon oral examination of Plaintiff E.M. on **March 27, 2023,** commencing at **9:00 a.m.** The deposition will take place at the offices of Andersen, Tate & Carr, P.C., One Sugarloaf Centre, 1960 Satellite Boulevard, Suite 4000, Duluth, GA 30097 | (770)

822-0900, before an officer duly authorized by law to administer oaths. This deposition will be taken for the purposes of discovery, cross-examination, preservation of evidence, use at trial, and all other purposes allowed by law. The deposition will continue from day to day until examination is complete. The deposition will be recorded by certified court reporter and will be videotaped.

This 14th day of March, 2023.

                                    **SWIFT, CURRIE, MCGHEE & HIERS, LLP**

By:       */s/Roger E. Harris*
                ROGER E. HARRIS
                Georgia Bar No. 331302
                MARISSA H. MERRILL
                Georgia No. 216039
                TRACY A. GILMORE
                Georgia Bar No. 633193
                *Attorneys for Defendant Tucker Inn Inc.*
                *d/b/a America's Best Value Inn*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
roger.harris@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

-2-

## CERTIFICATE OF FONT & CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was prepared in Times New Roman 14-point font in conformance with Local Rules 5.1C and 7.1(D), and that I have served a copy of ***NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF E.M.*** with the Clerk of Court via electronic transmission using the CM/ECF system and served a copy of the foregoing electronically upon all parties of record via CM/ECF:

Patrick J. McDonough
Trinity Hundredmark
Jonathan S. Tonge
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
thundred@atclawfirm.com
jtonge@atclawfirm.com

This 14th day of March, 2023.

**SWIFT, CURRIE, MCGHEE & HIERS, LLP**

By: ***/s/Roger E. Harris***
ROGER E. HARRIS
Georgia Bar No. 331302
MARISSA H. MERRILL
Georgia No. 216039
TRACY A. GILMORE
Georgia Bar No. 633193
*Attorneys for Defendant Tucker Inn Inc.*
*d/b/a America's Best Value Inn*

-3-

1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Tel: 404.888.6162 | Fax: 404.888.6199
roger.harris@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com
4895-9240-8407, v. 1