UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H., <br><br> Plaintiff, <br><br> v. <br><br> TUCKER INN INCORPORATED, d/b/a SUPER 8 BY WYNDHAM, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:22-CV-03419-JPB |

**PROPOSED ORDER ON PLAINTIFF'S MOTION
TO FILE UNDER SEAL**

Now before this Court is Plaintiff's Motion to Seal. Plaintiff requests leave to file the following documents under seal:

| EXHIBIT NO. | DESCRIPTION | REDACTED OR REQUESTED TO BE SEALED |
|---|---|---|
| 1 | E.M. Evaluation by Expert Naesha McDowell | Request to be sealed |

For good cause shown, this motion is **GRANTED**. Plaintiff is authorized to file under seal the documents identified in Plaintiff's Motion.

SO ORDERED this _____ day of _____, 2025.


_____
J.P. BOULEE
United States District Judge