# Exhibit 1

# Plaintiff's exhibit list, witnesses' testimony with time periods, and filed stipulation