# Exhibit 2

*E.M. v. Tucker Inn, Inc.*,
Summary Judgment Hearing