UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>  Plaintiff,<br><br>v.<br><br>TUCKER INN INCORPORATED,<br>d/b/a SUPER 8 BY WYNDHAM,<br><br>  Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-03419-JPB |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Pursuant to Federal Rules of Civil Procedure 26(c)(1) and 5.2(d), Local Rule 79.1(B), and the protective order in this case (Doc. No. 11), Plaintiff files this Motion for Leave to file the following under seal:

| EXHIBIT NO. | DESCRIPTION | REDACTED OR REQUESTED TO BE SEALED |
|---|---|---|
| 1 | Plaintiff's exhibit list, witnesses' testimony with time periods, and filed stipulation | Request to be seal |
| 2 | *E.M. v. Tucker Inn, Inc.*, Summary Judgment Hearing | Request to be sealed |

Thus, Plaintiff requests leave to file under seal these exhibits as it includes sensitive, protected, and/or identifying information in reference to Plaintiff, documents, or persons identified in the protective order.

Respectfully submitted June 17, 2025.

          ANDERSEN, TATE & CARR, P.C.

          */s/ Jonathan S. Tonge*
          PATRICK J. MCDONOUGH
          Georgia Bar No. 489855
          pmcdonough@atclawfirm.com
          JONATHAN S. TONGE
          Georgia Bar No. 303999
          jtonge@atclawfirm.com
          RORY A. WEEKS
          Georgia Bar No. 113491
          rweeks@atclawfirm.com
          JENNIFER M. WEBSTER
          Georgia Bar No. 760381
          jwebster@atclawfirm.com
          *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                        ANDERSEN, TATE & CARR, P.C.

                                        */s/ Jonathan S. Tonge*
                                        PATRICK J. MCDONOUGH
                                        Georgia Bar No. 489855
                                        pmcdonough@atclawfirm.com
                                        JONATHAN S. TONGE
                                        Georgia Bar No. 303999
                                        jtonge@atclawfirm.com
                                        JENNIFER M. WEBSTER
                                        Georgia Bar No. 760381
                                        jwebster@atclawfirm.com
                                        *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile