UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>  Plaintiff,<br><br>  v.<br><br>TUCKER INN INCORPORATED,<br><br>  Defendant. | CIVIL ACTION NO.<br>1:22-CV-03419-JPB |

### ORDER

This matter comes before the Court on Plaintiff's two Motions for Leave to File Matters Under Seal.  [Doc. 182]; [Doc. 186].  For good cause shown, the motions are **GRANTED**.

**THE CLERK IS DIRECTED** to seal Exhibit 1 attached to Plaintiff's Motion in Limine to Introduce the Deposition Testimony of Child Sex Trafficking Victim E.M. [Doc. 180-1] and Exhibits 1 and 2 attached to Plaintiff's Motion in Limine About Other Incident Evidence [Doc. 183-1]; [Doc. 183-2].  These documents shall remain under seal until further order of this Court.

**SO ORDERED** this 18th day of June, 2025.

_____
**J. P. BOULEE**
United States District Judge