UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>    Plaintiff,<br><br>v.<br><br>TUCKER INN INCORPORATED,<br>d/b/a SUPER 8 BY WYNDHAM,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-03419-JPB |

## NOTICE OF FILING

Plaintiff files this Notice of Filing Attachments 'E' and 'F-1' as attachments to the Supplemental Consolidated Pretrial Order (Doc. No. 179), wherein Attachment 'E' contains the parties' agreed-upon stipulated facts, and Attachment 'F-1' is Plaintiff's witness list.

Respectfully submitted this 24th day of June, 2025.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jonathan S. Tonge*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com

JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                    ANDERSEN, TATE & CARR, P.C.

                    */s/ Jonathan S. Tonge*
                    PATRICK J. MCDONOUGH
                    Georgia Bar No. 489855
                    pmcdonough@atclawfirm.com
                    JONATHAN S. TONGE
                    Georgia Bar No. 303999
                    jtonge@atclawfirm.com
                    JENNIFER M. WEBSTER
                    Georgia Bar No. 760381
                    jwebster@atclawfirm.com
                    *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile