UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>　　Plaintiff,<br><br>v.<br><br>TUCKER INN INCORPORATED,<br>d/b/a SUPER 8 BY WYNDHAM,<br><br>　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-03419-JPB |

**ATTACHMENT E- STIPULATIONS**

1. In September 2015, Plaintiff D.H. was 15 years old.

2. Santresia Woods is Plaintiff D.H.'s older sister.

3. In 2015, Defendant's hotel was known as the Super 8 by Wyndham (Super 8).

4. Super 8's address was 1600 Crescent Center Blvd., Tucker, GA 30084.

5. Defendant Tucker Inn Incorporated has owned the property at 1600 Crescent Center Blvd., Tucker, GA 30084 and has operated a hotel on the property since the late 1980s.

6. Defendant's hotel is a three-story building.

7. Until 2016, Defendant's hotel was branded as a Super 8.

8. The structure of Defendant's hotel has been the same since at least 2010.

9. Defendant had four security cameras at the property in 2015.

10. Defendant no longer has the security recordings from September 2 to 9, 2015.

11. Plaintiff D.H. started staying with Santresia Woods in May of 2015.

12. Plaintiff D.H. stayed with Santresia Woods from May of 2015 until September 9, 2015.

13. During the time that Plaintiff D.H. was staying with Santresia Woods, she had regular access to at least one telephone.

14. During the time that Plaintiff D.H. was staying with Santresia Woods, she regularly posted on her Facebook account.

15. During the time that Plaintiff D.H. was staying with Santresia Woods, she communicated with friends and family through Facebook messenger, Facebook phone calls, Kik, and Instagram.

16. If Defendant knows that violent crime is happening at its hotel, it should act to stop it.