**ATTACHMENT F-1 – PLAINTIFF'S WITNESS LIST**

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| D.H. | Andersen, Tate & Carr, P.C. | Will |
| Lisa White | Provided to Counsel pursuant to the Court's Protective Order. | May |
| Darryl White | Provided to Counsel pursuant to the Court's Protective Order. | May |
| E.M. | Andersen, Tate & Carr, P.C. | May |
| T.W. | Andersen, Tate & Carr, P.C. | May |
| G.W. | Andersen, Tate & Carr, P.C. | May |
| E.P. | Andersen, Tate & Carr, P.C. | May |
| A.J. | Andersen, Tate & Carr, P.C. | May |
| J.J. | Provided to Counsel pursuant to the Court's Protective Order. | May |
| T.P. | Provided to Counsel pursuant to the Court's Protective Order. | May |
| Vera Williams | Lee Arrendale State Prison, 2030 Gainesville Highway, Alto, Georgia 30510 | May |
| Tonya Harris | 124 Camry Lane SW, Grayson, GA 30017 | May |
| Chelsea Lively | 5233 Starling Dr., Apt G, Charleston, WV 25306 | May |
| Detra Saffo | 2699 Whispering Pine Dr., Montgomery, AL 36116 | May |
| LaPortia Lang | 3306 Amber Meadow Dr. | May |

1

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
|  | Katy, TX 77449 |  |
| S.C. | Provided to Counsel pursuant to the Court's Protective Order. | May |
| Donald E. Dejarnette | 1960 West Exchange Place Tucker, Ga 30084 | May |
| Erin Gibbs | 1127 3rd Street Stone Mountain, GA 30083 | May |
| Sgt. E. McCown | 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Officer T.S. Schofield | 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Sgt T. Kennedy | 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Sgt. H.L. Brannon | 160 Pryor Street, SW Suite J-301 Atlanta, GA 30303 | May |
| Det. M. Johnson | 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Officer Brittany R. Moss | 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Officer Demetrius J. Richardson | 185 Roswell St NE Marietta, GA 30060 | May |
| Det. J.W. Stahl | Dekalb County Police Department 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Det. D.J. Webber | 1960 West Exchange Place, Tucker, Georgia 30084 | May |

2

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| Agent Taylor M. Dervish | 2635 Century Parkway NE Atlanta, GA 30345 | May |
| Officer Z. Howard | 4451 Lawrenceville Hwy, Tucker, GA 30084 | May |
| Officer D.L. Craig | 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Officer S.R. Batchelder | 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Officer Cory Gill | 4800 Ashford Dunwoody Rd Ste 200 Dunwoody, GA 30338 | May |
| Officer D.A. Williams | 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Officer Johnson | 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Officer W.D. Mclaws | 1960 West Exchange Place, Tucker, Georgia 30084 | May |
| Designated Representative for Dekalb County Police Department | 1960 West Exchange Place, Tucker, GA 30084 | May |
| Designated Representative for Dekalb County District Attorney's Office | 556 N. McDonough St Ste 700 Decatur, GA 30030 | May |
| Custodian of records for Dekalb County Police Department | 1960 West Exchange Place Tucker, GA 30084 | May |
| Tucker Inn Incorporated | Contact through defense counsel | May |
| Umesh "Sam" Patel | Contact through defense counsel | May |
| Ramash Patel | Contact through defense counsel | May |

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| Raman Patel | Contact through defense counsel | May |
| Apurva Patel | Contact through defense counsel | May |
| Vinnay Patel | Contact through defense counsel | May |
| Ritesh Patel | Contact through defense counsel | May |
| Gandhi Riteshkumar | Contact through defense counsel | May |
| Rajendrakumar Patel | 4163 Pond Edge Road, Snellville, Georgia 30039 (404) 735-5979 | May |
| Vipul M. Thakker | 3515 E. Indian Creek Way, Clarkston, Georgia 30021 (404) 291-8330 | May |
| Hemalkumar Shah | 1014 N. Edgemont Dr. Alpharetta, GA 30009 | May |
| Soillila Esperansa | 1879 Fellowship Road, Apt. B., Tucker, GA 30084 (404) 516-1323 | May |
| Panchal Uma | 3783 Lavista Road, Tucker, Georgia 30084 (404) 437-1616 | May |
| Manharbhai Uma | 3783 Lavista Road, Tucker, Georgia 30084 (404) 437-1616 | May |
| Thakkar Parsh | 3513 E. Indian Creek Way, Clarkston, Georgia 30021 (224) 238-9912 | May |
| Thakkar Jayshree | 3513 E. Indian Creek Way, Clarkston, Georgia 30021 | May |

4

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| | (224) 238-9912 | |
| Pratima Patel | 351 Hill Crest Avenue, Decatur, GA 30030<br>(865) 221-3021 | May |
| Unique Carpenter | 1071 Brandon Lane, Stone Mountain, GA<br>(404) 399-7847 | May |
| Lavida McPeters | 711 Cresta Dr.<br>Decatur, GA 30035 | May |
| Bhavik Shashikant Patel | 2962 Lawrenceville Highway, Tucker, GA 30084<br>(404) 940-2473 | May |
| Colleen Painter | 3270 Delia Court, Decatur, Georgia 30033<br>(404) 406-3787 | May |
| Patrick J. McDonough (solely as to attorney's fees and expenses) | Andersen, Tate & Carr, P.C.<br>1960 Satellite Boulevard, Suite 4000<br>Duluth, GA 30071 | May |
| Custodian of records for Dekalb County Police Department | 1960 West Exchange Place<br>Tucker, Georgia 30084 | May |
| Custodian of records for other documents produced in discovery to be supplemented in advance of the final pre-trial | | May |
| Any witness identified on the Defendant's witness list | | May |