# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>    Plaintiff,<br><br>v.<br><br>TUCKER INN INCORPORATED<br>d/b/a SUPER 8 BY WYNDHAM,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:22-CV-03419-JPB |

## ORDER GRANTING DEFENDANT'S MOTION TO BIFURCATE TRIAL

The Court, having read and considered Defendant's Motion to Bifurcate Trial and any responses thereto, and for good cause shown, hereby GRANTS Defendant's Motion to Bifurcate Jury Trial. It is hereby ORDERED that the trial proceedings shall be bifurcated as follows:

Phase One – Whether Defendant Tucker Inn is liable for the injuries to Plaintiff under the TVPRA or Plaintiff's nuisance claim.

Phase Two – The amount of compensatory damages and determination of whether Plaintiff is entitled to any punitive damages and/or attorney's fees.

Phase Three – The amount of punitive damages and/or attorney's fees.

SO ORDERED, this ___ day of _____, 2025.

_____
J.P. Boulee
United States District Judge

4934-4397-5246, v. 1