UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>    Plaintiff,<br><br>v.<br><br>TUCKER INN INCORPORATED,<br>d/b/a SUPER 8 BY WYNDHAM,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-03419-JPB |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Pursuant to Federal Rules of Civil Procedure 26(c)(1) and 5.2(d), Local Rule 79.1(B), and the protective order in this case (Doc. No. 11), Plaintiff files this Motion for Leave to File Under Seal Plaintiff's Response to Defendant's consolidated motions in limine.

Thus, Plaintiff requests leave to file under seal Plaintiff's Response to Defendant's consolidated motions in limine as it includes sensitive, protected, or identifying information in reference to Plaintiff, documents, or persons identified in the protective order.

Respectfully submitted this 24th day of June, 2025.

                                               ANDERSEN, TATE & CARR, P.C.

                                               */s/ Jonathan S. Tonge*
                                               PATRICK J. MCDONOUGH
                                               Georgia Bar No. 489855
                                               pmcdonough@atclawfirm.com
                                               JONATHAN S. TONGE
                                               Georgia Bar No. 303999
                                               jtonge@atclawfirm.com
                                               RORY A. WEEKS
                                               Georgia Bar No. 113491
                                               rweeks@atclawfirm.com
                                               JENNIFER M. WEBSTER
                                               Georgia Bar No. 760381
                                               jwebster@atclawfirm.com
                                               *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                            ANDERSEN, TATE & CARR, P.C.

                                            */s/ Jonathan S. Tonge*
                                            PATRICK J. MCDONOUGH
                                            Georgia Bar No. 489855
                                            pmcdonough@atclawfirm.com
                                            JONATHAN S. TONGE
                                            Georgia Bar No. 303999
                                            jtonge@atclawfirm.com
                                            JENNIFER M. WEBSTER
                                            Georgia Bar No. 760381
                                            jwebster@atclawfirm.com
                                            *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile