UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>    Plaintiff,<br><br>v.<br><br>TUCKER INN INCORPORATED,<br>d/b/a SUPER 8 BY WYNDHAM,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-03419-JPB |

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO SEAL**

Now before this Court is Plaintiff's Motion to Seal. Plaintiff requests leave to file under seal Plaintiff's Response to Defendant's consolidated motions in limine. For good cause shown, this motion is **GRANTED**. Plaintiff is authorized to file under seal the documents identified in Plaintiff's motion.

SO ORDERED this _____ day of _____, 2025.

_____
J.P. Boulee
United States District Judge