UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>      Plaintiff,<br><br>   v.<br><br>TUCKER INN INCORPORATED,<br><br>      Defendant. | CIVIL ACTION NO.<br>1:22-CV-03419-JPB |

## ORDER

This matter comes before the Court on Plaintiff's Motion to File Under Seal [Doc. 197]. For good cause shown, the motion is **GRANTED**.

**THE CLERK IS DIRECTED** to seal Plaintiff's Response to Defendant's Consolidated Motions in Limine. This document shall remain under seal until further order of this Court.

**SO ORDERED** this 25th day of June, 2025.

_____
**J. P. BOULEE**
United States District Judge