UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>    Plaintiff,<br><br>v.<br><br>TUCKER INN INCORPORATED,<br>d/b/a SUPER 8 BY WYNDHAM,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-03419-JPB |

# PLAINTIFF'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

Plaintiff, by and through the undersigned counsel, moves this Court for an order allowing counsel and staff for counsel to bring electronic equipment into the courtroom for the Pretrial Conference in the above-captioned matter, and states as follows:

a. The Pretrial Conference in this matter is scheduled to begin at 10:00 a.m. on July 1, 2025;

b. Counsel intends to utilize the available electronic capabilities that are in the courtroom during the scheduled Pretrial Conference:

| NAME | ELECTRONIC EQUIPMENT |
|---|---|
| Patrick J. McDonough<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, charging devices, cellular phone/smart phone |

| | |
|---|---|
| Jonathan S. Tonge<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, charging devices, cellular phone/smart phone |
| Rory A. Weeks<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, charging devices, cellular phone/smart phone |
| Jennifer M. Webster<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, charging devices, cellular phone/smart phone |

c. Counsel believes that the utilization of this technology will permit for more efficient and expedited proceedings and will aid in the presentation of the case.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting this Motion and permit the above-referenced persons to bring the electronic equipment set forth above into the courtroom and further request that said Order be provided to the U.S. Marshals so that counsel, staff of counsel, parties, and party representatives may enter the courthouse and courtroom with the above-listed equipment without delays.

Respectfully submitted this 27th day of June, 2025.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com

2

                                            JENNIFER M. WEBSTER
                                            Georgia Bar No. 760381
                                            jwebster@atclawfirm.com
                                            *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

# CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

/s/ *Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile