UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>　　Plaintiff,<br><br>v.<br><br>TUCKER INN INCORPORATED,<br>d/b/a SUPER 8 BY WYNDHAM,<br><br>　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-03419-JPB |

**ORDER ON PLAINTIFF'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**

IT IS HEREBY ORDERED that Plaintiff in the above-referenced case be permitted to bring the following electronic devices into the Richard B. Russell Building, for the purposes of the Pretrial Conference that is expected to proceed at 10:00 a.m. on July 1, 2025, before Judge J.P. Boulee.

| NAME | ELECTRONIC EQUIPMENT |
|---|---|
| Patrick J. McDonough<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, charging devices, cellular phone/smart phone |
| Jonathan S. Tonge<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, charging devices, cellular phone/smart phone |
| Rory A. Weeks<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, charging devices, cellular phone/smart phone |
| Jennifer M. Webster<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, charging devices, cellular phone/smart phone |

2

IT IS SO ORDERED THIS _____ DAY OF _____, 2025.

_____
J.P. BOULEE
UNITED STATES DISTRICT JUDGE