# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| D.H., <br><br> **Plaintiff,** <br><br> v. <br><br> **TUCKER INN INCORPORATED d/b/a SUPER 8 BY WYNDHAM,** <br><br> **Defendant.** | **CIVIL ACTION FILE NO.** <br><br> **1:22-CV-03419-JPB** |

## DEFENDANT'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR JULY 1, 2025 PRE-TRIAL HEARING

**COMES NOW** TUCKER INN INC. d/b/a SUPER 8 BY WYNDHAM, (hereinafter "Defendant"), Defendant in the above-captioned action, and hereby files this, its Motion requesting permission for its counsel, Kori E. Wagner, Tracy A. Gilmore, and Marissa H. Merrill, to bring and use electronic devices as necessary for the July 1, 2025 Pre-trial Hearing. Specifically, Defendant's counsel anticipates bringing laptop computers, tablets and/or iPads, and cellular phones with built-in cameras.

Defendant's counsel respectfully submits that such electronic equipment will aid them in their presentation of evidence and argument during the July 1, 2025 court proceeding. A proposed order is attached as Exhibit A.

Respectfully submitted, this 30th day of June, 2025.

**SWIFT, CURRIE, McGHEE & HIERS**

By: *Marissa H. Merrill*
    Kori E. Wagner
    Georgia State Bar No. 155438
    Marissa H. Merrill
    Georgia State Bar No. 216039
    Tracy A. Gilmore
    Georgia State Bar No. 633193
    ***Attorneys for Defendant***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
Fax: 404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## CERTIFICATE OF COMPLIANCE

Counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court pursuant to L.R. 5.1(C) of the Northern District of Georgia, specifically, 14 point, Times New Roman font.

**SWIFT, CURRIE, McGHEE & HIERS**

By: *Marissa H. Merrill*
Kori E. Wagner
Georgia State Bar No. 155438
Marissa H. Merrill
Georgia State Bar No. 216039
Tracy A. Gilmore
Georgia State Bar No. 633193
***Attorneys for Defendant***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## CERTIFICATE OF SERVICE

This are to certify that on the 30th day of June, 2025, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing **DEFENDANT'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR JULY 1, 2025 PRE-TRIAL HEARING** by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

                                 **SWIFT, CURRIE, McGHEE & HIERS**

                                 By:  *Marissa H. Merrill*
                                      Kori E. Wagner
                                      Georgia State Bar No. 155438
                                      Marissa H. Merrill
                                      Georgia State Bar No. 216039
                                      Tracy A. Gilmore
                                      Georgia State Bar No. 633193
                                      ***Attorneys for Defendant***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com