IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>      Plaintiff,<br><br>v.<br><br>TUCKER INN INCORPORATED d/b/a SUPER 8 BY WYNDHAM,<br><br>      Defendant. | CIVIL ACTION FILE NO.<br><br>1:22-CV-03419-JPB |

## ORDER GRANTING DEFENDANT'S MOTION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR JULY 1, 2025 PRE-TRIAL HEARING

WHEREAS, a Pre-trial hearing is being held in this action in Courtroom 1908 at 10:00 a.m. on July 1, 2025, and Defendant desiring bring electronic equipment, including laptops, tablets and/or iPads, cellular telephones, and other audiovisual equipment in the presentation of its case, it is hereby ORDERED that attorneys Kori E. Wagner, Tracy A. Gilmore, and Marissa H. Merrill may bring electronic equipment into Courtroom 1908 on July 1, 2025 without a blue attorney identification card from the U.S. Marshal's Service.

This _____ day of _____, 2025.

_____
J.P. Boulee
United States District Judge