IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H., ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TUCKER INN INCORPORATED ) <br> d/b/a, SUPER 8 BY WYNDHAM, ) <br> ) <br>     Defendant. ) | CIVIL ACTION FILE <br> NO. 1:22-CV-03419-JPB |

## DEFENDANT TUCKER INN INCORPORATED'S NOTICE OF FILING ORIGINAL DISCOVERY

Defendant Tucker Inn Incorporated d/b/a Super 8 By Wyndham (hereinafter "Defendant" and/or "Tucker Inn"), by and through the undersigned counsel, and, pursuant to Local Rule 5.4(B), files the following original discovery with the Court by attaching a copy of the following to Defendant's Motion to Permit Evidence as Exception to Fed. R. Evid. 412 and Incorporated Brief as Exhibit A, and by separately filing said discovery with the Court:

*1. Plaintiff's Supplemental Objections and Responses to Defendant, Tucker Inn Incorporated D/B/A Super 8 by Wyndham's First Interrogatories*

Respectfully submitted, this 30th day of June, 2025.

**SWIFT, CURRIE, McGHEE & HIERS**

By: *Marissa H. Merrill*
Kori E. Wagner
Georgia State Bar No. 155438
Marissa H. Merrill
Georgia State Bar No. 216039
Tracy A. Gilmore
Georgia State Bar No. 633193
*Attorneys for Defendant Tucker Inn*
*Incorporated d/b/a Super 8 by Wyndham*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:   404.888.6162
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## CERTIFICATE OF COMPLIANCE

Counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court pursuant to L.R. 5.1(C) of the Northern District of Georgia, specifically, 14 point, Times New Roman font.

**SWIFT, CURRIE, McGHEE & HIERS**

By: *Marissa H. Merrill*
Kori E. Wagner
Georgia State Bar No. 155438
Marissa H. Merrill
Georgia State Bar No. 216039
Tracy A. Gilmore
Georgia State Bar No. 633193
***Attorneys for Defendant Tucker Inn Incorporated d/b/a Super 8 by Wyndham***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel: 404.888.6162
Fax: 404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## CERTIFICATE OF SERVICE

This are to certify that on the 30th day of June, 2025, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing **DEFENDANT TUCKER INN INCORPORATED'S NOTICE OF FILING ORIGINAL DISCOVERY** by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

**SWIFT, CURRIE, McGHEE & HIERS**

By:  *Marissa H. Merrill*
Kori E. Wagner
Georgia State Bar No. 155438
Marissa H. Merrill
Georgia State Bar No. 216039
Tracy A. Gilmore
Georgia State Bar No. 633193
*Attorneys for Defendant Tucker Inn Incorporated d/b/a Super 8 by Wyndham*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H., <br><br> Plaintiff, <br><br> v. <br><br> TUCKER INN INCORPORATED, d/b/a SUPER 8 BY WYNDHAM, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:22-CV-03419-JPB |

**PLAINTIFF D.H.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT, TUCKER INN INCORPORATED D/B/A SUPER 8 BY WYNDHAM'S FIRST INTERROGATORIES**

Plaintiff in the above-styled case responds to Defendant Tucker Inn, Incorporated, d/b/a Super 8 by Wyndham's First Interrogatories to Plaintiff as follows:

6.

Itemize and separately describe each element of special, economic, or monetary loss which you claim to be entitled to recover from Defendant in this action, including in your response the specific dollar amount claimed.

**2023-01-31 PLAINTIFF'S RESPONSE**: **Plaintiff seeks all compensatory, special, economic, consequential, general, punitive and other damages permissible under Georgia and federal law to be proven at trial, including, but not limited to, personal injuries; past, present and future conscious pain and**

suffering; loss of enjoyment of life; medical expenses; mental anguish and emotional distress; loss of past, present, and future wages; and incidental expenses.

**SUPPLEMENTAL RESPONSE**: Plaintiff will seek at least $10,000,000.00 in compensatory damages at trial.

Respectfully submitted this 27th day of June, 2025.

                                        ANDERSEN, TATE & CARR, P.C.

                                        */s/ Jonathan S. Tonge*
                                        PATRICK J. MCDONOUGH
                                        Georgia Bar No. 489855
                                        pmcdonough@atclawfirm.com
                                        JONATHAN S. TONGE
                                        Georgia Bar No. 303999
                                        jtonge@atclawfirm.com
                                        RORY A. WEEKS
                                        Georgia Bar No. 113491
                                        rweeks@atclawfirm.com
                                        JENNIFER M. WEBSTER
                                        Georgia Bar No. 760381
                                        jwebster@atclawfirm.com
                                        *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile