# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| D.H., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 1:22-CV-03419-JPB |
| ) | |
| TUCKER INN INCORPORATED ) | |
| d/b/a, SUPER 8 BY WYNDHAM, ) | |
| ) | |
| Defendant. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

COMES NOW, Counsel for Defendant Tucker Inn Incorporated d/b/a Super 8 by Wyndham, and pursuant to Local Rule 5.4, certifies that it has, on this date, served:

1. ***DEFENDANT TUCKER INN INCORPORATED D/B/A SUPER 8 BY WYNDHAM'S SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST CONTINUING REQUESTS FOR PRODUCTION OF DOCUMENTS AND NOTICE TO PRODUCE;***

2. ***DEFENDANT TUCKER INN INCORPORATED D/B/A SUPER 8 BY WYNDHAM'S SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S SECOND CONTINUING REQUESTS FOR PRODUCTION OF DOCUMENTS AND NOTICE TO PRODUCE; and***

3. ***DEFENDANT TUCKER INN INCORPORATED D/B/A SUPER 8 BY WYNDHAM'S SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST CONTINUING INTERROGATORIES***

upon all parties to this matter via statutory electronic service/electronic mail to counsel of record as follows:

>Patrick J. McDonough
>Jonathan S. Tonge
>**ANDERSEN, TATE, AND CARR, P.C.**
>One Sugarloaf Centre
>1960 Satellite Boulevard, Suite 4000
>Duluth, Georgia 30097
>pmcdonough@atclawfirm.com
>jtonge@atclawfirm.com

This 30th day of June, 2025.

>**SWIFT, CURRIE, McGHEE & HIERS, LLP**
>
>*/s/ Marissa H. Merrill*
>KORI E. WAGNER
>Georgia Bar No. 155438
>MARISSA H. MERRILL
>Georgia Bar No. 216039
>TRACY A. GILMORE
>Georgia State Bar No. 633193
>*Attorneys for Defendant*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA  30309
Telephone: (404) 874-8800
Facsimile: 404-888-6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4908-3208-8146, v. 1