UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>    Plaintiff,<br><br>v.<br><br>TUCKER INN INCORPORATED,<br>d/b/a SUPER 8 BY WYNDHAM,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-03419-JPB |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Pursuant to Federal Rules of Civil Procedure 26(c)(1) and 5.2(d), Local Rule 79.1(B), and the protective order in this case (Doc. No. 11), Plaintiff files this Motion for Leave to file the following under seal:

| EXHIBIT NO. | DESCRIPTION | REDACTED OR REQUESTED TO BE SEALED |
|---|---|---|
| 1 | E.M. Evaluation by Expert Naesha McDowell | Requested to be sealed |

Thus, Plaintiff requests leave to file under seal these exhibits as it includes sensitive, protected, and/or identifying information in reference to Plaintiff, documents, or persons identified in the protective order.

Respectfully submitted this 1st day of July, 2025.

            ANDERSEN, TATE & CARR, P.C.

            */s/ Jennifer M. Webster*
            PATRICK J. MCDONOUGH
            Georgia Bar No. 489855
            pmcdonough@atclawfirm.com
            JONATHAN S. TONGE
            Georgia Bar No. 303999
            jtonge@atclawfirm.com
            RORY A. WEEKS
            Georgia Bar No. 113491
            rweeks@atclawfirm.com
            JENNIFER M. WEBSTER
            Georgia Bar No. 760381
            jwebster@atclawfirm.com
            *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile