# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-03419-JPB
## D.H. v. Tucker Inn Incorporated
## Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 07/01/2025.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 2:36 P.M.
TIME IN COURT: 03:45
OFFICE LOCATION: Atlanta
COURT REPORTER: Penny Coudriet
DEPUTY CLERK: Jennifer Lee

**ATTORNEYS PRESENT:** Tracy Gilmore representing Tucker Inn Incorporated
Patrick McDonough representing D.H.
Marissa Merrill representing Tucker Inn Incorporated
Jonathan Tonge representing D.H.
Kori Wagner representing Tucker Inn Incorporated
Jennifer Webster representing D.H.
Rory Weeks representing D.H.

**PROCEEDING CATEGORY:** Pretrial Conference;

**MOTIONS RULED ON:** [194]Motion to Bifurcate DENIED

**MINUTE TEXT:** The Court discussed trial logistics with counsel. The Court will request forty potential jurors and seat eight, with each side getting four peremptory strikes. The Court modified and ruled on Plaintiff's objections to Defendant's proposed voir dire. Parties will have one hour each for voir dire, thirty minutes (up to forty-five) for openings and one hour each for closings. The Court reminded parties to tender jury charges, verdict forms and a list of exhibits to which parties stipulate admissibility at the start of trial. The Court issued its preliminary rulings on the motions in limine, without prejudice to renew at trial, and denied the Motion to Bifurcate. The Court ordered briefing on the narrow issue of whether apportionment of damages is a procedural right or substantive right - Defendant's brief is due by July 8 and Plaintiff's response brief is due by July 11. The Court ordered Plaintiff's response to Defendant's [202] Motion to Permit Evidence as Exception to Fed. R. Evid. 412 be filed by July 8, and any reply brief be filed by July 11.

**HEARING STATUS:** Hearing Concluded