UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>    Plaintiff,<br><br>v.<br><br>TUCKER INN INCORPORATED,<br>d/b/a SUPER 8 BY WYNDHAM,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-03419-JPB |

**ORDER ON PLAINTIFF'S MOTION
FOR LEAVE TO FILE UNDER SEAL**

Now before this Court is Plaintiff's Motion for Leave to File Under Seal.

Plaintiff requests leave to file the following documents under seal:

| EXHIBIT NO. | DESCRIPTION | REDACTED OR REQUESTED TO BE SEALED |
|---|---|---|
| 1 | E.M. Evaluation by Expert Naesha McDowell | Requested to be sealed |

For good cause shown, this motion is **GRANTED**. Plaintiff is authorized to file under seal the documents identified in Plaintiff's Motion.

**SO ORDERED** this 2nd day of July, 2025.

J. P. BOULEE
United States District Judge