UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H., <br><br> Plaintiff, <br><br> v. <br><br> TUCKER INN INCORPORATED, <br> d/b/a SUPER 8 BY WYNDHAM, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:22-CV-03419-JPB |

**MOTION FOR LEAVE TO FILE SURREPLY**

Plaintiff D.H. requests leave to file a surreply in opposition to Super 8's Rule 412 motion.

While surreplies are disfavored, the Court should permit D.H. to file one here for several reasons. *See Fedrick v. Mercedes-Benz USA, LLC*, 366 F. Supp. 2d 1190, 1197 (N.D. Ga. 2005) (noting the Court's discretion to permit surreplies). *First*, Super 8 raises arguments for the first time in its reply brief that warrant a response. That's a common reason for granting surreplies. *See id. Second*, a Rule 412 motion is followed by a hearing. Fed. R. Evid. 412(c)(2). With exactly one week until trial, the time for a pretrial hearing is short Allowing D.H. to file a surreply, which makes arguments that she will advance at any hearing on Super 8's Rule 412 motion, will help the Court decide the motion in time for the parties to know what, if any, of

Case 1:22-cv-03419-JPB   Document 217   Filed 07/14/25   Page 2 of 3

Super 8's vaguely identified Rule 412 evidence is admissible—and for what purpose.

For these reasons, D.H. asks that the Court permit her to file a surreply to Super 8's Rule 412 motion. D.H.'s proposed surreply is attached as Exhibit 1.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

2

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

/s/ *Rory A. Weeks*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile