UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

D.H.,

    Plaintiff,

v.

TUCKER INN INCORPORATED,
d/b/a SUPER 8 BY WYNDHAM,

    Defendant.

CIVIL ACTION FILE

NO. 1:22-CV-03419-JPB

**PLAINTIFF'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**

Plaintiff, by and through the undersigned counsel, moves this Court for an order allowing counsel and staff for counsel to bring electronic equipment into the courtroom for the trial scheduled for July 21, 2025 and continuing thereafter until its resolution, and states as follows:

a. The trial in this matter is expected to proceed for approximately one week starting on July 21, 2025 at 9:00 a.m.;

b. Plaintiff's counsel respectfully requests permission to bring electronic equipment into the courtroom on Friday, July 18, 2025, for trial preparation ahead of the trial start date of July 21, 2025;

c. Counsel intends to utilize the available electronic capabilities that are in the courtroom during the scheduled trial:

| NAME | ELECTRONIC EQUIPMENT |
|---|---|
| Patrick J. McDonough<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Jonathan S. Tonge<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Rory A. Weeks<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Jennifer M. Webster<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Giovanna Menchaca<br>Andersen, Tate & Carr, P.C.<br>Legal Assistant | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Summer Smith<br>Andersen, Tate & Carr, P.C.<br>Summer Intern | Laptop, power cord, cellular phone/smartphone, charger |
| Michael Dukes<br>Andersen, Tate & Carr, P.C.<br>Office Service Coordinator | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Zack Collins<br>DataTrends<br>IT | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, |

| | and hotspot(s) |
|---|---|
| Cathy Crawford<br>Andersen, Tate & Carr, P.C.<br>Private Investigator | Laptop, power cord, cellular phone/smartphone, charger |
| Benjamin Jones<br>Andersen, Tate & Carr, P.C.<br>Summer Intern | Laptop, power cord, cellular-phone/smartphone, charger |
| Matthew Skelton<br>Andersen, Tate & Carr, P.C.<br>Intern | Laptop, power cord, cellular phone/smartphone, charger |
| Brian Bean<br>Legal Bean LLC | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Marissa Wallop<br>Legal Bean LLC | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |

d. Counsel believes that the utilization of this technology will permit for more efficient and expedited proceedings and will aid in the presentation of the case.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting this Motion and permit the above-referenced persons to bring the electronic equipment set forth above into the courtroom and further request that said Order be provided to the U.S. Marshals so that counsel, staff of counsel, parties, and party representatives may enter the courthouse and courtroom with the above-listed equip-ment without delays.

3

Respectfully submitted this 16th day of July, 2025.

ANDERSEN, TATE & CARR, P.C.


/s/ Jennifer M. Webster
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile