UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H., <br><br> Plaintiff, <br><br> v. <br><br> TUCKER INN INCORPORATED, d/b/a SUPER 8 BY WYNDHAM, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:22-CV-03419-JPB |

**ORDER ON PLAINTIFF'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**

IT IS HEREBY ORDERED that Plaintiff in the above-referenced case be permitted to bring the following electronic devices into the Richard B. Russell Building, for the purposes of the trial that is expected to proceed at 9:00 a.m. on July 21, 2025, before Judge J.P. Boulee.

| NAME | ELECTRONIC EQUIPMENT |
|---|---|
| Patrick J. McDonough <br> Andersen, Tate & Carr, P.C. <br> Attorney | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Jonathan S. Tonge <br> Andersen, Tate & Carr, P.C. <br> Attorney | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Rory A. Weeks <br> Andersen, Tate & Carr, P.C. | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular |

| | |
|---|---|
| Attorney | phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Jennifer M. Webster<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Giovanna Menchaca<br>Andersen, Tate & Carr, P.C.<br>Legal Assistant | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Summer Smith<br>Andersen, Tate & Carr, P.C.<br>Summer Intern | Laptop, power cord, cellular phone/smartphone, charger |
| Michael Dukes<br>Andersen, Tate & Carr, P.C.<br>Office Service Coordinator | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Zack Collins<br>DataTrends<br>IT | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Cathy Crawford<br>Andersen, Tate & Carr, P.C.<br>Private Investigator | Laptop, power cord, cellular phone/smartphone, charger |
| Benjamin Jones<br>Andersen, Tate & Carr, P.C.<br>Summer Intern | Laptop, power cord, cellular-phone/smartphone, charger |
| Matthew Skelton<br>Andersen, Tate & Carr, P.C.<br>Intern | Laptop, power cord, cellular phone/smartphone, charger |
| Brian Bean<br>Legal Bean LLC | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, |

|  | and hotspot(s) |
| --- | --- |
| Marissa Wallop Legal Bean LLC | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |

In preparation for the start of trial on July 21, 2025, Plaintiff's counsel and staff are permitted to bring electronic equipment into the courtroom on Friday, July 18, 2025.

IT IS SO ORDERED THIS _____ DAY OF _____, 2025.

_____
J.P. BOULEE
UNITED STATES DISTRICT JUDGE