**Supplemental Attachment "B-1"**
**Plaintiff's Voir Dire Questions**

1. Have you or anyone close to you ever worked in the hotel or hospitality industry?

2. Have you or anyone you know ever worked for an attorney or a law firm?

3. Hotels and hospitality businesses provide lodging and services to guests. Some people believe that hotels have limited responsibilities for the safety and well-being of their guests while others believe that hotels should take significant responsibility for guest safety.
    a. By a show of hands, how many of you feel that hotels should have only limited responsibilities for guest safety?
    b. How many of you feel that hotels should take a more active role in ensuring guests' safety and well-being?
    c. Who feels their views fall somewhere in the middle or are unsure?

4. Lawsuits against businesses can be viewed in different ways. Some people feel that businesses are too often the target of lawsuits while others believe that businesses should be held accountable when their actions cause harm.
    a. By a show of hands, how many of you feel that businesses are frequently unfairly targeted in lawsuits?
    b. How many of you feel that lawsuits are generally a fair and necessary way to hold businesses accountable?
    c. Who feels their views fall somewhere in the middle or unsure?

5. Who believes lawsuits should be a last resort, even in cases of serious harm?

6. People have different views on how accessible the legal system should be for filing lawsuits. Some believe that it is too easy to file a lawsuit, leading to unnecessary or frivolous cases. Others believe that the legal system has appropriate safeguards in place to prevent baseless lawsuits.
    a. By a show of hands, how many of you feel that it is too easy to file a lawsuit?
    b. How many of you feel that the legal system has enough safeguards to prevent frivolous lawsuits?
    c. Who feels their views fall somewhere in the middle or are unsure.

7. People have different opinions about the size of jury verdicts in civil cases. Some believe that verdicts are often too high and should be more controlled while others believe that verdicts generally reflect the harm suffered and are fair.
    a. By a show of hands, how many of you feel that jury verdicts in civil cases tend to be too high?
    b. How many of you feel that verdicts generally reflect fair compensation for the harm suffered?
    c. Who finds themselves somewhere in the middle or unsure?

8. In civil cases, the burden of proof is "preponderance of the evidence," meaning that a claim must be more likely true than not. This is different from criminal cases, where the standard is "beyond a reasonable doubt." People have different views on whether this standard is appropriate. Some believe that the burden of proof in civil cases is too low, making it too easy to bring lawsuits. Others believe that raising the burden would make it too difficult for victims to seek justice.
    a. By a show of hands, how many of you feel that the burden of proof in civil cases is too low?
    b. How many of you feel that the burden of proof is fair and appropriate?
    c. Who finds themselves somewhere in the middle or unsure?

9. In civil cases, juries may award damages for pain and suffering, which compensate for emotional and physical distress caused by an injury. Some people believe that compensation for pain and suffering is necessary to fully address the harm done while others feel that monetary awards cannot truly relieve pain and may not be appropriate.
    a. By a show of hands, how many of you feel that awarding damages for pain and suffering is an important part of fair compensation?
    b. How many of you feel that financial compensation for pain and suffering is not necessary or effective?
    c. Who finds themselves somewhere in the middle or unsure?

10. Have you, or has anyone in your household, ever been employed by or had any business relationship with Auto-Owners Insurance Company or any of its affiliated companies, including:
    a. Home-owners insurance Company;
    b. Owners Insurance Company;
    c. Property-Owners Insurance Company; or
    d. Southern-Owners Insurance Company.