IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>    **Plaintiff,**<br><br>v.<br><br>**TUCKER INN INCORPORATED d/b/a SUPER 8 BY WYNDHAM,**<br><br>    **Defendant.** | **CIVIL ACTION FILE NO.**<br><br>**1:22-CV-03419-JPB** |

## DEFENDANT'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR TRIAL BEGINNING JULY 21, 2025

**COMES NOW** TUCKER INN INC. d/b/a SUPER 8 BY WYNDHAM, (hereinafter "Defendant"), Defendant in the above-captioned action, and hereby files this, its Motion requesting permission for its counsel, Kori E. Wagner, Tracy A. Gilmore, and Marissa H. Merrill, and trial consultants, to include, but not limited to, Peyton Latmore of Trial Quest and Matthew Kops of Blueprint Trial Consulting, to bring and use electronic devices as necessary for the civil jury trial beginning July 21, 2025 and continuing throughout the week. Specifically, Defendant's counsel, Mr. Latmore, and Mr. Kops anticipate bringing laptop computers, tablets and/or iPads, cellular phones with built-in cameras, wireless printers, HDMI cables, USB cables, extension cords, mouses, scanners, computer monitors, and/or hotspot(s).

Defendant's counsel respectfully submits that such electronic equipment will aid them in their presentation of evidence and argument during the civil jury trial beginning on July 21, 2025 and continuing throughout the week. A proposed order is attached as Exhibit A.

Respectfully submitted, this 16th day of July, 2025.

                              **SWIFT, CURRIE, McGHEE & HIERS**

                        By:  *Marissa H. Merrill*
                              Kori E. Wagner
                              Georgia State Bar No. 155438
                              Marissa H. Merrill
                              Georgia State Bar No. 216039
                              Tracy A. Gilmore
                              Georgia State Bar No. 633193
                              ***Attorneys for Defendant***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## CERTIFICATE OF COMPLIANCE

Counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court pursuant to L.R. 5.1(C) of the Northern District of Georgia, specifically, 14 point, Times New Roman font.

**SWIFT, CURRIE, McGHEE & HIERS**

By: *Marissa H. Merrill*
Kori E. Wagner
Georgia State Bar No. 155438
Marissa H. Merrill
Georgia State Bar No. 216039
Tracy A. Gilmore
Georgia State Bar No. 633193
***Attorneys for Defendant***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## CERTIFICATE OF SERVICE

This are to certify that on the 16th day of July, 2025, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing **DEFENDANT'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR TRIAL BEGINNING JULY 21, 2025** by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

                        **SWIFT, CURRIE, McGHEE & HIERS**

                        By:  *Marissa H. Merrill*
                             Kori E. Wagner
                             Georgia State Bar No. 155438
                             Marissa H. Merrill
                             Georgia State Bar No. 216039
                             Tracy A. Gilmore
                             Georgia State Bar No. 633193
                             *Attorneys for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com