IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H.,<br><br>     Plaintiff,<br><br>v.<br><br>TUCKER INN INCORPORATED<br>d/b/a SUPER 8 BY WYNDHAM,<br><br>     Defendant. | CIVIL ACTION FILE NO.<br><br>1:22-CV-03419-JPB |

## ORDER GRANTING DEFENDANT'S MOTION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR TRIAL BEGINNING ON JULY 21, 2025

WHEREAS, a jury trial is being held in this action in Courtroom 1908 beginning at 9:00 a.m. on July 21, 2025, and Defendant desiring bring electronic equipment, including laptop computers, tablets and/or iPads, cellular phones with built-in cameras, wireless printers, HDMI cables, USB cables, extension cords, mouses, scanners, computer monitors, hotspot(s), and/or other audiovisual equipment in the presentation of its case,

It is hereby **ORDERED** that attorneys Kori E. Wagner, Tracy A. Gilmore, and Marissa H. Merrill, and their trial consultants, Peyton Latmore of Trial Quest and Matthew Kops of Blueprint Trial Consulting, may bring such electronic equipment into Courtroom 1908 during the pendency of the civil jury

trial beginning on July 21, 2025 and continuing through the week without a blue attorney identification card from the U.S. Marshal's Service.

Proper identification will be required upon entering the security station on the plaza or lower plaza level. Any equipment shall be subject to inspection by the United States Marshal's Service. Recording of court proceedings is strictly prohibited.

**SO ORDERED** this 17th day of July, 2025.

J. P. BOULEE
United States District Judge