UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.H., <br><br> Plaintiff, <br><br> v. <br><br> TUCKER INN INCORPORATED, <br> d/b/a SUPER 8 BY WYNDHAM, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:22-CV-03419-JPB |

## STIPULATION OF DISMISSAL

The parties have reached an agreement to resolve all claims in this matter. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of all claims with prejudice.

Respectfully submitted on August 20, 2025.

                                          ANDERSEN, TATE & CARR, P.C.

                                        */s/ Jennifer M. Webster*
                                        PATRICK J. MCDONOUGH
                                        Georgia Bar No. 489855
                                        pmcdonough@atclawfirm.com
                                        JONATHAN S. TONGE
                                        Georgia Bar No. 303999
                                        jtonge@atclawfirm.com
                                        RORY A. WEEKS
                                        Georgia Bar No. 113491
                                        rweeks@atclawfirm.com
                                        JENNIFER M. WEBSTER
                                        Georgia Bar No. 760381
                                        jwebster@atclawfirm.com
                                        *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

        SWIFT, CURRIE, McGHEE & HIERS

        */s/ Marissa H. Merrill*
        KORI E. WAGNER
        Georgia Bar No. 155438
        kori.wagner@swiftcurrie.com
        MARISSA H. MERRILL
        Georgia Bar No. 216039
        marissa.merrill@swiftcurrie.com
        TRACY A. GILMORE
        Georgia Bar No. 633193
        tracy.gilmore@swiftcurrie.com
        *Attorneys for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
(404) 888-6162 | Telephone
(404) 888-6199 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

            ANDERSEN, TATE & CARR, P.C.

            */s/ Jennifer M. Webster*
            PATRICK J. MCDONOUGH
            Georgia Bar No. 489855
            pmcdonough@atclawfirm.com
            JONATHAN S. TONGE
            Georgia Bar No. 303999
            jtonge@atclawfirm.com
            RORY A. WEEKS
            Georgia Bar No. 113491
            rweeks@atclawfirm.com
            JENNIFER M. WEBSTER
            Georgia Bar No. 760381
            jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile